UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JULIE DALESSIO, an individual,

Plaintiff,

v.

UNIVERSITY OF WASHINGTON,

Defendant.

No.

NOTICE OF REMOVAL

(KING COUNTY SUPERIOR COURT, CAUSE NO. 17-2-07812-3 SEA)

Pursuant to 28 U.S.C. § 1443, and 28 U.S.C. § 1446, Defendant UNIVERSITY OF WASHINGTON hereby removes the above-entitled action to the United States District Court for the Western District of Washington at Seattle. Defendant states:

1. The above-entitled action was filed in the Superior Court of KING County, Cause No. 17-2-07812-3 SEA. A true and correct copy of the Complaint is attached as Exhibit A.

2. Jurisdiction of this Court is based on 28 U.S.C. § 1331, 28 U.S.C. § 1343, 28 U.S.C. §1367, 28 U.S.C. §1441, and/or 28 U.S.C. §1443.

3. Plaintiff's various claims seek damages arising under the Constitution or laws of the United States as follows:

a. 45 CFR Parts 160 & 164 (HIPPA) (complaint, ¶5.1(a))

b. 20 U.S.C. § 1232g(a)(4) and 34 CFR Part 99 (FERPA)(Complaint ¶5.1(a))

c. 5 U.S.C. § 552(b)(6) (Freedom of Information Act)(FOIA)(Complaint ¶5.1(l))

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

d. 42 U.S.C. § 2000e (Title VII of the Civil Rights Act)(section 704(a)) (Complaint ¶5.4(d), 7.5)

e. 42 U.S.C. §12101 (Americans with Disabilities Act) (ADA)(Complaint, ¶¶5.4(d), 7.5).

f. 42. U.S.C. §1983 (Complaint, ¶5.4(h), 7.5).

g. 42 U.S.C §1981 (Complaint, ¶5.4(k)).

4. Pursuant to 28 U.S.C. §1446(a), true and correct copies of all pleadings previously served on Defendant and/or appearing in the superior court docket are attached to counsel's verification.

5. Defendant reserves any and all affirmative defenses, including but not limited to insufficient service of process.

DATED: April 24, 2017

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*

Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant

800 Fifth Avenue, Suite 4141
Seattle, WA 98104-3175
Phone: (206) 623-8861
Fax: (206) 223-9423
Email: jfreeman@kbmlawyers.com

NOTICE OF REMOVAL - 2
1010-00051/286502.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Pro-Se Plaintiff**
Julie Dalessio
1110 29th Ave.
Seattle, WA 98122
Telephone: (206) 324-2590
Email: juliedalessio@msn.com

and I hereby certify that I have mailed by United States Postal Service, via regular and certified mail, the document to the following non CM/ECF participants:

**Pro-Se Plaintiff**
Julie Dalessio
1110 29th Ave.
Seattle, WA 98122
Telephone: (206) 324-2590
Email: juliedalessio@msn.com

DATED: April 24, 2017

*/s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant
800 Fifth Avenue, Suite 4141
Seattle, WA 98104-3175
Phone: (206) 623-8861
Fax: (206) 223-9423
Email: jfreeman@kbmlawyers.com

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423