The Honorable Susan Amini

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>Defendant. | No.<br><br>**VERIFICATION OF COUNSEL**<br><br>(King County Cause No. 17-2-07812-3 SEA) |

I, Jayne L. Freeman, state and verify as follows:

1. I am an attorney with the law firm of Keating, Bucklin & McCormack, Inc. P.S., and counsel for Defendant University of Washington in the above-referenced matter. I have personal knowledge of the facts set forth in this verification and am otherwise competent to testify to the matters set forth herein.

2. I verify that I reviewed the King County Superior Court docket for cause number 17-2-07812-3 SEA and that the following exhibits A-D attached hereto are true and correct copies of all the records and proceedings that are on file with the Clerk of the KING County Superior Court in this matter as of April 24, 2017.

Exhibit A:    Summons & Complaint

Exhibit B:    Order Setting Civil Case Scheduled

Exhibit C:    Case Assignment Area Designation & Case Information Cover Sheet

Exhibit D:    Notice of Appearance-Jayne L. Freeman as Special Assistant Attorney General for Defendant University of Washington

VERIFICATION OF COUNSEL - 1
17-2-07812-3 SEA
1010-00051/286503.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 24, 2017

                KEATING, BUCKLIN & McCORMACK, INC., P.S.


By: */s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant

800 Fifth Avenue, Suite 4141
Seattle, WA  98104-3175
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jfreeman@kbmlawyers.com

VERIFICATION OF COUNSEL - 2
17-2-07812-3 SEA
1010-00051/286503.docx

**KEATING, BUCKLIN & McCORMACK, INC., P.S.**
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

## DECLARATION OF SERVICE

I hereby certify that on April 24, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Pro-Se Plaintiff**

Julie Dalessio
1110 29th Ave.
Seattle, WA  98122
Telephone:  (206) 324-2590
Email:  juliedalessio@msn.com

and I hereby certify that I have mailed by United States Postal Service, via <u>regular and certified mail</u>, the document to the following non CM/ECF participants:

**Pro-Se Plaintiff**

Julie Dalessio
1110 29th Ave.
Seattle, WA  98122
Telephone:  (206) 324-2590
Email:  juliedalessio@msn.com

DATED:  April 24, 2017

*/s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant
800 Fifth Avenue, Suite 4141
Seattle, WA  98104-3175
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jfreeman@kbmlawyers.com

VERIFICATION OF COUNSEL - 3
17-2-07812-3 SEA
1010-00051/286503.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423