**EXHIBIT D**

The Honorable Susan Amini

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>                      Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>                      Defendant. | No. 17-2-07812-3 SEA<br><br>NOTICE OF APPEARANCE<br><br>**(Clerk's Action Required)** |

**TO:**       JULIE DALESSIO, an individual, Pro se Plaintiff

**AND TO:**  THE CLERK OF THE ABOVE-ENTITLED COURT

YOU, AND EACH OF YOU, WILL PLEASE BE ADVISED that the undersigned appears as attorney of record for Defendant UNIVERSITY OF WASHINGTON. Defendant, without waiving any defects as to lack of jurisdiction over subject matter, lack of jurisdiction over person, improper venue, insufficiency of process, insufficiency of service of process, misjoinder or nonjoinder, hereby requests that any and all further pleadings or notices of any nature or kind whatsoever affecting the rights of said parties, except original process, be served upon the undersigned attorneys at the address stated below.

///

///

///

///

NOTICE OF APPEARANCE - 1
17-2-07812-3 SEA
1010-00051/284244.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

1 | DATED: April 10, 2017

2 | KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant

800 Fifth Avenue, Suite 4141
Seattle, WA  98104-3175
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jfreeman@kbmlawyers.com

NOTICE OF APPEARANCE - 2
17-2-07812-3 SEA
1010-00051/284244.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# DECLARATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on April 10, 2017, a true and correct copy of the foregoing document was served upon the parties listed below via the method indicated:

**Attorneys for Pro-Se Plaintiff**

Julie Dalessio
1110 29th Ave.
Seattle, WA  98122
Telephone:  (206) 324-2590
Email:  juliedalessio@msn.com

☑ E-mail    ☑ United States Mail    ☐ Legal Messenger

DATED this 10th day of April, 2017, at Seattle, Washington.

*/s/ LaHoma Walker*
LaHoma Walker, Legal Assistant

NOTICE OF APPEARANCE - 3
17-2-07812-3 SEA
1010-00051/284244.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423