The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, | CASE NO. 2:17–cv–00642  RSM |
| Plaintiff, | |
| v. | PLAINTIFF'S DEMAND FOR JURY TRIAL |
| University of Washington,<br>Defendants | |

**TO:  THE CLERK OF THE COURT,**

and

TO: Jayne L. Freeman, WSBA #2318, the attorney of record for the

UNIVERSITY OF WASHINGTON, Defendants

The undersigned elects to have this case tried by a jury of 6 members and herewith
            deposits with the clerk of the court the jury fee required by law.

Dated this 6th day of May, 2017

s/ julie dalessio
Julie Dalessio
1110 29th Ave
Seattle, WA  98122
206 324 2590
juliedalessio@msn.com

PLAINTIFF'S DEMAND FOR JURY                                             Page 1 of 1