Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Julie Dalessio<br>Plaintiff(s)<br><br>vs.<br><br>University of Washington<br>Defendant(s) | CASE NO. 2:17-cv-00642<br><br>APPLICATION FOR COURT-APPOINTED COUNSEL IN TITLE VII ACTION<br><br>Noted for Determination on<br><br>May 26 2017<br>(Insert date of 3rd Friday after filing) |

## MOTION

Plaintiff respectfully requests that the Court appoint counsel to represent him/her pursuant of 42 U.S.C. §2000e-5(f)(1). This is an action alleging employment discrimination and seeking relief under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq.

## FINANCIAL AFFIDAVIT

Has this Court previously granted you leave to proceed in forma pauperis? No . If such was granted in a different case in this Court, please supply the case number. na .

(Please complete in full the attached Financial Affidavit.)

Application for Court-Appointed Counsel in Title VII Action                                                                 1

**PREVIOUS EFFORTS TO RETAIN AN ATTORNEY**

Describe briefly the efforts you have already made to retain an attorney. Indicate as accurately as possible how many attorneys you have contacted, and over what period of time. You need not identify the specific attorneys, and should not indicate the reasons they declined to represent you. The King Co. Bar Ass'n was unable to provide any referrals who were competent in or listed for this type of case. Attempts to engage an attorney by phone or internet contact were not successful. Over the past 6 months, I have attempted to contact approximately 30 attorneys

**MERITS OF CLAIM**

Has the Equal Employment Opportunity Commission, the Washington State Human Rights Commission, or other state or federal agency officially determined whether there is reasonable cause to believe that the allegations of your complaint are true? __Yes__. If so, please identify the agency which made the finding, and the conclusion the agency reached. WA State Human Rights Commission concluded: "No Jurisdiction".

If there has been no such finding in your favor by a government agency, you may attach a brief statement showing why your claim has merit. Do not include exhibits or other evidence. Your statement is incorporated in this application and is subscribed under oath. See attached

**AUTHORIZATION FOR RELEASE OF INFORMATION TO**
**MEMBERS OF THE CIVIL RIGHTS CASE SCREENING COMMITTEE**

I hereby authorize the Equal Employment Opportunity Commission and the Washington State Human Rights Commission to furnish to members of the Federal civil Rights Case screening Committee and to any attorney subsequently selected by the Court to represent me with a copy of the files maintained by them in connection with my complaint of discrimination.

Application for Court-Appointed Counsel in Title VII Action                                           2

# AFFIDAVIT OF SERVICE

The following is a list of all other parties, and their respective attorneys, who have appeared or answered in this action.

| PARTY | ATTORNEY |
|---|---|
| University of Washington | Jayne L. Freeman WSBA 24318 Keating, Bucklin + McCormack |

I have directed a copy of this entire Application, by mail or by personal service, to the attorney for each such party.

I, _Julie Dalessio_, plaintiff in this action, swear that I have read this entire Application, including any attachments, and the Complaint. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing information is true and correct.

Executed on this _28th_ day of _April_, _2017_.

_[signature]_
Signature of Plaintiff

Plaintiff's Name, Address and Telephone:

Julie Dalessio
1110 29th Ave.
Seattle, WA 98122
206 324 2590

Application for Court-Appointed Counsel in Title VII Action            3
Revised 11/03