# FINANCIAL AFFIDAVIT

CJA 23
(REV. 5/98)

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICE WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☑ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF:
Dalessio — vs. — Univ of Washington

FOR *Julie Dalessio*
AT *Seatlle*

case 2:17-cv-00642

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
Julie Dalessio

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☑ (Specify) plaintiff

DOCKET NUMBERS
Magistrate

District Court

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box - ) ☐ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed

Name and address of employer: _____

**IF YES,** how much do you earn per month? $ _____

**IF NO,** give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☐ No

**IF YES,** how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No

**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ THE SOURCES**

| RECEIVED | SOURCES |
|----------|---------|
| 24,000 | social security |
| 18,000 | veterans administration |
| 34,000 | room rental, before deductions for expenses |

**CASH**

Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No IF YES, state total amount $ 20,000

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No

**IF YES, GIVE THE VALUE AND $ DESCRIBE IT**

| VALUE | DESCRIPTION |
|-------|-------------|
| 493,000 | home residence |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☑ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 1

List persons you actually support and your relationship to them
self

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Payt. |
|-------------------------------|-----------|---------------|
| key bank | $ 143,000 | $ 991 |
| King Co Property tax | $ | $ 500 |
| Bank of America Charge account | $ 4000 | $ 2000 |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) April 28, 2017

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)     s/ julie dalessio