## KING COUNTY SUPERIOR

| Plaintiff / Petitioner: <br> JULIE DALESSIO, an individual | Case No: <br> 17-2-07812-3 |
|---|---|
| Defendant / Respondent: <br> UNIVERSITY OF WASHINGTON | DECLARATION OF SERVICE |

The undersigned hereby declares: that he is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer or plaintiff corporation, neither a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states:

That on Mon, Apr 03 2017 at 10:45 AM, at the address of 800 5th Avenue Suite 2000, within Seattle, WA 98105, the undersigned duly served the following document(s): Case Cover Sheet, Summons, Complaint and Case Schedule in the above entitled action upon UNIVERSITY OF WASHINGTON, by then and there, personally delivering 1 true and correct copy(ies) of the above documents into the hands of and leaving same with MICHAEL A. NICEFARO, JR.,

Seattle Torts Section Chief.

Description:

ATTORNEY GENERAL; Age: 65; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 5'8"; Hair: Gray;

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

Date: 04/03/2017

Fees: $70.00

*R m L*

Rich Marlow
King County Server # 9404737

Pegasus Process Service
PO Box 98121
Des Moines, WA 98198

## KING COUNTY SUPERIOR

| Plaintiff / Petitioner:<br>JULIE DALESSIO, an individual | Case No:<br>17-2-07812-3 |
|---|---|
| Defendant / Respondent:<br>UNIVERSITY OF WASHINGTON | DECLARATION OF SERVICE |

The undersigned hereby declares: that he is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer or plaintiff corporation, neither a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states:

That on Mon, Apr 03 2017 at 11:30 AM, at the address of 301 Gerberding Hall, within Seattle, WA 98195, the undersigned duly served the following document(s): Case Cover Sheet, Summons, Complaint and Case Schedule in the above entitled action upon UNIVERSITY OF WASHINGTON, by then and there, personally delivering 1 true and correct copy(ies) of the above documents into the hands of and leaving same with LENINA ARENAS FUENTES,

Executive Assistant to the President.

Description:

Age: 45; Ethnicity: Latino; Gender: Female; Weight: 140; Height: 5'4"; Hair: Black

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

Date:  04/03/2017
Fees:  $70.00

*RML*

Rich Marlow
King County Server # 9404737

Pegasus Process Service
PO Box 98121
Des Moines, WA 98198

**Pegasus Process Service, LLC**
PO Box 98121
Des Moines, WA 98198

INVOICE: 1337472
Issued: Apr 3, 2017

**AKW Law, PLLC**

6100 219th Street SW Suite 480
Mountlake Terrace, WA 98043

PAY TO:
**Pegasus Process Service, LLC**
PO Box 98121
Des Moines, WA 98198

| Case: | 17-2-07812-3 | Plaintiff / Petitioner: | JULIE DALESSIO, an individual |
| Job: | 1337472 | Defendant / Respondent: | UNIVERSITY OF WASHINGTON |

| Item | Description | Cost | Quantity | Total |
| --- | --- | --- | --- | --- |
| Process Service | Attorney General UW President's Office | $70.00 | 1 | $70.00 |

Thanks for your business. Please pay the "Balance Due" upon receipt.

Total: $70.00
Amount Paid: ($0.00)
**Balance Due: $70.00**

Pegasus Process Service, LLC • PO Box 98121, Des Moines, WA 98198

Call: (206) 719-0530 • Email: rich@pegasusprocess.com • Visit: www.pegasusprocess.com