The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>      Defendant. | No. 2:17-cv-00642-RSM<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S APPLICATION FOR COURT-APPOINTED COUNSEL<br><br>NOTE ON MOTION CALENDAR:<br>May 26, 2017 |

This matter having come before the Court on *Plaintiff's Application for Court-Appointed Counsel*, and the Court having considered the Motion and argument, and the following pleadings:

1. *Plaintiff's Application to Appoint Counsel*;

2. *Plaintiff's Statement for Merit of Claim*;

3. *Plaintiff's Financial Statement*;

4. *Defendant University of Washington's Response to Plaintiff's Motion to Appoint Counsel and Statement of Merit of Claim;*

5.

6.

7.

And this Court finding itself fully informed, hereby **DENIES** Plaintiff's Application

[PROPOSED] ORDER DENYING PLAINTIFF'S APPLICATION FOR COURT-APPOINTED COUNSEL - 1
2:17-cv-00642-RSM
1010-00051/292434.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

for Court-Appointed Counsel.

DONE IN OPEN COURT THIS ____ DAY OF _____, 2017.

_____
The Honorable Ricardo Martinez

Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
    Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant

[PROPOSED] ORDER DENYING PLAINTIFF'S
APPLICATION FOR COURT-APPOINTED COUNSEL - 2
2:17-cv-00642-RSM
1010-00051/292434.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423