The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, | CASE NO. 2:17–cv–00642 RSM |
| Plaintiff, | |
| v. | Motion to Strike RE: Joint Status Report and Discovery Plan |
| University of Washington | |
| Defendants | |

The Plaintiff hereby submits a motion to strike portions of the Rule 26(f) Joint Status Report and Discovery Plan.

1.    On June 8, 2017, the Defendant, University of Washington (UW), filed a Joint Status Report and Discovery Plan, Docket #15, without Plaintiff's signature.

2.    Plaintiff asserts that counsel for UW has submitted a skewed and untrue version of events in their "STATEMENT OF PLAINTIFF'S REFUSAL TO SIGN THE JOINT STATUS

Motion to Strike RE:
Joint Status Report                                    1

Julie Dalessio
1110 29th Ave
Seattle, WA 98122
206 324 2590

REPORT" (**Dkt 15, pages 1 and 2**), **and asks the court to strike this material from the record**. Alternatively, Plaintiff requests the court's permission to respond to these inaccuracies.

3.  Additionally, Plaintiff asserts that counsel for UW **did not** address her objections to the inclusions of misleading, frivolous and redundant statements in their positions statements, nor give her the opportunity to include her objections in the submitted report.  However, Plaintiff will accept the submission of the remainder of the report as it is sufficient for the purposes of trial scheduling.

Plaintiff prays that the court will **strike the disputed material from the record** (see **#2,** above), so that this inaccurate and prejudicial statement will not be considered, and the court, as well as the parties, will not be further subjected to this vitriol.

DATED:  June 8, 2017.

SIGNED:

s/ julie dalessio

Julie Dalessio, Pro Se
1110 29th Ave., Seattle, WA 98122
206-324-2590
juliedalessio@msn.com

Motion to Strike RE:
Joint Status Report

2

Julie Dalessio
1110 29th Ave
Seattle, WA  98122
206 324 2590

CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following person:

Jayne L. Freeman, WSBA #2318

Special Assistant Attorney General for Defendant

800 Fifth Ave., Suite 4141

Seattle, WA  98104-3175

Phone:  206 623 8861

Fax:  206 223 9423


Email:  jfreeman@kbmlawyers.com



s/ julie dalessio
Julie Dalessio, Pro Se Plaintiff
1110 29th Ave
Seattle, WA  98122

206 324 2590
juliedalessio@msn.com

Motion to Strike RE:
Joint Status Report                    3

Julie Dalessio
1110 29th Ave
Seattle, WA  98122
206 324 2590