The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>                     Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>                     Defendant. | No. 2:17-cv-00642-RSM<br><br>DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S "STATEMENT OF PLAINTIFF'S REFUSAL TO SIGN THE JOINT STATUS REPORT" [DKT. #15] |

### I.  RESPONSE

Out of an abundance of caution, and because the Court has set a noting date for Plaintiff's "motion" [Dkt. #16, #17], Defendant University of Washington respectfully submits this brief response.

First, everything in the "Statement of Plaintiff's Refusal to Sign the Joint Status Report" (the "Statement") is true.  See Exhibit A to *Declaration of Derek Chen* (An e-mail chain between counsel for Defendant and Plaintiff regarding the Joint Status Report.) Therefore, there is factually no reason to strike it.

Second, the Federal Rules are unclear regarding what procedure should be followed if a party refuses to sign or approve a Joint Status Report. After working with Plaintiff for over a week to come up with a JSR that stated both parties' positions and responses to the court's questions posed by the Initial Scheduling Order [Dkt. #5], Defendant felt it necessary to provide an explanation as to why the JSR was being filed without signatures of

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S "STATEMENT OF PLAINTIFF'S REFUSAL TO SIGN THE JOINT STATUS REPORT" [DKT. #15]
2:17-cv-00642-RSM

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

both parties as the civil rules require.

If the court does not require or prefer such explanation, and will accept the JSR when it is not signed by Plaintiff Julie Dalessio, pro se, Defendants do no oppose striking the initial paragraphs of the JSR addressing this limited issue.

DATED: June 13, 2017

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Derek C. Chen, WSBA #49723
Special Assistant Attorney General for Defendant

800 Fifth Avenue, Suite 4141
Seattle, WA  98104-3175
Phone: (206) 623-8861
Fax:     (206) 223-9423
Email: jfreeman@kbmlawyers.com

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S "STATEMENT OF PLAINTIFF'S REFUSAL TO SIGN THE JOINT STATUS REPORT" [DKT. #15]
2:17-cv-00642-RSM

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Pro-Se Plaintiff**

Julie Dalessio
1110 29th Ave.
Seattle, WA  98122
Telephone:  (206) 324-2590
Email:  juliedalessio@msn.com

DATED:  June 13, 2017

                                                    */s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant
800 Fifth Avenue, Suite 4141
Seattle, WA  98104-3175
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jfreeman@kbmlawyers.com

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S "STATEMENT OF PLAINTIFF'S REFUSAL TO SIGN THE JOINT STATUS REPORT" [DKT. #15]
2:17-cv-00642-RSM

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423