The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JULIE DALESSIO, an individual,

                              Plaintiff,

v.

UNIVERSITY OF WASHINGTON,

                              Defendant.

No. 2:17-cv-00642-RSM

[PROPOSED] ORDER
DENYING/GRANTING PLAINTIFF'S
MOTION TO STRIKE AND SETTING
CASE SCHEDULE

This matter having come before the Court on *Plaintiff's Motion to Strike RE: Joint Status Report and Discovery Plan* and the Court having considered the Motion and argument, and the following pleadings:

1.    *Plaintiff's Motion to Strike RE: Joint Status Report and Discovery Plan [Dkt. #16, Dkt. #17]*

2.    *Defendant's Response to Plaintiff's Motion to Strike*;

3.    *Declaration of Derek Chen in Support of Defendant's Response to Plaintiff's Motion to Strike;*

4.    *Joint Status Report and Discovery Plan [Dkt. #15]*

5.    _____

_____

6.    _____

_____

[PROPOSED] ORDER DENYING/GRANTING
PLAINTIFF'S MOTION TO STRIKE AND SETTING
CASE SCHEDULE - 1
2:17-cv-00642-RSM

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

And this Court finding itself fully informed, hereby finds that *Dkt. 15* is the Joint Status Report for this case and is accepted by the court.

Further, the Court hereby:

[  ] DENIES Plaintiff's Motion to Strike

OR

[  ]GRANTS Plaintiff's Motion to Strike, and the Court orders as stricken the "Statement of Plaintiff's Refusal to Sign the Joint Status Report," at pp. 1:16-pp. 2:22 from the Joint Status Report [*Dkt. #15*].


DONE IN OPEN COURT THIS ____ DAY OF _____, 2017.



_____

The Honorable Ricardo S. Martinez




Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.



By: */s/ Derek C. Chen*
      Derek C. Chen, WSBA #49723
Special Assistant Attorney General for Defendant


[PROPOSED] ORDER DENYING/GRANTING
PLAINTIFF'S MOTION TO STRIKE AND SETTING
CASE SCHEDULE - 2
2:17-cv-00642-RSM

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423