The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>　　　　　　　Defendant. | No. 2:17-cv-00642-RSM<br><br>NOTICE OF UNAVAILABILITY |

Please take notice that, counsel for Defendant UNIVERSITY OF WASHINGTON will be unavailable to respond to motions, depositions, or other formal action from August 29, 2017 through September 2, 2017.  Counsel for Defendant UNIVERSITY OF WASHINGTON request that no formal action in the above-referenced case be noted during this time.

DATED: June 13, 2017

　　　　　　　　　　　　　　　　　　KEATING, BUCKLIN & McCORMACK, INC., P.S.

　　　　　　　　　　　　　　　　　　By: */s/ Jayne L. Freeman*
　　　　　　　　　　　　　　　　　　Jayne L. Freeman, WSBA #24318
　　　　　　　　　　　　　　　　　　Special Assistant Attorney General for Defendant

　　　　　　　　　　　　　　　　　　800 Fifth Avenue, Suite 4141
　　　　　　　　　　　　　　　　　　Seattle, WA  98104-3175
　　　　　　　　　　　　　　　　　　Phone: (206) 623-8861
　　　　　　　　　　　　　　　　　　Fax:    (206) 223-9423
　　　　　　　　　　　　　　　　　　Email: jfreeman@kbmlawyers.com

NOTICE OF UNAVAILABILITY - 1
2:17-cv-00642-RSM
1010-00051/297184

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Pro-Se Plaintiff**

Julie Dalessio
1110 29th Ave.
Seattle, WA  98122
Telephone:  (206) 324-2590
Email:  juliedalessio@msn.com

DATED:  June 13, 2017

*/s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant
800 Fifth Avenue, Suite 4141
Seattle, WA  98104-3175
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jfreeman@kbmlawyers.com

NOTICE OF UNAVAILABILITY - 2
2:17-cv-00642-RSM
1010-00051/297184

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423