The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>　　　　　　　　Defendant. | No. 2:17-cv-00642-RSM<br><br>DECLARATION OF DEREK C. CHEN IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S "STATEMENT OF PLAINTIFF'S REFUSAL TO SIGN THE JOINT STATUS REPORT" |

I, Derek C. Chen, declare as follows:

1. I am one of the attorneys representing the Defendant in this lawsuit. I make this declaration based upon my own personal knowledge, upon facts which are admissible in evidence. I am competent to testify to the matters set forth in this declaration.

2. The following exhibits are cited or relied upon in Defendant's Response to Plaintiff's Motion to Strike Defendant's "Statement of Plaintiff's Refusal to Sign the Joint Status Report":

　　A.　Attached as **Exhibit A** is a true and correct copy of email correspondence between myself and Plaintiff regarding the Joint Status Report.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DECLARATION OF DEREK C. CHEN - 1
2:17-cv-00642-RSM
1010-00051/297637

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

DATED this 13th day of June, 2017, at Seattle, Washington.

        */s/ Derek C. Chen*
        Derek C. Chen, WSBA #49723

DECLARATION OF DEREK C. CHEN - 2
2:17-cv-00642-RSM
1010-00051/297637

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Pro-Se Plaintiff**

Julie Dalessio
1110 29th Ave.
Seattle, WA  98122
Telephone:  (206) 324-2590
Email:  juliedalessio@msn.com

DATED:  June 13, 2017

　　　　　　　　　　　　　　　　　　　　　　/s/ Derek Chen
　　　　　　　　　　　　　　　　　　　　　　Derek C. Chen, WSBA #49723
　　　　　　　　　　　　　　　　　　　　　　Special Assistant Attorney General for Defendant
　　　　　　　　　　　　　　　　　　　　　　800 Fifth Avenue, Suite 4141
　　　　　　　　　　　　　　　　　　　　　　Seattle, WA  98104-3175
　　　　　　　　　　　　　　　　　　　　　　Phone: (206) 623-8861
　　　　　　　　　　　　　　　　　　　　　　Fax:    (206) 223-9423
　　　　　　　　　　　　　　　　　　　　　　Email: dchen@kbmlawyers.com

DECLARATION OF DEREK C. CHEN - 3
2:17-cv-00642-RSM
1010-00051/297637

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423