The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>    Defendant. | No. 2:17-cv-00642-RSM<br><br><br><br><br>Notice of Unavailability, Plaintiff |

Please take notice that pro se Plaintiff will be unavailable to respond to motions, depositions, or other formal actions from July 28 through August 7, 2017.

Plaintiff requests that no formal action in the above-referenced case be noted during this time.

DATED:  July 4, 2017.

SIGNED:                                    s/julie dalessio

Julie Dalessio, Pro Se
1110 29th Ave., Seattle, WA 98122
206-324-2590
juliedalessio@msn.com

CERTIFICATE OF SERVICE

I hereby certify that on July 4, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following person:

Jayne L. Freeman, WSBA #2318

Special Assistant Attorney General for Defendant

800 Fifth Ave., Suite 4141

Seattle, WA  98104-3175

Phone:  206 623 8861

Fax:  206 223 9423


Email:  jfreeman@kbmlawyers.com


s/ julie dalessio

Julie Dalessio, Pro Se Plaintiff

1110 29th Ave

Seattle, WA  98122


206 324 2590

juliedalessio@msn.com