The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF WASHINGTON, <br><br> Defendant. | No. 2:17-cv-00642-RSM <br><br> NOTICE OF ADDRESS CHANGE |

PLEASE BE ADVISED that the address of Jayne L. Freeman will change. The new address, effective July 31, 2017, is as follows:

> Keating, Bucklin & McCormack, Inc., P.S.
> 801 Second Avenue, Suite 1210
> Seattle, WA 98104
> Phone: (206) 623-8861
> Fax: (206) 223-9423
> Email: jfreeman@kbmlawyers.com

All further correspondence should be mailed or served to this address on or after the effective date.

DATED: July 26, 2017

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant

NOTICE OF ADDRESS CHANGE - 1
2:17-cv-00642-RSM
1010-00051/307398

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

800 Fifth Avenue, Suite 4141
Seattle, WA  98104-3175
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jfreeman@kbmlawyers.com

NOTICE OF ADDRESS CHANGE - 2
2:17-cv-00642-RSM
1010-00051/307398

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Pro-Se Plaintiff**

Julie Dalessio
1110 29th Ave.
Seattle, WA  98122
Telephone:  (206) 324-2590
Email:  juliedalessio@msn.com

DATED:  July 26, 2017

*/s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant
800 Fifth Avenue, Suite 4141
Seattle, WA  98104-3175
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jfreeman@kbmlawyers.com

NOTICE OF ADDRESS CHANGE - 3
2:17-cv-00642-RSM
1010-00051/307398

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423