The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>                        Plaintiff,<br><br>   v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>                        Defendant. | No. 2:17-cv-00642-RSM<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER having come on regularly before this Court on Defendant University of Washington's Motion for Summary Judgment, the Court having considered the records and files herein, including:

1. Defendant's Motion for Summary Judgment;

2. Declaration of Jayne L. Freeman in Support of Defendant's Motion for Summary Judgment and attached exhibits;

3. Declaration of Alison Swenson in Support of Defendant's Motion for Summary Judgment and attached exhibits;

4. Declaration of Andrew Palmer in Support of Defendant's Motion for Summary Judgment and attached exhibit;

5. _____;

6. _____; and

7. _____;

8. _____.

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 1
2:17-cv-00642-RSM
1010-00051/312250

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1576
PHONE: (206) 623-8861
FAX: (206) 223-9423

And this Court finding itself fully informed, hereby **GRANTS** Defendants' Motion for Summary Judgment and **ORDERS** all of Plaintiff's claims be dismissed *with prejudice.*

DONE IN OPEN COURT THIS ____ DAY OF _____, 2017.

The Honorable Ricardo Martinez

Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
    Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 2
2:17-cv-00642-RSM
1010-00051/312250

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1576
PHONE: (206) 623-8861
FAX: (206) 223-9423