The Honorable Susan Amini

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>    Defendant. | No. 17-2-07812-3 SEA<br><br>DECLARATION OF JAYNE L. FREEMAN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

I, Jayne L. Freeman, declare as follows:

1. I am over the age of 18, and am otherwise competent to testify as to all matters herein, and make the following statements based on my own personal knowledge.

2. The following exhibits are copies of pleadings obtained from the public court file in Dalessio v. Betz, KSCS Case no. 15-2-17125-9 SEA which are cited or relied upon in Defendant's Motion for Summary Judgment:

  A. Attached as **Exhibit A** is a true and correct copy of the Complaint filed in *Betz v. Dalessio*, Case No. 15-2-17125-9 SEA.

  B. Attached as **Exhibit B** is a true and correct copy of the Declaration of David Betz in Support of Motion for Voluntary Dismissal of Claims in *Betz v. Dalessio*, Case No. 15-2-17125-9 SEA.

  C. Attached as **Exhibit C** is a true and correct copy of the Order Granting Betz' Motion for Voluntary Dismissal in *Betz v. Dalessio*, Case No. 15-2-17125-9 SEA.

DECLARATION OF JAYNE L. FREEMAN - 1
17-2-07812-3 SEA
1010-00051/285999

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 22nd day of August, 2017, at Seattle, Washington.

*/s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318

DECLARATION OF JAYNE L. FREEMAN - 2
17-2-07812-3 SEA
1010-00051/285999

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

## DECLARATION OF SERVICE

I declare under penalty of perjury of the laws of the State of Washington that on August 22, 2017, a true and correct copy of the foregoing document was served upon the parties listed below via the method indicated:

**Attorneys for Pro-Se Plaintiff**

Julie Dalessio
1110 29th Ave.
Seattle, WA  98122
Telephone:  (206) 324-2590
Email: juliedalessio@msn.com

☒ E-mail     ☐ United States Mail     ☐ Legal Messenger

DATED this 22nd day of August, 2017, at Seattle, Washington.

*/s/ LaHoma Walker*
LaHoma Walker, Legal Assistant

DECLARATION OF JAYNE L. FREEMAN - 3
17-2-07812-3 SEA
1010-00051/285999

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423