**EXHIBIT A**

**FILED**

15 JUL 16 AM 11:12

KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE NUMBER: 15-2-17125-9 SEA

1
2
3
4
5
6
7      IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
8      IN AND FOR THE COUNTY OF KING

9 DAVID BETZ, a married individual,

10          Plaintiffs,         NO.

11    v.

12 JULIE DALESSIO, an individual;    COMPLAINT FOR QUIET TITLE /
KEYCORP, INC., an Ohio corporation;  ADVERSE POSSESSION, TRESPASS
13 and KEYBANK NATIONAL        VIOLATION OF RCW 4.24.630,
ASSOCIATION, a Washington business,  VIOLATION OF RCW 7.40.030,
14                        DECLARATORY JUDGMENT AND
15         Defendants.      INJUNCTIVE RELIEF

16    COMES NOW Plaintiff, David Betz, a married person as his separate estate
17 (hereinafter "Betz"), by and through his attorneys of record, Impact Law Group PLLC,
18 and by way of cause of action against the above-captioned Defendants, Julie Dalessio
19 (hereinafter "Dalessio"), KeyCorp, Inc., an Ohio corporation (hereinafter "KeyCorp"),
20 and KeyBank National Association, a Washington business (hereinafter "KeyBank"),
21 states and alleges as follows:
22    ///
23    ///
24

COMPLAINT FOR QUIET TITLE / ADVERSE POSSESSION, TRESPASS, VIOLATION OF RCW 4.24.630, VIOLATION OF RCW 7.40.030, DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF - 1

**IMPACT LAW GROUP PLLC**
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230 • (206) 452-0655 FAX

# I.  PARTIES

1.1     Betz is a married individual residing in King County, Washington, and the owner the real property commonly known as 1106 29th Avenue, Seattle, Washington 98122 (the "Betz Property").

1.2     Dalessio is an individual residing in King County, Washington, and the owner the real property commonly known as 1110 29th Avenue, Seattle, Washington 98122 (the "Dalessio Property").

1.3     Defendant KeyCorp is an Ohio corporation that maintains its principal place of business at 127 Public Square, Cleveland, Ohio 44114.

1.4     Defendant KeyBank is a wholly-owned banking subsidiary of Defendant KeyCorp doing business in King County, Washington.

# II.  FACTS

2.1     Betz and Dalessio own adjacent parcels of real property in King County, Washington.

2.2     The Betz Property is legally described as follows:

The West 50 Feet of Lot 12, Block 6, Young's Addition to the City of Seattle, according to the Plat thereof, recorded in Volume 2 of Plats, Page 23, in King County, Washington.

Situate in the City of Seattle, County of King, State of Washington.

2.3     The Dalessio Property is legally described as follows:

Lot 13, Block 6, Young's Addition to the City of Seattle, according to the Plat thereof, recorded in Volume 2 of Plats, Page 23, in King County, Washington.

Situate in the City of Seattle, County of King, State of Washington.

COMPLAINT FOR QUIET TITLE / ADVERSE
POSSESSION, TRESPASS, VIOLATION OF RCW
4.24.630, VIOLATION OF RCW 7.40.030,
DECLARATORY JUDGMENT AND INJUNCTIVE
RELIEF - 2

**IMPACT LAW GROUP PLLC**
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230 • (206) 452-0655 FAX

2.4     The Betz Property and the Dalessio Property share a common title boundary line, which is generally the northerly boundary of the Betz Property and the southerly boundary of the Dalessio Property (the "Common Boundary").

2.5     The Common Boundary is established by an approximately 4 foot high retaining wall separating the Betz Property and the Dalessio Property, which has been in place for more than 10 years.  The parties and their predecessors in interest have long recognized the retaining wall as the Common Boundary between their two properties.

2.6     The Betz Property shares an easterly common title boundary line with an adjacent property, which is generally the easterly boundary of the Betz Property and the westerly boundary of the adjacent property.  That boundary line is established by a chain link fence constructed on the adjacent property and wooden fencing lining the chain link fence on the side of the Betz Property, both of which have been in place for more than 10 years.

2.7     On or about May 3, 2015, Dalessio trespassed upon the Betz Property to erect makeshift fences on the Betz Property and placed other barriers / debris on the Betz Property in an attempt to establish the Common Boundary at approximately 3-4 feet into the Betz Property.

2.8     On May 7, 2015, Betz objected to Dalessio's invasion into the Betz Property and, on May 11, 2015, Dalessio responded by claiming that the Common Boundary was "imaginary" and that she and her contractors planned to continue to trespass on the Betz Property, stating in pertinent part as follows:

COMPLAINT FOR QUIET TITLE / ADVERSE
POSSESSION, TRESPASS, VIOLATION OF RCW
4.24.630, VIOLATION OF RCW 7.40.030,
DECLARATORY JUDGMENT AND INJUNCTIVE
RELIEF - 3

**IMPACT LAW GROUP PLLC**
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230 • (206) 452-0655 FAX

…it seems that you have imagined some "established boundary line" between our properties that is not in line with the existing chain-link fence and paved driveway (both>50years old) on the south side of my house….

…also, thursday, may 14, i have scheduled some window contractors who will be working on the side of my house.  they might have to set up a ladder, and they might possibly have to step across the imaginary property line….

2.9.    On or about May 15, 2015, Dalessio again trespassed upon the Betz Property to string a line that further encroached upon the Betz Property in an attempt to establish the Common Boundary at another additional approximately 1 foot into the Betz Property.

2.10    On or about May 19, 2015, Dalessio began to tear down the chain link and wood fences that established the easterly common title boundary line between the Betz Property and the adjacent property to the east of the Betz Property.  Dalessio has since strung chicken wire fencing and placed bricks on the easterly boundary line of the Betz property in an attempt to commandeer more property from Betz, which Betz and his predecessors in interest have owned and maintained for more than 10 years.

2.11    Without Betz's permission and with full knowledge of the parties' dispute regarding the Common Boundary and the easterly boundary of the Betz Property (the "Disputed Areas"), Dalessio has torn down fences and erected new fences and barriers / debris that encroach upon the Betz Property in an effort to wrongfully exclude Betz from and commandeer the Betz Property.  Dalessio has unlawfully engaged in self-help.

2.12    For a period of more than 10 years, Betz and his predecessors in interest have owned and maintained the Disputed Areas and Dalessio and her predecessors in

COMPLAINT FOR QUIET TITLE / ADVERSE
POSSESSION, TRESPASS, VIOLATION OF RCW
4.24.630, VIOLATION OF RCW 7.40.030,
DECLARATORY JUDGMENT AND INJUNCTIVE
RELIEF - 4

**IMPACT LAW GROUP PLLC**
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 792-5230 • (206) 452-0655 FAX

interest have not asked for or obtained authorization to maintain or use the Disputed Areas, or claimed any ownership interest in the Disputed Areas. Betz will establish the legal description for the Disputed Areas at trial.

2.13    Upon information and belief, KeyCorp and KeyBank hold an interest in the Dalessio Property through a recorded Deed of Trust, King County Recorder's Office No. 20131220000409.

### III.  JURISDICTION AND VENUE

3.1    This Court has jurisdiction over the parties and subject matter of this lawsuit because the acts and transgressions giving rise to the parties' dispute occurred within King County, Washington, and the real property at issue in this lawsuit is located in King County, Washington.

3.2    Venue is proper with this Court because this lawsuit involves residents of King County, Washington, involves acts that occurred in King County, Washington, and the real property at issue in this lawsuit is located in King County, Washington.

### IV.  CAUSES OF ACTION

**A.    Claim for Quiet Title / Adverse Possession.**

4.1    Betz re-alleges and incorporates by reference paragraphs 1.1 through 3.2, above, as though fully set forth herein.

4.2    Dalessio has installed fences and other barriers / debris that encroach into the Betz Property in an attempt to wrongfully exclude Betz from and to commandeer large portions of the Betz Property.

4.3    For a period of more than 10 years, Betz and his predecessors in interest have owned and maintained the Betz Property and the Disputed Areas, and Dalessio

COMPLAINT FOR QUIET TITLE / ADVERSE
POSSESSION, TRESPASS, VIOLATION OF RCW
4.24.630, VIOLATION OF RCW 7.40.030,
DECLARATORY JUDGMENT AND INJUNCTIVE
RELIEF - 5

**IMPACT LAW GROUP PLLC**
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 792-5230 • (206) 452-0655 FAX

and her predecessors in interest have not asked for or obtained authorization to maintain or use the Disputed Areas.

4.4    Dalessio and her predecessors in interest have never claimed any ownership or possessory interest in the Betz Property or the Disputed Areas for more than 10 years.

4.5    Betz and his predecessors in interest have exclusively used and maintained the Disputed Areas in an actual and uninterrupted, open and notorious, and hostile manner for more than 10 years.

4.6    Pursuant to RCW 7.28 *et seq.* and RCW 7.24 *et seq.*, Betz is entitled to be adjudged or decreed as the owner of the entire Disputed Areas free from all claims of Dalessio or any person claiming through Dalessio.

**B.    Claim for Trespass.**

4.7    Betz re-alleges and incorporates by reference paragraphs 1.1 through 4.6, above, as though fully set forth herein.

4.8    On numerous occasions, Dalessio or persons acting under her direction and control have entered on the Betz Property and the Disputed Areas without permission.

4.9    Upon information and belief, Dalessio will continue to erect more fencing or additional barriers / debris on the Betz Property, destroy improvements made by Betz within the Disputed Areas, or otherwise attempt to interfere with Betz's use of that portion of the real property.

4.10    As a result of any trespass and/or interference by Dalessio, Betz has been and will be damaged in amounts to be proven at trial.

COMPLAINT FOR QUIET TITLE / ADVERSE
POSSESSION, TRESPASS, VIOLATION OF RCW
4.24.630, VIOLATION OF RCW 7.40.030,
DECLARATORY JUDGMENT AND INJUNCTIVE
RELIEF - 6

IMPACT LAW GROUP PLLC
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 792-5230 • (206) 452-0655 FAX

**C.     Claim for Violation of RCW 4.24.630.**

4.11    Betz re-alleges and incorporates by reference paragraphs 1.1 through 4.10, above, as though fully set forth herein.

4.12    Dalessio is not authorized to enter the Betz Property or the Disputed Areas without permission.

4.13    Dalessio wrongfully entered the Betz Property and committed waste, injury and damage to the property and its improvements.

4.14    As a result of the conduct of Dalessio, Betz has been damaged in amounts to be proven at trial.

**D.     Claim for Violation of RCW 7.40.030.**

4.15    Betz re-alleges and incorporates by reference paragraphs 1.1 through 4.14, above, as though fully set forth herein.

4.16    Dalessio has torn down old fences on the Betz Property and erected new fences and barriers / debris, in the wrong locations, intending to spite, injure or annoy Betz.

4.17    Accordingly, Betz is entitled to a mandatory injunction to compel the abatement of the new fences and barriers installed by Dalessio on the Betz Property and Disputed Areas.

**E.     Claim for Declaratory Judgment.**

4.18    Betz re-alleges and incorporates by reference paragraphs 1.1 through 4.17, above, as though fully set forth herein.

COMPLAINT FOR QUIET TITLE / ADVERSE
POSSESSION, TRESPASS, VIOLATION OF RCW
4.24.630, VIOLATION OF RCW 7.40.030,
DECLARATORY JUDGMENT AND INJUNCTIVE
RELIEF - 7

IMPACT LAW GROUP PLLC
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230 • (206) 452-0655 FAX

4.19    Betz and his predecessors in interest have used and maintained the Disputed Areas in an open, notorious, actual and uninterrupted, exclusive and hostile manner for more than 10 years.

4.20    Dalessio and her predecessors in interest have not claimed any ownership or possessory interest in the Betz Property or the Disputed Areas for more than 10 years.

4.21    Pursuant to RCW 7.24 *et seq.*, Betz is entitled to Declaratory Judgment finding that he is the owner of the Disputed Areas free from all claims of Dalessio or any person claiming through Dalessio.

4.22    Pursuant to CR 57, Betz is entitled to seek a speedy hearing on this claim or otherwise have the matter advanced on the calendar.

**F.    Claim for Injunctive Relief.**

4.23    Betz re-alleges and incorporates by reference paragraphs 1.1 through 4.22, above, as though fully set forth herein.

4.24    Betz maintains that he owns all of the Disputed Areas.

4.25    Dalessio is not authorized to enter the Betz Property or the Disputed Areas without permission.

4.26    On numerous occasions, Dalessio or persons acting under her direction and control have entered on the Betz Property and the Disputed Areas without permission.

COMPLAINT FOR QUIET TITLE / ADVERSE POSSESSION, TRESPASS, VIOLATION OF RCW 4.24.630, VIOLATION OF RCW 7.40.030, DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF - 8

**IMPACT LAW GROUP PLLC**
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230 • (206) 452-0655 FAX

4.27    Betz fears that Dalessio will continue to remove the improvements made by Betz within the Betz Property and the Disputed Areas, may erect more fences and barriers / debris on the Betz Property or within the Disputed Areas, or may otherwise attempt to interfere with Betz's use of that portion of the real property.

4.28    Betz fears that without appropriate injunctive relief he will suffer injury and damage so long as this matter is unresolved.

## V.  RESERVATION OF RIGHTS

Betz reserves the right to add additional parties to this lawsuit as well as make further claims and/or amend claims set forth herein as may be warranted by discovery.

## VI.  PRAYER FOR RELIEF

WHEREFORE, Betz prays that the Court grant the following relief:

A.    Entry of an Order quieting title to the Disputed Areas in favor of Betz;

B.    Entry of judgment against Dalessio on Betz's claims for trespass, violation of RCW 4.24.630 and violation of RCW 7.40.030, and for damages arising therefrom;

C.    Entry of a preliminary and permanent injunction precluding Dalessio from entering upon the Betz Property or the Disputed Areas for any purpose and ordering Dalessio to cease all activities on the Betz Property or within the Disputed Areas;

D.    Entry of a preliminary and permanent injunction compelling the abatement and removal of the fences and other barriers / debris placed upon the Betz Property and the Disputed Areas by Dalessio pursuant to RCW 7.40.030;

COMPLAINT FOR QUIET TITLE / ADVERSE
POSSESSION, TRESPASS, VIOLATION OF RCW
4.24.630, VIOLATION OF RCW 7.40.030,
DECLARATORY JUDGMENT AND INJUNCTIVE
RELIEF - 9

**IMPACT LAW GROUP PLLC**
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230 • (206) 452-0655 FAX

1

E.      That Betz be awarded damages for the above liabilities, including treble

2

damages for Dalessio's violation of RCW 4.24.630;

3

F.      For an award of attorneys' fees and other costs incurred in this action to

4

Betz pursuant to statute, and/or to the fullest extent allowed by contract, law, and

5

equity; and

6

G.      Such other relief as the Court deems just and equitable.

7

8

DATED: This _18th_ day of June 2015.

9

10

IMPACT LAW GROUP PLLC

11

12

By: _____

13

Jonah O. Harrison, WSBA #34576
Attorneys for Plaintiff David Betz

14

15

16

17

18

19

20

21

22

23

24

COMPLAINT FOR QUIET TITLE / ADVERSE
POSSESSION, TRESPASS, VIOLATION OF RCW
4.24.630, VIOLATION OF RCW 7.40.030,
DECLARATORY JUDGMENT AND INJUNCTIVE
RELIEF - 10

**IMPACT LAW GROUP PLLC**
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230 • (206) 452-0655 FAX