**EXHIBIT C**



FILED
KING COUNTY WASHINGTON
SEP 06 2016
SUPERIOR COURT CLERK
BY Susan Bone
DEPUTY

The Honorable Sean O'Donnell
Hearing Date: August 24, 2016
Without Oral Argument

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| DAVID BETZ, a married individual,<br><br>Plaintiff,<br><br>v.<br><br>JULIE DALESSIO, an individual; KEYCORP, INC., an Ohio corporation; and KEYBANK NATIONAL ASSOCIATION, a Washington business,<br><br>Defendant. | NO. 15-2-17125-9<br><br>ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANTS WITHOUT PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS TO ANY PARTY<br><br>(PROPOSED) <br>CLERKS ACTION REQUIRED |

THIS MATTER, having come before the undersigned upon Plaintiff's motion for voluntary dismissal of his claims against Defendants without prejudice and without costs or attorneys' fees to any party, and the Court having considered the Plaintiff's motion, the Responses of Defendants, if any, and the Plaintiff's Reply, if any, as well as the files and records herein, and the Court otherwise deeming itself fully advised in the premises, it is hereby

ORDER GRANTING MOTION FOR VOLUNTARY
DISMISSAL OF CLAIMS
PAGE 1 OF 2

BRENEMAN || GRUBE|| OREHOSKI PLLC
1200 FIFTH AVENUE, SUITE 625
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607

1  ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against all
2  Defendants in this action are hereby dismissed without prejudice and without costs or
3  attorneys' fees to any party.

4  DONE IN OPEN COURT this 6th day of September, 2016.

6  The Honorable Sean O'Donnell

7  Presented by:

8  BRENEMAN GRUBE OREHOSKI, PLLC

9  By: /s/ Joseph A. Grube
10 Joseph A. Grube, WSBA #26476
   Attorneys for Plaintiff

23 ORDER GRANTING MOTION FOR VOLUNTARY
   DISMISSAL OF CLAIMS
   PAGE 2 OF 2

BRENEMAN || GRUBE || OREHOSKI PLLC
1200 FIFTH AVENUE, SUITE 625
SEATTLE, WASHINGTON 98101
(206) 770-7606 • FAX (206) 770-7607