The Honorable Ricardo Martinez

UNITED STATES DISTRICT COURT
OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>　　　　　　　　　Defendant. | No. 2:17-cv-00642-RSM<br><br>DECLARATION OF ANDREW PALMER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

I, Andrew Palmer, declare as follows:

1.　I am over the age of 18, and am otherwise competent to testify as to all matters herein, and make the following statements based on my own personal knowledge.

2.　I began working at the University of Washington Office of Public Records January 2007 and have been a Compliance Analyst with the University since July of 2015. Prior to working as a Compliance Analyst, I was an Assistant Public Records Officer from January 2007 until April of 2012.

3.　Prior to Plaintiff's first public records request (PR 2016-00218), I did not know Ms. Dalessio and, to the best of my knowledge, had never spoken to her.

4.　I was the public records employee that completed Plaintiff's third public records request (PR 2016-00760). The request was for "my (Dalessio's) departmental personnel file" along with other records associated with her personally. Based upon our

DECLARATION OF Andrew Palmer in support of
defendants' motion for summary judgment - 1
2:17-cv-00642-RSM
1010-00051/Decl. of Andrew Palmer.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

standard practice, we interpreted the request as a former employee's request for her own file, meaning it would not be redacted.

5. The University produced 1142 pages of documents related to Plaintiff's employment to Plaintiff herself.

6. The following are exhibits cited or relied upon in Defendant's Motion for Summary Judgment of which I have personal knowledge:

    A. Attached as **Exhibit A** is a true and correct copy of Plaintiff's Public Records Request dated November 9, 2016 and the corresponding release letters.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 21st day of August, 2017, at Seattle, Washington.

_____
Andrew Palmer

**DECLARATION OF Andrew Palmer in support of defendants' motion for summary judgment - 2**
2:17-cv-00642-RSM
1010-00051/Decl. of Andrew Palmer.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423