# EXHIBIT A

# Public Records

| | |
|---|---|
| **From:** | JULIE <juliedalessio@msn.com> |
| **Sent:** | Wednesday, November 09, 2016 10:42 AM |
| **To:** | Public Records |
| **Subject:** | public records request |

the law states that a supervisor should retain a written record in the employee's personnel file of the identity of the person or entity to which reference information is disclosed.  University policy requires an entry into the Employee Work Reference Inquiry Documentation (PDF), and a copy retained in the employee's departmental personnel file.

I am requesting a digital copy of my departmental personnel file, along with any other computer or paper files that might contain records of inquiries concerning my employment at the uw, since my resignation in January 2003.

I am also requesting any other records of departmental communications concerning my employment with the uw, including phone logs, calendars, and emails exchanged with human resources, my former supervisor, Rhoda Ashley Morrow, or others concerning me.

please let me know if you need clarification



**UNIVERSITY OF WASHINGTON**
Office of Public Records and Open Public Meetings
4311 11th Ave NE Suite 360, Seattle, WA 98105

**Prepared for release:** January 26, 2017

Julie Dalessio
1110 29th Ave
Seattle, WA  98122

Re:  Public Records Request PR-2016-00760 (Stage 1)

Dear Ms. Dalessio:

This letter is provided in partial response to your public records request for your own personnel file and other related records.

The first stage of records responsive to your request is enclosed as provided by the Public Records Act of Washington State.  Additional records will be provided to you as they become available.  Please contact our office if you have any questions or concerns.

Sincerely,


Andrew Palmer
Compliance Analyst



Encl.

tel.: 206.543.9180     fax: 206.616.6294     email: pubrec@u.washington.edu     website: http://depts.washington.edu/pubrec/



**UNIVERSITY OF WASHINGTON**
Office of Public Records and Open Public Meetings
4311 11th Ave NE Suite 360, Seattle, WA 98105

**Prepared for release:** February 15, 2017

Julie Dalessio
1110 29th Ave
Seattle, WA  98122

Re:  Public Records Request PR-2016-00760 (Stage 2, COMPLETE)

Dear Ms. Dalessio:

This letter is provided in response to your public records request for your personnel file and other related records.

The second and final stage of records responsive to your request is enclosed as provided by the Public Records Act of Washington State.  This concludes the University's response to your public records request.  Please contact our office if you have any questions or concerns.

Sincerely,


Andrew Palmer
Compliance Analyst



Encl.