**EXHIBIT C**

# Public Records

| | |
|---|---|
| **From:** | David Betz <david@impactlawgroup.com> |
| **Sent:** | Wednesday, September 16, 2015 10:20 AM |
| **To:** | pubrec@uw.edu |
| **Cc:** | Jonah Harrison |
| **Subject:** | Public Records Request Re: Julie Dalessio |
| **Attachments:** | 4198_001.pdf |

To Whom It May Concern,

Julie Dalessio was somehow affiliated with the University of Washington when she utilized her University of Washington email address ([jdaless@u.washington.edu](mailto:jdaless@u.washington.edu)) for purposes of applying for a permit with the City of Seattle DPD to perform improvements at her private residence located at 1110 29th Avenue, Seattle, WA 98122. Attached is the application she filed with the DPD identifying her email address with the University as her email contact for the application.

We are requesting all records maintained by the University of Washington relating or pertaining to Julie Dalessio. My contact information and mailing address are below. We would like the records to be produced on a CD. If there are any non-standard charges for obtaining the records on a CD, please feel free to give me a call.

Thank you in advance for your assistance. Have a nice day.

Regards,

DAVID F. BETZ
IMPACTLAWGROUP PLLC
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
D: 206.457.4121
F: 206.452.0655
[david@impactlawgroup.com](mailto:david@impactlawgroup.com)

This e-mail may contain confidential information that is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.