**EXHIBIT F**

# Request Summary Report
## PR-2015-00570 / ADS - Legal

| | | | |
|---|---|---|---|
| *Track:* | Default | *Date on Request:* | 2015-09-16 |
| *Perfected:* | 2015-09-16 | *Date Initially Received:* | 2015-09-16 |
| *Due:* | 2015-12-07 | *Requester File Ref. #:* | |
| *Completed:* | 2015-12-04 | *Jacket Number:* | |
| *Officer Assigned:* | Swenson, Alison | *Request Transferred In:* | No |
| *Decision Maker:* | Swenson, Alison | *Response Time:* | 54 |
| *Deadline:* | 55 | | |

*Summary:* records relating or pertaining to Julie Dalessio.

*Request Text:* To Whom It May Concern,

Julie Dalessio was somehow affiliated with the University of Washington when she utilized her University of Washington email address (jdaless@u.washington.edu) for purposes of applying for a permit with the City of Seattle DPD to perform improvements at her private residence located at 1110 29th Avenue, Seattle, WA 98122. Attached is the application she filed with the DPD identifying her email address with the University as her email contact for the application.

We are requesting all records maintained by the University of Washington relating or pertaining to Julie Dalessio. My contact information and mailing address are below. We would like the records to be produced on a CD. If there are any non-standard charges for obtaining the records on a CD, please feel free to give me a call.

Thank you in advance for your assistance. Have a nice day.

Regards,

DAVID F. BETZ
IMPACTLAWGROUP PLLC
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
D: 206.457.4121
F: 206.452.0655
david@impactlawgroup.com

## EXTENSIONS

| Extension Type | Extension Days | Extension Date |
|---|---|---|
| Extension 1 | 35 | 2015-12-07 |

## EXEMPTIONS

| Exemption Type | Number Of Times | Statutes Applied |
|---|---|---|
| FERPA | 2 | |
| HIPAA | 5 | |
| RCW 42.56.050 | 96 | |
| RCW 42.56.070(1) | 7 | |
| RCW 42.56.230(3) | 51 | |
| RCW 42.56.230(3)** | 45 | |
| RCW 42.56.230(4) | 130 | |
| RCW 42.56.250(1) | 2 | |
| RCW 42.56.250(2) | 15 | |

# Request Summary Report
## PR-2015-00570 / ADS - Legal

| | |
|---|---|
| RCW 42.56.250(3) | 133 |
| RCW 70.02.020 | 1 |

## FEES

| Date | Transaction Type | Fee Type | Unit Cost | Quantity | Charge | Payment |
|---|---|---|---|---|---|---|
| 2015-11-18 | Payment Received | _Packaging | | 0.00 | $0.00 | $0.29 |
| | *Currency:* | USD$ | | | | |
| 2015-11-18 | Payment Received | _US Postage - Disc | | 0.00 | $0.00 | $1.93 |
| | *Currency:* | USD$ | | | | |
| 2015-12-04 | Actual | _Disks w jewel case | $0.36 | 2.00 | $0.72 | |
| | *Currency:* | USD$ | | | | |
| 2015-12-04 | Actual | _Packaging | $0.29 | 2.00 | $0.58 | |
| | *Currency:* | USD$ | | | | |
| 2015-12-04 | Actual | _US Postage - Disc | $1.93 | 2.00 | $3.86 | |
| | *Currency:* | USD$ | | | | |
| 2015-12-18 | Payment Received | _Disks w jewel case | | 0.00 | $0.00 | $0.36 |
| | *Currency:* | USD$ | | | | |
| 2015-12-18 | Payment Received | _Disks w jewel case | | 0.00 | $0.00 | $0.29 |
| | *Currency:* | USD$ | | | | |
| 2015-12-18 | Payment Received | _Packaging | | 0.00 | $0.00 | $1.93 |
| | *Currency:* | USD$ | | | | |

**Balance Due:** $0.00

## ACTIVITY

| Action | Contact | Created | Due | Completed | On Hold | Elapsed |
|---|---|---|---|---|---|---|
| Case Closed - Redactions/Exemptions | Requester | 2015-12-04 | | 2015-12-04 | No | 0 |
| *Comments:* | | STAGE 2-FINAL Release | | | | |
| Invoice Sent | Requester | 2015-12-04 | 2015-12-28 | 2015-12-17 | No | 9 |
| *Comments:* | | STAGE 2-FINAL Invoice sent | | | | |
| Note to File | Office of Public Records - NEEDS OFFICER REVIEW | 2015-11-25 | | 2015-11-30 | No | 1 |
| *Comments:* | | Sent stage 2 to PMT for reveiw | | | | |
| Staged Release - Redactions | Requester | 2015-11-10 | | 2015-11-10 | No | 0 |
| *Comments:* | | STAGE 1 Release | | | | |
| Invoice Sent | Requester | 2015-11-10 | 2015-12-04 | 2015-11-17 | No | 4 |
| *Comments:* | | | | | | |
| Note to File | Office of Public Records - NEEDS OFFICER REVIEW | 2015-11-02 | | 2015-11-10 | No | 6 |
| *Comments:* | | sent to PMT for review.(STAGE 1 Release suggested) | | | | |
| AddlExtensionReminder | Requester | 2015-10-14 | 2015-12-07 | 2015-12-04 | No | 34 |
| *Comments:* | | closed, not sent | | | | |

# Request Summary Report
## PR-2015-00570 / ADS - Legal

| | | | | | | |
|---|---|---|---|---|---|---|
| PartialResponse | Human Resources, Upper Campus - KORNBERG, Mindy | 2015-10-14 | | 2015-10-14 | No | 0 |
| *Comments:* | | Benefits files received. Still waiting to see if there is a DSO file as well | | | | |
| PartialResponse | Human Resources, Upper Campus - KORNBERG, Mindy | 2015-10-09 | | 2015-10-09 | No | 0 |
| *Comments:* | | Install 1 rec'd from HR (OPF and HRC ? File).  HR still checking for DSO and Benefits files. | | | | |
| Search Extension | Human Resources, Upper Campus - KORNBERG, Mindy | 2015-09-24 | 2015-10-08 | 2015-10-21 | No | 19 |
| *Comments:* | | UWHR asked for an extension | | | | |
| Extension Reminder | Requester | 2015-09-23 | 2015-10-14 | 2015-10-14 | No | 15 |
| *Comments:* | | | | | | |
| ACKLetter | Requester | 2015-09-16 | 2015-09-23 | 2015-09-23 | No | 5 |
| *Comments:* | | | | | | |
| SearchRecords | Human Resources, Upper Campus - KORNBERG, Mindy | 2015-09-16 | 2015-09-30 | 2015-10-21 | No | 25 |
| *Comments:* | | search completed | | | | |
| SearchRecords | Payroll, UW - MANEKIA, Cheryl | 2015-09-16 | 2015-09-30 | 2015-09-24 | No | 6 |
| *Comments:* | | | | | | |
| SearchRecords | UW Medicine - DOLD, Cynthia | 2015-09-16 | 2015-09-30 | 2015-10-08 | No | 16 |
| *Comments:* | | Per JM, they sent records on 9/25/15 but we have do not have them.  Resent on 10/8/15 | | | | |

## CLOSING

| | | | |
|---|---|---|---|
| *Date Completed:* | 2015-12-04 | *Method of Access:* | Copies given |
| *Decision Communicated:* | 2015-12-04 | *Method of Delivery:* | Regular Mail |
| *Request Disposition:* | Partial Grant | *Other Reasons for Denial:* | Not Applicable |
| *Pages Received:* | 479 | *Request Transferred Out:* | No |
| *Pages Reviewed:* | 479 | | |
| *Pages Granted:* | 370 | | |
| *Pages Not Relevant:* | 2 | | |
| *Comment:* | | | |

| | | | |
|---|---|---|---|
| *Disposition:* | Partial Grant | *Release Date:* | 2015-11-10 |
| *Pages Reviewed:* | 235 | *Method of Delivery:* | Regular Mail |
| *Pages Granted:* | 235 | *Other Reasons for Denial:* | Not Applicable |
| *Pages Not Relevant:* | 0 | *Method of Access:* | Copies given |
| *Version :* | First | | |

| | | | |
|---|---|---|---|
| *Disposition:* | Partial Grant | *Release Date:* | 2015-12-04 |
| *Pages Reviewed:* | 236 | *Method of Delivery:* | Regular Mail |
| *Pages Granted:* | 135 | *Other Reasons for Denial:* | Not Applicable |
| *Pages Not Relevant:* | 2 | *Method of Access:* | Copies given |
| *Version :* | Final | | |

*Sections:*

    *AccessPro Case Management:*
        *AccessPro Redaction:*   RCW 42.56.230(4), FERPA, RCW 42.56.070(1), RCW 42.56.250(2), HIPAA, RCW 42.56.050, RCW 42.56.250 (3), RCW 70.02.020, RCW 42.56.230(3)**, RCW 42.56.250(1), RCW 42.56.230(3)