**EXHIBIT G**

# Public Records

| | |
|---|---|
| **From:** | JULIE <juliedalessio@msn.com> |
| **Sent:** | Friday, March 25, 2016 12:56 PM |
| **To:** | pubrec@uw.edu |
| **Subject:** | PR-2015-00570 |

My neighbor received some records concerning me in response to PR-2015-00570, and I would like to have copies of the discs he was given.

Julie Dalessio
1110 29th Ave
Seattle, WA  98122

206 324 2590

thanks



**UNIVERSITY OF WASHINGTON**
Office of Public Records and Open Public Meetings
4311 11th Ave NE Suite 360, Seattle, WA 98105

**Prepared for release:**  April 5, 2016

Ms. Julie Dalessio
1110 29th Ave
Seattle, WA  98122

Re:  Public Records Request PR-2016-00218 (COMPLETE)

Dear Ms. Dalessio:

This letter is provided in response to your public records request for copy of the records released for PR 2015-00570.

The records responsive to your request are enclosed as provided by the Public Records Act of Washington State.  This concludes the University's response to your public records request.  Please contact our office if you have any questions or concerns.

Sincerely,


Alison Swenson
Compliance Analyst



Encl.