**EXHIBIT H**

16 April, 2016

University of Washington
Office of Public Records
4311 11th Ave NE Suite 360
Seattle, WA 98105

Re: PR-2015-00570, PR-2016-00218

In response to his public records request # PR-2015-00570, my neighbor, David Betz, who is suing me for adverse possession of my property and harassing me in every way he can think of, was given confidential information, including my social security number and date of birth, along with other health and personnel related, confidential, exempt information about me, none of which is at all related to his lawsuit.

**I am writing to ask that you please confirm that you will immediately redact all private information from the public record.**

**Also, I am requesting copies of the records of anyone who accessed my records since 2002, along with their contact information.**

I have several issues with the selection of documents chosen to be my public records, and would appreciate the opportunity to discuss how these issues can be resolved.

I would appreciate your immediate attention to this matter.

Thank-you,

Julie Dalessio
1110 29th Ave.
Seattle, WA 98122

206 324 2590
juliedalessio@msn.com

# Alison D. Swenson

| | |
|---|---|
| **From:** | Public Records <pubrec@uw.edu> |
| **Sent:** | Wednesday, April 27, 2016 2:52 PM |
| **To:** | juliedalessio@msn.com |
| **Subject:** | Public Records Request PR-2016-00283 (Dalessio) |
| **Attachments:** | PR 2016-00283 Release package.pdf |

Prepared for release:  April 27, 2016

Ms. Julie Dalessio
1110 29th Ave
Seattle, WA  98122

Re:  Public Records Request PR-2016-00283 (COMPLETE)

Dear Ms. Dalessio:

This email is provided in acknowledgement of and in response to your public records request for records of anyone who has accessed records pertaining to Julie Dalessio since 2002, received on April 20, 2016.

The records responsive to your request are attached to this email as provided by the Public Records Act of Washington State.  This concludes the University's response to your public records request.  Please contact our office if you have any questions or concerns.

Sincerely,

Alison Swenson
Compliance Analyst
UNIVERSITY OF WASHINGTON
Office of Public Records and Open Public Meetings
Mail: Roosevelt Commons-Box 354997, Seattle, WA 98195
Street: 4311 11th Ave NE, #360
206.543.9180  fax 206.616.6294
pubrec@uw.edu http://depts.washington.edu/pubrec/



**Department of Design, Construction and Land Use**

# Address/Records Worksheet

Project Number ___210406___
(Please refer to attached instructions)

1. Property Address: ___1110 29th Avenue___
2. Building Identifier(s): ___
3. King County Assessor's Parcel Number(s): ___983930-0600___
4. COMPLETE Legal Description (attach copy if lengthy): ___Lot 13, Block 6, Young's addition to the city of Seattle, as recorded in Volume 2 of Plats, page 23, records of King County, Washington.___
5. Project Description: ___Accessory dwelling unit in basement___

   Single Family Residence ☑       Commercial ☐

6. Is Parcel Vacant Property?   Yes ☐   No ☑
7. Have you had a PAID ☐ Land Use / ☐ Building Code pre-application conference within the last 6 months? If so, enter the project number here: _____ and attach copy of Land Use Notes from pre-application meeting and attach copy of receipt if available.
8. Owner/Lessee Name: ___Julie Dalessio___
9. Contact for this project: Name: ___Same___   Phone: ___(206) 324-2590___
   e-mail address: ___jdaless@u.washington.edu___   Fax No. ( )
   Mailing Address: ___1110 29th Ave___
   City: ___Seattle___   State: ___WA___   Zip: ___98122___
10. Applicant's Name: ___Julie Dalessio___
11. Applicant's relationship to this project (check one):
    ☑ Owner   ☐ Lessee   ☐ Licensed Architect   ☐ Licensed Engineer
    ☐ Licensed Contractor   ☐ Courier/Messenger   ☐ Owner's Agent (if none of the above)
12. Please identify any Land Use components of your application:
    ☐ SEPA                                ☐ Shoreline Substantial Development   ☐ Sidewalk Café
    ☐ Design Review                       ☐ Shoreline Variance or Cond. Use      ☐ Special Exception (Antenna)
    ☐ Administrative Design Review        ☐ Council Conditional Use              ☐ ECA Admin. Conditional Use
    ☐ Variance                            ☐ Council Concept Approval             ☐ ECA Exception
    ☐ Admin. Conditional Use              ☐ Rezone, Shoreline Re-designation     ☐ Structural Bldg. Overhang
13. Applicant Signature ___[signed]___

---

**DCLU USE ONLY**

Established address (if other than above): ___
Zoning: ___
History in system ___ Y/N   Shoreline ___ Y/N   GIS Page ___
ECA B ___ C ___ Y/N                              Date ___
Environ. Sensitive Area ___ Y/N                  Permit Tech ___
Protected Landmark ___ Y/N   # ___

Revised 8/31/00
k:\asc\forms


**City of Seattle**

Department of Design, Construction and Land Use
700 – 5th Avenue, Suite 2000, Seattle, WA 98104

**Project Number: 2104006**
Permit Tech: ZD

## PROJECT NUMBER INFORMATION/CORRECTION

**Site Address:** 1110 29TH AV                                         Date: JUNE 5, 2001

Mail notice to:

JULIE DALESSIO
1110 29TH AV
SEATTLE, WA 98122

**Permit Addressing Technician**
(206) 684-8850  All Intake Areas
700 – 5th Avenue, Suite 2000
Seattle, WA 98104

EDMS  Applicant Service Center

**Applicant Services Center Hours: M-W-F** 7:30 AM TO 5:30 PM * **TUES & THURS** 10:30 AM TO 5:30 PM

*TELEPHONE AVAILABILITY*    **PERMIT SPECIALISTS:**    8 AM to 11:45 AM

> Issuance of this number is not a determination that this parcel is a legal building site. This project number will remain valid for ONE (1) YEAR from the date of this notice. *A PROJECT NUMBER CAN BE USED FOR ONE (1) PROJECT ONLY AND IS NOT TRANSFERABLE FROM ONE BUILDING SITE TO ANOTHER.*

☒   Address/Records research for your project has been completed. You may call 684-8850 for information on how to submit plans for screening of your application.

**PERMIT LEADER** ☒   **LAND USE PLANNER** ☐   **JOINT APPOINTMENT** ☐

☐   Please bring a copy of your pre-app conference notes with you to your application intake screening.

☐   Because your site has more than two buildings, an identification plan (key plan) will be required (single family dwellings with accessory structures are exempt). Bring two copies of the ID plan to your application intake screener. See the attached DCLU Director's Rule 16-96 for more information.

☐   Property dimensions on your site plan seem inconsistent with our maps and records. DCLU maps and records show the dimensions as _____ (or see attached map).

☐   DCLU will establish address when Lot Boundary Adj./Short Plat _____ is recorded and issued.

☐   Splitting property: DCLU will establish address upon verification of legal building/development site.

☐   Our maps show your property is in an Environmentally Critical Area, category(ies) <u>None, None, None</u>. Please come down to the Applicant Services Center and speak to a Land Use Planner to discuss how this may affect your project.
**NOTE: Applicants requesting Environmentally Critical Area exemptions must receive exemption approval prior to development permit application.**

☐   You may need a Pre-Application Site Visit. See information & Request Form attached.

GIS Map Page: 113    Zoning: SF 5000

K:/A&G/forms Revised 2-16-01

see list    JRL 6/18/01

# Public Records

| | |
|---|---|
| **From:** | David Betz <david@impactlawgroup.com> |
| **Sent:** | Wednesday, September 16, 2015 10:20 AM |
| **To:** | pubrec@uw.edu |
| **Cc:** | Jonah Harrison |
| **Subject:** | Public Records Request Re: Julie Dalessio |
| **Attachments:** | 4198_001.pdf |

To Whom It May Concern,

Julie Dalessio was somehow affiliated with the University of Washington when she utilized her University of Washington email address (jdaless@u.washington.edu) for purposes of applying for a permit with the City of Seattle DPD to perform improvements at her private residence located at 1110 29th Avenue, Seattle, WA 98122. Attached is the application she filed with the DPD identifying her email address with the University as her email contact for the application.

We are requesting all records maintained by the University of Washington relating or pertaining to Julie Dalessio. My contact information and mailing address are below. We would like the records to be produced on a CD. If there are any non-standard charges for obtaining the records on a CD, please feel free to give me a call.

Thank you in advance for your assistance. Have a nice day.

Regards,

DAVID F. BETZ
IMPACTLAWGROUP PLLC
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
D: 206.457.4121
F: 206.452.0655
david@impactlawgroup.com

This e-mail may contain confidential information that is legally privileged. The information is solely for the use of the addressee(s) named above. If you are not the intended recipient, any disclosure, copying, distribution or other use of the contents of this information is strictly prohibited. If you have received this e-mail in error, please notify us by return e-mail and delete this message. Thank you.

## Public Records

| | |
|---|---|
| **From:** | JULIE <juliedalessio@msn.com> |
| **Sent:** | Friday, March 25, 2016 12:56 PM |
| **To:** | pubrec@uw.edu |
| **Subject:** | PR-2015-00570 |

My neighbor received some records concerning me in response to PR-2015-00570, and I would like to have copies of the discs he was given.

Julie Dalessio
1110 29th Ave
Seattle, WA  98122

206 324 2590

thanks