WAWD - Praecipe (Revised 2/13/13)

```
_____ FILED
_____ LODGED    _____ ENTERED
                _____ RECEIVED

        SEP 05 2017      ST
            AT SEATTLE
        CLERK U.S. DISTRICT COURT
    BY WESTERN DISTRICT OF WASHINGTON
                            DEPUTY
```

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

JULIE DALESSIO
      Plaintiff(s),

v.

UNIVERSITY OF WASHINGTON
      Defendant(s).

Case No.  17-cv-642-MJP

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Please file the attached CD in the court record.  This accompanies the motion to seal filed electronically.

Sep 5, 2017
Dated

Sign or use an "s/" and your name

1110 29th Ave
Seattle WA 98122

Name, Address, and Phone Number of Counsel or Pro Se

**PRAECIPE**

Page 1 of 1

