The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JULIE DALESSIO, an individual,

                Plaintiff,

v.

UNIVERSITY OF WASHINGTON,

                Defendant.

No. 2:17-cv-00642-RSM

[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO SEAL

This matter having come before the Court on *Plaintiff's Motion to Seal*, and the Court having considered the Motion and argument, and the following pleadings:

1. *Plaintiff's Motion to Seal and exhibit thereto*;
2. *Declaration of Julie Dalessio and exhibits thereto*;
3. *Defendant's Response to Plaintiff's Motion to Seal*;
4. *Declaration of Derek Chen and exhibit thereto;*
5. _____
6. _____; and
7. _____

And this Court finding itself fully informed, hereby **ORDERS** the following:

_____

_____

_____

[PROPOSED] ORDER REGARDING PLAINTIFF'S
MOTION TO SEAL - 1
2:17-cv-00642-RSM
1010-00051/314126

**KEATING, BUCKLIN & McCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1576
PHONE: (206) 623-8861
FAX: (206) 223-9423

1  _____
2  _____
3  _____ .

4
5  DONE IN OPEN COURT THIS ____ DAY OF _____, 2017.

6
7                                    _____
                                     The Honorable Marsha J. Pechman
8
9
10 Presented by:
11 KEATING BUCKLIN & MCCORMACK, INC., P.S.
12
13
   By: */s/ Jayne L. Freeman*
14 Jayne L. Freeman, WSBA #24318
   Special Assistant Attorney General for Defendant
15

[PROPOSED] ORDER REGARDING PLAINTIFF'S
MOTION TO SEAL - 2
2:17-cv-00642-RSM
1010-00051/314126

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1576
PHONE: (206) 623-8861
FAX: (206) 223-9423