The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JULIE DALESSIO, an individual,

                Plaintiff,

v.

UNIVERSITY OF WASHINGTON,

                Defendant.

No. 2:17-cv-00642-RSM

DECLARATION OF DEREK C. CHEN IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE

I, Derek C. Chen, declare as follows:

1. I am one of the attorneys representing the Defendant in this lawsuit. I make this declaration based upon my own personal knowledge, upon facts which are admissible in evidence. I am competent to testify to the matters set forth in this declaration.

2. To Defendant's knowledge, Plaintiff has never "designated" any specific documents as "confidential" through any kind of official tag or designation.

3. The original redactions to PR 15-00570 were made by Alison Swenson, a compliance analyst for the University of Washington, prior to producing the documents in response to a public records request. Counsel for Defendant then made additional redactions using black boxes for purposes of filing the subject documents in court, some of which had writing describing what was underneath the redaction, pursuant to WDLC 5.2(a).

4. The following exhibits are cited or relied upon in Defendant's Response to Plaintiff's Motion to Strike:

DECLARATION OF DEREK C. CHEN - 1
2:17-cv-00642-RSM

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1576
PHONE: (206) 623-8861
FAX: (206) 223-9423

A.  Attached as **Exhibit A** is a true and correct copy of e-mail correspondence between the parties and the Courtroom Deputy.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 8th day of September, 2017, at Seattle, Washington.

> */s/ Derek C. Chen*
> Derek C. Chen, WSBA #49723

DECLARATION OF DEREK C. CHEN - 2
2:17-cv-00642-RSM

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1576
PHONE:  (206) 623-8861
FAX:  (206) 223-9423