RECEIVED
2017 SEP 11 PM 1 38
KEATING, BUCKLIN
& McCORMACK, INC., P.S.

The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>                     Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>                     Defendant. | Case No. 2:17-cv-00642 MJP<br><br>**Declaration of Service to University of Washington**<br><br>**PR 16-760, under seal** |

    I, Terrilyn Heggins, declare that I am over the age of 18, and I am competent to testify as to all matters herein.

    I declare that on Sept. 11, 2017 personally served a disc containing a true and correct copy of PR 16-00760 (Docket 38, under seal) on the party listed below.

Jayne L. Freeman
WSBA #24318
Keating Bucklin & McCormack, Inc. P. S.
801 Second Ave. Suite 1210
Seattle, WA 98104
206 623 8861

signed

Terrilyn Heggins
PO Box 32829 Pacific Hwy. S.
Federal Way, WA 98003

PLAINTIFF's Declaration of Service   -   Case 2:17-cv-00642-MJP        1