# EXHIBIT 1

Exhibit re PLAINTIFF's Response re: SUMMARY JUDGMENT -   Case 2:17-cv-00642-MJP

Honorable Sean O'Donnell
Trial Date: August 29, 2016

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

| | |
|---|---|
| DAVID BETZ, a married individual,<br><br>Plaintiffs,<br><br>v.<br><br>JULIE DALESSIO, an individual; KEYCORP, INC., an Ohio corporation; and KEYBANK NATIONAL ASSOCIATION, a Washington business,<br><br>Defendants. | NO. 15-2-17125-9 SEA<br><br>DEFENDANT DALESSIO'S OBJECTIONS TO PLAINTIFF'S NOTICE OF INTENT TO OFFER DOCUMENTS PURSUANT TO ER 904 |

Pursuant to ER 904(c), Defendant, Julie Dalessio objects to the admissibility of the following documents listed within Plaintiff's ER 904 notice of July 29, 2016:

| No. | Document | Objection | Authority |
|---|---|---|---|
| 9. | Photograph of fence in side yard, etc., claimed to be dated 10/6/06 | Objection to description and date; content of photo speaks for itself; photo is dated 7/1/15, not 10/6/06; no objection to authenticity or admissibility, subject to correction of description. | |
| 13 - 23 | Email exchanges between and among David Betz, Susan Goldman, Jim Carey, Julie | Assuming the documents numbered 13-23 (and plaintiff has not represented otherwise) are offered for their contents, | ER 802, 803, 804, 805, and 904(a). |

DEFENDANT DALESSIO'S DISCLOSURE OF
ADDITIONAL WITNESSES - 1

ARAMBURU & EUSTIS, LLP
720 Third Avenue, Suite 2000
Seattle, Washington 98104
Tel. (206) 625-9515
Fax (206) 682-1376

| | | | |
|---|---|---|---|
| | Dalessio and Randy Bennett | each is objectionable as offering inadmissible hearsay (and hearsay within hearsay) not falling under any of the recognized hearsay exceptions for either available or unavailable witnesses. Plaintiff has listed the speakers/writers/authors of the statements as witnesses at trial. Further, the statements within the email exchanges do not have guarantees of trustworthiness equivalent to the documents listed at ER 904(a). | |
| 24. | 1998 Master Use Permit Application for Dalessio house | The permit application is inadmissible without testimony to establish how it relates to the claims in this action. | ER 401, 402, 403, 602, 701, 703 and 705, and lack of foundation. |
| 26, and 28-54 | Photographs taken by Betz | No objection as to authenticity or admissibility, if supported by testimony to identify the photographs and what they purport to show. | |
| 60. | Temporary Accommodation Letter to Julie Dalessio from University of Washington | The 2002 letter and other documents at this item have no relevance to the boundary line dispute at issue in this proceeding; under public records exceptions at RCW 42.56.050, .210, .230 and .250, the documents are not public records and should not have been furnished to plaintiff; whatever their claimed relevance, their probative value is substantially outweighed by their prejudicial impact; and their admission under ER 904 would not serve the interests of justice. | |
| 61. | Settlement Agreement Re: Dalessio v. University of Washington | The 2003 Settlement Agreement and included letters relate to Dalessio's employment with the University of Washington and have no relevance to the boundary dispute at issue; their use in this proceeding is beyond the limited publication allowed under ¶16 of the Agreement; under public records exceptions at RCW 42.56..050, .210, .230 | ER 401, 402, 403 and 904; and RCW 42.56.050, .210, .230 and .250 |

DEFENDANT DALESSIO'S DISCLOSURE OF
ADDITIONAL WITNESSES - 2

ARAMBURU & EUSTIS, LLP
720 Third Avenue, Suite 2000
Seattle, Washington 98104
Tel. (206) 625-9515
Fax (206) 682-1376

|  |  |  |  |
|---|---|---|---|
|  |  | and .250, these documents are not public records and should not have been furnished to plaintiff; whatever their claimed relevance, their probative value is substantially outweighed by their prejudicial impact; and its admission under ER 904 would not serve the interests of justice. |  |
| 62. | Washington ESD letter Re: Dalessio ESD claim | The 2003 letter from the Employment Security Department relating to Dalessio's termination of employment from the University of Washington has no relevance to the boundary dispute at issue; under the exceptions cited on the face of the letter, it is not a public record and should not have been furnished to plaintiff; whatever the claimed relevance, its probative value is substantially outweighed by its prejudicial impact; and its admission under ER 904 would not serve the interests of justice. | ER 401, 402, 403 and 904; and RCW 42.56.210, .230 and .250. |
| 63. | B&D Rockeries Proposal & Contract | The estimate is inadmissible without testimony to establish what the work is for, where it is to be conducted, how it relates to the claims in this action, why Dalessio should be liable for the expense and causation. | ER 401, 402, 403, 602, 701, 703 and 705, and lack of foundation |
| 64. | Dappen Construction Estimate Re: fence | Same objections as to Item 63. |  |
| 65 - 68 | Declarations of Jim Carey, Susan Goldman, Eudosio Solis and Erin Bronner | Defendant advances the same objection to documents 65 – 68, as to documents 13-23; documents 65 and 66 are further objectionable on grounds that the declarations were made without proper affirmation, as the declarants are beyond state or federal jurisdiction and not subject to the penalty of perjury of the State of Washington. | ER 603, 802, 803, 804, 805, and 904(a). |

Pursuant to ER 904(c), Defendant Dalessio reserves objections as to relevancy of any of plaintiff's listed exhibits. Dalessio further reserves the right to

DEFENDANT DALESSIO'S DISCLOSURE OF
ADDITIONAL WITNESSES - 3

ARAMBURU & EUSTIS, LLP
720 Third Avenue, Suite 2000
Seattle, Washington 98104
Tel. (206) 625-9515
Fax (206) 682-1376

supplement these objections based upon arguments of plaintiff in support of admissibility.

DATED: August 12, 2016.

ARAMBURU & EUSTIS, LLP

Jeffrey M. Eustis, WSBA 9262
Attorney for Defendant, Julie Dalessio

DEFENDANT DALESSIO'S DISCLOSURE OF
ADDITIONAL WITNESSES - 4

ARAMBURU & EUSTIS, LLP
720 Third Avenue, Suite 2000
Seattle, Washington 98104
Tel. (206) 625-9515
Fax (206) 682-1376

## DECLARATION OF SERVICE

I am an employee in the law offices of Aramburu & Eustis, LLP, over eighteen years of age and competent to be a witness herein. On the date below, I e-served copies of the foregoing document, addressed as follows:

Attorneys for Plaintiff David Betz
Jonah Q. Harrison, WSBA #34576
Impact Law Group PLLC
1325 Fourth Avenue, Suite 1400
Seattle WA 98101
jonah@impactlawgroup.com
☐ first class postage prepaid,
☐ email   ☐ facsimile
☐ hand delivery / messenger
☒ Via electronic court filing e-service pursuant to King County LGR 30.

Co-Counsel for plaintiff Betz:
Joseph A. Grube, WSBA #26476
Karen Orehoski, WSBA #35855
Breneman Grube Orehoski, PLLC
1200 5th Avenue, Suite 625
Seattle, WA 98101
joe@bgotrial.com
☐ first class postage prepaid,
☐ email   ☐ facsimile
☐ hand delivery / messenger
☒ Via electronic court filing e-service pursuant to King County LGR 30.

Attorneys for Key Corp. Inc. & KeyBank National Association
Farron Curry, WSBA #40559
Schwabe, Williamson & Wyatt, P.C.
1420 5th Avenue, Suite 3400
Seattle WA 98101
fcurry@schwabe.com
☐ first class postage prepaid,
☐ email   ☐ facsimile
☐ hand delivery / messenger
☒ Via electronic court filing e-service pursuant to King County LGR 30.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

DATED: August 12, 2016.

_Carol Cohoe_
Carol Cohoe

DEFENDANT DALESSIO'S DISCLOSURE OF
ADDITIONAL WITNESSES - 5

ARAMBURU & EUSTIS, LLP
720 Third Avenue, Suite 2000
Seattle, Washington 98104
Tel. (206) 625-9515
Fax (206) 682-1376