Exhibit 2

Authority Number corresponds to TABLE OF AUTHORITIES in Plaintiff's Response to SJ, pp. 4,5

PR 15-00570

| Dkt # | Page # | Description | RCW | Authority |
|---|---|---|---|---|
| 32 | 1-66 | Employee Id #, wages, name | 42.56.230<br>42.52.050 (3)<br>42.56.250<br>42.56.050 | 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 13 |
| 32 | 67 | workplace violence training certificate | | 1, 2, 7 |
| 33 | 2-4 | wages | 42.56.230<br>42.52.050 (3)<br>42.56.050 | 1, 2, 4, 5, 6, 7, 8, 9, 10, 11 |
| 33 | 5 | job description validation 2001 | | 1, 2, 7 |
| 33 | 6 | registry certificate | | 1, 2, 7 |
| 33<br>34 | 9, 10, 165 | "Personal Data",Date of Birth (redacted by counsel for defense) Handicap Classification, Veteran status, signature | 42.56.250<br>42.56.230<br>42.52.050 (3)<br>42.56.050 | 1, 2, 7, 9, 11. |
| 33 | 11 | "Personal Data"  Signature, Name change information, citizenship | 42.56.230<br>42.52.050 (3)<br>42.56.050 | 1, 2, 7, 9, 11. |
| 33 | 12 | "Personal Data"  Signature, Name change information | 42.56.230<br>42.52.050 (3)<br>42.56.050 | 1, 2, 7, 9, 11. |
| 33 | 13, 25 | competency waiver | | 1, 2, 7 |
| 33 | 14 | orientation waiver | | 1, 2, 7 |
| 33 | 15 | purported location of employee health records | 42.40.020(3) | 1, 2, 7 |
| 33 | 16 | data security and confidentiality, 1998, signature | | 1, 2, 7 |
| 33 | 17 | purported location of employee continuing education records, "documentaion of mandatory annual reviews | 42.40.020(3) | 1, 2, 7 |
| 33 | 18, 20 | HIV/AIDS training, 1990 | | 1, 2, 7 |
| 33 | 19 | Hazard communication training 1990 | | 1, 2, 7 |
| 33 | 20 | continuing education, 1990 | | 1, 2, 7 |
| 33 | 21 | continuing education, 1993 | 42.52.050(3) | 1, FERPA |
| 33 | 23 | "Standards of Conduct" 1998, signature | 42.40.020(3) | 1, 2, 7 |

Exhibit 2

| 33 | 24 | "Standards of Conduct", 2001 signature | | 1, 2, 7 |
|---|---|---|---|---|
| 33 | 26-31, 33-40 | wages, budget distribution changes 2002, 2001, 2000 | 42.56.230 42.52.050 (3) 42.56.050 | 1, 2, 4, 5, 6, 7, 8, 9, 10, 11 |
| 33 | 32 | wages, name 1987 | 42.56.230 42.52.050 (3) 42.56.050 | 1, 2, 4, 5, 6, 7, 8, 9, 10, 11 |
| 33 | 41 | Fraud Awareness certificate 2002 | | 1, 2, 7 |
| 33 | 42 | incomplete list of required documentation 2002 | 42.40.020(3) 42.52.050(3) | 1, 2, 7 |
| 33 | 44-48, 50-67 | retroactive salary transfer 1998, 1999, salary, job class | 42.56.230 42.52.050 (3) 42.56.050 | 1, 2, 4, 5, 6, 7, 8, 9, 10, 11 |
| 33 | 47 | Social Security # X 10 | 42.56.230 42.52.050 (3) 42.56.250 42.56.050 | 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13 |
| 33 | 68 | overpayment/repayment form 1997, wages | 42.56.230 42.52.050 (3) 42.56.050 | 1, 2, 4, 5, 6, 7, 8, 9, 10, 11 |
| 33 | 69 | financial information- deductions for social security, pension, taxes, medicare, 1997 | 42.56.230 42.52.050 (3) 42.56.050 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 |
| 33 | 70-72, 76-78, 80-91 | wages, name, 1996, 1995 | 42.56.230 42.52.050 (3) 42.56.050 | 1, 2, 4, 5, 6, 7, 8, 9, 10, 11 |
| 33 34 | 73, 74, 75, 79, 121, 131, 133 | re:  personal leave of absence 1996 | 42.52.050(3) 42.40.020(3) 42.56.050 42.40.020(3) | 1, 2, 7 |
| 33 | 92, 136 | Interdepartmental position review 1994 | 42.52.050(3) | 1, 2, 7 |
| 33 | 93, 137-138 | position description 1994 | | 1, 2, 7 |
| 33 | 94-110 | wages, name 1993, 1992, 1991 | 42.56.230 42.52.050(3) 42.56.050 | 1, 2, 4, 5, 6, 7, 8, 9, 10, 11 |
| 33 | 106 | interdepartmental re: change salary to chronic fatigue syndrome, 1991 | 42.40.020(3) | 1, 2, 7 |

Exhibit 2

| 34 | 1-8 | wages, name 1990, 1989, 1987 | 42.56.230 42.52.050(3) 42.56.050 | 1, 2, 4, 5, 6, 7, 8, 9, 10, 11 |
|---|---|---|---|---|
| 34 | 9, 13, 108, 112, 168, 169 | separation payment, 2003 wages, name, employee id# | 42.56.230 42.52.050(3) 42.56.050 | 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 13 |
| 34 | 10-11 | leave and work records 1999, 1994, | 42.52.050(3) 42.56.050 | 1, 2, 7 |
| 34 | 12 | overpayment/ repayment form, 1999 | 42.56.230 42.52.050(3) 42.56.050 | 1, 2, 4, 5, 6, 7, 8, 9, 10, 11 |
| 34 | 14, 120 | email from janet sullivan to karen holloway dated Jan 13, 2003 re: resignation Jan 15 | | 1, 2, 7 |
| 34 | 15 | overpayment/ repayment form, 2002, signature | 42.56.230 42.52.050(3) **42.56.050** | 1, 2, 4, 5, 6, 7, 8, 9, 10, 11 |
| 34 | 16-17, 18, 19 | overpayment worksheet, 2002, "late timesheet" wages, signature Employee id#s (redacted by counsel for defense) | 42.56.230 42.52.050(3) 42.56.250 42.56.050 42.40.020(3) | 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 13 |
| 34 | 18 | "timekeeping record" 2002 revised by supervisor, signature | 42.52.050(3) 42.56.050 42.40.020(3) | 1, 2, 7 |
| 34 | 21-23 | job description validation 2002, signature. 2002 | | 1, 2, 7 |
| 34 | 24 | personal use of departmental computers 2002, signature | | 1, 2, 7, 14 |
| 34 | 25 | data security and confidentiality, 2002, signature | | 1, 2, 7, 14 |
| 34 | 26 | job description validation 2001, signature | | 1, 2, 7 |
| 34 | 27-29 | wages, name 1994 | 42.56.230 42.52.050(3) 42.56.050 | 1, 2, 4, 5, 6, 7, 8, 9, 10, 11 |
| 34 | 30-31 | timesheet 2003 , administrative leave | 42.52.050(3) 42.56.050 | 1, 2, 7 |
| 34 | 32-37 | timesheet (work and leave record) 2002, 2001, 2000 | 42.52.050(3) 42.56.050 42.40.020(3) | 1, 2, 7 |
| 34 | 38-59 | timesheet 1987-1993, 1995, 1996-1998 | 42.52.050(3) 42.56.050 | 1, 2, 7 |

Exhibit 2

| 34 | 60, 119 | Leave buyback worksheet, L&I claim#, financial info, signature 2002 | 42.56.230<br>42.52.050(3)<br>51.28.070<br>42.56.050<br>42.40.020(3) | 1, 2, 3, 4, 5, 7, 9, 10, 11, 13. |
|---|---|---|---|---|
| 34 | 60, 61, 62 | office of risk management, interdepartmental correspondence re: L&I claim | 42.56.280<br>51.28.070<br>42.52.050(3)<br>42.56.050 | 1, 2, 7 |
| 34 | 63-65, 80-82 | re: temporary accommodations letter, from plaintiff to supervisor, 2001, signature | 42.56.280<br>51.28.070<br>42.52.050(3)<br>42.56.050 | **1, 2, 3, 6, 7.** |
| 34 | 66 | Nov. 2002, "task list failure" "poor use of her body" deliberately misleading redactions | 42.56.280<br>41.06.450<br>42.56.050<br>42.40.020(3)<br>42.56.110<br>42.56.050 | **1, 2, 3, 6, 7, 14.** |
| 34 | 67, 79, 84 | Interdepartmental correspondence re: L&I claim | 42.56.280<br>51.28.070<br>42.56.050<br>42.52.050(3) | 1, 2, 7 |
| 34 | 68 | task list, with supervisor comments Nov. 2002 | 42.56.280<br>41.06.450<br>42.40.020(3)<br>42.56.110<br>42.56.050<br>42.52.050(3) | **1, 2, 3, 6, 7, 14.** |
| 34 | 69 | Accommodations request, August 2002, signature, home phone, personal email | 42.56.280<br>42.56.230<br>42.52.050 (3)<br>42.56.250<br>42.56.050<br>51.28.070 | **1, 2, 3, 5, 6, 7, 9, 12, 13.** |
| 34 | 70 | re: healthcare provider document, June 2002, supervisor comments re origin of doc | 42.56.280<br>42.56.050<br>42.40.020(3)<br>51.28.070<br>42.52.050(3) | **1, 2, 3, 6, 7.** |
| 34 | 71-73 | "Temporary Accommodation Letter" Sept. 2002 deliberately misleading, from Supervisor, misleading redactions | 42.56.280<br>42.56.050<br>42.40.020(3)<br>51.28.070<br>42.52.050(3) | **1, 2, 3, 6, 7, 14.** |

Exhibit 2

| 34 | 74-77, 85-88 | Office of Risk Management job analysis, July 2002 L&I claim# | 42.56.280 42.56.050 51.28.070 42.52.050(3) | **1, 2, 3, 4, 5, 6, 7, 13.** |
|---|---|---|---|---|
| 34 | 78 | re: L&I accommodations | 42.56.280 42.56.050 51.28.070 42.52.050(3) | **1, 2, 3, 6, 7.** |
| 34 | 83 | re: L&I accommodations | 42.56.280 42.56.050 51.28.070 42.52.050(3) | **1, 2, 3, 6, 7.** |
| 34 | 89 | Interdepartmental correspondence re: L&I claim March 21, 2003 | 42.56.280 42.56.050 51.28.070 42.52.050(3) | **1, 2, 3, 6, 7.** |
| 34 | 90-92 | Employment Security "You quit work with good cause" | 42.56.410 42.56.050 42.52.050(3) | 1, 2, 3, 5, 6, 7, 9 |
| 34 | 93-95 | Employment Security "You stated . . work not completed . . many absences . . you were not cooperating . . . you were causing problems . ." p. 94 | 42.56.410 41.06.450 42.40.020(3) 42.56.050 42.56.110 42.52.050(3) | 1, 2, 3, 5, 6, 7, 9 |
| 34 | 96 | Jan 2, 2003 return item list | 42.52.050(3) | 1, 2, 7 |
| 34 | 97 | letter from attorney general to plaintiff's attorney jan 10, 2003 | 42.56.600 42.40.020(3) 42.56.050 42.52.050(3) | 1, 2, 3, 5, 6, 7. ER 502 |
| 34 | 98-101 | progress report on task list from plaintiff nov 8, 2002 | 42.56.280 42.56.050 42.52.050(3) | 1, 2, 7 |
| 34 | 102-105 | email from plaintiff's personal, student/alumni acct re: leave of absence oct 2002, health info, misleading redactions | 42.56.280 42.56.050 42.40.020(3) 42.56.250 51.28.070 42.52.050(3) | **FERPA 1, 2, 3, 6, 7.** |
| 34 | 106-107 | Fax to Harborview Medical Ctr. Audit, containing copy of July 15, 1997 letter re: CHMC bonus, misleading redactions | 42.56.050 42.40.020(3) 42.52.050(3) | 1, 2, 4, 5, 6, 7, 8, 9, 10, 11 |

Exhibit 2

| 34 | 109 | Employment Security "A voluntary separation" | 42.56.410<br>42.56.050<br>42.40.020(3)<br>42.52.050(3) | 1, 2, 3, 5, 6, 7, 9 |
|---|---|---|---|---|
| 34 | 110 | Employment Security "resigned due to a hostile environment" | 42.56.410<br>42.56.050<br>42.52.050(3) | 1, 2, 3, 5, 6, 7, 9 |
| 34 | 113-118 | work & leave record 2001, 2000, 2003, 2001, 2000 | 42.56.050<br>42.52.050(3) | 1, 2, 7 |
| 34 | 122 | salary 1987-1996 | 42.56.230<br>42.52.050(3)<br>42.56.050 | 1, 2, 3, 5, 6, 7, 9 |
| 34 | 123-130, 132, 134-135, 140-149, 162-164 | 1999-1996 wages<br><br>1993 - 1989 wages<br><br>1988 wages | 42.56.230<br>42.52.050 (3)<br>42.56.050 | 1, 2, 3, 5, 6, 7, 9 |
| 34 | 139 | deliberately misleading "administrative duties" | 42.40.020(3)<br>42.52.050 (3) | 1, 2, 7 |
| 34 | 150-161 | Incomplete position review questionnaire 1988 | 42.40.020(3)<br>42.52.050(3) | 1, 2, 7 |
| 34 | 162 | SSN redacted by counsel for defense | 42.56.230<br>42.52.050 (3)<br>42.56.250<br>42.56.050 | 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13 |
| 34 | 170-182 | work & leave record 1987-1999 | 42.56.050<br>42.52.050 (3) | 1, 2, 7 |
| 34 | 184 | "Settlement payment authorization" "contains sensitive information that must be treated confidentially" | 42.56.230<br>42.52.050 (3)<br>42.56.050 | 1, 2, 4, 5, 6, 7, 8, 9, 10, 11 |
| 34 | 187-189 | settlement agreement "do not date stamp" | 42.56.230<br>42.52.050 (3)<br>42.56.600<br>42.56.110<br>7.07,<br>7.07.070<br>42.56.050<br>42.40.020(3)<br>49.60.180<br>49.44.090 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 |

Exhibit 2

| 34 | 190 | DRAFT of mediation communication, salary info | 42.56.600 7.07, 7.07.070 42.56.230 42.52.050 (3) 42.56.050 | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 |
|----|-----|---|---|---|
| 34 | 191 | Letter dated Jan. 2, 2003 "Administrative leave until further notice" | 42.40.020(3) 42.56.110 42.56.050 42.52.050 (3) | 1, 2, 7 |
| 34 | 193 | list of clients of Disability Services office, Plaintiff's records destroyed 2011 | 51.28.070 42.52.050(3) 42.56.050 | 1, 2, 7 |