# EXHIBIT 3

Exhibit re PLAINTIFF's Response re: SUMMARY JUDGMENT -   Case 2:17-cv-00642-MJP

## Request Summary Report
### PR-2016-00283 / ADS - Other

| | | | |
|---|---|---|---|
| Track: | Default | Date on Request: | 2016-04-20 |
| Perfected: | 2016-04-20 | Date Initially Received: | 2016-04-20 |
| Due: | 2016-05-18 | Requester File Ref. #: | |
| Completed: | 2016-04-27 | Jacket Number: | |
| Officer Assigned: | Swenson, Alison | Request Transferred In: | No |
| Decision Maker: | Swenson, Alison | Response Time: | 5 |
| Deadline: | 20 | | |

**Summary:**

**Request Text:** Contact information for anyone who has accessed records pertaining to Julie Dalessio since 2002.

In response to his public records request # PR-201        my neighbor, David Betz, who is suing me for adverse possession of my property and harassing me in        way he can think was        confidential information, including my        number   date of birth, along with        health and personnel related, confidential,        information about me, none of which is at all related to his lawsuit

Iam writing to ask that you please confirm that information from the public record.

will immediately redact all private

Also, Iam requesting copies of the records of anyone who accessed my records since 2002, along with their contact information.

I have several issues with the selection of documents chosen to be my public records, and would appreciate the opportunity to discuss how these        can be resolved.

Iwould appreciate your immediate attention to this matter.

## ACTIVITY

| Action | Contact | Created | Due | Completed | On Hold | Elapsed |
|---|---|---|---|---|---|---|
| Note to File | Office of Public Records - SWENSON, Alison | 2016-11-22 | | 2016-11-22 | No | 0 |
| Comments: | Tort Claim from J. Dalessio (see attached) | | | | | |
| Note to File | Office of Public Records - SWENSON, Alison | 2016-10-18 | | 2016-10-18 | No | 0 |
| Comments: | email from Rob Kosin re: J Dalessio | | | | | |
| Note to File | Office of Public Records - SWENSON, Alison | 2016-09-01 | | 2016-09-01 | No | 0 |
| Comments: | response to closing from requestor | | | | | |
| Case Closed - Wholly Releasable | Requester | 2016-04-27 | | 2016-04-27 | No | 0 |
| Comments: | sent with ACK | | | | | |
| SearchRecords | Human Resources, Upper Campus - KORNBERG, Mindy | 2016-04-22 | 2016-05-06 | 2016-04-27 | No | 3 |
| Comments: | No recs | | | | | |
| Search Internal | Office of Public Records - SWENSON, Alison | 2016-04-22 | | 2016-04-27 | No | 3 |
| Comments: | Will pull requests | | | | | |
| SearchRecords | Payroll, UW - MANEKIA, Cheryl | 2016-04-22 | 2016-05-06 | 2016-04-25 | No | 1 |
| Comments: | No recs- | | | | | |

4/11/2017 9:03:31 AM / Alison Swenson
Office of Public Records

Page   1 / 2

AccessPro Case Management

UW000786

## Request Summary Report
### PR-2016-00283 / ADS - Other

| ACKLetter | Requester | | 2016-04-20 | 2016-04-27 | 2016-04-27 | No | 5 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Comments: | | sent with closing | | | | | |

## CLOSING

| | | | |
| --- | --- | --- | --- |
| Date Completed: | 2016-04-27 | Method of Access: | Copies given |
| Decision Communicated: | 2016-04-27 | Method of Delivery: | Emailed |
| Request Disposition: | Full Grant | Other Reasons for Denial: | Not Applicable |
| Pages Received: | 4 | Request Transferred Out: | No |
| Pages Reviewed: | 4 | | |
| Pages Granted: | 4 | | |
| Pages Not Relevant: | 0 | | |
| Comment: | | | |

| | | |
| --- | --- | --- |
| Disposition: | Release Date: | |
| Pages Reviewed: | Method of Delivery: | |
| Pages Granted: | Other Reasons for Denial: | |
| Pages Not Relevant: | Method of Access: | |
| Version : | | |

Sections:

    AccessPro Case Management:
        AccessPro Redaction: