# EXHIBIT 4

Exhibit re PLAINTIFF's Response re: SUMMARY JUDGMENT -   Case 2:17-cv-00642-MJP

## Request Summary Report
### PR-2016-00760 / AP - Other

| | | | | | | |
|---|---|---|---|---|---|---|
| Scan Documents | Office of Public Records - PALMER, Andrew | 2016-12-12 | 2016-12-19 | 2016-12-20 | No | 6 |
| Comments: | HR records sent for intake. | | | | | |
| AddlExtensionReminder | Requester | 2016-12-12 | 2017-01-11 | 2017-01-11 | No | 20 |
| Comments: | | | | | | |
| Search Extension | UW Medicine - OLIVER, Lori | 2016-12-01 | 2016-12-23 | 2016-12-23 | No | 16 |
| Comments: | Lauren requests search extension | | | | | |
| Note to File | Office of Public Records - PALMER, Andrew | 2016-11-22 | | 2016-11-22 | No | 0 |
| Comments: | Tort Claim from J. Dalessio (see attached) | | | | | |
| Note to File | Office of Public Records - PALMER, Andrew | 2016-11-21 | | 2017-02-15 | No | 57 |
| Comments: | Shari Spung in Claim Services would like all records produced. | | | | | |
| Extension Reminder | Requester | 2016-11-17 | 2016-12-12 | 2016-12-12 | No | 15 |
| Comments: | | | | | | |
| SearchRecords | Human Resources, Upper Campus - KORNBERG, Mindy | 2016-11-15 | 2016-12-01 | 2016-12-06 | No | 13 |
| Comments: | | | | | | |
| SearchRecords | UW Medicine - OLIVER, Lori | 2016-11-15 | 2016-12-01 | 2017-01-06 | No | 34 |
| Comments: | 12/22 - partial response rec'd  UW net id obtained, snapshot requested. | | | | | |
| SearchRecords | Payroll, UW - MANEKIA, Cheryl | 2016-11-15 | 2016-12-01 | 2016-11-28 | No | 7 |
| Comments: | Hardcopy records rec'd from payroll | | | | | |
| ACKLetter | Requester | 2016-11-09 | 2016-11-17 | 2016-11-17 | No | 5 |
| Comments: | | | | | | |

## CLOSING

| | | | |
|---|---|---|---|
| Date Completed: | 2017-02-15 | Method of Access: | Copies given |
| Decision Communicated: | 2017-02-15 | Method of Delivery: | Regular Mail |
| Request Disposition: | Full Grant | Other Reasons for Denial: | Not Applicable |
| Pages Received: | 2591 | Request Transferred Out: | No |
| Pages Reviewed: | 2591 | | |
| Pages Granted: | 1142 | | |
| Pages Not Relevant: | 18 | | |
| Comment: | | | |

| | | | |
|---|---|---|---|
| Disposition: | Full Grant | Release Date: | 2017-01-26 |
| Pages Reviewed: | 510 | Method of Delivery: | Regular Mail |
| Pages Granted: | 510 | Other Reasons for Denial: | Not Applicable |
| Pages Not Relevant: | 0 | Method of Access: | Copies given |
| Version: | First | | |

| | | | |
|---|---|---|---|
| Disposition: | Full Grant | Release Date: | 2017-02-15 |
| Pages Reviewed: | 633 | Method of Delivery: | Regular Mail |
| Pages Granted: | 633 | Other Reasons for Denial: | Not Applicable |
| Pages Not Relevant: | 0 | Method of Access: | Copies given |
| Version: | Second | | |

Sections: