# EXHIBIT 6

## Request Summary Report
### PR-2016-00218 / ADS - Other

### ACTIVITY

| Action | Contact | Created | Due | Completed | On Hold | Elapsed |
|---|---|---|---|---|---|---|
| Note to File | Office of Public Records - SWENSON, Alison | 2017-04-10 | | 2017-04-10 | No | 0 |
| Comments: | Lawsuit filed by J Dalessio. See attached. Sending Shari Spung and Jayne Freeman document production | | | | | |
| Note to File | Office of Public Records - SWENSON, Alison | 2016-11-22 | | 2016-11-22 | No | 0 |
| Comments: | Tort Claim from J. Dalessio (see attached) | | | | | |
| Note to File | Office of Public Records - SWENSON, Alison | 2016-10-18 | | 2016-10-18 | No | 0 |
| Comments: | email from Rob Kosin | | | | | |
| Case Closed - Wholly Releasable | Requester | 2016-04-05 | | 2016-04-05 | No | 0 |
| Comments: | | | | | | |
| Invoice Sent | Requester | 2016-04-05 | 2016-04-26 | 2016-04-07 | No | 2 |
| Comments: | Check received. | | | | | |
| Extension Reminder | Requester | 2016-03-31 | 2016-04-22 | 2016-04-05 | No | 3 |
| Comments: | closed, not sent | | | | | |
| ACKLetter | Requester | 2016-03-25 | 2016-04-01 | 2016-03-31 | No | 4 |
| Comments: | | | | | | |
| Search Internal | Office of Public Records - SWENSON, Alison | 2016-03-25 | | 2016-03-25 | No | 0 |
| Comments: | Will pull the release package and inventory from 15-00570 | | | | | |

### CLOSING

| | | | |
|---|---|---|---|
| Date Completed: | 2016-04-05 | Method of Access: | Copies given |
| Decision Communicated: | 2016-04-05 | Method of Delivery: | Regular Mail |
| Request Disposition: | Full Grant | Other Reasons for Denial: | Not Applicable |
| Pages Received: | 381 | Request Transferred Out: | No |
| Pages Reviewed: | 381 | | |
| Pages Granted: | 381 | | |
| Pages Not Relevant: | 0 | | |
| Comment: | Full grant because she requested what was released in response to another request. Her copy has the same redactions, the other requestors closing letter and the inventory exemption log to the other request | | |

| | | | |
|---|---|---|---|
| Disposition: | | Release Date: | |
| Pages Reviewed: | | Method of Delivery: | |
| Pages Granted: | | Other Reasons for Denial: | |
| Pages Not Relevant: | | Method of Access: | |
| Version : | | | |

**Sections:**

AccessPro Case Management:
AccessPro Reduction: RCW 42.56.230(3)**, RCW 42.56.230(4), FERPA, RCW 42.56.070(1), RCW 42.56.050, RCW 42.56.250(3), RCW 42.56.230(3)