Exhibit  7

CURRICULUM VITAE                                October, 2001

**Julie Swan Dalessio**
(AKA Julie Militoni)

**Educational Background**

1977-1981  Brigham Young University, Provo, UT, B.S. Microbiology, Chemistry minor.
1991-1993  University of Washington, Seattle, M.S. Laboratory Medicine, Virology.

**Society Memberships**

1985       American Society for Microbiology

**Research Positions:**

1984-present, Virology Division, Department of Laboratory Medicine,
                University of Washington, Seattle, WA

04/22/02

**Publications:**

*A. Manuscripts*

1. Ashley R, Militoni J. Use of densitometric analysis for interpreting HSV serologies based on Western Blot. J Virol Meth 1987; 18:159-168.

2. Ashley RL, Militoni J, Lee F, Nahmias A, Corey L. Comparison of Western blot (immunoblot) and glycoprotein G-specific immunodot enzyme assay for detecting antibodies to herpes simplex virus types 1 & 2 in human sera. J Clin Microbiol 1988; 26:662-667.

3. Dalessio J, Ashley R. Highly sensitive enhanced chemiluminescence immunodetection method for herpes simplex virus type 2 Western immunoblot. J Clin Microbiol 1992; 30:1005-1007.

4. Ashley RL, Dalessio J, Burchett S, Brown Z, Berry S, Mohan K, Corey L. Herpes simplex virus-2 (HSV-2) type-specific antibody correlates of protection in infants exposed to HSV-2 at birth. J Clin Invest 1992; 90:511-514.

5. Ashley RL, Dalessio J, Dragavon J, Koutsky LA, Lee FK, Nahmias AJ, Stevens CE, Holmes KK, Corey L. Underestimation of HSV-2 seroprevalence in a high risk population by microneutralization assay. Sex Trans Dis 1993;20:230-235.

6. Gleaves C, Militoni J, Ashley R. An enzyme immunoassay for the direct detection of adenovirus in clinical specimens. Diag Microbiol Infect Dis 1993;17:57-59.

7. Mohamed OA, Ashley RL, Goldstein A, McElrath J, Dalessio J, Corey L. Detection of rectal antibodies to HIV-1 by a sensitive chemiluminescent Western blot immunodetection method. J AIDS 1994;7:375-380.

8. Ashley RL, Corey L, Dalessio J, Wilson P, Remington M, Barnum G, Trethewey P. Protein-specific cervical antibody responses to primary genital herpes simplex virus type 2 infections. J Infect Dis 1994;170:20-6.

9. Ashley RL, Dalessio J, Sekulovich RE. A novel method to assay herpes simplex virus neutralizing antibodies using BHKICP6LacZ-5 (ELVIS™) cells. Viral Immunol 1997;10:213-220.

2

*B. In Press:*

1. Ashley RL, Dalessio J, Xie SX, Zeh J, Barnum G. Sampling cervical secretions for immunoglobulins A and G: effect of time of day and menstrual cycle phase. J Immunol Meth (In Press)

*C. Abstracts and Reports:*

1. Ashley R, Abbo H, Militoni J, and Corey L. Seroprevalence of Human Herpesvirus 6 (HHV-6) by Immunofluorescence and Western Blot (WB). 13th Internat Herpes Workshop, p 251, 1988.

2. Ashley R, Abbo H, Militoni J, Mack K, Corey L. Seroprevalence of human herpesvirus 6 (HHV-6) in four subpopulations. 28th Intersci Conf Antimicrob Agents Chemoth, p 256, 1988.

3. Ashley RL, Komoroff A, Abbo H, Militoni J, Geiger A, Corey L. Serum antibody to human herpesvirus 6 (HHV-6) in patients with chronic fatigue syndrome (CSF). 29th Intersci Conf Antimicrob Agents Chemoth, p 225, 1989.

4. Eckstein K, Ashley R, Militoni J, Corey L. Immunologic cross-reactivity of human herpesvirus 6 (HHV-6) and other human herpesviruses. 29th Intersci Conf Antimicrob Agents Chemoth, p 235, 1989.

5. Cone RW, Metcalf M, Huang M-LW, Ashley R, Militoni J, Corey L. HHV-6 in saliva and peripheral blood mononuclear cells. 15th Internat Herpes Workshop, p 268, 1990.

6. Ashley R, Militoni J, Wilson P, Corey L. Characterization of humoral and mucosal antibody responses to primary genital herpes infections. 15th Internat Herpes Workshop, p 429, 1990.

7. Ashley R, Militoni J, Wilson P, Remington M, Dunn A, Corey L. Protein targets of the humoral and mucosal IgA responses to herpes simplex virus 2 (HSV-2). 30th Intersci Conf Antimicrob Agents Chemoth, p 119, 1990.

8. Ashley RL, Militoni J, Brown Z, Burchett S, Corey L. Protective effect of passively transferred type specific antibody in infants exposed to HSV-2 at birth. 16th Internat Herpes Workshop, p 160, 1991.

9. Ashley R, Wald A, Dalessio J, Wilson P, Remington M, Barnum G, Trethewey P, Corey L. Anamnestic mucosal cervical antibody (CXAB) in nonprimary first episodes of genital HSV-2 (NPFE). 33rd Intersci Conf Antimicrob Agents Chemoth, p.398, 1993.

3

10. Sherlock C, Ashley R, Dalessio J, Sibau L. Lectin-purified glycoprotein G2 (gG2) EIA compared with western blot for the detection of herpes simplex type 2 antibody. IUVDT World STD/AIDS Congress 1995, Singapore, Japan, 1995.

11. Ashley R, Dalessio J, Schacker T. Rectal antibodies during primary HIV-1 infection. 8th Intern. Congress Mucosal Immunol, 1995.

12. Ashley R, Corey L Langenberg A, Burke RL, Sekulovich R, Gee C, Dekker C, Wald A, Shaughnessy M, Crisostomo FM, Dalessio J. Cervical IgG and IgA responses to a herpes simplex virus-2 (HSV-2) subunit vaccine. 35th Intersci Conf Antimicrob Agents Chemoth, p.180, 1995.

13. Yeh WW, Dalessio J, Ashley RL. Detection of inhibitory activity against herpes simplex virus type 2 (HSV-2) in cervical secretions from HSV-uninfected women. J Invest Med, p.102A, 1997.

14. Mhopi-Keou F-X, Dalessio J, Gresenguet G, Gopal R, Mayaud P, Weiss HA, Hayes RJ, Mabey DCW, Corey L, Brown DWG, Belec L, Ashley RL. Relationship between HSV-2 shedding and cervical antibody responses in African women at risk of or with HIV. 40th Intersci Conf Antimicrob Agents Chemoth, p 266, 2000.

4

2001

| HEPATITIS SECTION | CLINICAL RETROVIRUS SECTION |
|---|---|
| David Gretch, Faculty | Bob Coombs, Faculty |
| Steve Polyak, Faculty | Joan Dragavon, Supervisor |
| Dan Sullivan, Faculty | |
| Chihiro Morishima, Faculty Scientist | |
| Minjun Chung, Supervisor | |
| **HERPES SIMPLEX CELLULAR IMMUNOLOGY SECTION** | **RETROVIRUS PATHOGENESIS & MOLECULAR VIROLOGY SECTION** |
| David Koelle, Faculty | Larry Corey, Faculty |
| Keith Jerome, Faculty | Scott Brodic, Faculty |
| Chris Posavad, Faculty | Taofu Zhu, Faculty |
| Larry Corey, Faculty | Eric Peterson, Clinical Supervisor |
| Research Scientists: Jeff Vieira, Serge Barcy, & Martine Aubert | Kurt Diem, Research Supervisor |
| **MOLECULAR VIROLOGY & PCR SECTION** | **DIGNOSTIC VIROLOGY & MUCOSAL IMMUNOLOGY SECTION** |
| Larry Corey, Faculty | Rhoda Ashley, Faculty |
| Keith Jerome, Faculty | Anne Cent, Clinical Virology Laboratory Supervisor |
| Meei-Li Huang, Technical Director | Julie Dalessio, Research Supervisor |
| Linda Cook, Clinical Director | |



**FHCRC/UW HIV IMMUNOLOGY & VACCINE LABORATORY**
Julie McElrath, Faculty
Marnie Elizaga, Faculty
Uma Malhotra, Faculty
Nina Russell, Faculty
Florian Hladik, Research Associate
Research Scientists: Jianhong Cao, Helen Horton, Yunong Xu, & Jieyu Huang

**CLINICAL FACILITIES**

*VIROLOGY RESEARCH CLINIC/ REMINGTON CLINIC - 720-4348*
Anna Wald, Faculty
Larry Corey, Faculty
Senior Fellow: Corey Casper

*PRIMARY INFECTION CLINIC - 720-4348*
Ann Collier, Faculty
Janine Maenza, Clinical Faculty

*HVTU CLINIC - 667-2300*
Julie McElrath, Faculty
Marnie Elizaga, Clinical Faculty

*HEPATITIS CLINIC – 731-5402/5405*
Chia Wang, Faculty
Larry Corey, Faculty

*ACTG CLINIC – 731-3483*
Ann Collier, Faculty
Bob Coombs, Faculty



1995

## VIROLOGY ORGANIZATIONAL CHART

**VIROLOGY DIVISION**

Larry Corey, M.D., Head
(621-4177)

Rhoda Ashley, Ph.D. - 526-2117
Bob Coombs, M.D., Ph.D., FRCP - 621-4342
David Gretch, M.D. - 621-4169
David Koelle, M.D. - 621-4172
Julie McElrath, M.D., Ph.D. - 621-4342
Tim Schacker, M.D. - 720-4340
Anna Wald, M.D. - 720-4340

**VIROLOGY ADMINISTRATION**
Program Coordinator
Lisa Fitzpatrick - 621-4393

| | |
|---|---|
| **ACTU RETROVIRUS SECTION**<br>Robert Coombs, Director<br>Joan Dragavon, Supervisor<br>(543-7835) | **DIAGNOSTIC VIROLOGY SECTION**<br>Rhoda Ashley, Director<br>Anne Cent, Supervisor<br>(728-2058) |
| **HEPATITIS SECTION**<br>David Gretch, Director<br>Corazon De Larosa, Supervisor<br>(621-4103) | **UWMC RAPID RESPONSE TRANSPLANT SECTION**<br>David Gretch, Director<br>Willa Lee, Supervisor<br>(616-1649) |
| **MOLECULAR VIROLOGY SECTION**<br>Larry Corey, Director<br>Ann Hobson, Supervisor<br>(621-4194) | **CHLAMYDIA SECTION**<br>Walter Stamm, Director<br>L. Corey, Administrative Director<br>Linda Cles, Supervisor<br>(545-6215) |
| **HERPES SIMPLEX CELLULAR IMMUNOLOGY LAB**<br>David Koelle, Director<br>(621-4172) | **HIV IMMUNOLOGY LAB**<br>Julie McElrath, Director<br>(621-4342) |
| **DIAGNOSTIC DEVELOPMENT SECTION**<br>Larry Corey, Director<br>Research Scientists: Meei-Li Huang, Jeff Vieira<br>(621-4194) | **MUCOSAL IMMUNOLOGY LAB**<br>Rhoda Ashley, Director<br>Julie Dalessio, Supervisor<br>(616-2232) |

**VIROLOGY RESEARCH CLINIC**
L. Corey, A. Wald, T. Schacker
(720-4340)

**HIV CLINICS (CFAR)**
L. Corey, A. Collier
(720-4290)

**AVEU CLINIC**
L. Corey, J. McElrath
(631-4179)

**ACTG CLINIC**
A. Collier, R. Coombs
(223-3184)

# The University of Washington

The Regents of the University on recommendation of the University Faculty and by virtue of the Authority vested in Them by Law have conferred upon

## Julie Swan Dalessio

the degree of

## Master of Science

and have granted all the Rights, Privileges and Honors thereto pertaining Given at Seattle, in the State of Washington, this sixteenth Day of December, One Thousand Nine Hundred and Ninety-three, in the One Hundred and thirty-third Year of the University.

President of the Board of Regents

President of the University

Carol M. Costman
Dean, Graduate School

# Brigham Young University

## Provo, Utah

Brigham Young University upon recommendation of the University Faculty and by authority of the Board of Trustees has conferred upon

### Julie Swan

the degree of

### Bachelor of Science

with all the Rights, Privileges and Honors thereunto appertaining.
Dated the twenty-second day of December, in the year of our Lord nineteen hundred eighty-one and of the University the One Hundred and seventh.

President of the Board of Trustees

President of the University





The National Register of Microbiologists

American Academy of Microbiology

JOHN M. DeSOY, Sr.
Chairman

Laboratories Administration
Department of Health & Mental Hygiene
201 West Preston Street
Baltimore, Maryland 21201
301/225-6080

HELEN L. BISHOP
Secretary

CAROL A. COLGAN
Registrar

Headquarters Office
1325 Massachusetts Avenue, N.W.
Washington, D.C. 20005
(202) 737-3600

April 23, 1990

Julie Militoni
8519 Tenth Avenue, N.W.
Seattle, Washington  98117

Dear Ms. Militoni:

On behalf of the Certification Board of the National
Registry of Microbiologists, I wish to thank you for your recent
participation on the Research and Development Microbiology
examination development committee here in Washington, D.C.
Committee Chair Fred Williams appreciates your hard work and is
pleased that this committee was able to add many new questions to
the exam item pool.

If you would like the NRM to send a letter expressing
gratitude for your participation on the exam development
committee to your supervisor or personnel manager, we would be
happy to do so. Send me the name(s) and mailing address(es), and
I will send out letter(s) of thanks.

Again, thanks to you for your time and hard work. I do hope
you found this a rewarding experience. We will surely turn to
you in the future for your expertise.

Sincerely yours,

Carol A. Colgan
Registrar

cc:  Fred Williams



The National Registry of Microbiologists

American Academy of Microbiology

JOHN M. DeBOY, PhD
Chairman

Laboratories Administration
Department of Health & Mental Hygiene
201 West Preston Street
Baltimore, Maryland 21201
301/225-6085

HELEN L. BISHOP
Secretary

JEROME R. CORDTS
Registrar

Headquarters Office
1913 I Street, N.W.
Washington, D.C. 20006
(202) 833.9680

December 20, 1988

Dr. Rhoda Ashley
Associate Director of Virology
Children's Hospital & Medical Ctr.
4800 Sand Point Way, N.E.
Seattle, WA 98105

Dear Dr. Ashley:

Julie S. Militoni has requested that we notify you that she has taken
and passed the National Registry of Microbiologists certification
examination.  Effective 1 July 1988 she is a Registered Microbiolo-
gist RM(AAM), in Research and Developmental Microbiology.

The NRM is sponsored  by the American Academy of Microbiology of the
American Society  for Microbiology.  It is a voluntary certifying
body which was founded in 1958.  Represented in all 50 States, the
District of Columbia, Puerto  Rico,  and on 6 Continents, it is the
only organization in  the  United  States  which  offers  certifica-
tion  in both clinical and non-clinical microbiology areas.

Eligibility requirements are  rigorous,  including  both  formal and
on-the-job  training  and  experience.  Successful  completion of the
examination  requires  a  comprehensive  knowledge  of the non-trivial
elements of microbiology practice within this specialty.

The NRM is proud  of  its high standards and of those who have earned
certification.  If  you have any specific questions about the programs
offered by  the  NRM,  or  if  you  would  like to receive the revised
Information on Certification Programs brochure, please write.

Sincerely,

Jerome R. Cordts

Jerome R. Cordts, Registrar
National Registry of Microbiologists

cc: J. Militoni
    J. DaBoy
    H. Bishop

**PLAINTIFF, Julie Dalessio's Declaration re: SUMMARY JUDGMENT -  Case 2:17-cv-00642-MJP**

*Nov 2001*

## Job Description
[Julie Dalessio]

Supervise laboratory-based research. Other responsibilities will include: Serve as a resource to technical, graduate and post-doctoral students involved in clinical basic research programs. Direct experimental work with a variety of molecular techniques. Expectation is to remain current with the scientific literature.

Basic Functions and Responsibilities:

Supervise laboratory-based research/

Duties and Responsibilities:

Supervise research technicians
Coordinate laboratory procedures for different clinical & research studies.
Serve as a resource to technical, graduate & post-doctoral students involved in
clinical and basic research programs.

Related Duties:

Teach and train technicians and post-doctoral fellows
Participate in Virology Division research conferences

Supervision Exercised:

To supervise the day to day research activities of approximately 3 research technologists and 1-2 post-doctoral fellows.

## HIGHER EDUCATION PERSONNEL BOARD

Class Code: 6403

Specification for Class

## CLINICAL TECHNOLOGIST II

### BASIC FUNCTION

Perform routine and complex procedures within a section or major division of the clinical laboratory.
Provide direction to laboratory staff and students; and/or exercise expertise in
development/evaluation/performance of new or specialty procedures; and/or organize staff and student
teaching programs; and/or perform administrative functions.

### DISTINGUISHING CHARACTERISTICS

Senior-level class of the series.

Under general direction, perform three or more of the following:

1. Exercise independent decision making with designated authority providing advice and expertise to
Clinical Technologist I's on shifts where lead and/or supervisory staff are not scheduled to work;

2. Assist supervisor in coordinating educational programs for staff and students and provide feedback to
supervisor on performance;

3. Develop and/or evaluate new procedures; perform all defined specialty procedures requiring in-depth
knowledge and expertise;

4. Spend 25 percent or more time performing administrative duties for assigned unit.

### TYPICAL WORK

Perform defined specialty procedures or provide specialty skills requiring in-depth knowledge and
experience;

Organize and schedule inservice for staff; maintain records of staff training;

Act as resource to Clinical Technologist I's in quality control and troubleshooting of instruments and
procedures;

Schedule orientation and training of new employees, post-doctoral fellows, residents, medical students,
medical technology students, and other health care professionals; prepare teaching materials; submit
written evaluation of students;

Assist in the preparation of work schedules including coverage for vacations, evenings, weekends, and
on-call of a laboratory shift, section, or division; verify time sheets to the work schedule for payroll
purposes;

Develop and evaluate new procedures and instruments;

Revise and submit updated clinical laboratory test procedures for approval;

Inventory laboratory reagents and consumable items; submit supply orders for approval;

Utilize statistical software;

Perform duties of Clinical Technologist I;

Perform related duties as required.

## MINIMUM QUALIFICATIONS

A Bachelor's Degree in Medical Technology with a curriculum accredited by the Committee on Allied Health Education and Accreditation of the American Medical Association AND certification with the American Society of Clinical Pathologists or equivalent, or certification in the specialized field appropriate to the laboratory division AND two years of experience as a Clinical Technologist I or equivalent. An equivalent degree in a field such as chemistry or microbiology may substitute for the Bachelor's Degree in Medical Technology.

Equivalent education/experience will substitute for all minimum qualifications except when there are legal requirements, such as a license/certification/registration.

New Class: 4-18-88
Revise MQ: 7-2-90

UNIVERSITY OF WASHINGTON ACADEMIC MEDICAL CENTERS
DEPARTMENT OF LABORATORY MEDICINE
Virology Division

| | |
|---|---|
| Title: | Clinical Technologist 2 |
| Responsible to: | Professor, Laboratory Medicine, Director Diagnostic Virology Section CHRMC |
| Position Overview: | Perform routine and complex procedures within Virology division of the clinical laboratory. Provide direction to laboratory staff and students; and/or exercise expertise in development and performance of new or specialty procedures; may organize staff and student teaching programs; perform administrative functions |

General Duties:

- Exercise independent decision making with designated authority providing advice and expertise to Clinical Technologist Is and Research Techs on shifts where lead and/or supervisory staff are not scheduled to work;
- Assist supervisor in coordinating educational programs for staff and students who are doing research rotations in the lab; provide feedback to Director and supervisors on performance;
- Develop and/or evaluate new procedures; perform all defined specialty procedures requiring in-depth knowledge and expertise.
- Perform administrative duties for assigned unit.
- Perform duties of Clinical Technologist 1
- Perform other duties as required

Communication and Teambuilding

- Support service and UWAMC goals, service efficiency, and effectiveness through such activities as: participating in problem solving, demonstrating support for policies, sharing expertise, and contributing to project work and committees;
- Promote and contribute to the development of teamwork in the service and working relationships between the laboratory and other departments;
- Form productive working relationships with co-workers. Communicate clearly, directly and on a timely basis;
- Act as role model/mentor to new staff
- Open to receiving feedback and making constructive changes as a result;
- Open to receiving direction and asks for assistance when needed;
- Demonstrate a courteous, respectful, professional attitude, and behavior at all times.
- Represent the Department professionally;

Safety/Response to Emergencies

- Participate in interdepartmental efforts to facilitate a safe environment for all staff and patients;
- Keep abreast of safety procedures including fire plan, disaster drills, evacuation routes, etc.;
- Report knowledge of hazards to the supervisor;
- Follows safety/biohazards procedures and practices "Universal Precautions" at all times;

Quality Assessment and Improvement

- Participate in and support quality assessment and improvement activities;
- Receptive to new ideas and procedures;
- Adapt to new routines and schedules as necessary;

Age Specific Competencies

- Maintain knowledge of age and gender specific developmental stage differences and requirements to meet the needs of patients and their families;
- Maintain knowledge of age and gender specific differences as they relate to minimum specimen volumes and test result reference ranges

**Competency Measured by:**

* Pre-employment Qualifications, Education, and Experience;
* Successful completion of required orientation, training, review of policies and procedures;
* Supervisor's observation of demonstrated skills and performance appraisal assessing job related knowledge and skills;

**Working Conditions**

* May work weekends and holidays
* Must be able to communicate clinical information in English to clinicians, nursing, support staff and patients.
* This position may be stressful at times in that there is a constant pressure for quick turnaround time on tests and quality control.
* Visual verification of small print (as small as font size 9) between two to three references (labels, list, and requisitions) is required on a continual basis
* Will work with biohazards, including blood and other body fluids
* Potential for exposure to bloodborne pathogens through needlestick or biohazard spill.
* May be required to stand for periods of at least 2 hours at a time
* Job involves common bench activities including pipetting, observing through a microscope, operating laboratory equipment, and performing semiautomated tests. Keyboarding is required. May be required to sit for periods or at least 2 hours at a time. May be required to work in a darkroom for up to 2 hours at a time.

**Minimum Qualifications**

* Bachelor's degree in medical technology with a curriculum accredited by the Committee on Allied Health Education and Accreditation of the American Medical Association AND certification with the American Society of Clinical Pathologists or equivalent, or certification in the specialized field appropriate to the laboratory division AND two years of experience as a Clinical Technologist I or equivalent. An equivalent degree in a field such as chemistry or microbiology may substitute for the Bachelor's degree in medical technology.
* Equivalent education/experience may substitute for all minimum qualifications except when there are legal requirements, such as license/certification/registration.

**Desired Qualifications**

* Experience in laboratory testing
* Working knowledge of computer software such as MS Word, Excel, PowerPoint, and Access.

*Employees working in Laboratory Medicine should be informed that it may be necessary to work in other departmental locations in order to meet patient service requirements, i.e. UWMC, HMC, CHRMC, Fred Hutchinson Cancer Research Center, Roosevelt, etc.*

Page 2 of 2
10/01, rev 11/01

UNIVERSITY OF WASHINGTON
SEATTLE, WASHINGTON 98195

January 23, 1989

Kathy Clayson
Associate Professor
Laboratory Medicine

Dear Kathy,

I would like to strongly recommend Ms. Julie Militoni for entrance
into the Masters program in the Department of Laboratory Medicine.
Julie is, I think, a superb candidate for this program; ideally
fitting the goals for what it was designed, to allow educational
and programmatic expansion for the individual and the department.
Julie graduated in 1982 from Brigham Young University, receiving a
Bachelors in Science in Microbiology. In September of 1984 she
enrolled at the University as a fifth year nongraduate student and
took Microbiology 499. As part of this course, she did a research
project with Dr. Rhoda Ashley. We immediately recognized the
laboratory aplomb that Julie had and hired her as a Research
Assistant in December of 1984. She has risen through the ranks of
our division to becoming a Research Technologist I in 1985 and a
Clinical Technologist I in October of 1987. Julie truly is an
invaluable member of our research team. She is the person most
expert in Western blot technology, is also able to perform
restriction enzyme analysis and other molecular biological
techniques as well as helping us design the isolation method for
our work with human herpes virus type 6. She is a bright,
inquisitive, quiet woman who is superb in the lab. As a teacher,
she has been able to supervise medical students and other
undergraduate and graduate students and is a major resource to our
entire division. Julie wants to continue her intellectual and
educational growth and desires to strive for a Masters degree. We
would find it extremely advantageous to our program to sponsor her
as such. She would be able to finish the course work as well as
continue her research project in the development of isolation
methods and new technologies for the detection and pathogenesis of
human herpes virus type 6 infection.

I would support her entrance into the program with great
enthusiasm.

Sincerely,

Lawrence Corey, M.D.
Professor, Laboratory Medicine
Microbiology and Medicine
Head, Virology Division

LC:nc

Kathy Clayson, Ph.D.
Associate Professor
Laboratory Medicine
SB-10

January 22, 1989

Dear Kathy,

I am writing to offer enthusiastic support for Julie Militoni's
application for the Graduate program in Laboratory Medicine.
Julie first came to my research lab as a Micro 499 student in
September, 1984.  She immediately distinguished herself as a
remarkably capable scientist by returning a moribund and
difficult HSV bioassay to life. We were able to complete data for
two highly visible publications on the immune response to HSV in
vaccine recipients as a result of her work.  I might add that two
very competent technologists had previously failed to make this
test work.  We hired Julie as a Research Assistant in December of
1984 and obtained a Research Tech 1 position for her in June,
1985. In October, 1987, she became a Clinical Tech 1 and passed
her ASM registry test on the first try.

Julie has exceeded expectations to an almost embarrassing degree
for each position she has obtained. She currently operates well
within the expectations for a lead tech in terms of teaching
ability, integration of study results with clinical priorities,
and talent at the bench. I can tell you in complete honesty that
with respect to developing new tests or handling complex concepts
and protocols, this lady has outperformed every technologist whom
I have worked with.  She is a clear, independent thinker with the
rare ability to design and execute studies with precision and
foresight.  I wish all of the post-doctoral level trainees with
whom I have worked had an equal grasp of scientific inquiry.  She
is well aquainted with the literature in our field and is a
valuable source of innovative ideas in our lab.

Julie has a legitimate concern about how to develop and use her
talents.  While her efficiency and intelligence make her almost
irreplacable in my lab, I recognize her need to plan for future
career moves.  I believe she will eventually find a position
which recognizes her creative and organizational abilities; for
example, directing research and development projects involving
complex time schedules and a number of bench techs.  Certainly
the Master's degree would be a helpful credential to reflect her
capabilities.



University of Washington Correspondence

INTERDEPARTMENTAL

Julie's
Personnel
File

TO:   Julie Dalessio

FROM: Rhoda Ashley, Ph.D

DATE: February 3, 1993

RE:   Lab Medicine Grand Rounds Presentation

Dear Julia,

I just wanted to let you know what an outstanding job I think you
did with your talk.  You should feel very proud of the
professional and competent way you handled a complex area for a
difficult audience. In the course of interviewing Micro Post Doc
candidates, I have run into several of the Lab Medicine faculty
who all have raved about your performance.  I thought the high
caliber questions you fielded after the talk also verified your
fine job. When you get questions that complex, you know your
audience has completely forgotten that you are a masters
candidate and are paying you the compliment of seeking
information from an expert! You handled the questions very well.

Again, congratulations. Now we can get on to the thesis, right?


cc: Larry



# ORDER OF EVENTS

Saturday, June 11, 1994
Afternoon Ceremony, 2:30 p.m.
Colleges and Schools

University Marshal: Jon Bridgman

Opening Fanfare: "Fanfare for the Common Man" . . . . . . . . . . . . . . . . . . . . . Aaron Copland

Processional, "Processional Medley" . . . . . . . . . . . . . . . . . . University of Washington Wind Ensemble
Professor Timothy O. Salzman, Conductor, School of Music

"Star-Spangled Banner" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Francis Scott Key
Group singing led by Alison Quay, School of Music

Introductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . President William P. Gerberding
Teaching Awards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Provost G. Wayne Clough
Outstanding Public Service Award . . . . . . . . . . . . . . . . . . . . . . . . . Provost G. Wayne Clough
Award of the President's Medal . . . . . . . . . . . . . . . . . . . . . . . . . . President William P. Gerberding
Alumnus Summa Laude Dignatus Award . . . . . . . . . . . . . . . . . . . President William P. Gerberding
Commencement Address . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Dr. William H. Foege
Scientist

Conferring of Professional Degrees:
Candidates for medical degrees will be presented by Associate Dean D. Daniel Hunt
Candidates for dental degrees will be presented by Associate Dean Thomas H. Morton, Jr.
Candidates for juris doctor degrees will be presented by Dean Wallace D. Loh
Candidates for doctor of pharmacy degrees will be presented by Professor Andy Stergachis.

Conferring of Advanced Degrees:
Candidates for master's and doctoral degrees from the Graduate School will be presented by
Dean Carol M. Eastman
Candidates for master's degrees from the Graduate School of Public Affairs will be presented by
Dean Margaret T. Gordon.

Conferring of Baccalaureate Degrees:
Candidates from the College of Education will be presented by Dean Allen D. Glenn.
Candidates from the School of Pharmacy will be presented by Professor Andy Stergachis.
Candidates from the College of Engineering will be presented by Dean J. Ray Bowen.
Candidates from the College of Forest Resources will be presented by Dean David B. Thorud.
Candidates from the School of Business Administration will be presented by
Dean Robert S. Leventhal.
Candidates from the College of Ocean and Fishery Sciences will be presented by
Dean G. Ross Heath.
Candidates from the School of Nursing will be presented by Dean Sue T. Hegyvary.
Candidates from the School of Dentistry will be presented by Associate Dean Thomas H. Morton, Jr.
Candidates from the College of Architecture and Urban Planning will be presented by
Dean Paul Schell.
Candidates from the School of Medicine will be presented by Associate Dean D. Daniel Hunt.
Candidates from the School of Social Work will be presented by Associate Dean Lewayne Gilchrist.
Candidates from the School of Public Health and Community Medicine will be presented by
Dean Gilbert S. Omenn.

"Alma Mater" . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Hager
Group singing led by Alison Quay, School of Music

Recessional, "Recessional Medley" . . . . . . . . . . . . . . . . . . . University of Washington Wind Ensemble
Professor Timothy O. Salzman, Conductor, School of Music

The order of awarding baccalaureate degrees reflects the sequence in which the schools and colleges were established: College of Arts and Sciences, 1861, College of Education, 1879, School of Pharmacy, 1894, School of Law, 1899, College of Engineering, 1901, College of Forest Resources, 1907, Graduate School, 1911, School of Business Administration, 1917, School of Nursing, 1918, School of Dentistry, 1945, School of Medicine, 1946, College of Architecture and Urban Planning, 1957, School of Social Work, 1958, Graduate School of Public Affairs, 1962, School of Public Health and Community Medicine, 1970, College of Ocean and Fishery Sciences, 1981, School of Fisheries, 1919.

6

# Graduate Degrees

Following is a list of individuals granted degrees in December 1993.

*(Back Types)*

Candidates will be presented by
Dean Carol M. Eastman.

## MASTER'S DEGREES

### Master of Architecture

Andrew Reid FauntLeRoy
Singh Indrachoon
Laura Ruth Kraft
Tamara Ann Pankey
Gretchen Van Dusen
Mark James Wadstone

### Master of Arts

Shari Lee Allman, Romance Languages and Literature
Terrance L. Anthony, Geography
Paul Sogn Aurosk, Political Science
David Joshua Barber, Geography
Shana Cohen Brovero, Comparative Literature
Jeffrey Francis Bullock, Speech Communication
Charles Somers Dame, Economics
Nicole DeWolf, English
Robert Lee Dunaway, Sociology
Jonathan Adam Eakin, Art History
Lorraine Warren Featherstone, Anthropology
Ivan Gladnik, Georgraphy
Carolyn J. Graye, Music
Olumide K. Groves, Humanities Languages and Literature
Louis M. Hargrove, Slavic Languages and Literature
George Benedict Howard, Slavic/German Languages and Literature
Ali P. Ignatev, New Western Languages and Civilization
Martha Kathleen Jackson, Anthropology
Karen Marie Koehler, Classics
Dirk A. Larson, Communications
David Frost Layton, Economics
Ron Ann Lorum, Sociology
Xinlong Lin, Sociology
Gry Ingeborg Loklingholm, Scandinavian Languages and Literature
Marc Anthony Marann, Classics
Dion David Mechevson, Geography
Gwen Christine Mothereum, English
Jill H. McGruder, Anthropology
Laura Matthew Oboco, History
Deborah Ann Prince-Tenner, Sociology
Jill D. Schmid, Communications
Tamara Teleputni, Linguistics
Patrick Christopher Sheahan, English
Benji Manuel Steen, Sociology
Frances Paul Valenti, Communications
Anna M. Wheuund, Scandinavian Languages and Literature
Grace Clara Yennakakis, Romance Languages and Literature
Peter William Wilson, Germanics
John Haston Young, Economics

### Master of Arts for Teachers

Jennifer Brown, English As A Second Language

### Master of Arts in International Studies

William Eugene Avery, International Studies
Gregory D. Harris, East Asian Studies
Janet Winona Looney, International Studies
Kirsten Ann Sylvester, International Studies

### Master of Business Administration

William Eugene Avery
Steven Mark Bylund
Juliette Lisa Gong
Patricia Trisler Griffith
James N. L. Hacker
Hubert Vassilli Makepeace
Gregory Todd Schwers
Jerry Vern Techmeyer
Ruth Ann Whittall
Burns Wilkes
James Arthur Zepeda

### Master of Education

Liene R. Albertson
Aviral Camar
Gretchen Dennington Caston-Perle
Gerard Matthew Cline
Barbara Louise Coble
Julie Anne French
Janice E. Frumun
Andrea Beth Frood
Wallace Ann Gordano
Soria Rae Goseean
Pamela Marie Jackson
Laura Michelle Kirkland
Gillian Debe Lions
Dale Rose Liben
Conrad Lou Macks
Craig Alan McClung
Andrea Lue Marino
Auto Wig Ou
Allyn Johann Perkins
Margorzata Piat
Barbara L. Prawel
Kalvin Dee Haaston
Katharine Lynne Redhamp
Shuling Zong

### Master of Fine Arts

Ronald Clay Fullum, Drama
Wei-Zhi Guo, English Creative Writing
Rogan Saint Vincent Haines, Drama

### Master of Forest Resources

Joanne Jayne Reeder
Jane Reeman
Elizabeth Gail Risker
David Lawrence Winterman

### Master of Health Administration

John Elizabeth Hargman
James N. L. Harker

### Master of Landscape Architecture

Jane M. Wilkening

### Master of Librarianship

Josephine Colda Caisse
Margaret Anna Dombek
Paige Lee Cartwertling
Brooke N. Ibbsen
Linda Hewenz
Sharon Lucille Keenar
Kristina Alice Knutson
Charlotte Sue Munis
Jone Ellen Miller
Anna L. Moore
Clare Louise Murphy
Alicia Kathleen Packer
Heidi Anne Porter
Margaret Ann Siebert
Michael A. Stallings
Leecia Klyann Sumoto
Janet Claire Woodward

### Master of Marine Affairs

George A. Oakeson
Leah Rachael Gerber
Michael Lance Gregory
Patricia Denise Lynch

### Master of Music

Kathleen Maria Boone
Sandra Lee Glavin

### Master of Nursing

Taya Suzanne Higgins
Mary Evelyn Iraj
Sharon Kay Jensen
Leslie Dianne Lutej
Susan Marie McDonald
M. Dianne Mauer
Rhonda Wynn Parse-Candron
Sharon Anne Rasmussen
Michele Renee Rowley
Laura S. Sanderson
Carol Mae Story
Carol M. Taylor
Suzanne Karen Visser
Susan Ridley Ahlers
Gwen Weinstein

### Master of Professional Accounting

Erik Georg Jacobson

### Master of Public Administration

Deborah Parsyuth Lambert
Kelly A. Morgan
Teresa Ann Spelman

### Master of Public Health

Jonathon R. Colam, Public Health and Community Medicine-Health Services
Anne Claire Dancz, Public Health and Community Medicine-Environmental Health
Joanna Antona Haug, Public Health and Community Medicine-Epidemiology
Karen Ann Haught, Public Health and Community Medicine-Health Services
Susan C. Hayashida, Public Health and Community Medicine-Health Services

Margaret Elaine Innis, Public Health and Community Medicine-Health Services
Muinaborasis Kamunga, Public Health and Community Medicine-Epidemiology
Jared Novais, Public Health and Community Medicine-Health Services
Paul John Osterbaur, Public Health and Community Medicine-Health Services
Steven Dean Proctor, Public Health and Community Medicine-Health Services
Leanda M. Ryberg, Public Health and Community Medicine-Epidemiology
Lawrence Shakespeare, Public Health and Community Medicine-Epidemiology
Eleanore Thurmann, Public Health and Community Medicine-Health Services

### Master of Science

Amy Elizabeth Abbot, Oceanography
Rashed M. Al-Othman, Chemistry
Nirvou Leodovate Anivaran, Physics
Yulexi Abel, Public Health and Community Medicine-Environmental Health
Enrique Ricardo Belkin, Physics
Christine Constance Belchley, Public Health and Community Medicine-Environmental Health
Lauren Jill Bricker, Computer Science and Engineering
Karen Raya Bullev, Nutritional Sciences
Hong Hosanna Cai, Laboratory Medicine
Twit Pierre Carnell, Public Health and Community Medicine-Environmental Health
Carolyn Ilse Carter, Speech and Hearing Sciences
Sandra Nelson Cishi, Statistics
Sung-Run Choi, Computer Science and Engineering
Shaun Edward Coke, Physics
James Steven Cothern, Forest Resources
Barbara Jean Dahl, Psychology
Maria Lynn Daines, Nutritional Sciences
Julie Dawn Dalessio, Laboratory Medicine
Lisa Louise Davis, Technical Communication
Robert Hall Deeghew Jr., Fisheries
Daniel Ervin Ehblaw, Botany
Mary Ruth Elgar Lanzerun, Fisheries
Jonni Lynn Erickson, Forest Resources
Timothy Gorman Ewen, Public Health and Community Medicine-Environmental Health
Karri Jeanne Fink, Nutritional Sciences
Barry Fred Gall, Forest Resources
Susana Graciela Gil, Paleobiology
Jeanne Elizabeth Green, Nutritional Sciences
Margaret Fandt Grate, Nutritional Sciences
Stephen Edward Hewes, Public Health and Community Medicine-Biostatistics
Susan C. Hewitt, Technical Communication
Elizabeth Andrea Hodson, Rehabilitation Medicine
Anna Rogers Holt, Engineering-Civil
Cynthia Leslie Horning, Psychology
Katherine Marie Howard, Atmospheric Sciences
Erin Hunt Howell, Statistics
Aheet Nizzie Howell-Kuttar, Oceanography
Lric John Jacobs, Public Health and Community Medicine-Epidemiology
Angela Maryan Kifamiler, Speech and Hearing Sciences
Jeffrey J. Krueger, Forest Resources
Mark Joseph Lawson, Engineering-Civil
Eute Boorward Leo, Fisheries



*University of Washington*

*Department of*
*Environmental Health and Safety*

This is to certify that

*Julie Dalessio*

Successfully completed a program of instruction in

*Shipping and Transporting Infectious Materials*

*March 28, 1995*

Date

*Melinda Young*
*Biosafety Specialist*



*University of Washington*
*School of Medicine*
DEPARTMENT OF LABORATORY MEDICINE

*This Award is Presented in Recognition and Appreciation of*
*Loyalty and Valuable Contribution*

# Julie Dalessio

*10 Years of Service*

*April 15, 1998*
Date

Chairman



UNIVERSITY OF WASHINGTON SCHOOL OF MEDICINE



Department of
Laboratory Medicine

Box 357110
Seattle, WA 98195-7110
Phone: 206-598-6131
Fax. 206-598-6189

January 10, 2003

To Whom It May Concern:

Julie Dalessio was employed by the University of Washington, Department of
Laboratory Medicine from October 19, 1987, until her resignation effective
January 15, 2003. Ms. Dalessio was hired as a Clinical Technologist 1,
and was reclassified upward to a Clinical Technologist 2 on June 1, 1994.
Her salary at the time of her resignation was $4,416 per month.

Respectfully,

Karen L. Holloway
Manager, Operations and Human Resources