Exhibit 8

# INITIAL COMPETENCY ASSESSMENT

University of Washington Academic Medical Centers

Employee: _Julie DelCssio_

Department: _Lab Medicine_     Date of Hire: _12-84_

| Competency | Previous Experience (= yes) | Date Instructed | Date Performed | Comments | Learning Resources |
|---|---|---|---|---|---|
| EDC-ups | Yes | 1990 | 0750aug | Julie created the tost | |
| Blood bank assay | No | 1990 | 0a5016 | Julie created the test | |
| Culture of cells and tsv | Yes | 1982 | obSaug | | |
| Elisa for viral antibodies | No | 1982 | obSaug | Julie testar kad test | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Employee Signature: _(signature)_     Date: _9-7-01_

Manager/Supervisor: _(signature)_     Date: _9/7/01_

4/99 MCHR, 7/01 kdh

# INITIAL COMPETENCY ASSESSMENT

University of Washington Academic Medical Centers

Department: _Lab. Med._   Employee: _Julie Dalessio (DuPac)_

Date of Hire: _12/84_

| Competency | Previous Experience ( = yes) | Date Instructed | Date Performed | Comments | Learning Resources |
|---|---|---|---|---|---|
| ABGs assays | Y | 1985 | 1985 .. | Current text | Operator Sol |
| EIA | U | 1985 | 1985 — | | Sop |
| 2.A | A | 1985 | 1985 — | | Sop |
| HSV WB | X | 1985 | 1985 80 | WClass Sample | Sop |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Employee Signature: _____   Date: _12·2·02_

Manager/Supervisor: _R. Bradley Mann_   Date: _from record 11/8/02_

4/99 MCHR, 7/01 klh

# ANNUAL COMPETENCY ASSESSMENT

University of Washington Academic Medical Centers

Employee: ____Julie Dalessio____

Department: ___Laboratory Medicine - Virology___

Date of Hire: ___12/94___

| Competency | Previous Experience ( = yes) | Date Instructed | Date Performed | Comments | Learning Resources |
|---|---|---|---|---|---|
| ECL-WB | No | 1991 | Ongoing | Created Test | |
| ELVIS-neu Assay | No | 1998 | Ongoing | Created Test | |
| Culture of cells and HSV | Yes | 1982 | Ongoing | | |
| ELISA for viral antibodies | No | 1983 | Ongoing | Developed New Test | |
| R = Cocarsis | No | 1983 | RA | Self-taught | |
| PCR | No | 1987 | RA | Hospital taught | |
| Mass cell mast assay (HIV) | No | 1993 | RA | Nurse, Reaction | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Employee Signature: _Julie Dalessio_  Date: _12-2-02_

Manager/Supervisor: _C. Aslan Warren_  Date: _4/25/02_

4/99 MCHR, 7/01 KH

University of Washington Medical Center Clinical Virology Laboratory

University of Washington

**EMPLOYEE PERFORMANCE EVALUATION**

Department of Laboratory Medicine

Employee's Name: _Julie Dalessio_

Classification Title: _____ CT-E

Evaluation Period From: To: 10/09/05 - 9/9/06

Evaluation Date: 9/29/06

| Performance Factors | Comments &/or examples | Rating: |
|---|---|---|
| **1. Quality of Work** Competence, accuracy, neatness, thoroughness | Julie has a great deal of talent and ability for experimental design and her ongoing new technology to the lab challenges. | ☐ Outstanding ☐ Exceeds expectations ☐ Meets expectations ☐ Needs improvement ☐ Unsatisfactory |
| **2. Quantity of Work** Use of time, volume of work accomplished, ability to meet schedules & productivity levels | Julie has had significant personal challenges and work issues and has been challenging on her. | ☐ Outstanding ☐ Exceeds expectations ☐ Meets expectations ☐ Needs improvement ☐ Unsatisfactory |
| **3. Job Knowledge** Degree of technical knowledge, understanding of job procedures & methods | Superb - Julie gets into the bioterrorism and comes solutions to handle challenges. | ☐ Outstanding ☐ Exceeds expectations ☐ Meets expectations ☐ Needs improvement ☐ Unsatisfactory |
| **4. Working Relationships** Cooperation and ability to work with supervisor, co-workers, students and clients served | Has done quite well considering the lab turmoil and other staff crisis. Julie is a good teacher and works closely and effectively with those who depend on her for their help. | ☐ Outstanding ☐ Exceeds expectations ☐ Meets expectations ☐ Needs improvement ☐ Unsatisfactory |
| **5. Attendance** | Her attendance has been very distracting but Julie seems to be getting that under control. | ☐ Meets expectations ☐ Needs improvement ☐ Unsatisfactory |

Outstanding - The employee has exceeded all of the performance expectations for this factor and is extremely competent in the areas of this performance factor.
Exceeds expectations - The employee applies skills beyond satisfactory of the performance expectations on the factor and is considered a valuable contributor to the success of the operation or function.
Meets expectations - The employee meets the performance expectations for this factor and consistently meets the requirements of the position.
Needs improvement - The employee is not fully meeting one or more of the expectation needs on the factor. The supervision and counsel of this employee's performance.
Unsatisfactory - The employee has failed to meet the level and nature of the required performance expectations for this factor.

p 1 of 2

SPECIFIC ACHIEVEMENTS:
Conqueror of HIV8 ELISA

PERFORMANCE GOALS FOR THE NEXT EVALUATION PERIOD
Complete local functional Antibody Studies
Oversee HIV8 antibody work

TRAINING AND DEVELOPMENT SUGGESTIONS

EMPLOYER'S COMMENTS

RATER'S PRINTED NAME
Rhoda L. Ashley

RATER'S TITLE
Professor

RATER'S SIGNATURE & DATE
(signature) 7/7/01

EMPLOYEE'S PRINTED NAME
Julie Dalessio

EMPLOYEE'S SIGNATURE & DATE
(signature) 9.2.01

REVIEWER'S COMMENTS

...TED NAME

REVIEWER'S TITLE

REVIEWER'S SIGNATURE & DATE

pg 2 of 2



# Children's
### Hospital & Regional Medical Center



## WORK CONTENT DESCRIPTION / PERFORMANCE EVALUATION FORM

### III. MAJOR RESPONSIBILITIES, ACTIVITIES, AND END RESULTS

| | | | | |
|---|---|---|---|---|
| Run the research lab (Runions water) | Clean, take care requests DataBase with Clinical Lab | Perform to Current | 2 | |

| | | |
|---|---|---|
| 20% Total | | |

### IV. WORK REQUIREMENTS

| | |
|---|---|
| IV.A. EDUCATION AND EXPERIENCE (REQUIRED) | • Masters |
| IV.B. EDUCATION AND EXPERIENCE (PREFERRED) | |
| IV.C. KNOWLEDGE, SKILLS, AND ABILITIES REQUIRED TO PERFORM THE ESSENTIAL FUNCTIONS OF THE WORK. | • Knowledge of human growth and development to modify care to the age and development status of the neonate, infant, toddler, pre-school child, adolescent, according to the age/development issue of the assigned department. <br> • Knowledge of patient safety according to the assigned department. |
| IV.D. PHYSICAL REQUIREMENTS | • |
| IV.E. TRAINING, EDUCATION & TESTING REQUIREMENTS | ☐ NDT Caution Zone Job <br> ☐ Caution Zone Job (Ergonomic Awareness Training) <br> ☐ Blood Exposure (Annual Bloodborne Pathogens Training) <br> ☐ TB Exposure (Annual TB Testing and Education) |



Children's
Hospital & Regional Medical Center

# WORK CONTENT DESCRIPTION / PERFORMANCE EVALUATION FORM

## V. OVERALL RATING

| OVERALL PERFORMANCE RATING (Check one) | | |
|---|---|---|
| ☐ (1) Work performance needs improvement (See Section VIII) | ☑ (2) Meets work expectations | ☐ (3) Exceeds work expectations |

Age- specific competencies have been assessed. ...assessment summary form is attached.   Full documentation is maintained in the manager's desk file.   Yes ☑

EVALUATION COMMENTS

Julie has had a tough year but the Lab and is making excellent progress toward returning to her usual outstanding performance. She is a key component of the Diagnostics research and development investigation and is highly respected as such.

EMPLOYEE COMMENTS:

| MANAGER SIGNATURE (PRINT AND SIGN) Roberta L. Astley | DATE 9/9/0? | EMPLOYEE SIGNATURE (PRINT AND SIGN) | DATE 10.5.01 |
|---|---|---|---|

NOTE TO EVALUATOR: Continue on to sections VI, VII and VIII

## V.  COMPLIANCE TRAINING, EDUCATION, AND PERFORMANCE EVALUATION - REQUIRED   (Begin Using For 2001-2002 EVALS)

### V. A.  TRAINING AND EDUCATION
- ☐ Satisfied legal/policy adherence to the Compliance Code of Conduct
- ☐ Completed Basic Compliance Training
- ☐ Completed assigned supplemental training courses  (Courses, scores, and date of completion to be listed below)

Page 3
WorkDoc/Lit prof Form  6/2000

**Children's**
Hospital & Regional Medical Center

**WORK CONTENT DESCRIPTION  /  PERFORMANCE EVALUATION FORM**

For Supervisors, Managers, Directors, and Administrators Only
Have all direct reports for this employee submitted the signed Acknowledgement, completed the Compliance Basics Training, and any assigned supplemental training courses. Please indicate the percentage of direct reports who have completed:

☐ 100%
☐ 90-100%
☐ 80-90%
☐ 70-80%
☐ 60-70%
☐ Below 60%

Cite any specific identifiable compliance problem(s) associated with employee:

Corrective actions taken to remedy problem(s):
☐ Verbal warning       Date of action: _____
☐ Written Warning      Date of action: _____
☐ Other corrective action (Please indicate below the corrective action taken)

☐ Additional Training (Courses, scores and date of completion to be listed below)

**V.B. PERFORMANCE EVALUATION**

**Childrens**
Hospital & Regional Medical Center

## WORK CONTENT DESCRIPTION / PERFORMANCE EVALUATION FORM

### VII. GOAL SETTING PLAN – HOW POSITION SUPPORTS ORGANIZATION-WIDE GOALS

| SPECIFIC GOALS TO BE ACHIEVED DURING NEXT CYCLE | PLAN DESCRIPTION AND COMMENTS (ACTIONS TO BE TAKEN, RESOURCES NEEDED, MONITORING AND FEEDBACK PROCESSES, TIME FRAMES, ETC.) |
|---|---|
| 1) Conduct lead audits / function studies | |
| 2) | |
| 3) | |

### VIII. PERFORMANCE IMPROVEMENT PLAN – REQUIRED IF POSITION NEEDS IMPROVEMENT

| SPECIFIC AREAS IN NEED OF IMPROVEMENT | PLAN DESCRIPTION AND COMMENTS (ACTIONS TO BE TAKEN, RESOURCES NEEDED, MONITORING AND FEEDBACK PROCESSES, TIME FRAMES, ETC.) |
|---|---|
| 1) NA | |
| 2) | |

Page 5
WCD/Perf Mgmt Form  4/2000

**Children's**
Hospital & Regional Medical Center

## Age Specific Competency **Assessment Summary**
### Category I – Employees with Incidental Contact

| Performance Criteria | Evaluation Tool(s) |
|---|---|
| Interaction and communication with patients, families, and co-workers reflects a basic understanding of age-specific issues, respect for privacy and confidentiality, family centered approach to care and positive customer relations. | T |

Comments:

**Instructions to Supervisors:**
This form should be completed annually for each Employee as part of the annual performance evaluation process.
By marking the appropriate box or boxes above, you are verifying that the employee demonstrates age-specific knowledge.

**Method of Evaluation by Supervisor:**
Put the initial for one or more of the following methods in the box or boxes to verify age-specific competence.
**Do NOT use checkmarks.**
**T:** Test/Self-Learning module.
**D:** Demonstration/direct observation
**V:** Verbalizes understanding
**C:** Chart or other documentation review
**P:** Peer review

**Method of Evaluation by Supervisor**
**Definitions and Examples**

**T: Test/Self-Learning Module:** To test knowledge of a topic or subject-area; may use the hospital-supplied quiz, a department- or unit-created test, or a self-assessment (ex: written quiz on calculating medication dosages)

**D: Demonstration/direct observation:** To test performance of a specific skill (ex: taking blood pressure, administering pain scale, administering diagnostic test, interviewing a family member)

**V: Verbalizes Understanding:** To test knowledge of a process which occurs infrequently or is not easy to observe directly (e.g., calling a Code Pink, processing a medication order)

**C: Chart or other documentation review:** To evaluate both form (legibility, understandability) and content (accuracy, completeness) of written documentation (e.g., review of progress notes, diagnostic reports, nursing flow charts)

**P: Peer review:** To assess age-specific competency in interpersonal skills, communication skills, day-to-day operational knowledge and skills; could be open-ended request for information or prepared list of questions

Employee Name: Julie Dalessio

Verified by: [signature] (Supervisor)  Date: 9/19/0[illegible]

University of Washington Medical Center Clinical Virology Laboratory

University of Washington

EMPLOYEE PERFORMANCE EVALUATION

Department of Lab Medicine

Employee's Name: __Julie Dalessio__

| | | Classification Title | | | |
|---|---|---|---|---|---|
| | | CT II | | Evaluation Date: 10/01/00 | |
| Performance Factors | Comments &/or examples | | Evaluation Period From: 10/1/99 – 10/00 | | Rating |
| 1. Quality of Work Competence, accuracy, thoroughness | Julie is bright and creative. Will be a critical asset in computerization... makes great retroviral workflow | | | | ☒ Outstanding ☐ Exceeds expectations ☐ Meets expectations ☐ Needs improvement ☐ Unsatisfactory |
| 2. Quantity of Work. Use of time, amount of work accomplished, ability to meet schedules & productivity levels. | The lab is being reorganized and Julie spends a lot of time at low... working on data... This isn't as efficient as before. | | | | ☐ Outstanding ☐ Exceeds expectations ☒ Meets expectations ☐ Needs improvement ☐ Unsatisfactory |
| 3. Job Knowledge Degree of technical knowledge, understanding of job procedures & methods | superior | | | | ☒ Outstanding ☐ Exceeds expectations ☐ Meets expectations ☐ Needs improvement ☐ Unsatisfactory |
| 4. Working Relationships. Cooperation and ability to work with superiors, coworkers, students and clients served. | Supervises student lab helpers, RT. very knowledgeable | | | | ☐ Outstanding ☒ Exceeds expectations ☐ Meets expectations ☐ Needs improvement ☐ Unsatisfactory |
| 5. Attendance | Works at home makes this hard to document. We will try to get her to work space to work here | | | | ☒ Meets expectations ☐ Needs improvement ☐ Unsatisfactory |

Definitions: The employee has exceeded all of the performance expectations for the job...

p 1 of 2

SPECIFIC ACHIEVEMENTS:

HIV-8 serology development
conduct cytokine studies on local secretion

PERFORMANCE GOALS FOR THE NEXT EVALUATION PERIOD

complete local antibody function studies

TRAINING AND DEVELOPMENT SUGGESTIONS:

see doc

RATERS PRINTED NAME | RATERS TITLE | RATERS SIGNATURE & DATE
Ashoka L. Ashley | Professor | Quanza Reusery 10/9/00

EMPLOYEE'S COMMENTS

REVIEWER'S COMMENTS

REVIEWER'S PRINTED NAME | REVIEWER'S TITLE | REVIEWER'S SIGNATURE & DATE

P 2 #2

# Children's
Hospital & Regional Medical Center

# WORK CONTENT DESCRIPTION / PERFORMANCE EVALUATION FORM

## I. OVERVIEW

| I.A. EMPLOYEE NAME | Julie Dalessio | I.B JOB NUMBER/ TITLE: | Research Scientist |
|---|---|---|---|
| I.C. DEPARTMENT | Virology | I.D. LAST WCD REVIEW DATE | 10/12/99 |
| I.E. REPORTS TO (NAME) | Rhoda L. Ashley, Ph.D. | I.F. REPORTS TO (TITLE) | Rhoda L. Ashley, Ph.D. |

## II. POSITION PURPOSE

Supervise research lab activities of 2 techs, analyze and write up data, and run the Research Lab.

## III. MAJOR RESPONSIBILITIES, ACTIVITIES, AND END RESULTS

| ESSENTIAL FUNCTIONS/ WORK RESPONSIBILITIES/ ACCOUNTABILITIES | HOW/IS IT DONE (Activity) | OUTCOMES/MEASURES | PERFOR- MANCE RATING 1,2, or 3 | COMMENTS |
|---|---|---|---|---|
| 5 OF TOT | | | | |
| 40% Co-hring, use processing lab data | Writing, summary programs as well as direct hands on assistance. | Manuscripts and Abstracts | 2 | |
| 40% Supervise lab projects in 3 different areas. | Direct Observation | Production of 3 Tests | 3 | |
| 20% Scientific input for project planning and design. | Meetings, Conferences, Direct observation | New areas implemented | 3 | |



00/01/91/001

# Children's
Hospital & Regional Medical Center

## WORK CONTENT DESCRIPTION / PERFORMANCE EVALUATION FORM

### III. MAJOR RESPONSIBILITIES, ACTIVITIES, AND END RESULTS

| | IV. WORK REQUIREMENTS |
|---|---|
| 100% Total | |
| IV.A. EDUCATION AND EXPERIENCE REQUIRED | • |
| IV.B. EDUCATION AND EXPERIENCE PREFERRED | • |
| IV.C. KNOWLEDGE, SKILLS, AND ABILITIES REQUIRED TO PERFORM THE ESSENTIAL FUNCTIONS OF THE WORK | • Knowledge of human growth and development status of the neonate, infant, toddler, pre-school child, school-age child, or adolescent, according to the age/development focus of the assigned department. |
| IV.D. PHYSICAL REQUIREMENTS | • |
| IV.E. TRAINING, EDUCATION & TESTING REQUIREMENTS | NOT Caution Zone Job<br>□ Caution Zone Job (Ergonomic Awareness Training)<br>□ Blood Exposure (Annual Bloodborne Pathogens Training)<br>□ TB Exposure (Annual TB Testing and Education) |

# Childrens
Hospital & Regional Medical Center

## WORK CONTENT DESCRIPTION / PERFORMANCE EVALUATION FORM

### V. OVERALL RATING

| (1) Work performance needs improvement (See Section VIII) | ☑ (2) Meets work expectations | ☐ (3) Exceeds work expectations |
|---|---|---|

**OVERALL PERFORMANCE RATING**
(Check one)

**BOARD PERFORMANCE APPRAISAL RESULTS TRACKING INFORMATION (Check one)**

Results of appraisal:

☑  Continue performance as is, or with minor changes

☐  Performance should be modified as indicated, and will be reviewed on an ongoing basis. A new appraisal will be continued and these months to determine if performance is acceptable.

☐  Termination as a result of unsatisfactory performance.

Age-specific competencies have been assessed; assessment summary form is attached. Full documentation is maintained in the manager's desk file.      Yes ☐

**EVALUATOR COMMENTS**

**EMPLOYEE COMMENTS**

| EVALUATOR SIGNATURE | DATE | EMPLOYEE SIGNATURE | DATE |
|---|---|---|---|
| Business & Wong | 10/19/00 | J. Dal | 10-19-00 |



*10-99*



## PERFORMANCE EVALUATION FORM

| I. OVERVIEW | |
|---|---|
| I.A. TODAY'S DATE: | 10-12-99 |
| I.B. EMPLOYEE NAME: | Julie Dalessio |
| I.C. JOB TITLE: | Research Scientist |
| I.D. DEPARTMENT: | Virology |
| I.E. REPORTS TO (NAME): | Rhoda Ashley |
| I.F. REPORTS TO (TITLE): | Ph.D., Director, Diagnostic Virology Section |

| II. POSITION PURPOSE |
|---|

- Supervise research lab activities of 3 tech.

- Analyze and write up data.

- Run the research lab

| III. MAJOR RESPONSIBILITIES AND END RESULTS | | | | |
|---|---|---|---|---|
| % OF TIME | ESSENTIAL FUNCTIONS/ WORK RESPONSIBILITIES/ ACCOUNTABILITIES | OUTCOMES/MEASURES | PERFOR- MANCE RATING 1, 2, or 3 | COMMENTS |
| 40% | 1) Collating and processing lab data | Manuscripts and abstracts.  Direct Observation | 2 | |
| 40% | 2) Supervise lab projects in 3 different areas. | Productivity of 3 tech.  Direct Observation | 3 | Impressive and diverse group of projects working well together. Good leader ship |
| 25% | 3) Scientist input for project planning and design. | New areas implemented  Direct observation | 3 | Highly intelligent with excellent input. |
| | 4) | | | |



## PERFORMANCE EVALUATION FORM

### III. MAJOR RESPONSIBILITIES AND END RESULTS

| % OF TIME | ESSENTIAL FUNCTIONS/ WORK RESPONSIBILITIES/ ACCOUNTABILITIES | OUTCOMES/MEASURES | PERFOR-MANCE RATING 1, 2, or 3 | COMMENTS: |
|---|---|---|---|---|
| | 5) | | | |
| | 6) | | | |
| | 7) | | | |
| | 8) | | | |
| | 9) | | | |
| | 10) | | | |

### IV. OVERALL RATING

| OVERALL PERFORMANCE RATING | EVALUATOR COMMENTS: |
|---|---|
| ___ (1) Does not meet work expectations | Julie continues to be a key research influence at CHRMC and in the Virology Division. |
| ___ (2) Meets work expectations | |
| √ (3) Exceeds work expectations | |

Perf Mgmt JDalessio  2/10/99                                    PAGE 3



Hospital & Regional Medical Center

## PERFORMANCE EVALUATION FORM

EMPLOYEE COMMENTS:

None

| EVALUATOR SIGNATURE: | DATE: |
|---|---|
| | 10/12/99 |

| EMPLOYEE SIGNATURE | DATE: |
|---|---|
| | 10·12·99 |

I have received a copy of my current
Work Content Description
_____ (Staff Member to initial)

Age-specific competencies (if applicable) have been assessed
Full documentation is maintained in the manager's desk file _____ (Manager to initial)

### JCAHO Performance Appraisal Results Tracking Information (mark one)

| Results of appraisal: | ☑ | Continue performance as is, or with minor changes. |
|---|---|---|
| | ☐ | Performance should be modified as indicated, and will be reviewed on an on-going basis. A new appraisal will be conducted in three months to determine if performance is acceptable. |
| | ☐ | Termination as a result of unsatisfactory performance. |

Perf Mgmt IGStaff  2/10/99                    PAGE 4

EMPLOYEE PERFORMANCE EVALUATION

University of Washington

| EMPLOYEE'S NAME | CLASSIFICATION TITLE | DEPARTMENT | | EVALUATION DATE |
|---|---|---|---|---|
| Julie Dalessio | CT II | UCL Medicine | | 10/26/98 |
| | | EVALUATION PERIOD FROM | TO | |
| | | 10/97 | 10/98 | |

| | PERFORMANCE FACTORS | PERFORMANCE EXPECTATIONS; COMMENTS AND/OR EXAMPLES (Attach Extra Sheets If Needed) | RATING |
|---|---|---|---|
| 1. | QUALITY OF WORK | Excellent, Julie is a superb tech. | |
| 2. | QUANTITY OF WORK | How to keep this lab to conflicting requirements? For her work between patients. Very organized and hardworking. | |
| 3. | JOB KNOWLEDGE | Terrific, Julie is filling the lab towards new development in imaging | |
| 4. | WORKING RELATIONSHIPS | Very competent, good teacher and strong in patient care. | |
| 5. | SUPERVISORY SKILLS | See above, certainly has superior & unassuming role in the lab. keep people in the DVAS | |
| 6. | OPTIONAL FACTOR | Julie is the go-to person by scheduling, develop, hour | |

DEFINITIONS OF PERFORMANCE RATING CATEGORIES

OUTSTANDING

EXCEEDS EXPECTATIONS

MEETS EXPECTATIONS

UNSATISFACTORY

SATISFACTION

**7. SPECIFIC ACHIEVEMENTS** (Attach additional sheets if necessary)
- Hiring
- Autopsy temps
- Cytology measurements

**6. RECOMMENDED IMPROVEMENT AREAS** (Attach additional sheets if necessary)
Job enhancement

Let's talk
- Written and verbal info
- Conducting the selection process
- More outgoing & systematically present

**5. ATTENDANCE** (Supervisor's Comments)
Good.

| RATER'S NAME, PRINTED or TYPED | RATER'S TITLE | RATER'S SIGNATURE | DATE RATED |
|---|---|---|---|
| Theresa L. Pentus | Director | | 10/26/98 |

EMPLOYEE'S COMMENTS

This performance evaluation has been discussed with me and the rater. I understand that my signature here does not necessarily indicate that I agree with the evaluation.

| EMPLOYEE'S SIGNATURE | DATE SIGNED |
|---|---|
| | 10·26·98 |

| REVIEWER'S NAME, PRINTED or TYPED | REVIEWER'S TITLE | REVIEWER'S SIGNATURE | DATE REVIEWED |
|---|---|---|---|
| | | | |

REVIEWER'S COMMENTS

University of Washington
# EMPLOYEE PERFORMANCE EVALUATION

EMPLOYEE NAME: Julie Dalessio

| PERFORMANCE FACTORS | PERFORMANCE EXPECTATIONS, COMMENTS AND/OR EXAMPLES (ATTACH EXTRA SHEETS IF NEEDED) | RATING |
|---|---|---|
| **1. QUALITY OF WORK**<br>WORK FORCE ACCURACY, NEATNESS, THOROUGHNESS | Julie is creative, careful, tech. Julie seeks extra information to be sure she wrote, and essentially never tests to perform tests correctly or using exemplary control. | OUTSTANDING<br>EXCEEDS EXPECTATIONS<br>MEETS EXPECTATIONS ✗<br>NEEDS IMPROVEMENT<br>UNSATISFACTORY |
| **2. QUANTITY OF WORK**<br>USE OF TIME, VOLUME OF WORK ACCOMPLISHED, ABILITY TO MEET SCHEDULES, PRODUCTIVITY LEVELS | This year was difficult because of the challenge of a reorg. for being away the Chromatography. Still Julie was very productive. | OUTSTANDING<br>EXCEEDS EXPECTATIONS<br>MEETS EXPECTATIONS ✗<br>NEEDS IMPROVEMENT<br>UNSATISFACTORY |
| **3. JOB KNOWLEDGE**<br>DEGREE OF TECHNICAL KNOWLEDGE, UNDERSTANDING OF JOB PROCEDURES AND METHODS | Julie is intellectually curious and explores hard to solve problems gives hard | OUTSTANDING<br>EXCEEDS EXPECTATIONS<br>MEETS EXPECTATIONS ✗<br>NEEDS IMPROVEMENT<br>UNSATISFACTORY |
| **4. WORKING RELATIONSHIPS**<br>COOPERATION AND ABILITY TO WORK IN SUPERVISION, CO-WORKERS, STUDENTS, AND CLIENTS BEHAVIOR | Julie has gotten a lot and is a valued member of the lab. She has adapted to changes in lab personal over the last year and been instrumental in helping the lab offerings through these changes. | OUTSTANDING<br>EXCEEDS EXPECTATIONS<br>MEETS EXPECTATIONS ✗<br>NEEDS IMPROVEMENT<br>UNSATISFACTORY |
| **5. SUPERVISORY SKILLS**<br>(THIS ITEM APPLIES TO SUPERVISORS ONLY)<br>... PLANNING, DELEGATION, EVALUATION, SCHEDULING WORK AND STAFF, WORK PROCESS REVIEW, POSITION RESPONSIBILITY, ABILITY TO COMPLETE WORK... | Although she doesn't supervise she doesn't supervision work Julie is been able to take the leadership role in providing training, working new techs. Great job. | OUTSTANDING<br>EXCEEDS EXPECTATIONS ✗<br>MEETS EXPECTATIONS<br>NEEDS IMPROVEMENT<br>UNSATISFACTORY |
| **6. OPTIONAL FACTOR** | | OUTSTANDING<br>EXCEEDS EXPECTATIONS<br>MEETS EXPECTATIONS<br>NEEDS IMPROVEMENT<br>UNSATISFACTORY |

DEFINITIONS OF PERFORMANCE RATING CATEGORIES

OUTSTANDING * — The employee consistently and significantly performs expectations beyond... well above normal and reasonable...

EXCEEDS EXPECTATIONS * — The employee regularly exceeds expectations of the job...

MEETS EXPECTATIONS * — The employee has fulfilled/met performance expectations...

NEEDS IMPROVEMENT * — The employee has not fulfilled/met performance expectations and must improve.

UNSATISFACTORY * — The employee has failed to meet the performance expectations of this factor.

7. SPECIFIC ACHIEVEMENTS [Principle-Based Competency Statement]
Overseeing the completion of USPID WS student completing 185.

8. PERFORMANCE GOALS FOR THE NEXT EVALUATION PERIOD
Those creative you in streamlined analysis of WS. Develop with bets and ELUD based youth.

9. TRAINING AND DEVELOPMENT SUGGESTIONS
Still seeking for you table that encompasses Julie's value to the lab and the Division.

10. ATTENDANCE [Supervisor's Comments]
Ok ok

| RATER'S NAME [Print or type] | RATER'S TITLE | RATER'S SIGNATURE | DATE RATED |
|---|---|---|---|
| Rebecca L. Pauley | Professor, Lab Director | | 9/16/96 |

EMPLOYEE'S COMMENTS

| | RATER'S TITLE | EMPLOYEE'S SIGNATURE | DATE SIGNED |
|---|---|---|---|
| | | | 9-23-96 |

REVIEWER'S COMMENTS

| REVIEWER'S NAME [Print or type] | REVIEWER'S TITLE | REVIEWER'S SIGNATURE | DATE REVIEWED |
|---|---|---|---|
| | | | |

# EMPLOYEE PERFORMANCE EVALUATION

**University of Washington**
UW Medical Center
Dept. of Laboratory Medicine

EMPLOYEE NAME: Julie Colasso

JOB TITLE: Cyt Tech II

EVALUATION PERIOD: from 10/94 to 10/95

EVALUATION DATE: 11/1/95

| PERFORMANCE FACTORS | PERFORMANCE EXPECTATIONS, COMMENTS AND/OR EXAMPLES (ATTACH EXTRA SHEETS IF NEEDED) | RATING |
|---|---|---|
| 1. QUALITY OF WORK | Always Superior. Julie has the highest standards for work. Thorough, beautifully executed case work. | OUTSTANDING |
| 2. QUANTITY OF WORK | Very good workload. Julie can do massive amounts of work. | EXCEEDS EXPECTATIONS |
| 3. JOB KNOWLEDGE | Julie is always eager to expand her knowledge and disseminate. She does an exceptional job and ... knowledge reigns. | OUTSTANDING |
| 4. WORKING RELATIONSHIPS | Julie negotiates is not a stray suit, Julie works hard to resolve problems and to advocate for the ... | EXCEEDS EXPECTATIONS |
| 5. SUPERVISORY SKILLS | Julie is an excellent teacher when gathered. She aggressive cares well for students. She gives of herself very well received... instruct or listen. Who to help | EXCEEDS EXPECTATIONS |
| 6. OPTIONAL FACTOR | | |

**DEFINITIONS OF PERFORMANCE RATING CATEGORIES**

OUTSTANDING

EXCEEDS EXPECTATIONS

MEETS EXPECTATIONS

NEEDS IMPROVEMENT

UNSATISFACTORY

7. SPECIFIC ACHIEVEMENTS (to accomplished and discussed)

making past and present relevant and setting up the lab.

8. PERFORMANCE GOALS FOR THE NEXT EVALUATION PERIOD

Unless Julie's creativity to design functional assays for local tissue. Continue to grow in the area of data and study analysis.

9. TRAINING AND DEVELOPMENT SUGGESTIONS

10. ATTENDANCE (Regular/Occasional)

OK

RATER/RATED/PRINTED NAME, Ph.D.
Jürgen Reidler, Ph.D.

LEVEL OF CLASSIFICATION
Associate Professor

EMPLOYEE'S COMMENTS

The next task is to CHIC is the post year, although having made a nice lab space, she excelled in establishing our team. Her research described in the department report that in the coming year she will do more opportunities to initiate future research, take and direct better... Julie will also be clarified for me to do it for publications... opportunities in the department especially contribute...

RATER'S SIGNATURE
[signature]

DATE RATED
10/31/95

EMPLOYEE'S SIGNATURE
[signature]

DATE RATED
10.13.95

X [signature]

EMPLOYEE'S SIGNATURE
X Lawrence Corey

HIGHER EDUCATION PERSONNEL BOARD

1994

| STATE OF WASHINGTON HIGHER EDUCATION PERSONNEL SYSTEM **POSITION DESCRIPTION** | 1. ASSIGNED CLASSIFICATION | | | 2. POSITION NUMBER | |
|---|---|---|---|---|---|
| | 3. REVIEWED BY | 4. DATE | 5. AUDITED BY | 6. DATE | 7. PAY RANGE | 8. STEP |

SECTION I—GENERAL

| 9. NAME LAST | FIRST | MIDDLE INITIAL | 10. CLASSIFICATION TITLE | 11. WORKING TITLE |
|---|---|---|---|---|
| Dalessio | Julie | S | Clin Tech 1 | Lead Tech |

ABOVE SPACES TO BE COMPLETED BY PERSONNEL DEPT.)

| 12. INSTITUTION | 13. LOCATION OF EMPLOYMENT | | | | |
|---|---|---|---|---|---|
| University of Washington | ADDRESS Pacific Medical Ctr 1200 12th Ave S. | CITY Seattle | BUILDING | ROOM NO. 1103 | WORK PHONE 326-4170 |

| 14. DEPARTMENT, DIVISION OR SECTION | 15. IMMEDIATE SUPERVISOR NAME | TITLE | BUILDING | ROOM NO. | WORK PHONE |
|---|---|---|---|---|---|
| Virology | Dr. Rhoda Ashley | Assoc. Director CHMC | D536 | 526-2117 |

| 16. OFFICIAL WORK WEEK NUMBER OF HOURS | 17. MONTHS PER YEAR | 18. SHIFT | 19. DURATION OF EMPLOYMENT | | 20. |
|---|---|---|---|---|---|
| 40 | 12 | day | WITH INSTITUTION YEARS 9   MONTHS 3 | WITH PRESENT DUTIES YEARS   MONTHS | |

SECTION II—DESCRIPTION OF DUTIES

| 21. % TIME | 22. DUTIES | PLEASE LEAVE BLANK |
|---|---|---|
| ☐ Day ☐ Wk ☐ Mo ☐ Yr | READ INSTRUCTIONS CAREFULLY BEFORE COMPLETING THIS SECTION. LIST THOSE DUTIES FIRST WHICH OCCUPY MOST OF YOUR TIME. NOTE—UNDERLINE OR BRACKET YOUR MOST RESPONSIBLE DUTY | |

40% | 1 Develop + evaluate methodologies + procedures. This includes library research, experiment design, data collection and collation, statistical analyses, and graphical presentation of data. ]

10% | 2 Write technical procedures

20% | 3. Assign and analyze the work of others

10% | 4. Order and receive supplies and equipment (including research of large items)

3% | 5. Coordinate the supply of specimen collection media to clinics.

5% | 6. Train new employees (or fellows)

7% | 7. Maintain lab equipment

2% | 8. Teach students (Medical, Med tech, fellows, residents)

3% | 9. Interview and assist in hiring new employees.

(Attach one additional sheet if necessary)

SECTION III—RELATED INFORMATION

PLEASE EXPLAIN THE MANNER IN WHICH YOUR DUTIES AND RESPONSIBILITIES HAVE CHANGED SINCE YOUR POSITION. 21. WAS LAST AUDITED OR 22 WHICH YOU WAS THE DATE FIRST ASSIGNED TO THE POSITION (ATTACH ADDITIONAL SHEET IF NECESSARY)

My duties now include more data analysis and supervision or direction of other employees and students. I have also become involved in teaching the virology core course and the med tech course, and in interviewing and hiring new employees.

---

22. IF YOU ARE IN A SUPERVISORY POSITION LIST THE UNITS YOU SUPERVISE AND NUMBER OF EMPLOYEES IN EACH UNIT INCLUDING YOURSELF. AS ORGANIZATION CHART HELPS CLARIFY THIS ITEM. PLEASE ATTACH.

Microbial immunology lab  —  4 employees

PLEASE LEAVE BLANK

---

23. LIST EMPLOYEES, IF ANY, UNDER YOUR DIRECT SUPERVISION. IF MORE THAN FIVE LIST THE NUMBER OF EMPLOYEES BY CLASSIFICATION.

| NAME OR NUMBER | NUMBER OF HOURS WORKED PER WEEK | CLASSIFICATION/WORKING TITLE | EMPLOYMENT STATUS |
|---|---|---|---|
| A. Fijen-Mari Crisostomo | 40 | Research Tech 1   LAMC | C = CLASSIFIED |
| B. Mindy Lam | 15 | Student Helper | S = STUDENT |
| C. | | | H = HOURLY |
| D. | | | T = TEMPORARY |
| E. | | | |

(checkmarks: C = CLASSIFIED checked for A; H for B)

---

24. WHAT TYPE OF AUTHORITY AND RESPONSIBILITY DO YOU HAVE REGARDING THE HIRING, EVALUATION, DISCIPLINE AND/OR TERMINATION OF THE EMPLOYEES LISTED ABOVE (ITEM 23). PLEASE EXPLAIN.

My opinions and suggestions are seriously considered by my supervisor.

---

25. LIST ANY OFFICE MACHINES, EQUIPMENT, TOOLS, MOTOR VEHICLES, ETC. OPERATED ON JOB. GIVE PER CENT OF TIME.

PER CENT OF TIME YOU TYPE IN A 40-HOUR PERIOD _____

26. I CERTIFY THAT THE STATEMENTS CONTAINED HEREIN ARE MY OWN AND ARE ACCURATE AND COMPLETE.

SIGNATURE OF EMPLOYEE — Julie Dalessio

28. DATE  3-28-99

---

SECTION IV—STATEMENT OF IMMEDIATE SUPERVISION

29. THE ABOVE STATEMENTS ARE ACCURATE AND COMPLETE EXCEPT, (SPAIN additional sheet if necessary)

---

30. DO YOU AGREE WITH STATEMENT ON MOST RESPONSIBLE DUTY? (ITEM 22) IDENTIFY EXCEPTIONS TO STATED AUTHORITY.

☐ Yes   EXPLAIN—
☐ No

---

32. LIST THOSE EMPLOYEES WHO PERFORM SUBSTANTIALLY THE SAME DUTIES AS THOSE THAT ARE SET FORTH IN ITEM NO. 22.

| NAME OF EMPLOYEE (IF ARE SUPPORTED) | CLASSIFICATION TITLE | WORKING TITLE |
|---|---|---|
| A. | | |
| B. | | |
| C. | | |

---

33. SUPERVISION REQUIRED OF POSITION (WHILE PERFORMING DUTIES UNDER ITEM 22):
☐ CLOSE DETAILED ☐ ON A SPOT CHECK BASIS ONLY ☐ LITTLE—EMPLOYEE RESPONSIBLE FOR DEVISING OWN WORK METHODS ☐ OTHER
EXPLANATION (IF ITEM CHECKED)

---

34. COMPLEXITY OF DUTIES (AS DESCRIBED UNDER ITEM 22):
☐ REPETITIVE (MOSTLY PROCEDURAL)
☐ ROUTINE (REQUIRING SOME JUDGMENTS)
EXPLANATION (IF ITEMS CHECKED).

☐ DIVERSIFIED (VARIETY OF APPLICATIONS)
☐ SPECIALIZED (REQUIRING SPECIAL TRAINING/EXPERIENCE)

---

35. EXPERIENCE (KIND AND LENGTH OF TIME REQUIRED):

36. SPECIAL KNOWLEDGE, SKILLS, LICENSE, ETC. REQUIRED.

---

37. EDUCATION (MINIMUM REQUIRED) KEY ENTRY TO POSITION:
☐ LESS THAN HIGH SCHOOL ☐ HIGH SCHOOL/VOC. TECH.
   DEGREE (KIND) MAJOR
☐ SOME COLLEGE  ☐ COLLEGE GRAD   ☐ GRADUATE STUDY
   VOC/TECH PROGRAM

38. SIGNATURE OF IMMEDIATE SUPERVISOR

39. TITLE

40. DATE

---

SECTION V—STATEMENT OF DEPARTMENT HEAD
(ATTACH Additional Sheet if Necessary)

41. DEPARTMENT HEAD'S COMMENTS AS TO ACCURACY AND COMPLETENESS OF STATEMENTS OF EMPLOYEE AND IMMEDIATE SUPERVISION

---

42. SIGNATURE OF DEPARTMENT HEAD OR AUTHORIZED REPRESENTATIVE

43. TITLE

44. DATE

---

# UNIVERSITY OF WASHINGTON
## EMPLOYEE PERFORMANCE EVALUATION

EMPLOYEE'S NAME: Julie Dalessio

INSTITUTION/DEPARTMENT:

CLASSIFICATION: Clinical Tech I

EVALUATION PERIOD: FROM 1/1/91 TO 12/31/91

EVALUATION DATE: 2/12/92

| PERFORMANCE FACTORS | PERFORMANCE EXPECTATIONS: COMMENTS AND/OR EXAMPLES (ATTACH EXTRA SHEETS IF NEEDED) | RATING |
|---|---|---|
| **1. QUALITY OF WORK** — COMPLETENESS, ACCURACY, NEATNESS, THOROUGHNESS | Julie has always been extremely competent with high quality work skills. | OUTSTANDING • ☒ EXCEEDS EXPECTATIONS MEETS EXPECTATIONS NEEDS IMPROVEMENT UNSATISFACTORY • |
| **2. QUANTITY OF WORK** — USE OF TIME, VOLUME OF WORK ACCOMPLISHED, ABILITY TO MEET SCHEDULES OR DEADLINES IF APPLICABLE | Julie has accomplished a great deal of work. I do sense less focus with classes and other distractions. | OUTSTANDING • EXCEEDS EXPECTATIONS ☒ MEETS EXPECTATIONS NEEDS IMPROVEMENT UNSATISFACTORY • |
| **3. JOB KNOWLEDGE** — DEGREE OF TECHNICAL KNOWLEDGE, UNDERSTANDING OF JOB PROCEDURES AND METHODS | Outstanding on all counts | ☒ OUTSTANDING • EXCEEDS EXPECTATIONS MEETS EXPECTATIONS NEEDS IMPROVEMENT UNSATISFACTORY • |
| **4. WORKING RELATIONSHIPS** — COORDINATION AND ABILITY TO WORK WITH SUPERVISOR, CO-WORKERS, STUDENTS, AND CLIENTS, IF USED | | OUTSTANDING • EXCEEDS EXPECTATIONS ☒ MEETS EXPECTATIONS NEEDS IMPROVEMENT UNSATISFACTORY • |
| **5. SUPERVISORY SKILLS** — TRAINING AND DIRECTING STAFF, DELEGATION, PLANNING AND ORGANIZING WORK, PROBLEM SOLVING, DECISION MAKING, ABILITY TO COACH AND EVALUATE | | OUTSTANDING • EXCEEDS EXPECTATIONS MEETS EXPECTATIONS NEEDS IMPROVEMENT UNSATISFACTORY • |
| **6. OPTIONAL FACTOR** | Julie developed a very critical test this year for HSV antibody. | OUTSTANDING • ☒ EXCEEDS EXPECTATIONS MEETS EXPECTATIONS NEEDS IMPROVEMENT UNSATISFACTORY • |

## DEFINITIONS OF PERFORMANCE RATING CATEGORIES

**OUTSTANDING** • — The employee has exceeded all of the performance expectations for this job and does so on a regular basis.

**EXCEEDS EXPECTATIONS** — The employee consistently exceeds a majority of the performance expectations, all the time and meets the rest while maintaining a high level of quality.

**MEETS EXPECTATIONS** — The employee meets the performance expectations and sometimes exceeds the efficiency and quality of the expectations.

**NEEDS IMPROVEMENT** — There is a need for improvement in one or more aspects of the job.

**UNSATISFACTORY** • — The employee has failed to meet one or more of the performance expectations for this job.

• Use with explanatory comments.

**7. SPECIFIC ACHIEVEMENTS**

See Attached

**8. PERFORMANCE GOALS FOR THE NEXT EVALUATION PERIOD**

Continue to have an active role in interpreting results of bench studies. Improve rapport with Clin Tech II and Lead Tech in Clinical Lab, to reach goal of training in clinical lab.

**9. TRAINING AND DEVELOPMENT SUGGESTIONS**

Julie is some what bored with her current job. Until her classwork is finished I can't afford more of her time out of the lab for training and development. This should be re-addressed when her degree program is complete.

**10. ATTENDANCE** [Excessive] [Excellent] Because of key role in Research Lab I would like to encourage Julie to put in her complete (1/2 of time gone for class) before 9 or after 5:30 - rather than in evening or weekend hours.

**EMPLOYEE'S COMMENTS**

| REVIEWER'S NAME | REVIEWER'S TITLE | REVIEWER'S SIGNATURE | DATE |
|---|---|---|---|
| Xxxxx L. Ashley | Associate Director, Virology | | 2/21/92 |

EMPLOYEE'S SIGNATURE ... DATE SIGNED 3-24-92

REVIEWER'S COMMENTS



# Performance Appraisal and Planning

THE CHILDREN'S ORTHOPEDIC HOSPITAL AND MEDICAL CENTER

EMPLOYEE'S NAME: Milton, Julie

EMPLOYEE NUMBER:

JOB TITLE: Research Tech I

SUPERVISOR: Russ, Ashley

DEPARTMENT: Virology

PERIOD COVERED: Oct '85 - Oct '86

(For instructions, see COHMC Supervisor's Guide to Performance Planning and Appraisal)

| A. Major Responsibilities | B. Results Expected | C. Actual Results |
|---|---|---|
| Key performance areas for period covered, including special assignments and projects. | Descriptions of fully proficient performance -- the work behaviors and results expected. | Specific examples of job results and behaviors, especially if they exceed or fail to meet expectations. |
| Western blot for HSV serotyping.<br>- Determine optimal conditions<br>- Perform test series<br>- Develop serotyping criteria<br>- Maintain records (results) | Carry out supervisor's instructions for various trials | Superior performance; far exceeded expectations. Consistent, clear analyses independent of supervisor. Initiated logical, step-wise program of reagent and conditions trial. |
| Develop absorption technique for HSV serotyping.<br>- Optimize conditions<br>- Develop criteria for using the test | | Creates and implements most of the procedures for the technique. Develops criteria for re-use of expensive reagent. Independent concern for quality control |
| Avidin/biotin - ELISA project<br>Gather information i appropriate sera for collaboration with Dr. Nahmias<br>- Maintain records of sera sent/blot results | | Superior; made excellent suggestions for sera to test |
| Transfer Western blot technology to clinical system | Test equipment, try techniques, consult w/ supervisor for quality assurance | Superior job; efficiently, quickly put this test a use and instructed others as to the modifications |

F34-34  I-1  F-85

| Major Responsibilities | Results Expected | Actual Results |
|---|---|---|
| Write up protocols for Western blot, absorption, antigen preparation. | Basic steps for revision by supervisor. | Clear, thorough, well written. Little revision required. |
| Begin adenovirus RE technique<br>- 293 cell growth<br>- Adeno infection/CPE<br>- DNA harvest<br>- RE analysis | Replicate Len Fitts results. | Early progress good - cell culture, viral propagation, gels in hand.<br>Excellent analyses of problems and well-considered suggestions for solutions. |
| Study sera from vaccine efficacy study - titer that RE blot patterns in vaccinees and breakthrough pts | Blots + interpretation. | Accomplished |

(This page may be photocopied if additional space is needed.)

## D. Additional Comments

Can document overall contribution, work habits, and unplanned events affecting performance during the review period.

Julie is still the finest bench tech I've worked with. Excellent analytic skills and critical thinking. Understands her work and applies literature sources to solving problems.

Made excellent progress on Western blot during supervisor leave-of-absence.

## E. Overall Rating

[ ] FULLY PROFICIENT: Performance that is fully acceptable for a majority of performance areas. The level of most employees for most parts of their jobs.

[✓] OUTSTANDING: Exceptional performance that consistently exceeds expectations in a majority of areas.

[ ] NEEDS IMPROVEMENT: Performance that may be (1) minimally acceptable and requiring improvement; or (2) unacceptable and demanding immediate improvement.

**Salary Increase:** _____

## F. Performance Plan

For the period of ___Oct___, 1986 to ___Oct___, 1987.

Fill out this section if there are any changes in job requirements for this position. Record any new or deleted responsibilities, changed priorities, revised standards.

| Major Responsibilities | Results Expected |
|---|---|
| Adenovirus RE mapping. Install in Central Lab once technique established.<br>- Write protocol<br>- Develop CAP-QC | On line by Oct '87.<br><br>I have no doubt this project will be completed. |
| Participate in writing 2-3 papers<br>- ELISA / blot frost<br>- Blot densitometry analysis of HSV-1, HSV-2 primary & ast pts<br>- Neut. and/blot | Initial work up me on writing results. Have her gain experience in collating research data to manuscript form. |

## G. Growth Plan

Skills that will allow the employee to become even more proficient, narrow the gap between actual and expected performance, or promote long-range career goals.

| Area for Dev. | Desired Progress | Activities (WHO will do WHAT, WHEN) |
|---|---|---|
| Allow RE; an independent, very challenging project. | completion of, hopefully a research project of publishable quality | Julie's project. Work w/ Karl for RNA controls. General shares problems in viral RE analyzes. |
| Other challenging projects which will lead to publications. Bench techniques not a problem; she can make just about anything work. ↓ | The usual fine, thorough, thoughtful job. Goal is to give Julie some high visibility projects which will be publishable not just useful. She has done a great deal of interesting work and deserves to put effort toward a project which will yield recognition outside the lab. Would like to try for a spring abstract deadline. | |
| Anti-Isotype? CMV DNA probes? | | |
| Classes - DNA/ molecular biology | | |

## H. Employee Comments

I had an opportunity to contribute to this performance review and planning. YES [ ]   NO [ ]

## Signatures

EMPLOYEE: _Julie Militoni_     DATE: 10/30/86

APPRAISER: _Richard Ashley_     DATE: 10/30/86

REVIEWER: _____     DATE: