# EXHIBIT 9

Exhibit re Decl. Plaintiff, PLAINTIFF's Response re: SUMMARY JUDGMENT -   Case 2:17-cv-00642-MJP



*Professor*
*Director, Diagnostic Virology*
*Virology Division*
*Laboratory Medicine*

**Children's**
Hospital & Medical Center

*Rhoda L. Ashley, Ph.D.*
*Children's Hospital, CH-82*
*4800 Sand Point Way N.E.*
*Seattle, WA   98105*
*Phone: (206) 526-2117*
*Fax:   (206) 527-3885*

July 15, 1997

TO: Julie Dalessio
RE: Employment status

Dear Julie,

This letter is to let you know that as of August 1, 1997 you will be given a $3000 per year bonus to be paid via a consulting arrangement with Children's Hospital. Once you complete the required paperwork and orientation, you will receive biweekly checks representing 1/26 of the bonus. This bonus is intended to recognize the considerable contributions you make to the research lab and the added supervisorial duties that you have taken on. As you know, I would love to find some mechanism to provide you with a promotion by title but we've agreed that it's in your best interests to remain a University employee as CT2. This bonus will be reissued on an annual basis. While I have every expectation of continuing this bonus, you should understand that it does depend upon my having the funds available. Again, I don't see this to be a problem over the next years

Julie, I know I give you formal evaluations every year or so and I hope they reflect the value I place on your work and your scientific input to our projects. However, money speaks awfully well to the issue of value so please take this bonus as a tangible message that I appreciate you!

Sincerely,

Rhoda L. Ashley, Ph.D
Professor
Director, Diagnostic Virology Section

JDBONUS.DOC  7/15/97  2:47 PM

4800 Sand Point Way N.E.   P.O. Box 5371   Seattle, Washington  98105-0371   (206) 526-2000

1

**Exhibit re Decl. Plaintiff, PLAINTIFF's Response re: SUMMARY JUDGMENT -   Case 2:17-cv-00642-MJP**

2/25/99

3742/mo WW
300/mo CHRMC
―――――
4042/mo


10%   404.20/mo
    + 300
    ―――
    704   CHRMC

15 hr @ 47⁰⁰ = 705⁰⁰  * RA
29 hr per month at $25.00 = $725.00
(z $25)

Patricia Ashley
2/25/99

Effective asap, indefinitely:
29 h/mo @ $25/h - Standby CHRMC

march 99  Suppose to be              = $724.36
april     month not    28h/mo @ $25.87  change effective
may       every pp.                     8/21/00 SR
june                                    per RA to
july      won't be paid              correct overpayment.
aug       until Jan. 00
          it will start  27.25/mo @ $26.65  change effective
          again.                            11/25/01 SR.

Told her 9-1-99 SR


L C COPY
ASent 11-?-95-?R

## UNIVERSITY OF WASHINGTON
SEATTLE, WASHINGTON 98195

School of Medicine
Department of Laboratory Medicine
Virology Division

Rhoda L. Ashley, Ph.D.
Children's Hospital, CH-82
4800 Sand Point Way N.E.
Seattle, WA 98105
Phone: (206) 526-2117
FAX: (206) 527-3885

DATE: November 6, 1995
TO: Julie Dalessio
FROM: Rhoda Ashley
RE: Special Studies

Dear Julie,

This memo is to define the special circumstances of your work for the next 9-10 months. You have made remarkable contributions to the research and clinical labs during your time here. I know your bike trip is one of those life aspirations that can be very meaningful. I'd like to facilitate your taking the trip without compromising lab or department policy. Therefore, I'm proposing that you work extra time over the next 6-7 months on a separate project funded from a separate (non-Lab Medicine) fund and bank the pay so that you can take a leave without pay in the summer of 1996. The clinical lab, as it turns out, is in desperate need of skilled help in making, staining, and reading Western blots for research studies funded through CHMC. Thus, the extra work would be entirely separate from the research that you do on regular time. Here are some guidelines that we can start with:

1. You adhere precisely to your standard Lab Medicine shift; 7:30 to 4. These hours provide a half hour for lunch and 2 15 minute breaks. During these hours, you concentrate on the research tasks that we've agreed on.

2. On Saturdays (6 hours) and on 2 days per week (2 hours each; 4-6PM) you concentrate on standard Western blots; every phase except making antigen which the clinical lab will provide. You have proven to be a diligent and organized person; I would ask that you make use of these talents to use your total time very well even if that means a minor amount of intermixing your two task lists (i.e., setting up a Western blot run while something in your research "world" incubates).

3. You will be paid your current hourly pay for the extra 10 hours per week as recorded on a separate time sheet from a CHMC budget. This should provide you with about 310 hours of advance pay which should cover the 7 weeks (280 hours) which you would take as unpaid leave. You will be paid once a month within 2 weeks of your time sheet submission. If you choose to work on a UW holiday, this cannot be reflected on your UW timesheet. Similarly UW sick leave time can't be used to work on the special studies.

3. The only way this deal is acceptable to me is if you have the herpes research work to a point where others can take over for you in the summer while you are gone. I will be

JULIE2.DOC 11/6/95 1:35 PM

1
**Exhibit re Decl. Plaintiff, PLAINTIFF's Response re: SUMMARY JUDGMENT -   Case 2:17-cv-00642-MJP**

monitoring this very closely as this is, after all, the reason for your employment. Further, the deal is off if I hear any complaints from other techs about special treatment for you! I strongly suggest that you not discuss this arrangement with anyone else in the lab. I view this as extraordinary special treatment for an extraordinary employee! Obviously the deal is also off if it proves unworkable from the standpoint of getting research or special WB work done.

4. You and I will meet with RoseMary November 6 to be sure that you are using the standard QC record sheets as even research WB have to meet the current standards for QC.

Julie, I feel good about being able to come up with a solution for your trip. I'm looking forward to a postcards chronicle of your adventure!

JULIE1.DOC  11/4/93  3:55PM

Date: Fri, 1 Apr 1994 23:48:27 -0800 (PST)
From: Corey <ccorey@u.washington.edu>
To: Rhoda Ashley <rashley@u.washington.edu>
Subject: Re: Julie's reclassification

rest assured that i too am flabbergasted, and paid leave is out of the question; we would consider it a great favor to give her an unpaid leave of abscence; her reclassification and her desire for a vacation are not linked behaviors. Believe me she will not get anywhere with me re this

On Thu, 31 Mar 1994, Rhoda Ashley wrote:

> Julie is in a bargaining mode; the latest wrinkle is that she wants paid
> leave for all of Summer, 1995 to go on a bike trip in return for being
> reclassified to a position which she will top out in a year or two.  I
> was so flabbergasted at the idea that I just told her it would be
> extremely unusual and that you would have to buy off on it.  Now I'm
> thinking this isn't a great idea at all for a number of reasons so--we
> should talk before you commit anything. E-mail me back or give me a call.
>
> PS--Great Open House for the lab!! I'm proud to be part of the program!
>