# EXHIBIT 10

Exhibit re PLAINTIFF's Response re: SUMMARY JUDGMENT -   Case 2:17-cv-00642-MJP

Jennifer Woods
Attorney at Law
715 North 193rd Place
Shoreline, WA 98133
(206) 546-9081

December 17, 2002

RECEIVED

Joyce Thomas
Attorney at Law
Frank, Freed, Roberts, Subit & Thomas
705 Second Avenue
Seattle, WA 98104-1798

Jeffrey Davis
Assistant Attorney General
University of Washington
Box 351260
Seattle, WA 98195-1260

    Re: Dalessio v. University of Washington
        PAB No. SUSP-02-0036

Dear Ms. Thomas and Mr. Davis:

    The mediation in the above referenced appeal is scheduled for **January 2, 2003** beginning at **9:00 am** and will be held at the Harborview Human Resources Building, Room 16, 319 Terry Avenue, Seattle, Washington.

    I look forward to meeting with you next month.

Very truly yours,

Jennifer Woods

cc: Personnel Appeals Board

**Exhibit re PLAINTIFF's Response re: SUMMARY JUDGMENT -   Case 2:17-cv-00642-MJP**