Exhibit 1

**re: PLAINTIFF's reply re: Motion to Seal records  -   Case 2:17-cv-00642-MJP**

# Re: Dalessio v. University of WA, Case No. 2:17-cv-00642-RSM

JULIE <juliedalessio@msn.com>
Mon 6/5/2017 11:17 AM
Sent Items

To:
Jayne L. Freeman <JFreeman@kbmlawyers.com>; LaHoma Walker <LWalker@kbmlawyers.com>;
Cc:
Derek C. Chen <DChen@kbmlawyers.com>;
1 attachments (490 KB)
JOINT STATUS REPORT AND DISCOVERY PLAN draft 6:3:2017 copy.docx;

i had a hard time working with your draft, so i started over.

please review the attached and note anything that's not acceptable.

see in particular 4D, Privilege issues and 4F, need for discovery related orders.

thanks,
julie dalessio
206 324 2590

**From:** Jayne L. Freeman <JFreeman@kbmlawyers.com>
**Sent:** Thursday, June 1, 2017 10:21:37 AM
**To:** JULIE; LaHoma Walker
**Cc:** Derek C. Chen
**Subject:** RE: Dalessio v. University of WA, Case No. 2:17-cv-00642-RSM

Ms. Dalessio: attached please find a revised DRAFT Joint Status Report and Discovery Plan per our FRCP 26 conference last week. If you propose further changes, go ahead and make them on the draft

re: PLAINTIFF's reply re: Motion to Seal records  -   Case 2:17-cv-00642-MJP

and send it back for our review so we can move towards a final draft for filing with the court. If you could use the "track changes" function that would be great. Thank you.

*Jayne L. Freeman*



*800 5th Avenue, Suite 4141*
*Seattle, WA 98104*
*Office: (206)623-8861*
*FAX: (206)223-9423*
jfreeman@kbmlawyers.com

**www.kbmlawyers.com**

**From:** JULIE [mailto:juliedalessio@msn.com]
**Sent:** Monday, May 22, 2017 6:50 PM
**To:** LaHoma Walker <LWalker@kbmlawyers.com>
**Cc:** Jayne L. Freeman <JFreeman@kbmlawyers.com>; Derek C. Chen <DChen@kbmlawyers.com>
**Subject:** Re: Dalessio v. University of WA, Case No. 2:17-cv-00642-RSM

thanks for doing that.  i'll expect your call tomorrow at 10:30
julie dalessio
206 324 2590

**From:** LaHoma Walker <LWalker@kbmlawyers.com>
**Sent:** Monday, May 22, 2017 11:45:22 AM
**To:** juliedalessio@msn.com
**Cc:** Jayne L. Freeman; Derek C. Chen
**Subject:** Dalessio v. University of WA, Case No. 2:17-cv-00642-RSM

Ms. Dalessio:

**re: PLAINTIFF's reply re: Motion to Seal records  -   Case 2:17-cv-00642-MJP**

On behalf of Ms. Freeman, I am forwarding you a DRAFT version of a proposed Joint Status Report in Word format for review prior to your scheduled attorney conference tomorrow, May 23, at 10:30 a.m.  Ms. Freeman asked me to provide this to you prior to the FRCP 26 conference to advise you of the University's likely positions on the issues the parties are to discuss as outlined in the court's Initial Scheduling Order (a copy is attached for your convenience).

Please note this is only a draft and intended only to provide an outline of the issues that will need to be addressed and finalized into this format with information from both parties. To the extent the parties may not agree on any of the issues as stated, it is being provided to you in Word format so you can easily add your position or other information regarding any of the issues into the document and return for formatting and finalization & filing once it is completed.

Thank you and all the best,

*LaHoma Walker*
Legal Assistant to
Derek C. Chen
Jayne L. Freeman
Kimberly J. Waldbaum
Michael C. Walter
Keating Bucklin & McCormack, Inc., P.S.
800 5th Avenue, Suite 4141
Seattle, Washington 98104-3175
Office 206.623.8861
Fax   206.223.9423
lwalker@kbmlawyers.com

www. kbmlawyers.com



This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited.  If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above

**re: PLAINTIFF's reply re: Motion to Seal records  -   Case 2:17-cv-00642-MJP**