The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:17-cv-00642 MJP<br><br>Plaintiff's **Notice of Intent to File Surreply re: Dkt. 27,** Defendant's Motion for Summary Judgment<br><br>**Note on Motion Calendar:  Sept 15, 2017** |

Pursuant to LCR 7(g), Plaintiff files this Notice of Intent to File a Surreply re: Dkt. 27.

Dated:  Sept. 17, 2017

Signed:                                        s/ julie dalessio

　　　　　　　　　　　　　　　　Julie Dalessio
　　　　　　　　　　　　　　　　1110 29th Ave.
　　　　　　　　　　　　　　　　Seattle,  WA  98122

　　　　　　　　　　　　　　　　206 324 2590
　　　　　　　　　　　　　　　　juliedalessio@msn.com

**Notice of Intent to File Surreply re: Dkt. 27,**   -   Case 2:17-cv-00642-MJP            1