1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, | CASE NO. C17-642 MJP |
| Plaintiff, | ORDER SEALING RECORDS |
| v. | |
| UNIVERSITY OF WASHINGTON, | |
| Defendant. | |

The above-entitled Court, having received and reviewed:

1.  Plaintiff's Motion to Seal Records (Dkt. No. 36);

2.  Defendant's Response to Plaintiff's Motion to Seal (Dkt. No. 39);

3.  Plaintiff's Reply in Support of Motion to Seal (Dkt. No. 44);

all attached declarations and exhibits; and relevant portions of the record, rules as follows:

IT IS ORDERED that the motion is GRANTED IN PART and DENIED IN PART.

The following documents in the court record are ordered to be sealed:

**Dkt. Nos. 30-1, 30-2, 32, 33, 34, and 37-1 through 37-7.**

The following requests by Plaintiff are DENIED:

1. That Defendant "produce the entire PR 15-00570 in its original format, with original file configurations and inventory exemption, **under seal**, as a true replacement for Exhibit A to Declaration of Alison Swenson (*Dkt. No. 30, p.2*)" (Dkt. No. 36 at 6, emphasis in original);

2. "That Defendant UW immediately sequester all Public Records releases pertaining to Plaintiff, and locate and sequester all original documents and copies of documents pertaining to Plaintiff" (Id. at 7).

These requests are denied on the grounds that they are not properly brought as part of a motion to seal court records.

The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.

Dated: October 26, 2017.

Marsha J. Pechman
United States District Judge