The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:17-cv-00642 MJP<br><br>Plaintiff's Objections to Defendant's Notice of Intent to call Witnesses<br><br>**Filed November 8, 2017** |

　　　　Pursuant to Federal Rules of Civil Procedure (FRCP) 26, Plaintiff files and serves these Objections to Defendant's (UW) Notice of Intent to call Witnesses.

　　　　Plaintiff objects to the UW's reservation of rights "consistent with KCLR 26(c)" (*Attachment 1, Defendant's Disclosure of Primary Witnesses, p. 1 line 18*).

A.　　Plaintiff objects to Defendant's (UW's) disclosure of primary witnesses, identified as "LAY WITNESSES (INCLUDING THOSE WITH EXPERT TESTIMONY)" (*Attachment 1, p. 1 line 20*).  The deadline for disclosure of expert testimony was September 27, 2017.  UW has not identified any expert witnesses nor provided any reports regarding expert testimony, thus any expert testimony from the identified witnesses should be excluded.(*FRCP 26(a)(2)*)

**Plaintiff's Objections to Defendant's Notice of Intent to call Witnesses   -   Case 2:17-cv-00642-MJP**　　　　　　1

1. Plaintiff has not filed any list of witnesses in this case as misrepresented by UW, (*Attachment 1, p. 1 line 21*). Plaintiff's initial disclosures identify "individuals likely to have discoverable information." *(FRCP 26(a)(1))* UW does not have the right to call any witnesses or present testimony from any persons not identified in the parties' witness lists. (*LCR 16(h),(i)*)

**Regarding UW's named witnesses** (*Attachment 1*, p. 2-3):

#3. Plaintiff objects to any testimony from Atty. David Betz regarding his adverse possession lawsuit against Ms. Dalessio (*FRE 402, 403*). Plaintiff also objects to any testimony from David Betz regarding his 2015 public records request. This fact is documented in the public records and is undisputed by the parties. (*FRE 403*)

#4. Plaintiff objects to any testimony from Perry Tapper that is offered as expert testimony, as he has not been identified as such. (*FRCP 26(a)(2)*) The official policies of the University of Washington's Public Records Office are matters of public record, available at the University's website. Plaintiff objects to any opinion testimony based on specialized knowledge (*FRE 701(c)*), but has no objection to testimony regarding personal knowledge of the actual practices and operations of the Defendant if the witness is identified with sufficient evidence regarding his knowledge and qualifications.*(FRE 602)*

#5.  Plaintiff objects to any testimony from Eliza Saunders that is offered as expert testimony, as she has not been identified as such. (*FRCP 26(a)(2)*)  The official policies of the University of Washington's Public Records Office are matters of public record, available at the University's website.  Plaintiff objects to any opinion testimony based on specialized knowledge (*FRE 701(c)*), but has no objection to testimony regarding personal knowledge of the actual practices and operations of the Defendant if the witness is identified with sufficient evidence regarding her knowledge and qualifications.*(FRE 602)*

#6.  Plaintiff objects to any testimony from Barb Benson that is offered as expert testimony, as she has not been identified as such. (*FRCP 26(a)(2)*)  The official records retention policies at the University of Washington are matters of public record, available at the University's website.  Plaintiff objects to any opinion testimony based on specialized knowledge (*FRE 701(c)*), but has no objection to testimony regarding personal knowledge of the actual practices and operations of the Defendant if the witness is identified with sufficient evidence regarding her knowledge and qualifications.*(FRE 602)*

#7.  Plaintiff objects to any testimony from "Milla" (Ludmila) Barbacar regarding her complaint filed with the Washington State Human Rights Commission.  Plaintiff's complaint is confidential. (*FRE 502 and Title VII of the Civil Rights Act, SEC. 2000e-5. [Section 706(c)], RCW 42.40* )  Plaintiff objects to any expert or opinion testimony.(*FRE 701*)  If the

UW refuses to admit the relevant facts regarding the dates of filing and denial of Plaintiff's complaint, and/or that Plaintiff has satisfied all exhaustion requirements prior to filing this lawsuit, then Plaintiff has no objection to Ms. Barbacar's testimony regarding these facts.

Plaintiff objects to UW's reservation of "the right to solicit expert opinions from the above-listed witnesses" (*Attachment 1, P. 4 line 5*).

Plaintiff reserves the right to call any witnesses identified by the UW in the attached DISCLOSURE OF PRIMARY WITNESSES.

Dated: November 8, 2017

Signed:                                              s/ julie dalessio

                                                     Julie Dalessio
                                                     1110 29th Ave.
                                                     Seattle, WA 98122

                                                     206 324 2590
                                                     juliedalessio@msn.com