The Honorable Marsha J. Pechman

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF SEATTLE

JULIE DALESSIO, an individual,

    Plaintiff,

v.

UNIVERSITY OF WASHINGTON,

    Defendant.

No. 2:17-cv-00642-RSM

DEFENDANT UNIVERSITY OF WASHINGTON'S DISCLOSURE OF PRIMARY WITNESSES

COMES NOW Defendant UNIVERSITY OF WASHINGTON pursuant to King County Local Rule 26(b) and the Order Setting Civil Case Schedule, and hereby identifies the following list of possibly primary witnesses from whom it may elicit testimony at trial. This disclosure is made based on limited discovery, and Defendant reserves the right to supplement this witness list, consistent with KCLR 26(c), as more information becomes available

**A.    LAY WITNESSES (INCLUDING THOSE WITH EXPERT TESTIMONY)**

    **1.    All witnesses listed by Plaintiff**

Defendant UNIVERSITY OF WASHINGTON incorporates by reference the Primary Disclosure of Witnesses filed by Plaintiff in this case and reserves the right to call each witness listed in that disclosure.

DEFENDANT UNIVERSITY OF WASHINGTON'S DISCLOSURE OF PRIMARY WITNESSES - 1
2:17-cv-00642-RSM

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

1. Alison Swenson
   c/o Keating, Bucklin & McCormack, Inc., P.S.
   800 5th Avenue, Suite 4141
   Seattle, WA 98104
   206.623.8861

   May testify regarding some or all of the public records requests completed regarding Julie Dalessio.

2. Julie Dalessio
   1110 29th Ave.
   Seattle, WA 98122
   (206) 324-2590

   Ms. Dalessio is the plaintiff in this case and has knowledge of facts regarding the allegations in her Complaint.

3. David Betz
   1325 4th Avenue Suite 1400
   Seattle, WA 98101-2573
   (206) 457-4121

   May testify regarding the facts and circumstances regarding his law suit with Julie Dalessio and his 2015 public records request regarding Julie Dalessio.

4. Perry Tapper
   Public Records Compliance Officer
   Office of Public Records and Open Public Meetings
   c/o Keating, Bucklin & McCormack, Inc., P.S.
   800 5th Avenue, Suite 4141
   Seattle, WA 98104
   206.623.8861

   May testify regarding the knowledge of the University of Washington's Public Records Office operations, policies, and procedures and facts and circumstances of this case.

DEFENDANT UNIVERSITY OF WASHINGTON'S
DISCLOSURE OF PRIMARY WITNESSES - 2
2:17-cv-00642-RSM

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

5. Eliza Saunders
   Director of the Office of Public Records
   Office of Public Records and Open Public Meetings
   c/o Keating, Bucklin & McCormack, Inc., P.S.
   800 5th Avenue, Suite 4141
   Seattle, WA 98104
   206.623.8861

   May testify regarding her knowledge of the University of Washington's Public Records Office operations, policies, and procedures.

6. Barb Benson
   Records Management Services
   c/o Keating, Bucklin & McCormack, Inc., P.S.
   800 5th Avenue, Suite 4141
   Seattle, WA 98104
   206.623.8861

   May testify regarding records retention policies at the University of Washington.

7. Milla Barbacar, Civil Rights Investigator
   Washington State Human Rights Commission
   711 South Capitol Way, Suite 402
   P.O. Box 42490
   Olympia, WA 98504-2490
   (360) 359-4921

   May testify regarding a complaint Plaintiff filed with the Human Rights Commission in 2016.

8. Andrew Palmer
   c/o Keating, Bucklin & McCormack, Inc., P.S.
   800 5th Avenue, Suite 4141
   Seattle, WA 98104
   206.623.8861

   May testify regarding the facts and circumstances of this case, including assembling the response to PR 16.-00760.

B. **EXPERT WITNESSES**

Defendant has not currently retained any expert witnesses.

DEFENDANT UNIVERSITY OF WASHINGTON'S
DISCLOSURE OF PRIMARY WITNESSES - 3
2:17-cv-00642-RSM

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

Discovery is ongoing. Defendant reserves the right to name additional lay or expert witnesses whose identities may be disclosed through ongoing discovery in this case. Defendant reserves the right to amend and supplement this list as necessary as discovery continues. Defendant also reserves the right to call any and all witnesses identified by the Plaintiff on any of his witness lists. Defendants reserve the right to solicit expert opinions from the above-listed witnesses consistent with the rule of evidence and the individual witness's skills, training, experience, and education.

DATED: October 26, 2017

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Derek C. Chen*
    Derek C. Chen, WSBA #49723
Attorneys for Special Assistant Attorney General for Defendant

801 Second Avenue, Suite 1210
Seattle, WA  98104-1518
Telephone:  (206) 623-8861
Fax:  (206) 223-9423
Email:  dchen@kbmlawyers.com

DEFENDANT UNIVERSITY OF WASHINGTON'S
DISCLOSURE OF PRIMARY WITNESSES - 4
2:17-cv-00642-RSM

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

## DECLARATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on October 26, 2017, a true and correct copy of the foregoing DEFENDANT UNIVERSITY OF WASHINGTON'S DISCLOSURE OF PRIMARY WITNESSES was served upon the parties listed below via the method indicated:

**Attorneys for Pro-Se Plaintiff**

Julie Dalessio
1110 29th Ave.
Seattle, WA  98122
Telephone: (206) 324-2590
Email: juliedalessio@msn.com

☒ E-mail     ☒ United States Mail     ☐ Legal Messenger

DATED this 26th day of October, 2017, at Seattle, Washington.

/s/ Derek C. Chen
Derek C. Chen

DEFENDANT UNIVERSITY OF WASHINGTON'S
DISCLOSURE OF PRIMARY WITNESSES - 5
2:17-cv-00642-RSM

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423