The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual, | Case No. 2:17-cv-00642 MJP |
| Plaintiff, | Plaintiff's **Motion to Compel Discovery** |
| v. | |
| UNIVERSITY OF WASHINGTON, | Note on Motion Calendar: **December 15, 2017** |
| Defendant. | |

**INTRODUCTION:**  See Dkt. 52

Pursuant to LCR 37, the parties have met in an attempt to resolve discovery disputes.(*Dkt. 58)*

Plaintiff served her fourth set of discovery requests to Defendant, UW on November 13, (due back December 13).  Counsel for Defense refused to respond to these before the deadline for motions related to discovery, and asserted that he will respond to these on December 13.(*Dkt. 58)*   Since the deadline for motions related to discovery is November 17, 2017, and UW has objected to every previous discovery request, Plaintiff files this motion to compel responses from UW to the attached set of discovery requests.

1

2

3

The information requested pertains to persons named in previous disclosures as custodians of

the Plaintiff's records, and/or to possible witnesses identified by UW (*Dkt. 34, Objections to*

*Defendant's Notice of Intent to Call Witnesses*) and/or to UW records pertaining to Plaintiff.

4

5

6

7

The deadline for discovery completion is December 19, 2017.

8

9

Dated: November 17, 2017

10

Signed:                                    s/ julie dalessio

11

Julie Dalessio
12          1110 29th Ave.
            Seattle,  WA  98122
13
            206 324 2590
14          juliedalessio@msn.com

15

16

17

18

19

20

21

22