The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>                       Plaintiff,<br>v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>                       Defendant. | Case No. 2:17-cv-00642 MJP<br><br>Plaintiff's Motion for Appointment of Counsel<br><br>**Note on Motion Calendar:**<br>**December 8, 2017** |

      Pursuant to 28U.S.C.(a)(1) The court may authorize the prosecution of any civil suit, and 28U.S.C.(e)(1) The court may request an attorney to represent any person unable to afford counsel.

      The Plaintiff has previously submitted required financial documentation. (*Dkt. 9*) The Plaintiff has been unable to retain the services of an attorney due to her limited financial resources.

      The Plaintiff has attempted to articulate and support her claims, as evidenced in the court records. (*Dkts. 42, 43* responses to defendant's motion for dismissal)

      Plaintiff has obtained additional evidence through discovery and public records that supports her claims and should be considered in this case.

The Court has ordered attendance in person at a status hearing on 1/4/2018 in room 14206.(*Dkt. 60*)

The Plaintiff requests that the court consider the exceptional circumstances as described in the Plaintiff's declaration in support of this motion (filed *ex parte*, under seal) in the decision to appoint counsel for Plaintiff.

The defendant has stated that they "would not intend to oppose any motion to appoint counsel."[1]

Dated: December 8, 2017
Signed:                                                          s/julie dalessio

                                                                 Julie Dalessio
                                                                 1110 29th Ave.
                                                                 Seattle, WA 98122

                                                                 206 324 2590
                                                                 juliedalessio@msn.com

---

[1] email sent 12/7/2017 by counsel for defense Jayne Freeman.

PLAINTIFF's Motion to Appoint Counsel   -   Case 2:17-cv-00642-MJP                    2