The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JULIE DALESSIO, an individual,

          Plaintiff,

v.

UNIVERSITY OF WASHINGTON,

          Defendant.

No. 2:17-cv-00642-RSM

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

This matter having come before the Court on *Plaintiff's Motion to Compel*, and the Court having considered the Motion and argument, and the following pleadings:

    1.    *Plaintiff's Motion to Compel;*

    2.    *Defendant's Opposition to Plaintiff's Motion to Compel;*

    3.    *Declaration of Derek Chen in support of Defendant's Opposition to Plaintiff's Motion to Compel*;

    4.    _____; and

    5.    _____; and

    6.    _____.

And this Court finding itself fully informed, hereby **DENIES** Plaintiff's Motion to Compel *with prejudice*.

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL - 1
2:17-cv-00642-RSM
1010-00051/327478.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

DONE IN OPEN COURT THIS \_\_\_\_ DAY OF _____, 2017.

---------------------------------------
The Honorable Marsha J. Pechman

Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
     Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL - 2
2:17-cv-00642-RSM
1010-00051/327478.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423