# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| JULIE DALESSIO, | CASE NO. C17-642-MJP |
|---|---|
| Plaintiff, | ORDER APPOINTING COUNSEL |
| v. | |
| UNIVERSITY OF WASHINGTON, | |
| Defendant. | |

*Pro se* plaintiff Julie Dalessio, proceeding *in forma pauperis*, moves for appointed counsel in this civil action. (Dkt. 61.) The motion is not opposed by Defendant. The Court **GRANTS** Plaintiff's motion for appointment of counsel.

Generally, a person has no right to counsel in civil actions. See Campbell v. Burt, 141 F.3d 927, 931 (9th Cir. 1998). A court has discretion to appoint counsel for indigent civil litigants pursuant to 28 U.S.C. § 1915(e)(1), but an appointment of counsel should only be granted under "exceptional circumstances." Agyeman v. Corrections Corp. of Am., 390 F.3d 1101, 1103 (9th Cir. 2004). When determining whether "exceptional circumstances" exist, the Court considers "the likelihood of success on the merits as well as the ability of the [plaintiff] to articulate his

ORDER APPOINTING COUNSEL- 1

claims pro se in light of the complexity of the legal issues involved." Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

Plaintiff has brought suit against a former employer for a number of claims, including invasion of privacy, breach of contract, defamation, discrimination, and retaliation. The Court finds that Plaintiff has articulated colorable claims and that the complexity of the issues warrants appointment of counsel to assist her in this proceeding. Additionally, Plaintiff has represented that Defendant does not oppose appointment of an attorney to represent Plaintiff. (Dkt. No. 61 at 2.) Accordingly,

IT IS ORDERED that Plaintiff's motion for appointment of counsel is GRANTED; this matter is referred to Pro Bono Coordinator Sharon Haas to seek an attorney from the Pro Bono Panel.

IT IS FURTHER ORDERED that all pending motions and hearings in this matter are STAYED until counsel is appointed to represent Plaintiff.

The clerk is ordered to provide copies of this order to Plaintiff, to all counsel and to the Pro Bono Coordinator.

Dated this 12th day of December, 2017.

Marsha J. Pechman
United States District Judge