UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, | CASE NO. C17-642 MJP |
| Plaintiff, | ORDER APPOINTING COUNSEL |
| v. | |
| UNIVERSITY OF WASHINGTON, | |
| Defendant. | |

The above-entitled Court, pursuant to Plaintiff's request, rules as follows:

IT IS ORDERED that Plaintiff's request for appointment of counsel is GRANTED.

IT IS FURTHER ORDERED that attorney **Joseph Thomas** is appointed to represent Plaintiff, and shall file a notice of appearance forthwith.

IT IS FURTHER ORDERED that Plaintiff's counsel shall have 30 days to confer with his client and opposing counsel and then (1) file an amended Joint Status Report in accordance with FRCP 26(f) and Local Rule 26(f) and (2) indicate to the Court which of Plaintiff's currently

ORDER APPOINTING COUNSEL - 1

pending motions in this matter require the Court's attention and which (if any) might be withdrawn.

The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.

Dated: January 19, 2018.

Marsha J. Pechman
United States District Judge