AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington ▼

| | |
|---|---|
| JULIE DALESSIO ) | |
| *Plaintiff* ) | |
| v. ) | Case No. C17-642-MJP |
| UNIVERSITY OF WASHINGTON ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ms. Julie Dalessio                                                                                                            .

Date:   01/31/2018                                           /s/ Joseph Thomas
                                                                         *Attorney's signature*

                                                                    Joseph Thomas WSBA # 49532
                                                                      *Printed name and bar number*
                                                                    Law Office of Joseph Thomas
                                                                    14625 SE 176th St., Apt. N101
                                                                    Renton, Washington 98058

                                                                                  *Address*

                                                                         joe@joethomas.org
                                                                              *E-mail address*

                                                                           (206) 390-8848
                                                                            *Telephone number*

                                                                                *FAX number*