The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>    Defendant. | No. 2:17-cv-00642-MJP<br><br>JOINT PROPOSED REVISED CASE SCHEDULE |

Pursuant to the court's Minute Entry on February 22, 2018 [Dkt. No. 71], the parties have attempted to prepare a jointly proposed revised case schedule as follows, and have done so with the exception of the dates/entries that are in bold that reflect the proposals of each of the parties. The parties request the court enter a revised case schedule with appropriate dates:

| | |
|---|---|
| JURY TRIAL DATE | OCTOBER 22, 2018 |

Length of trial**:   7 days (Plt.) or 4 days (Def.)**

| | |
|---|---|
| Deadline for filing Motion to Amend Complaint<br> And noted on the motion calendar no later<br> than the third Friday thereafter (see LCR 7( ) | March 12, 2018 |
| Deadline for filing Motion to join additional parties<br>[noted for hearing on third Friday thereafter] | **June 22, 2018 (Plt.)**<br>**March 12, 2018 (Def)** |
| Disclosure of Expert Testimony under FRCP 26(a)(2) | March 19, 2018 |

JOINT PROPOSED REVISED CASE SCHEDULE - 1
2:17-cv-00642-MJP
1010-00051/343169.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

| | | |
|---|---|---|
| 1 | Deadline to hold attorney conference re: status of discovery And potential discovery-related motions | May 4, 2018 |
| 3 | Deadline for Supplementing Initial Disclosures (if needed) | May 18, 2018 |
| 5 | Deadline for filing motions related to discovery And noted on the motion calendar no later than the third Friday thereafter (see LCR 7( )) | **July 22, 2018 (Plt.)** **May 22, 2018 (Def.)** |
| 7 | Discovery completed by | **Aug. 24, 2018 (Plt.)** **June 22, 2018 (Def.)** |
| 9 | All Dispositive Motions Must be Filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | **Aug. 24, 2018 (Plt.)** **July 22, 2018 (Def.)** |
| 12 | Deadline for mediation (see LCR 39.1) if requested By the parties, held no later than | **July 22, 2018 (Plt.)** **Sept. 13, 2018 (Def.)** |
| 15 | Deadline for Motions in Limine | September 22, 2018 |
| 16 | Pretrial order due by | October 03, 2018 |
| 17 | Deadline for trial brief, proposed vior dire, jury instructions, neutral statement of the case, and trial exhibits | October 10, 2018 |

DATED:  March 1, 2018

                          KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant
University of Washington
801 Second Avenue, Suite 1210
Seattle, WA  98104-1518
Phone: (206) 623-8861
Fax:    (206) 223-9423

JOINT PROPOSED REVISED CASE SCHEDULE - 2
2:17-cv-00642-MJP
1010-00051/343169.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:   (206) 223-9423

Email: jfreeman@kbmlawyers.com

By: /s/ Joseph Thomas
Joseph Thomas, WSBA #49532
14625 SE 176th St Apt N101
Renton, WA 98058-8994
Telephone: (206) 390-8848
Email: joe@joethomas.org

JOINT PROPOSED REVISED CASE SCHEDULE - 3
2:17-cv-00642-MJP
1010-00051/343169.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Joseph Thomas, WSBA #49532
14625 SE 176th St Apt N101
Renton, WA 98058-8994
Telephone: (206) 390-8848
Email: joe@joethomas.org

DATED: March 1, 2018

*/s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant
801 Second Avenue, Suite 1210
Seattle, WA 98104-1518
Phone: (206) 623-8861
Fax:   (206) 223-9423
Email: jfreeman@kbmlawyers.com

JOINT PROPOSED REVISED CASE SCHEDULE - 4
2:17-cv-00642-MJP
1010-00051/343169.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423