The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE DALESSIO, an individual, | No. 2:17-cv-00642-MJP |
| Plaintiff, | PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT |
| v. | |
| UNIVERSITY OF WASHINGTON, | |
| Defendant. | |
| | **NOTE ON MOTION CALENDAR** |
| | **Friday, March 30, 2018** |
| | **Oral argument requested** |

**I. Introduction**

Plaintiff Julie Dalessio ("Dalessio") respectfully moves this Court, pursuant to Rule 15 of the Federal Rules of Civil Procedure, for leave to file an AMENDED COMPLAINT, a copy of which is attached hereto. The new complaint crystallizes the issues from Dalessio's original complaint, but accounts for the significant factual developments that have occurred since the original complaint was filed especially the re-publication of Dalessio's private and confidential information to the PACER CM/ECF system for the general public's consumption. On February

Motion
Case 2:17-cv-00642

1

Law Office of Joseph Thomas
14625 SE 176th St., Apt. N101
Renton, Washington
Phone (206)390-8848

22, 2018, Plaintiff and Defendant met and conferred. As of the time of this filing, on March 12, 2018, Defendants had not consented to this filing. Accordingly, Plaintiff seeks the Court's leave to amend, which should be granted for the reasons set forth below.

## II. Statement of Fact

Dalessio filed the original complaint in King County Superior Court on or about March 2017 as a pro se litigant. Defendant UW then removed this action to the United States District Court for the Western District of Washington.

On December 08, 2017, Dalessio requested this Court to appoint pro bono counsel because she is unable to afford counsel, and due to her disability that prohibited her from attending court proceedings.

On December 12, 2017, docket 65, this Court granted Dalessio's motion for the appointment of counsel based upon "exceptional circumstances. . . in light of the complexity of the legal issues involved."  In this Court's written ruling, docket 65, it found Dalessio articulated colorable claims of law.

## III. Argument

### Plaintiff has Met the Standard for Obtaining Leave to File an Amended Complaint under Federal Rules of Civil Procedure 15

Pursuant to the Federal Rules of Civil Procedure 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." The courts in the Ninth Circuit apply "this policy is to be applied with extreme liberality." *Cf Ex Rel. Farnan v. Capistrano Unified School*, 654 F. 3d 975, 985 (9th Cir. 2011). "[T]he rule favoring liberality in amendments to pleadings is particularly important for the pro se litigant. Presumably unskilled in the law, the pro se litigant is far more prone to make errors in pleading than the person who benefits from the representation of counsel." *Crowley v. Bannister*, 734 F. 3d 967, 977-78 (9th Cir. 2013) (internal quotation marks omitted). "[T]here exists a *presumption* under Rule 15(a) in favor of granting leave to amend." *Farnan*, 654 F. 3d at 985 (emphasis in original).

In light of pro bono counsel being appointed, and the significant factual developments

since Dalessio originally filed suit on or about March 2017, good cause for amending the Complaint is immediately apparent. Justice requires this complaint to be amended, so Dalessio could draft a complaint with the aid of an attorney, and also plead the intervening factual events that gave rise to additional causes of action, arising out of her initial claim. Consistent with the liberal standard that applies to motions to amend under Rule 15(a)(2), this Court should therefore grant Dalessio's motion.

Three pivotal events have transpired since Dalessio filed her original complaint in King County Superior Court on or about March 2017. First, Defendant UW removed this case to federal court where there are different pleading standards. Federal courts use a stricter pleading standard than Washington State court do, which would be unfair to Dalessio if she were unable to amend her Complaint to meet the stricter federal pleading standards. *McCurry v. Chevy Chase Bank, FSB*, 233 P. 3d 861, 863 (Wash. 2010) (stating federal courts use "*plausibly* based upon the factual allegations in the complaint — a more difficult standard to satisfy"). Second, Dalessio was appointed pro bono counsel in January 2018, and allowing leave for Dalessio to amend the complaint with her pro bono counsel, would allow her to reap the benefits from the representation of counsel. Third, there are intervening facts and causes of action that arise out of the events from the original complaint. It would be a waste of Dalessio's and the court's resources for Dalessio to file another lawsuit about these intervening facts and causes of action.

The newly-alleged facts were entirely unknown – and, in fact, not in existence – at the time Dalessio filed her original complaint. Plaintiff is not seeking the amendment in bad faith or with a dilatory motive.

The interests of justice and judicial economy will undoubtedly be served by having all allegations properly before the Court as set for in Dalessio's proposed amended complaint.

Finally, Dalessio's request to file an amended complaint is not futile as this Court already articulated that Dalessio raised colorable claims in her original complaint.

Accordingly, in the interests of justice, this Court should grant Plaintiff's motion for leave to file the proposed amended complaint.

## IV. Conclusion

For the reasons identified above, Dalessio requests that the Court grant Plaintiff's motion for leave to file the proposed amended complaint.

Respectfully submitted this 12th day of March, 2018

                    Law Office of Joseph Thomas

                    ___/s/ Joseph Thomas_____
                    Joseph Thomas, WSBA 49532

## Certificate of Service

I hereby certify that on 12th of March, 2018, I filed the foregoing with the Clerk of the Court through the CM/ECF system which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Electronic Email Notice List.

                    ___/s/ Joseph Thomas_____
                    Joseph Thomas, WSBA 49532
                    14625 SE 176th St., Apt. N101
                    Renton, WA 98058
                    (206) 390-8848