The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>      Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>      Defendant. | No. 2:17-cv-00642-MJP<br><br>[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

This matter having come before the Court on Plaintiff's Motion for Leave to File Amended Complaint and Supporting Memorandum [Dkt. #74, 74-1], and the Court having considered the Motion and argument, and the following pleadings:

1. Defendant's Opposition to Plaintiff's Motion for Leave to File Amended Complaint;

2. Declaration of Jayne L. Freeman in Support of Defendant's Opposition to Plaintiff's Motion for Leave to File Amended Complaint and exhibits thereto;

3. _____;

4. _____;

5. Pleadings already in the court file in this matter;

And this Court finding itself fully informed, Court hereby **DENIES** Plaintiff leave to Amend Plaintiff's Complaint to the extent she seeks to add:

☐ claims against individual defendants Swenson, Palmer, Tapper, and Saunders;

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT - 1
2:17-cv-00642-MJP
1010-00051/353929.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

    ☐    claims against proposed new Defendants John and/or Jane Does 1-12;

    ☐    claims against proposed new Defendants Freeman, Chen, or Walker;

    ☐    42 U.S.C. §1983 claims against any party based on alleged violations of the Fourth Amendment to the United States Constitution;

    ☐    42 U.S.C. §1983 claims against any party based on alleged violations of the Fifth and Fourteenth Amendments to the U.S. Constitution;

Further, this court hereby **GRANTS** Plaintiff's Motion for Leave to Amend Plaintiff's Complaint to the extent Plaintiff proposes to:

    ☐    Voluntarily dismiss state law claims based on the Public Disclosure Act (RCW Ch. 42.56), defamation/libel, RCW Ch. 40.14 privacy claims;

    ☐    Voluntarily dismiss discrimination, retaliation and/or civil rights claims related to her prior employment or separation from employment with the University;

    ☐    Voluntarily dismisses claims based on FERPA, FOIA, or HIPPA;

    ☐    Maintains a breach of contract claim against Defendant University of Washington; the court will rule on the University's pending Motion for Summary Judgment [Dkt. #27] regarding this claim.

DONE THIS ____ DAY OF _____, 2018.

_____

The Honorable Marsha J. Pechman

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT - 2
2:17-cv-00642-MJP
1010-00051/353929.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
    Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant
University of Washington

[PROPOSED] ORDER GRANTING IN PART AND
DENYING IN PART PLAINTIFF'S MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT - 3
2:17-cv-00642-MJP
1010-00051/353929.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:   (206) 223-9423