The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>　　　　　Defendant. | No.  2:17-cv-00642-MJP<br><br>**Rule 38 Jury Demand** |

　　　　Pursuant to Federal Rule of Civil Procedure 38, Plaintiff Julie Dalessio hereby demands a trial by jury in the above-captioned action of all issues triable by jury.

Respectfully submitted this 12th day of April, 2018

　　　　　　　　　　　　　　　　　　　　　　　Law Office of Joseph Thomas

　　　　　　　　　　　　　　　　　　　　　　　___/s/ Joseph Thomas_____
　　　　　　　　　　　　　　　　　　　　　　　Joseph Thomas, WSBA 49532

Jury Demand
Case 2:17-cv-00642

1

Law Office of Joseph Thomas
14625 SE 176th St., Apt. N101
Renton, Washington
Phone (206)390-8848

**Certificate of Service**

I hereby certify that on 12th of April, 2018, I filed the foregoing with the Clerk of the Court through the CM/ECF system which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Electronic Email Notice List.

          /s/ Joseph Thomas
Joseph Thomas, WSBA 49532
14625 SE 176th St., Apt. N101
Renton, WA 98058
(206) 390-8848

2