The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; Eliza Saunders, Director of the Office of Public Records, in her personal and official capacity; Alison Swenson, Compliance Analyst, in her personal capacity; Perry Tapper, Public Records Compliance Officer, in his personal capacity; Andrew Palmer, Compliance Analyst, in his personal capacity; John or Jane Does 1-12, in his or her personal capacity,<br><br>    Defendants. | No. 2:17-cv-00642-MJP<br><br>**Notice Concerning First Amended Complaint** |

Please take judicial notice that after opposing counsel objected to the Amended Complaint in Docket 81, Plaintiff worked with opposing counsel to draft a version that complies with this Court's Order, and which satisfies both parties. This revised First Amended Complaint in this filing is approved by both parties. Docket 81 is completely replaced by the revised First Amended Complaint in this filing.

Notice
Case 2:17-cv-00642

1

Law Office of Joseph Thomas
14625 SE 176th St., Apt. N101
Renton, Washington
Phone (206)390-8848

Respectfully submitted this 12th day of April, 2018

        Law Office of Joseph Thomas

        ___/s/ Joseph Thomas_____
        Joseph Thomas, WSBA 49532

**Certificate of Service**

I hereby certify that on 12th of April, 2018, I filed the foregoing with the Clerk of the Court through the CM/ECF system which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Electronic Email Notice List.

        ___/s/ Joseph Thomas_____
        Joseph Thomas, WSBA 49532
        14625 SE 176th St., Apt. N101
        Renton, WA 98058
        (206) 390-8848

First Amended Complaint
Case 2:17-cv-00642

2

Law Office of Joseph Thomas
14625 SE 176th St., Apt. N101
Renton, Washington
Phone (206)390-8848