The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; PERRY TAPPER, Public Records Compliance Officer, in his personal capacity; ANDREW PALMER, Compliance Analyst, in his personal capacity; JOHN or JANES DOES 1-12, in his or her personal capacity,<br><br>      Defendants. | No. 2:17-cv-00642-MJP<br><br>NOTICE OF APPEARANCE FOR ADDITIONAL DEFENDANTS |

TO:   JULIE DALESSIO, an individual, Plaintiff

AND TO: JOSEPH THOMAS, HER ATTORNEY

AND TO: THE CLERK OF THE ABOVE-ENTITLED COURT

  YOU, AND EACH OF YOU, WILL PLEASE BE ADVISED AND TAKE NOTICE that the undersigned appears as attorney of record for ELIZA SAUNDERS, in her personal and official capacity; ALISON SWENSON, in her personal capacity; PERRY TAPPER, in his personal capacity; ANDREW PALMER, in his personal capacity; JOHN

NOTICE OF APPEARANCE FOR ADDITIONAL
DEFENDANTS - 1
2:17-cv-00642-MJP
1010-00051/357681.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

or JANES DOES 1-12, in his or her personal capacity. Defendants, without waiving any defects as to lack of jurisdiction over subject matter, lack of jurisdiction over person, improper venue, insufficiency of process, insufficiency of service of process, misjoinder or non-joinder, and hereby requests that any and all further pleadings or notices of any nature or kind whatsoever affecting the rights of said parties, except original process, be served upon the undersigned attorneys at the address stated below.

DATED: April 16, 2018

        KEATING, BUCKLIN & McCORMACK, INC., P.S.


By: */s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendants

801 Second Avenue, Suite 1210
Seattle, WA 98104-1518
Phone: (206) 623-8861
Fax:     (206) 223-9423
Email: jfreeman@kbmlawyers.com

NOTICE OF APPEARANCE FOR ADDITIONAL
DEFENDANTS - 2
2:17-cv-00642-MJP
1010-00051/357681.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Mr. Joseph Thomas
14625 SE 176th Street, Apt. N-101
Renton, WA 98058-8994
Telephone: (206) 390-8848
Email:  joe@joethomas.org

DATED:  April 16, 2018

*/s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant
801 Second Avenue, Suite 1210
Seattle, WA  98104-1518
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jfreeman@kbmlawyers.com

NOTICE OF APPEARANCE FOR ADDITIONAL DEFENDANTS - 3
2:17-cv-00642-MJP
1010-00051/357681.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423