The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>                Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; PERRY TAPPER, Public Records Compliance Officer, in his personal capacity; ANDREW PALMER, Compliance Analyst, in his personal capacity; JOHN or JANES DOES 1-12, in his or her personal capacity,<br><br>                Defendants. | No. 2:17-cv-00642-MJP<br><br>DECLARATION OF JAYNE L. FREEMAN IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR JOINDER OF PARTIES |

I, Jayne L. Freeman, declare as follows:

1. I am one of the attorneys representing the Defendants in the above-referenced lawsuit. I make this declaration based upon my own personal knowledge, upon facts which are admissible in evidence. I am competent to testify to the matters set forth in this declaration.

2. Thus far in this litigation, I have been appointed to represent the only named Defendant, the University of Washington. After Plaintiff filed her First Amended Complaint [*Dkt. 82*], I was subsequently asked to file a Notice of Appearance on behalf of the additional named Defendants identified in the Amended Complaint.

DECLARATION OF JAYNE L. FREEMAN - 1
2:17-cv-00642-MJP

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

3. I waited until after 4:00 p.m. on Monday, April 16, 2018, the day Defendant's response to Plaintiff's Motion for Joinder was due, to file this response and accompanying declaration, because I still did not have confirmation as to whether Mr. Thomas would be withdrawing the motion.

4. The following exhibits are cited or relied upon in Defendant's Response to Plaintiff's Motion for Joinder of Parties:

A. Attached as **Exhibit A** is a true and correct copy of a chain of email correspondence between Counsel for Defendant and Counsel for Plaintiff between April 6, 2018 and April 9, 2018.

B. Attached as **Exhibit B** is a true and correct copy of additional email communications between counsel for Defendant.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 16th day of April, 2018, at Seattle, Washington.

*/s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318

DECLARATION OF JAYNE L. FREEMAN - 2
2:17-cv-00642-MJP

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Mr. Joseph Thomas
14625 SE 176th Street, Apt. N-101
Renton, WA 98058-8994
Telephone: (206) 390-8848
Email: joe@joethomas.org

DATED: April 16, 2018

                    /s/ Jayne L. Freeman
                    Jayne L. Freeman, WSBA #24318
                    Special Assistant Attorney General for Defendant
                    801 Second Avenue, Suite 1210
                    Seattle, WA  98104-1518
                    Phone: (206) 623-8861
                    Fax:    (206) 223-9423
                    Email: jfreeman@kbmlawyers.com

DECLARATION OF JAYNE L. FREEMAN - 3
2:17-cv-00642-MJP

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423