The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>    Defendant. | No. 2:17-cv-00642-MJP<br><br>REVISED [PROPOSED] ORDER GRANTING JOINDER OF PARTIES |

**Revised [Proposed] Order Granting the Joinder of Parties**

This Cause is before the Court upon Plaintiff's Rule 19 and Rule 20 Motion for Joinder of Parties. This Court after having carefully considered the Motion, Response, Reply thereto, and Proposed Amended Complaint, and is otherwise fully advised orders the following:

**I.     ORDER**

Accordingly, it is **ORDERED** as follows:

1. This Court finds that complete relief cannot be granted without the mandatory joinder, pursuant to Rule 19, of parties: Eliza Saunders, Alison Swenson, Perry Tapper, Andrew Palmer, and Does 1-12.

2. Since this is and always has been a 42 U.S.C. 1983 lawsuit, it is necessary to join Eliza Saunders, Alison Swenson, Perry Tapper, Andrew Palmer, and Does 1-12, otherwise Plaintiff's proposed amended complaint would be frivolous on its face.

Revised [Proposed] Order Granting Motion for Joinder of Parties

Case 2:17-cv-00642

1

Law Office of Joseph Thomas
14625 SE 176th St., Apt. N101
Renton, Washington
Phone (206)390-8848

3. Moreover the addition of the proposed defendants is necessary to avoid inconsistent obligations regarding the protection of Plaintiff Julie Dalessio's privacy rights.

4. Alternatively, under Rule 20, this Court finds it is within the interest of fairness and judicial economy to add: Eliza Saunders, Alison Swenson, Perry Tapper, Andrew Palmer, and Does 1-12. The alleged claims arise under either the same transaction or occurrence or series of transactions or occurrences, and there is the same question of law regarding a violation of informational privacy rights for each of the proposed defendants.

**DONE AND ORDERED** in open court in Seattle, Washington, this ___ day of April, 2018.

_____
Marsha J. Pechman
United States District Judge