UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF WASHINGTON, et al.,<br><br>　　　　　　Defendants. | CASE NO. C17-642 MJP<br><br>ORDER ON PLAINTIFF'S MOTION FOR JOINDER |

The Court has received and reviewed:

1. Plaintiff's Rule 19 and 20 Motion for Joinder of Parties (Dkt. No. 79),

2. Defendant University of Washington's Response to Plaintiff's Motion for Joinder (Dkt. No. 84),

3. Plaintiff's Reply to Rule 19 and 20 Motion for Joinder of Parties (Dkt. No. 86),

all attached declarations and exhibits, and relevant portions of the record, and rules as follows:

IT IS ORDERED that the motion is DENIED as MOOT.

1  On April 6, 2018, this Court entered an Order on Motion for Leave to File Amended Complaint (Dkt. No. 80), in which Plaintiff's motion in that regard was partially granted and partially denied.  In that order, the Court rejected Plaintiff's attempt to add as defendants to her lawsuit the defense counsel and defense counsels' staff, but granted her request to add additional parties and causes of action.  (Id.)

Plaintiff now seeks by separate motion permission to join those same parties which the Court had previously granted her permission to add to her amended complaint.  Plaintiff appears to believe that the previous order was not sufficient legal grounds upon which to conclude those parties had been joined, but provides no legal support for that position.

The Court is satisfied that the previous order operated to join the parties requested by Plaintiff (with the exceptions noted *supra*).  On that basis, this motion for joinder is moot and will be DENIED.

The clerk is ordered to provide copies of this order to all counsel.

Dated: April 19, 2018.

/s/ Marsha J. Pechman

The Honorable Marsha J. Pechman
United States Senior District Court Judge