# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| JULIE DALESSIO, | CASE NO. C17-642 MJP |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNIVERSITY OF WASHINGTON, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court continues to be concerned about the status of discovery in this matter; in particular, two unresolved discovery motions which have been pending since late 2017. With the intention of clarifying the status of discovery and the outstanding discovery motions in this matter, the Court indicates the following:

1. The parties are ordered to meet and confer and provide the Court with an updated joint status report on discovery which shall be filed with the Court by no later than

**May 11, 2018.**  If Plaintiff intends to file an amended discovery motion, she must indicate her intent to do so at that time, as well as a proposed deadline for doing so.

2. Unless Plaintiff indicates that she wants the pending discovery motions ruled on as-is, it is the Court's intention to strike those motions *sua sponte* as of **May 11, 2018**.

3. Defendants are ordered, in the May 11 status report, to state their intentions regarding their pending summary judgment motion.  They must indicate, as with Plaintiff, whether they wish the motion ruled on as-is, or if they will withdraw it with an eye towards filing an updated dispositive motion (or motions) at the appropriate time.

The clerk is ordered to provide copies of this order to all counsel.

Filed April 26, 2018.

                                      William M. McCool  
                                      Clerk of Court

                                      s/Paula McNabb  
                                      Deputy Clerk