Case 2:17-cv-00642-MJP   Document 89   Filed 05/03/18   Page 1 of 2

Eliza Saunders
Public Records and Open Meetings

NIXIE  985015052-1N  05/01/18

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIE DALESSIO,

    Plaintiff,

v.

UNIVERSITY OF WASHINGTON, et al.,

    Defendants.

CASE NO. C17-642 MJP

ORDER ON MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

The Court, having received and reviewed:

1. Plaintiff's Motion for Leave to File Amended Complaint (Dkt. No. 74),
2. Defendant University of Washington's Response to Plaintiff's Motion for Leave to File Amended Complaint (Dkt. No. 75),
3. Plaintiff's Reply in Support of Motion for Leave to File Amended Complaint (Dkt. No. 77),

all attached declarations and exhibits, and relevant portions of the record, rules as follows:

IT IS ORDERED that the motion is GRANTED IN PART and DENIED IN PART.

ORDER ON MOTIO FOR LEAVE TO FILE AMENDED COMPLAINT - 1