The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; Eliza Saunders, Director of the Office of Public Records, in her personal and official capacity; Alison Swenson, Compliance Analyst, in her personal capacity; Perry Tapper, Public Records Compliance Officer, in his personal capacity; Andrew Palmer, Compliance Analyst, in his personal capacity; John or Jane Does 1-12, in his or her personal capacity,<br><br>Defendants. | No. 2:17-cv-00642-MJP<br><br>UPDATED JOINT STATUS REPORT – RE: DOCKET 88 |

Pursuant to this Court's April 26, 2018 Minute Entry [Dkt. 88], the parties hereby submit their Joint Status Report.

**1. Parties Have Met and Conferred**

The parties have conferred regarding discovery in this case pursuant to the Minute Order issued in Docket 88 by this Court.

Joint Status Report
Case 2:17-cv-00642

1

Law Office of Joseph Thomas
14625 SE 176th St., Apt. N101
Renton, Washington
Phone (206)390-8848

1    As a preliminary issue, both parties have agreed to withdraw their pending motions or
2 alternatively the Court may strike the motions *sua sponte*.

3    Plaintiff's Position: Plaintiff will voluntarily withdraw the two pending discovery motions
4 [Dkt. Nos. 52 and 59]. Based upon the agreement with Defendants, discovery will start over. To
5 clarify the current state of discovery Plaintiff will serve new discovery requests upon Defendants.
6 Plaintiff may rely upon evidence already filed with this Court in this case.

7    Defendants' Position: Defendant University of Washington will voluntarily withdraw its
8 pending motion for summary judgment [Dkt. No. 27] with the intent to file updated dispositive
9 motions addressing the Amended Complaint at the appropriate time. When Defendants file future
10 dispositive motions, they may rely on some of the declarations and evidence already filed,
11 particularly those that remain under seal.

12 **2.  Issue of Amended Discovery Motion**

13    Both parties agree that instead of an amended discovery motion it will be more efficient to
14 start over to issue new discovery requests that more meaningfully addresses the specific claims
15 before this Court.

16    Plaintiff's Position: Plaintiff has concerns regarding moving forward with discovery
17 expeditiously. **First**, since Defendants have not filed an Answer to the Amended Complaint,
18 Plaintiff has no knowledge of what claims or defenses that Defendants will raise. Without
19 knowledge of Defendants claims and defenses it is incredibly difficult for Plaintiff to conduct
20 meaningful discovery. This Court should set a deadline for Defendants to Answer the Amended
21 Complaint, so that when Plaintiff is making her new discovery requests, she knows what claims
22 and defenses will be raised from the newly filed answer. **Second**, Plaintiff need to wait to see
23 what supplemental initial disclosures Defendants will provide based upon the Amended
24 Complaint. This Court set the deadline for initial disclosures on May 18, 2018 in its Order
25 Setting Trial Date & Related Dates, in Docket 73. Plaintiff will need to wait until at least May
26 18, 2018 to compile and serve its new discovery requests. **Third**, the current deadline for filing
27 motions related to discovery on June 06, 2018, as set in Docket 73, is premature because with
28 Defendants allowance of thirty (30) days to answer discovery, it will be well past June 06, 2018

1  before Plaintiff knows whether Defendants answers are adequate.

2      The proposed dates for the new discovery requests will be as follows:

3      Supplemental Initial Disclosures (as needed): May 18, 2018.

4

5      [Proposed Date] First Set of Interrogatories and Requests for Production of Documents

6  must be served by: June 06, 2018.

7      [Proposed Date] Deadline for completing discovery: July 06, 2018.

8      [Proposed Date] Deadline for filing motions related to discovery: August 06, 2018.

9

10      Dated: May 09, 2018

11

12                                               LAW OFFICE OF JOSEPH THOMAS, PLLC

13

14  By: */s/ Joseph Thomas*
    Jayne L. Freeman, WSBA #49532
    Attorney for Plaintiff

15

16  14625 SE 176th St., Apt. N101
    Renton, WA 98058
    Phone: (206) 390-8848

17      Email: joe@joethomas.org

18

19      KEATING, BUCKLIN & McCORMACK, INC., P.S.

20

21  By:*/s/ Jayne L. Freeman*
    Jayne L. Freeman, WSBA #24318
    Special Assistant Attorney General for Defendant

22

23  801 Second Avenue, Suite 1210
    Seattle, WA 98104-1518
    Phone: (206) 623-8861

24  Fax: (206) 223-9423
    Email: jfreeman@kbmlawyers.com

25

26

27

28

Joint Status Report          3         Law Office of Joseph Thomas
Case 2:17-cv-00642                     14625 SE 176th St., Apt. N101
                                                      Renton, Washington
                                                        Phone (206)390-8848

**Certificate of Service**

I hereby certify that on 09 of May, 2018, I filed the foregoing with the Clerk of the Court through the CM/ECF system which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Electronic Email Notice List.

         ___/s/ Joseph Thomas_____
         Joseph Thomas, WSBA 49532
         14625 SE 176th St., Apt. N101
         Renton, WA 98058
         (206) 390-8848

Joint Status Report
Case 2:17-cv-00642

4

Law Office of Joseph Thomas
14625 SE 176th St., Apt. N101
Renton, Washington
Phone (206)390-8848