The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE DALESSIO, an individual, | No. 2:17-cv-00642-MJP |
| Plaintiff, | ORDER EXTENDING DISCOVERY DEADLINES |
| v. | |
| UNIVERSITY OF WASHINGTON, a Washington Public Corporation; Eliza Saunders, Director of the Office of Public Records, in her personal and official capacity; Alison Swenson, Compliance Analyst, in her personal capacity; Perry Tapper, Public Records Compliance Officer, in his personal capacity; Andrew Palmer, Compliance Analyst, in his personal capacity; John or Jane Does 1-12, in his or her personal capacity, | |
| Defendants. | |

**<u>Order Extending Discovery Deadlines</u>**

This Court finds need to change the discovery deadlines in order to fit within the current posture of the case. It is noted that a First Amended Complaint was filed on April 12, 2018, in Dkt. 82 with this Court. It is also noted that at the time of this Order named defendants have yet to file and serve an Answer to the First Amended Complaint.

These discovery deadlines were first proposed in a joint status report regarding discovery

Joint Status Report  1  Law Office of Joseph Thomas
Case 2:17-cv-00642  14625 SE 176th St., Apt. N101
Renton, Washington
Phone (206)390-8848

in Dkt. 90. The joint status report identifies that Plaintiff suggested the deadlines, and that Defendants did not object.

## I.  ORDER

Accordingly, it is **ORDERED** as follows:

1. Deadline to serve the First Set of Interrogatories and Requests for Production of Documents: June 06, 2018.
2. Deadline for completing discovery: July 06, 2018.
3. Deadline for filing motions related to discovery: August 06, 2018.
4. All other deadlines remain as set.

**DONE AND ORDERED** in Seattle, Washington, on this 31st day of May, 2018.

*[signature]*

Marsha J. Pechman
United States District Judge

[Proposed] Order Extending Discovery Deadlines

Case 2:17-cv-00642

2

Law Office of Joseph Thomas
14625 SE 176th St., Apt. N101
Renton, Washington
Phone (206)390-8848