The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE DALESSIO, an individual, | No.  2:17-cv-00642-MJP |
| Plaintiff, | STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES |
| v. | |
| UNIVERSITY OF WASHINGTON, a Washington Public Corporation; Eliza Saunders, Director of the Office of Public Records, in her personal and official capacity; Alison Swenson, Compliance Analyst, in her personal capacity; Perry Tapper, Public Records Compliance Officer, in his personal capacity; Andrew Palmer, Compliance Analyst, in his personal capacity; John or Jane Does 1-12, in his or her personal capacity, | **NOTE ON MOTION CALENDAR** **Tuesday, June 05, 2018** |
| Defendants. | |

Both parties move this Court to extend the discovery deadlines in this case, as they have become impracticable to meet.  The deadline for filing discovery requests is June 06, 2018.  Dkt. 91.  Defendants have still not filed an Answer to the Amended Complaint.  The waiver of summons states that Defendants have until June 12, 2018 to file its Answer with this Court.  It is Plaintiff's position that an Answer to the Amended Complaint will direct Plaintiff to the issues in

Stipulated Motion Extending Discovery
Case 2:17-cv-00642

1

Law Office of Joseph Thomas
14625 SE 176th St., Apt. N101
Renton, Washington
Phone (206)390-8848

1   order to make discovery which will help Plaintiff vet defenses, and not waste Defendants time.

2

3

4       Respectfully submitted this June 05, 2018,

5

6                                   LAW OFFICE OF JOSEPH THOMAS, PLLC

7

8                                   By: */s/ Joseph Thomas*
                                    Joseph Thomas, WSBA #49532
9                                   Attorney for Plaintiff

10                                  14625 SE 176th St., Apt. N101
                                    Renton, WA 98058
11                                  Phone: (206) 390-8848
                                    Email: joe@joethomas.org

12

13                                  KEATING, BUCKLIN & McCORMACK, INC., P.S.

14

15                                  By: *Jayne L. Freeman*
                                    Jayne L. Freeman, WSBA #24318
16                                  Special Assistant Attorney General for Defendant

17                                  801 Second Avenue, Suite 1210
                                    Seattle, WA  98104-1518
18                                  Phone: (206) 623-8861
                                    Fax:    (206) 223-9423
19                                  Email: jfreeman@kbmlawyers.com

20

21

22

23

24

25

26

27

28
Stipulated Motion Extending Discovery

Case 2:17-cv-00642

2

Law Office of Joseph Thomas
14625 SE 176th St., Apt. N101
Renton, Washington
Phone (206)390-8848

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Certificate of Service**

I hereby certify that on 05 of June, 2018, I filed the foregoing with the Clerk of the Court through the CM/ECF system which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Electronic Email Notice List.

_____/s/ Joseph Thomas_____
Joseph Thomas, WSBA 49532
14625 SE 176th St., Apt. N101
Renton, WA 98058
(206) 390-8848

Stipulated Motion Extending Discovery

Case 2:17-cv-00642

3

Law Office of Joseph Thomas
14625 SE 176th St., Apt. N101
Renton, Washington
Phone (206)390-8848