The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; Eliza Saunders, Director of the Office of Public Records, in her personal and official capacity; Alison Swenson, Compliance Analyst, in her personal capacity; Perry Tapper, Public Records Compliance Officer, in his personal capacity; Andrew Palmer, Compliance Analyst, in his personal capacity; John or Jane Does 1-12, in his or her personal capacity,<br><br>Defendants. | No. 2:17-cv-00642-MJP<br><br>ORDER EXTENDING DISCOVERY DEADLINES |

## **Order Extending Discovery Deadlines**

This Court finds need to change the discovery deadlines in order to fit within the current posture of the case. It is noted that a First Amended Complaint was filed on April 12, 2018, in Dkt. 82 with this Court. It is also noted that at the time of this Order named defendants have yet to file and serve an Answer to the First Amended Complaint. Recognizing the necessity of being fully apprised of Defendants' defenses, the Court finds it advisable to revise the discovery timeline in order to permit Plaintiff to have meaningful access to discovery.

# I. ORDER

Accordingly, it is **ORDERED** as follows:

1. Deadline for Defendants to serve and file the Answer to the First Amended Complaint: June 12, 2018.
2. Deadline to serve the First Set of Interrogatories and Requests for Production of Documents: July 18, 2018.
3. Deadline for completing discovery: August 17, 2018.
4. Deadline for filing motions related to discovery: September 17, 2018.

**DONE AND ORDERED** this _7th_ day of June, 2018.

_____
The Honorable Marsha J. Pechman
United States Senior District Court Judge

**Certificate of Service**

[Proposed] Order Extending Discovery Deadlines

Case 2:17-cv-00642

2

Law Office of Joseph Thomas
14625 SE 176th St., Apt. N101
Renton, Washington
Phone (206)390-8848

| | |
|---|---|
| 1 | I hereby certify that on 31 of May, 2018, I filed the foregoing with the United States |
| 2 | District Court for the Western District of Washington, via the designated email |
| 3 | pechmanorders@wawd.uscourts.gov.  Defendants are included on the email and served via email. |
| 4 | This proposed order is being submitted at the direction of the court staff. |

                                                ___/s/ Joseph Thomas_____
Joseph Thomas, WSBA 49532
14625 SE 176th St., Apt. N101
Renton, WA 98058
(206) 390-8848

[Proposed] Order Extending Discovery Deadlines

Case 2:17-cv-00642

3

Law Office of Joseph Thomas
14625 SE 176th St., Apt. N101
Renton, Washington
Phone (206)390-8848