The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JULIE DALESSIO, an individual,

                    Plaintiff,

     v.

UNIVERSITY OF WASHINGTON, a
Washington Public Corporation; ELIZA
SAUNDERS, Director of the Office of
Public Records, in her personal and official
capacity; ALISON SWENSON, Compliance
Analyst, in her personal capacity; PERRY
TAPPER, Public Records Compliance
Officer, in his personal capacity; ANDREW
PALMER, Compliance Analyst, in his
personal capacity; JOHN or JANES DOES
1-12, in his or her personal capacity,

                    Defendants.

No. 2:17-cv-00642-MJP

STIPULATION TO ALLOW
DEFENDANTS TO AMEND ANSWER
TO ADD DEFENSE

In accordance with FRCP 15(a) and WDLCR 15, Plaintiff, by and through her

counsel of record and Defendants, by and through their counsel of record, hereby stipulate

and agree that Defendants may file a First Amended Answer, Affirmative Defenses, and

Cross-Claim (attached with proposed amendments as Exhibit 1.)  This stipulation will be

filed with the Court as evidence of said agreement.

/ / /

/ / /

/ / /

/ / /

STIPULATION TO ALLOW DEFENDANTS TO AMEND
ANSWER TO ADD DEFENSE - 1
2:17-cv-00642-MJP

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

1

DATED:  July 23, 2018

2

KEATING, BUCKLIN & McCORMACK, INC., P.S.

3

4

5

By: */s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318

6

Special Assistant Attorney General for Defendant

7

801 Second Avenue, Suite 1210
Seattle, WA  98104-1518

8

Phone: (206) 623-8861
Fax:     (206) 223-9423

9

Email: jfreeman@kbmlawyers.com

10

11

12

By:
Joseph Thomas, WSBA #49532

13

Attorney for Plaintiff
14625 SE 176th St Apt N101

14

Renton, WA 98058-8994
Telephone:  (206) 390-8848

15

Email:  joe@joethomas.org

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION TO ALLOW DEFENDANTS TO AMEND
ANSWER TO ADD DEFENSE - 2
2:17-cv-00642-MJP

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Mr. Joseph Thomas
14625 SE 176th Street, Apt. N-101
Renton, WA 98058-8994
Telephone:  (206) 390-8848
Email:  joe@joethomas.org

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

[Insert non-CM/ECF mailing addresses here or type "N/A"]

DATED:  July 23, 2018

/s/ Jayne L. Freeman
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant
801 Second Avenue, Suite 1210
Seattle, WA  98104-1518
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jfreeman@kbmlawyers.com

STIPULATION TO ALLOW DEFENDANTS TO AMEND
ANSWER TO ADD DEFENSE - 3
2:17-cv-00642-MJP

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423