The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>                     Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; PERRY TAPPER, Public Records Compliance Officer, in his personal capacity; ANDREW PALMER, Compliance Analyst, in his personal capacity; JOHN or JANES DOES 1-12, in his or her personal capacity,<br><br>                     Defendants. | No. 2:17-cv-00642-MJP<br><br>STIPULATION TO ALLOW DEFENDANTS TO AMEND ANSWER TO ADD DEFENSE |

In accordance with FRCP 15(a) and WDLCR 15, Plaintiff, by and through her counsel of record and Defendants, by and through their counsel of record, hereby stipulate and agree that Defendants may file a First Amended Answer, Affirmative Defenses, and Cross-Claim (attached with proposed amendments as Exhibit 1.)  This stipulation will be filed with the Court as evidence of said agreement.

/ / /

/ / /

/ / /

/ / /

STIPULATION TO ALLOW DEFENDANTS TO AMEND
ANSWER TO ADD DEFENSE - 1
2:17-cv-00642-MJP

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

DATED: July 23, 2018

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant

801 Second Avenue, Suite 1210
Seattle, WA  98104-1518
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jfreeman@kbmlawyers.com


By:_____
Joseph Thomas, WSBA #49532
Attorney for Plaintiff
14625 SE 176th St Apt N101
Renton, WA 98058-8994
Telephone:  (206) 390-8848
Email:  joe@joethomas.org

STIPULATION TO ALLOW DEFENDANTS TO AMEND
ANSWER TO ADD DEFENSE - 2
2:17-cv-00642-MJP

**Keating, Bucklin & McCormack, Inc., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:   (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Mr. Joseph Thomas
14625 SE 176th Street, Apt. N-101
Renton, WA 98058-8994
Telephone:  (206) 390-8848
Email:  joe@joethomas.org

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

[Insert non-CM/ECF mailing addresses here or type "N/A"]

DATED:  July 23, 2018

>*/s/ Jayne L. Freeman*
>Jayne L. Freeman, WSBA #24318
>Special Assistant Attorney General for Defendant
>801 Second Avenue, Suite 1210
>Seattle, WA  98104-1518
>Phone: (206) 623-8861
>Fax:    (206) 223-9423
>Email: jfreeman@kbmlawyers.com

STIPULATION TO ALLOW DEFENDANTS TO AMEND
ANSWER TO ADD DEFENSE - 3
2:17-cv-00642-MJP

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423