1

The Honorable Marsha J. Pechman

2

3

4

5

6

7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

JULIE DALESSIO, an individual,

9

Plaintiff,

10

v.

11

UNIVERSITY OF WASHINGTON, a
Washington Public Corporation; ELIZA
SAUNDERS, Director of the Office of
Public Records, in her personal and official
capacity; ALISON SWENSON, Compliance
Analyst, in her personal capacity; PERRY
TAPPER, Public Records Compliance
Officer, in his personal capacity; ANDREW
PALMER, Compliance Analyst, in his
personal capacity; JOHN or JANES DOES
1-12, in his or her personal capacity,

12

13

14

15

16

17

Defendants.

No. 2:17-cv-00642-MJP

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO AMEND
ANSWER TO ADD TWO
AFFIRMATIVE DEFENSES

18

19

        This matter having come before the Court on *Defendant's Motion to Amend Answer*

20

*to Add Two Affirmative Defenses [Dkt. 97]*, and the Court having considered the Motion

21

and argument, and the following pleadings:

22

        1.      *Defendant's Motion to Amend Answer to Add Two Affirmative Defenses*

23

*(with proposed First Amended Answer attached)*;

24

        2.      *Declaration of Derek Chen*;

25

        3.      *Plaintiff's Opposition to Defendant's Motion to Amend Answer to Add Two*

26

*Affirmative Defenses*;

27

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO AMEND ANSWER TO ADD TWO
AFFIRMATIVE DEFENSES - 1
2:17-cv-00642-MJP

1010-00051/372897.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

4.      *Declaration of Julie Dalessio and attached exhibit;*

5.      *Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Amend Answer to Add Two Affirmative Defenses (with revised proposed First Amended Answer attached as Appendix A);*

6.      *Supplemental Declaration of Derek Chen with attached exhibit;*

And this Court finding itself fully informed, hereby **GRANTS** Defendants' Motion to Amend Answer to Add Two Affirmative Defenses.

The Court further **ORDERS** _____

_____

_____.

DONE IN OPEN COURT THIS ____ DAY OF _____, 2018.


_____

The Honorable Marsha J. Pechman


Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.


By:  */s/ Jayne L. Freeman*_____

       Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendants

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423