The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE DALESSIO, an individual, | No. 2:17-cv-00642-MJP |
| Plaintiff, | NOTICE OF UNAVAILABILITY |
| v. | |
| UNIVERSITY OF WASHINGTON, | |
| Defendant. | |

Please take notice that counsel for Plaintiff Julie Dalessio will be unavailable the following dates:

- September 20, 2018 – October 16, 2018 (foreign travel)
- December 21, 2018 – January 01, 2018 (holiday travel)

Plaintiff's counsel, Mr. Thomas, is providing this notice to the court out of an abundance of caution. Mr. Thomas previously noted his unavailability from September 20, 2018 to October 16, 2018 in the Joint Status Report filed with this court. *See* Dkt. 69 at 12. Today during a discovery telephonic conference today between the attorneys for both parties, attorneys for Defendants' Ms. Freeman and Mr. Chen, told Mr. Thomas that the joint status report was insufficient to give notice of his unavailability. Ms. Freeman and Mr. Chen told Mr. Thomas to file a notice of

Notice of Unavailability  
Case 2:17-cv-00642

1

Law Office of Joseph Thomas  
14625 SE 176th St., Apt. N101  
Renton, Washington  
Phone (206)390-8848

unavailability with this Court. To satisfy Ms. Freeman's and Mr. Chen's concerns, Mr. Thomas is filing this redundant notice of unavailability.

    Respectfully submitted this 17th day of September 2018

                                           Law Office of Joseph Thomas

                                           ___/s/ Joseph Thomas_____
                                           Joseph Thomas, WSBA 49532

**Certificate of Service**

I hereby certify that on 17th of September 2018, I filed the foregoing with the Clerk of the Court through the CM/ECF system which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Electronic Email Notice List.

                                           ___/s/ Joseph Thomas_____
                                           Joseph Thomas, WSBA 49532
                                           14625 SE 176th St., Apt. N101
                                           Renton, WA 98058
                                           (206) 390-8848