The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT OF WASHINGTON
AT WESTERN DISTRICT SEATTLE

JULIE DALESSIO, an individual,

      Plaintiff,

v.

UNIVERSITY OF WASHINGTON,

      Defendant.

No. 2:17-cv-00642 TSZ

DEFENDANT UNIVERSITY OF WASHINGTON'S INITIAL DISCLOSURES

COMES NOW DEFENDANT, by and through counsel of record Special Assistant Attorney General Jayne L. Freeman and make the following initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) based on information available to Defendant to date. Defendant reserves the right to supplement this initial disclosure as discovery is conducted and disclosures are made by Plaintiff.

I.   INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION.

The following individuals are likely to have discoverable information, which Defendant may use to support its claims or defenses.

  1.  Alison Swenson
     c/o Keating, Bucklin & McCormack, Inc., P.S.
     800 5th Avenue, Suite 4141
     Seattle, WA 98104
     206.623.8861

Ms. Swenson prepared the responses to public records requests cited by Plaintiff in her Complaint. She has knowledge of the redaction process and the facts regarding the

DEFENDANT UNIVERSITY OF WASHINGTON'S
INITIAL DISCLOSURES - 1
2:17-cv-00642 TSZ
1010-00051/287652

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

public records productions at issue in this case and communications with Plaintiff.

2. Julie Dalessio
1110 29th Ave.
Seattle, WA  98122
(206) 324-2590

Ms. Dalessio is the plaintiff in this case and has knowledge of facts regarding the allegations in her Complaint.

3. Robert Kosin, Assistant Attorney General
University of Washington Attorney General's Office
c/o Keating, Bucklin & McCormack, Inc., P.S.
800 5th Avenue, Suite 4141
Seattle, WA 98104
206.623.8861

Mr. Kosin has knowledge of regarding a contact with Plaintiff in 2016. Mr. Kosin may also have knowledge of privileged attorney client communications and/or work product. By disclosing AAG Kosin as an individual with knowledge of some non-privileged information, the University does not in any way intend to waive any applicable privileges that may apply.

4. David Betz
1325 4th Avenue Suite 1400
Seattle, WA 98101-2573
(206) 457-4121

Mr. Betz has knowledge of facts regarding a public records request he made to the University of Washington, and the adverse possession lawsuit regarding which Plaintiff alleges some of her damages arise.

5. Perry Tapper
Public Records Compliance Officer
Office of Public Records and Open Public Meetings
c/o Keating, Bucklin & McCormack, Inc., P.S.
800 5th Avenue, Suite 4141
Seattle, WA 98104
206.623.8861

Mr. Tapper has knowledge of Plaintiff's contact with the Office of Public Records.

DEFENDANT UNIVERSITY OF WASHINGTON'S
INITIAL DISCLOSURES - 2
2:17-cv-00642 TSZ
1010-00051/287652

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

6. Eliza Saunders
   Director of the Office of Public Records
   Office of Public Records and Open Public Meetings
   c/o Keating, Bucklin & McCormack, Inc., P.S.
   800 5th Avenue, Suite 4141
   Seattle, WA 98104
   206.623.8861

Ms. Saunders has knowledge of the University's Public Records Office operations, policies, and procedures.

7. Barb Benson
   Records Management Services
   c/o Keating, Bucklin & McCormack, Inc., P.S.
   800 5th Avenue, Suite 4141
   Seattle, WA 98104
   206.623.8861

Ms. Benson has knowledge regarding records retention policies at the University of Washington.

8. Lumilla Barbacar, Civil Rights Investigator
   Washington State Human Rights Commission
   711 South Capitol Way, Suite 402
   P.O. Box 42490
   Olympia, WA 98504-2490
   (360) 359-4921

Ms. Barbacar has knowledge regarding a complaint Plaintiff filed with the Human Rights Commission in 2016 and communications with Plaintiff regarding it.

9. Laura Skinner, Executive Asst. to the Commissioners
   Washington State Human Rights Commission
   711 South Capitol Way, Suite 402
   P.O. Box 42490
   Olympia, WA 98504-2490
   (360)359-4921

Ms. Skinner has knowledge regarding a petition for reconsideration filed with the Human Rights Commission by Plaintiff and communications with Plaintiff.

DEFENDANT UNIVERSITY OF WASHINGTON'S
INITIAL DISCLOSURES - 3
2:17-cv-00642 TSZ
1010-00051/287652

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

10. Andrew Palmer
    c/o Keating, Bucklin & McCormack, Inc., P.S.
    800 5th Avenue, Suite 4141
    Seattle, WA 98104
    206.623.8861

Mr. Palmer may have knowledge regarding assembling the response to PR 16-00760.

11. Lori Oliver
    c/o Keating, Bucklin & McCormack, Inc., P.S.
    800 5th Avenue, Suite 4141
    Seattle, WA 98104
    206.623.8861

Ms. Oliver may have knowledge regarding assembling the response to PR 16-00760.

11. Mindy Kornberg
    c/o Keating, Bucklin & McCormack, Inc., P.S.
    800 5th Avenue, Suite 4141
    Seattle, WA 98104
    206.623.8861

Ms. Kornberg may have knowledge regarding assembling responses to Plaintiff's and/or David Betz' public records requests.

11. Cynthia Dold
    c/o Keating, Bucklin & McCormack, Inc., P.S.
    800 5th Avenue, Suite 4141
    Seattle, WA 98104
    206.623.8861

Ms. Dold may have knowledge regarding assembling responses to PR 15-00570.

**II. DOCUMENTS AND TANGIBLE THINGS IN POSSESSION OF DEFENDANTS THAT MAY BE USED TO SUPPORT ITS DEFENSES:**

| Doc. No. | Description | Bates Range | Date Produced to Plaintiff in Litigation |
|---|---|---|---|
| 1. | Plaintiff Julie Dalessio tort claim dated October 21, 2016 | UW00001-00003 | June 1, 2017 |
| 2. | PR-2015-00570 (Betz) Public Records Request 9.16.15 (for Dalessio documents) and related | UW00004-000392 | June 1, 2017 |

DEFENDANT UNIVERSITY OF WASHINGTON'S
INITIAL DISCLOSURES - 4
2:17-cv-00642 TSZ
1010-00051/287652

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

| Doc. No. | Description | Bates Range | Date Produced to Plaintiff in Litigation |
|---|---|---|---|
|  | documents<br>Produced: 11.20.2015 and 12.4.2015 |  |  |
| 3. | PR-2016-00218 (Dalessio) Public Records Request 3.25.2016 (for copies of documents released to Betz) and related documents<br>Produced: 4.5.2016 | UW000393-UW000778 | June 1, 2017 |
| 4. | PR-2016-00283 (Dalessio) Public Records Request 4.16.2016 (for information re who accessed her records) and related documents<br>Response: 4.27.16 | UW000779-000787 | June 1, 2017 |
| 5. | PR 2016-00760 Public Records Request (Dalessio) 11.09.2016 (for her entire personnel file and related records) and related records<br>Produced: 1.26.2017 and 2.15.2017 | UW000788-001936 | June 1, 2017 |
| 6. | 2003 Settlement Agreement | UW001937-001940 | June 1, 2017 |
| 7. | Plaintiff Julie Dalessio Summons & Complaint served April 3, 2017 | UW001941-1980 | June 1, 2017 |
| 8. | Correspondence between Plaintiff Julie Dalessio and the University | UW001981-001988 | June 1, 2017 |

### III.   COVERAGE

The University of Washington and its employees, agents, and students are covered for liabilities arising from negligent acts and or omissions committed in the course and scope of their University duties. This coverage is provided through a self-funded program established pursuant to RCW 28B20.250 et seq., and governed by the Standing Orders of the Board of Regents. The liability program provides unlimited coverage, operates on an occurrence basis, and applies at all approved sites of practice or education.

DEFENDANT UNIVERSITY OF WASHINGTON'S
INITIAL DISCLOSURES - 5
2:17-cv-00642 TSZ
1010-00051/287652

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

**IV.   DAMAGES**

Not Applicable to Defendants.

DATED:  June 1, 2017

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant University of Washington

800 Fifth Avenue, Suite 4141
Seattle, WA  98104-3175
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jfreeman@kbmlawyers.com

DEFENDANT UNIVERSITY OF WASHINGTON'S
INITIAL DISCLOSURES - 6
2:17-cv-00642 TSZ
1010-00051/287652

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# DECLARATION OF SERVICE

I declare that on June 1, 2017, I caused a true and correct copy of the foregoing document to be served on the party listed below ***via email*** and ***First Class U.S. Mail***:

**Attorneys for Pro-Se Plaintiff**

Julie Dalessio
1110 29th Ave.
Seattle, WA  98122
Telephone:  (206) 324-2590
Email:  juliedalessio@msn.com

DATED:  June 1, 2017

*/s/ LaHoma Walker*
LaHoma Walker, Legal Assistant

DEFENDANT UNIVERSITY OF WASHINGTON'S
INITIAL DISCLOSURES - 7
2:17-cv-00642 TSZ
1010-00051/287652

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423