The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT OF WASHINGTON
AT WESTERN DISTRICT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>      Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>      Defendant. | No. 2:17-cv-00642 TSZ<br><br>DEFENDANTS' SUPPLEMENTAL INITIAL DISCLOSURES |

COME NOW DEFENDANTS, by and through counsel of record Special Assistant Attorney General Jayne L. Freeman and make the following initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) based on information available to Defendants to date. Defendants reserve the right to supplement this initial disclosure as discovery is conducted and disclosures are made by Plaintiff.

## I.  INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION.

The following individuals are likely to have discoverable information, which Defendant may use to support its claims or defenses.

1.  Alison Swenson, Compliance Analyst (since July 2014)
   c/o Keating, Bucklin & McCormack, Inc., P.S.
   800 5th Avenue, Suite 4141
   Seattle, WA 98104
   206.623.8861

Ms. Swenson prepared the responses to public records requests cited by Plaintiff in her Complaint. She has knowledge of the redaction process and the facts regarding the

DEFENDANTS' SUPPLEMENTAL INITIAL
DISCLOSURES - 1
2:17-cv-00642 TSZ
1010-00051/362635

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

public records productions at issue in this case and communications with Plaintiff.

- Ms. Swenson sent out search requests for responsive records and prepared a response to PRR-16-00283. See, UW001982-UW00183, UW000779-UW000787, UW00194-UW00185, UW001991-UW002000.

- Ms. Swensen sent out search requests for records responsive to PRR-2015-00570 and prepared responsive records and an exemption log for documents withheld. See, UW00004-UW000392, UW002001-0020131,

2. Julie Dalessio
1110 29th Ave.
Seattle, WA 98122
(206) 324-2590

Ms. Dalessio is the plaintiff in this case and has knowledge of facts regarding the allegations in her Complaint.

3. Robert Kosin, Assistant Attorney General
University of Washington Attorney General's Office
c/o Keating, Bucklin & McCormack, Inc., P.S.
800 5th Avenue, Suite 4141
Seattle, WA 98104
206.623.8861

Mr. Kosin has knowledge of regarding a contact with Plaintiff in 2016. Mr. Kosin may also have knowledge of privileged attorney client communications and/or work product. By disclosing AAG Kosin as an individual with knowledge of some non-privileged information, the University does not in any way intend to waive any applicable privileges that may apply.

4. David Betz
1325 4th Avenue Suite 1400
Seattle, WA 98101-2573
(206) 457-4121

Mr. Betz has knowledge of facts regarding a public records request he made to the University of Washington, and the adverse possession lawsuit regarding which Plaintiff

DEFENDANTS' SUPPLEMENTAL INITIAL
DISCLOSURES - 2
2:17-cv-00642 TSZ
1010-00051/362635

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

alleges some of her damages arise.

5. Perry Tapper
Public Records Compliance Officer (Since September 2013)
Office of Public Records and Open Public Meetings
c/o Keating, Bucklin & McCormack, Inc., P.S.
800 5th Avenue, Suite 4141
Seattle, WA 98104
206.623.8861

Mr. Tapper has knowledge of Plaintiff's contact with the Office of Public Records.

6. Eliza Saunders
Director of the Office of Public Records (Since September 2013)
Office of Public Records and Open Public Meetings
c/o Keating, Bucklin & McCormack, Inc., P.S.
800 5th Avenue, Suite 4141
Seattle, WA 98104
206.623.8861

Ms. Saunders has knowledge of the University's Public Records Office operations, policies, and procedures.

7. Barb Benson
Records Management Services (Since July 2013)
c/o Keating, Bucklin & McCormack, Inc., P.S.
800 5th Avenue, Suite 4141
Seattle, WA 98104
206.623.8861

Ms. Benson has knowledge regarding records retention policies at the University of Washington.

8. Lumilla Barbacar, Civil Rights Investigator
Washington State Human Rights Commission
711 South Capitol Way, Suite 402
P.O. Box 42490
Olympia, WA 98504-2490
(360) 359-4921

Ms. Barbacar has knowledge regarding a complaint Plaintiff filed with the Human Rights Commission in 2016 and communications with Plaintiff regarding it.

9. Laura Skinner, Executive Asst. to the Commissioners
Washington State Human Rights Commission
711 South Capitol Way, Suite 402

DEFENDANTS' SUPPLEMENTAL INITIAL
DISCLOSURES - 3
2:17-cv-00642 TSZ
1010-00051/362635

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

|   |   |
|---|---|
| | P.O. Box 42490 |
| | Olympia, WA 98504-2490 |
| | (360)359-4921 |

Ms. Skinner has knowledge regarding a petition for reconsideration filed with the Human Rights Commission by Plaintiff and communications with Plaintiff.

10. Andrew Palmer
    Compliance Analyst (since June 2015)
    c/o Keating, Bucklin & McCormack, Inc., P.S.
    800 5th Avenue, Suite 4141
    Seattle, WA 98104
    206.623.8861

Mr. Palmer processed Pr-2016-00760 (Ms. Dalessio's request for her own records) and collected and produced documents to Ms. Dalessio. See, UW002032-002454, UW00788-UW001936.

11. Ana Marie Keeney

    Human Resources Consultant (since July 2013)
    c/o Keating, Bucklin & McCormack, Inc., P.S.
    800 5th Avenue, Suite 4141
    Seattle, WA 98104

    206.623.8861

Ms. Keeney located copies of notice of charge and from the Washington State Human Rights Commission (WSHRC) sent to UW HR in 2016 regarding Plaintiff's complaints WSHRC #17EZ-0220-16-7/EEOC #38G-2017-00020 and the Commission's final action finding no jurisdiction and related documents sent in 2016-2017. UW002966-UW00304.

12. Patty Van Velsir
    Former Human Resources Consultant (retired 2017)

Ms. Van Velsir may have been copied on some public records search requests.

13. Amy Robles
    Compliance Analyst (since December 2016)

DEFENDANTS' SUPPLEMENTAL INITIAL
DISCLOSURES - 4
2:17-cv-00642 TSZ
1010-00051/362635

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

akrobles@uw.edu

Ms. Robles uploaded records responsive to PR-2016-00760 (Dalessio) to the public records office on or about December 22, 2016 in response to a request from public records analyst Andrew Palmer. UW002395-UW002399.

Records reflect Ms. Robles received additional records that Ms. Holloway located when she was clearing out her office the last time upon retirement and forwarded on December 16, 2016. UW00265-UW002299.

Ms. Robles uploaded a second installment of records responsive to PR-2016-00760 on or about January 6, 2017 to the public records office. See, UW002421-UW002422. Records reflect Ms. Robles obtained authorization for public records to request a snapshot of Rhoda Ashley Morrow's email account. UW002409-UW002414.

14. Jeanie Miele
    Former Compliance Analyst (February 2014-October 2015)
    Address Unknown

Records reflect that Ms. Meile received a request to locate records responsive to PR-2015-00570 that Alison Swenson from public records sent September 16, 2015. Ms. Miele searched for a departmental representative who may be able to locate a Lab Medicine department file for Plaintiff. On September 17, 2015, Karen Holloway reported to Ms. Miele that she submitted the request to a Program Coordinator (presumably Matt Maria) so the records could be retrieved from storage in archives. On September 25, 2015, Ms. Miele received an email and attached "Julie Dalessio file" via email from Karen Holloway and forwarded the records to the public records office on September 25, 2015 and again on October 8, 2015. See, UW002003, UW002455-UW002952.

15. Cheryl Manekia
    Program Operations Specialist, Payroll (since August 2014)
    cmanekia@uw.edu

Ms. Manekia reported to public records staff Alison Swenson on April 25, 2016 that she searched and located no records of employment verification requests for Julie Dalessio or records responsive to PRR-16-00283. In September of 2015, Ms. Manakia search for and forwarded records responsive to PRR-2015-00570 from the payroll office to Ms. Swenson in the public records office. UW000392, UW001992-UW001994

16. Odessah Visitacion
    Human Resources Specialist (since July 2013)

Ms. Visitacion provided a certification on April 27, 2016 that she searched but located no records responsive to Public Records Request 16-00283 in the Medical Centers Human Resources Department files. UW001995.

DEFENDANTS' SUPPLEMENTAL INITIAL
DISCLOSURES - 5
2:17-cv-00642 TSZ
1010-00051/362635

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

17. Paola M. Quinones
    Former Assistant to the Vice President (August 2014-February 2017)
    Address Unknown

On October 9, 2015, Ms. Quinones forwarded records responsive to PRR-2015-570 from Campus Human Resources to Ms. Swenson in the public records office. On October 14, 2015, Ms. Quinones forwarded documents responsive PRR-2015-570 located in the Benefits Office to Ms. Swenson in Public Records. On October 21, 2015, Ms. Quinones forwarded a document received from the DSO office responsive PRR-2015-570 to Ms. Swenson in public records. See, UW002001-UW002011.

On December 6, 2016, Ms. Quinones forwarded records responsive to PR-2016-00760 to public records analyst Andrew Palmer. On December 20, 2016, Ms. Quinones reported to Mr. Palmer that DSO did not have documents responsive to the request. UW002415-UW002420.

On April 27, 2017, Ms. Quinones reported to public records staff that the Campus Human Resources Office did not locate any records responsive to PRR-16-00283. UW001996-UW001998.

18. Matt Maria
    Former Program Coordinator, Laboratory Medicine (July 2013-December 2016)
    Address Unknown

Records reflect former employee Matt Maria requested a box from Records Management Services archives (#43135) on or about September 21-22, 2015 that contained Plaintiff's department file from Laboratory Medicine in response to PRR-2015-00570. The box was returned to archives on or about October 18, 2016. Records Management Services records reflect box #43135 contained "Personnel Records Terms, A-F, Year 2003". UW002966- UW002995.

Records reflect Mr. Maria also requested box #43135 from Records Management Services archives (#43135) on or about December 5, 2016, that the box was checked out of archives December 12, 2016 for delivery and returned to archives December 15, 2016. UW002966- UW002995.

Records reflect that Mr. Maria may have originally sent the department files located in box #3 ("personnel records Terms A-F 2003") from the Lab Medicine Department to Records Management Storage in 2005. UW002960-UW002964.

19. Tamara Schmautz
    Manager of Program Operations, Virology Division Administrator, Lab Medicine (since October 2013)

Records reflect Ms. Schmautz was asked to locate records responsive to PR-2016-00760 and that she communicated to Amy Robles on December 5, 2016 that her division

DEFENDANTS' SUPPLEMENTAL INITIAL
DISCLOSURES - 6
2:17-cv-00642 TSZ
1010-00051/362635

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

did not have any records regarding Plaintiff. UW002412-UW0014.

  20. Steven Durant
    Former Human Resources Department Manager/Administrator (November 2015-March 2017)
    Address Unknown

Records reflect Mr. Durant was copied on some public records search requests related to PR-2016-00760 (Dalessio). See, UW002032-UW002040, UW002296-UW002298

  21. Karen Holloway
    Former Associate Administrator, Dept. of Laboratory Medicine (retired January 2017)
    Address Unkown

Records reflect on September 17, 2015, Karen Holloway reported to Ms. Miele that she submitted the request to a Program Coordinator (presumably Matt Maria) so the records could be retrieved from storage in archives. On September 25, 2015, Ms. Miele received an email and attached "Julie Dalessio file" via email from Karen Holloway and forwarded the records to the public records office on September 25, 2015 and again on October 8, 2015. See, UW002003, UW002455-UW002952.

Records reflect Ms. Holloway requested Plaintiff's department file from archives in December 2016 in response to Ms. Dalessio's PR-2016-760 request and subsequently forwarded a copy of Plaintiff's department file to Lauren Fischer on December 12, 2016. The documents were forwarded to Amy Robles, who uploaded them to the public records office. See, UW002032-002401. Records reflect Ms. Holloway located one more file related to Plaintiff when she was clearing out her office the last time upon retirement and she forwarded the documents to Ms. Robles, Mr. Durant, and Ms. Fischer on December 16, 2016, which was uploaded to the office of public records. UW00265-UW002299.

  22. Jennifer Klohe
    HR Specialist
    klohej@uw.edu

Ms. Klohe forwarded a copy of a November 22, 2016 letter mailed to the Human Resources office from attorney Seth Rosenberg requesting a copy of Ms. Dalessio's personnel file on her behalf to the Public Records Office on Novembe 28, 2016 in response to a request to locate University records related to Ms. Dalessio. UW001989-001990.

  23. Lauren Fischer
    Former Program Manager
    Address unknown

Ms. Fischer may have been copied on some public records search requests and

DEFENDANTS' SUPPLEMENTAL INITIAL
DISCLOSURES - 7
2:17-cv-00642 TSZ
1010-00051/362635

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

passed on search requests from public records on to various departments.

**II.     DOCUMENTS AND TANGIBLE THINGS IN POSSESSION OF DEFENDANTS THAT MAY BE USED TO SUPPORT ITS DEFENSES:**

| Doc. No. | Description | Bates Range | Date Produced to Plaintiff in Litigation |
|---|---|---|---|
| 1. | Plaintiff Julie Dalessio tort claim dated October 21, 2016 | UW00001-00003 | June 1, 2017 |
| 2. | PR-2015-00570 (Betz) Public Records Request 9.16.15 (for Dalessio documents) and related documents<br>Produced: 11.20.2015 and 12.4.2015 | UW00004-000392 | June 1, 2017 |
| 3. | PR-2016-00218 (Dalessio) Public Records Request 3.25.2016 (for copies of documents released to Betz) and related documents<br>Produced: 4.5.2016 | UW000393-UW000778 | June 1, 2017 |
| 4. | PR-2016-00283 (Dalessio) Public Records Request 4.16.2016 (for information re who accessed her records) and related documents<br>Response: 4.27.16 | UW000779-000787 | June 1, 2017 |
| 5. | PR 2016-00760 Public Records Request (Dalessio) 11.09.2016 (for her entire personnel file and related records) and related records<br>Produced: 1.26.2017 and 2.15.2017 | UW000788-001936 | June 1, 2017 |
| 6. | 2003 Settlement Agreement | UW001937-001940 | June 1, 2017 |
| 7. | Plaintiff Julie Dalessio Summons & Complaint served April 3, 2017 | UW001941-1980 | June 1, 2017 |
| 8. | Correspondence between Plaintiff Julie Dalessio and the University | UW001981-001988 | June 1, 2017 |

| Document Name | Bates Range | |
|---|---|---|
| Dalessio atty duplicate PRR (UWHR) Ana Marie Keeney/Patricia Van Velsir, | UW001989-UW001990 | August 15, 2017 |

DEFENDANTS' SUPPLEMENTAL INITIAL DISCLOSURES - 8
2:17-cv-00642 TSZ
1010-00051/362635

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

| | | |
|---|---|---|
| UWMC Human Resources | | |
| PRR #283-other correspondence (10 pp) Alison Swenson Odessah Visitacion Cheryl Manenkia Paola Quinones (on behalf of Mindy Kornberg) | UW001991-UW002000 | August 15, 2017 |
| PRR #570-other correspondence (31 pp) Alison Swenson Paola Quinones | UW002001-UW002031 | August 15, 2017 |
| PRR #760 - processing emails Andrew Palmer Lauren Fisher Karen Holloway Amy Robles | UW002032-UW002401 | August 15, 2017 |
| PRR #760-other correspondence (21 pp) Andrew Palmer Amy Robles Paolo Quinones | UW002402-UW002422 | August 15, 2017 |
| PRR #760-other correspondence (32 pp) Andrew Palmer Paola Quinones Amy Robles | UW002423-UW002454 | August 15, 2017 |

| | | |
|---|---|---|
| PRR #760-processing emails - docs(combo)(498 pp) Andrew Palmer Jeanne Miele Kim Williams Karen Holloway | UW002455-UW002952 | August 15, 2017 |
| RCW 42.56 glossary Alison Swenson/Andrew Palmer | UW002953-UW002959 | August 15, 2017 |
| Lab Med archive box requests (2015-2017)(6pp) Rebecca Caulfield, Lab Medicine | UW002960-UW002965 | August 15, 2017 |
| RMS archive processing (30 pp) Christine Taylor, UW Medicine, RMS Archives | UW002966-UW002995 | August 15, 2017 |
| WSHRC-EEOC documents (UWHR - UCIRO copies) Ana Marie Keeney/Patricia Van Velsir, | UW002996-UW003004 | August 15, 2017 |

DEFENDANTS' SUPPLEMENTAL INITIAL DISCLOSURES - 9
2:17-cv-00642 TSZ
1010-00051/362635

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

| UWMC HR | | |
|---|---|---|

### III.   COVERAGE

The University of Washington and its employees, agents, and students are covered for liabilities arising from negligent acts and or omissions committed in the course and scope of their University duties. This coverage is provided through a self-funded program established pursuant to RCW 28B20.250 et seq., and governed by the Standing Orders of the Board of Regents. The liability program provides unlimited coverage, operates on an occurrence basis, and applies at alI approved sites of practice or education.

### IV.   DAMAGES

Not Applicable to Defendants.

DATED:  May 18, 2018

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendants

800 Fifth Avenue, Suite 4141
Seattle, WA  98104-3175
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jfreeman@kbmlawyers.com

DEFENDANTS' SUPPLEMENTAL INITIAL DISCLOSURES - 10
2:17-cv-00642 TSZ
1010-00051/362635

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# DECLARATION OF SERVICE

I declare that on May 18, 2018, I caused a true and correct copy of the foregoing document to be served on the party listed below *<u>via email</u>* .

**Attorney for Plaintiff**
 Mr. Joseph Thomas
14625 S.E. 176th St., Apt. N-101
Renton, WA 98058-8994
(206)390-8848
joe@joethomas.org

DATED:  May 18, 2018

*/s/ Jayne L. Freeman*
Jayne L. Freeman

DEFENDANTS' SUPPLEMENTAL INITIAL DISCLOSURES - 11
2:17-cv-00642 TSZ
1010-00051/362635

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423