# Request Summary Report
## PR-2016-00760 / AP - Other

| | | | |
|---|---|---|---|
| *Track:* | Default | *Date on Request:* | 2016-11-09 |
| *Perfected:* | 2016-11-09 | *Date Initially Received:* | 2016-11-09 |
| *Due:* | 2017-03-10 | *Requester File Ref. #:* | |
| *Completed:* | 2017-02-15 | *Jacket Number:* | |
| *Officer Assigned:* | Palmer, Andrew | *Request Transferred In:* | No |
| *Decision Maker:* | Palmer, Andrew | *Response Time:* | 64 |
| *Deadline:* | 80 | | |

*Summary:* requester's own personnel file and other related records

*Request Text:* the law states that a supervisor should retain a written record in the employee's personnel file of the identity of the person or entity to which reference information is disclosed. University policy requires an entry into the Employee Work Reference Inquiry Documentation (PDF), and a copy retained in the employee's departmental personnel file.

I am requesting a digital copy of my departmental personnel file, along with any other computer or paper files that might contain records of inquiries concerning my employment at the uw, since my resignation in January 2003.

I am also requesting any other records of departmental communications concerning my employment with the uw, including phone logs, calendars, and emails exchanged with human resources, my former supervisor, Rhoda Ashley Morrow, or others concerning me.

please let me know if you need clarification

## EXTENSIONS

| Extension Type | Extension Days | Extension Date |
|---|---|---|
| Extension 1 | 20 | 2016-12-12 |
| Extension 2 | 20 | 2017-01-11 |
| Extension 3 | 20 | 2017-02-09 |

## FEES

| Date | Transaction Type | Fee Type | Unit Cost | Quantity | Charge | Payment |
|---|---|---|---|---|---|---|
| 2017-01-26 | Actual | _Disks w jewel case | $0.36 | 1.00 | $0.36 | |
| | *Currency:* | USD$ | | | | |
| | *Details:* | Stage 1 | | | | |
| 2017-01-26 | Actual | _US Postage - Disc | $1.93 | 1.00 | $1.93 | |
| | *Currency:* | USD$ | | | | |
| | *Details:* | Stage 1 | | | | |
| 2017-01-26 | Actual | _Packaging | $0.29 | 1.00 | $0.29 | |
| | *Currency:* | USD$ | | | | |
| | *Details:* | Stage 1 | | | | |
| 2017-02-15 | Actual | _Disks w jewel case | $0.36 | 1.00 | $0.36 | |
| | *Currency:* | USD$ | | | | |
| | *Details:* | Stage 1 | | | | |

## Request Summary Report
### PR-2016-00760 / AP - Other

| Date | Action | Item | Amount | Qty | Total | Balance |
|---|---|---|---|---|---|---|
| 2017-02-15 | Actual | _Packaging | $0.29 | 1.00 | $0.29 | |
| | *Currency:* | USD$ | | | | |
| | *Details:* | Stage 1 | | | | |
| 2017-02-15 | Actual | _US Postage - Disc | $1.93 | 1.00 | $1.93 | |
| | *Currency:* | USD$ | | | | |
| | *Details:* | Stage 1 | | | | |
| 2017-03-08 | Payment Received | _Disks w jewel case | | 0.00 | $0.00 | $0.36 |
| | *Currency:* | USD$ | | | | |
| | *Details:* | Stage 1 | | | | |
| 2017-03-08 | Payment Received | _Packaging | | 0.00 | $0.00 | $0.29 |
| | *Currency:* | USD$ | | | | |
| | *Details:* | Stage 1 | | | | |
| 2017-03-08 | Payment Received | _US Postage - Disc | | 0.00 | $0.00 | $1.93 |
| | *Currency:* | USD$ | | | | |
| | *Details:* | Stage 1 | | | | |

**Balance Due:** $0.00

## ACTIVITY

| Action | Contact | Created | Due | Completed | On Hold | Elapsed |
|---|---|---|---|---|---|---|
| Case Closed - Wholly Releasable | Requester | 2017-02-15 | | 2017-02-15 | No | 0 |
| *Comments:* | STAGE 2, COMPLETE | | | | | |
| Invoice Sent | Requester | 2017-02-15 | 2017-03-09 | 2017-03-08 | No | 14 |
| *Comments:* | STAGE 2, COMPLETE | | | | | |
| AddlExtensionReminder | Requester | 2017-02-09 | 2017-03-10 | 2017-02-15 | No | 4 |
| *Comments:* | CASE CLOSED, NOT SENT. | | | | | |
| Scan Documents | Office of Public Records - PALMER, Andrew | 2017-01-26 | 2017-02-02 | 2017-02-02 | No | 5 |
| *Comments:* | 2nd/final installment records to intake (UW med) | | | | | |
| Staged Release - Wholly Released | Requester | 2017-01-26 | | 2017-01-26 | No | 0 |
| *Comments:* | Stage 1 | | | | | |
| Invoice Sent | Requester | 2017-01-26 | 2017-02-16 | 2017-01-30 | No | 2 |
| *Comments:* | Stage 1 Invoice | | | | | |
| AddlExtensionReminder | Requester | 2017-01-11 | 2017-02-09 | 2017-02-09 | No | 20 |
| *Comments:* | | | | | | |
| PartialResponse | UW Medicine - OLIVER, Lori | 2017-01-06 | | 2017-01-06 | No | 0 |
| *Comments:* | Final installment of records rec'd from UW Med | | | | | |
| Search Extension | UW Medicine - OLIVER, Lori | 2017-01-06 | 2017-01-23 | 2017-01-23 | No | 10 |
| *Comments:* | Amy requested search extension, but expects to deliver another installment with one week. | | | | | |
| Search Extension | UW Medicine - OLIVER, Lori | 2016-12-22 | 2017-01-06 | 2017-01-06 | No | 9 |
| *Comments:* | UW Medicine requested search extension 1/6/17 | | | | | |
| PartialResponse | UW Medicine - OLIVER, Lori | 2016-12-22 | | 2016-12-22 | No | 0 |
| *Comments:* | Partial response from UW Medicine via OneDrive. Awaiting further information re UW Netid. | | | | | |
| Scan Documents | Office of Public Records - PALMER, Andrew | 2016-12-22 | 2016-12-30 | 2017-01-06 | No | 9 |
| *Comments:* | UW Medicine 1st Installment sent for intake. | | | | | |

## Request Summary Report
### PR-2016-00760 / AP - Other

| Action | Assigned To | Date 1 | Date 2 | Date 3 | Flag | Count |
|---|---|---|---|---|---|---|
| Scan Documents | Office of Public Records - PALMER, Andrew | 2016-12-12 | 2016-12-19 | 2016-12-20 | No | 6 |
| *Comments:* | HR records sent for intake. | | | | | |
| AddlExtensionReminder | Requester | 2016-12-12 | 2017-01-11 | 2017-01-11 | No | 20 |
| *Comments:* | | | | | | |
| Search Extension | UW Medicine - OLIVER, Lori | 2016-12-01 | 2016-12-23 | 2016-12-23 | No | 16 |
| *Comments:* | Lauren requests search extension | | | | | |
| Note to File | Office of Public Records - PALMER, Andrew | 2016-11-22 | | 2016-11-22 | No | 0 |
| *Comments:* | Tort Claim from J. Dalessio (see attached) | | | | | |
| Note to File | Office of Public Records - PALMER, Andrew | 2016-11-21 | | 2017-02-15 | No | 57 |
| *Comments:* | Shari Spung in Claim Services would like all records produced. | | | | | |
| Extension Reminder | Requester | 2016-11-17 | 2016-12-12 | 2016-12-12 | No | 15 |
| *Comments:* | | | | | | |
| SearchRecords | Human Resources, Upper Campus - KORNBERG, Mindy | 2016-11-15 | 2016-12-01 | 2016-12-06 | No | 13 |
| *Comments:* | | | | | | |
| SearchRecords | UW Medicine - OLIVER, Lori | 2016-11-15 | 2016-12-01 | 2017-01-06 | No | 34 |
| *Comments:* | 12/22 - partial response rec'd  UW net id obtained, snapshot requested. | | | | | |
| SearchRecords | Payroll, UW - MANEKIA, Cheryl | 2016-11-15 | 2016-12-01 | 2016-11-28 | No | 7 |
| *Comments:* | Hardcopy records rec'd from payroll | | | | | |
| ACKLetter | Requester | 2016-11-09 | 2016-11-17 | 2016-11-17 | No | 5 |
| *Comments:* | | | | | | |

## CLOSING

| | | | |
|---|---|---|---|
| *Date Completed:* | 2017-02-15 | *Method of Access:* | Copies given |
| *Decision Communicated:* | 2017-02-15 | *Method of Delivery:* | Regular Mail |
| *Request Disposition:* | Full Grant | *Other Reasons for Denial:* | Not Applicable |
| *Pages Received:* | 2591 | *Request Transferred Out:* | No |
| *Pages Reviewed:* | 2591 | | |
| *Pages Granted:* | 1142 | | |
| *Pages Not Relevant:* | 18 | | |
| *Comment:* | | | |

| | | | |
|---|---|---|---|
| *Disposition:* | Full Grant | *Release Date:* | 2017-01-26 |
| *Pages Reviewed:* | 510 | *Method of Delivery:* | Regular Mail |
| *Pages Granted:* | 510 | *Other Reasons for Denial:* | Not Applicable |
| *Pages Not Relevant:* | 0 | *Method of Access:* | Copies given |
| *Version :* | First | | |

| | | | |
|---|---|---|---|
| *Disposition:* | Full Grant | *Release Date:* | 2017-02-15 |
| *Pages Reviewed:* | 633 | *Method of Delivery:* | Regular Mail |
| *Pages Granted:* | 633 | *Other Reasons for Denial:* | Not Applicable |
| *Pages Not Relevant:* | 0 | *Method of Access:* | Copies given |
| *Version :* | Second | | |

*Sections:*

## Request Summary Report
### PR-2016-00760 / AP - Other

*AccessPro Case Management:*
*AccessPro Redaction:*