## Request Summary Report
### PR-2017-00357 / LO - Employee

| | | | |
|---|---|---|---|
| Track: | Default | Date on Request: | 2017-04-17 |
| Perfected: | 2017-04-17 | Date Initially Received: | 2017-04-17 |
| Due: | 2017-06-27 | Requester File Ref. #: | |
| Completed: | 2017-05-25 | Jacket Number: | |
| Officer Assigned: | O'Shea, Lynn | Request Transferred In: | No |
| Decision Maker: | O'Shea, Lynn | Response Time: | 28 |
| Deadline: | 40 | | |

Summary: all records related to Kurt Diem

Request Text: kurt diem is affiliated with the university of washington, in the department of laboratory medicine.

i am requesting all records maintained by the university of washington relating or pertaining to kurt diem.  my contact information and mailing address are below.  i would like the records to be produced on a cd.

thank you in advance for your assistance.  have a nice day.

## EXTENSIONS

| Extension Type | Extension Days | Extension Date |
|---|---|---|
| Extension 1 | 20 | 2017-05-15 |

## EXEMPTIONS

| Exemption Type | Number Of Times | Statutes Applied |
|---|---|---|
| FERPA | 1 | |
| RCW 42.56.050 | 3 | |
| RCW 42.56.070(1) | 1 | |
| RCW 42.56.230(3) | 39 | |
| RCW 42.56.230(3)* | 3 | |
| RCW 42.56.230(5) | 115 | |
| RCW 42.56.250(2) | 19 | |
| RCW 42.56.250(4) | 14 | |

## FEES

| Date | Transaction Type | Fee Type | Unit Cost | Quantity | Charge | Payment |
|---|---|---|---|---|---|---|
| 2017-05-25 | Actual | _Disks w jewel case | $0.36 | 1.00 | $0.36 | |
| | Currency: | USD$ | | | | |
| 2017-05-25 | Actual | _Packaging | $0.29 | 1.00 | $0.29 | |
| | Currency: | USD$ | | | | |
| 2017-05-25 | Actual | _US Postage - Disc | $1.93 | 1.00 | $1.93 | |
| | Currency: | USD$ | | | | |
| 2017-05-31 | Payment Received | _Disks w jewel case | | 0.00 | $0.00 | $0.36 |
| | Currency: | USD$ | | | | |

# Request Summary Report
## PR-2017-00357 / LO - Employee

| | | | | | | |
|---|---|---|---|---|---|---|
| 2017-05-31 | Payment Received | _Packaging | | 0.00 | $0.00 | $0.29 |
| | Currency: | USD$ | | | | |
| 2017-05-31 | Payment Received | _US Postage - Disc | | 0.00 | $0.00 | $1.93 |
| | Currency: | USD$ | | | | |

Balance Due: $0.00

## ACTIVITY

| Action | Contact | Created | Due | Completed | On Hold | Elapsed |
|---|---|---|---|---|---|---|
| Note to File | Office of Public Records - O'SHEA, Lynn | 2017-06-15 | | 2017-06-15 | No | 0 |
| Comments: | | LIT HOLD, LITIGATION HOLD | | | | |
| Note to File | Office of Public Records - O'SHEA, Lynn | 2017-06-01 | | 2017-06-01 | No | 0 |
| Comments: | | On 6.1 I opened this request and noticed that I had left the Release stack labeled as "STAGE 1 DRAFT", and I changed it to "RELEASE". | | | | |
| Case Closed - Redactions/Exemptions | Requester | 2017-05-25 | | 2017-05-25 | No | 0 |
| Comments: | | release + inventory | | | | |
| Invoice Sent | Requester | 2017-05-25 | 2017-06-16 | 2017-05-31 | No | 3 |
| Comments: | | | | | | |
| AddlExtensionReminder | Requester | 2017-05-15 | 2017-06-13 | 2017-05-25 | No | 8 |
| Comments: | | closed, not sent. | | | | |
| Search Extension | Human Resources, Administration - ALICESUN, Ebonie | 2017-05-02 | 2017-05-16 | 2017-05-05 | No | 3 |
| Comments: | | | | | | |
| PartialResponse | Human Resources, Administration - ALICESUN, Ebonie | 2017-04-26 | | 2017-04-26 | No | 0 |
| Comments: | | via email | | | | |
| Note to File | Compliance and Risk Services - SPUNG, Shari | 2017-04-25 | | 2017-05-25 | No | 22 |
| Comments: | | Shari Spung wants copy of records >> CD burned & gave to Kathleen on 5/25. | | | | |
| Extension Reminder | Requester | 2017-04-24 | 2017-05-15 | 2017-05-15 | No | 15 |
| Comments: | | | | | | |
| Clarification Requester | Requester | 2017-04-24 | 2017-05-08 | 2017-04-28 | No | 4 |
| Comments: | | clarification email re 3 requests >> On 4.26 requester replied repeating request language. >> LO replied to say thank you only >> Per MGM, will search for normal employment records. | | | | |
| PartialResponse | UW Medicine - FISCHER, Lauren | 2017-04-21 | | 2017-04-21 | No | 0 |
| Comments: | | UWM 1 via OneDrive | | | | |
| SearchRecords | Human Resources, Upper Campus - KORNBERG, Mindy | 2017-04-18 | 2017-05-02 | 2017-05-05 | No | 13 |
| Comments: | | On 5.5 HR sent remaining recs | | | | |
| SearchRecords | UW Medicine - OLIVER, Lori | 2017-04-18 | 2017-05-02 | 2017-05-02 | No | 10 |
| Comments: | | On 5.2 final installment | | | | |
| SearchRecords | Payroll, UW - MANEKIA, Cheryl | 2017-04-18 | 2017-05-02 | 2017-04-27 | No | 7 |
| Comments: | | paper | | | | |
| ACKLetter | Requester | 2017-04-17 | 2017-04-24 | 2017-04-24 | No | 5 |
| Comments: | | NEED CLARIFICATION | | | | |

# Request Summary Report
## PR-2017-00357 / LO - Employee

| Note to File | Compliance and Risk Services - SPUNG, Shari | 2017-04-17 | 2017-04-17 | No | 0 |
|---|---|---|---|---|---|
| Comments: | | Notified Shari Spung. Per Shari, sent copies of 3 requests to SAAG working on case, Jayne Freeman @ jfreeman@kbmlawyers.com. | | | |

## CLOSING

| | | | |
|---|---|---|---|
| Date Completed: | 2017-05-25 | Method of Access: | Copies given |
| Decision Communicated: | 2017-05-25 | Method of Delivery: | Regular Mail |
| Request Disposition: | Partial Grant | Other Reasons for Denial: | Not Applicable |
| Pages Received: | 1018 | Request Transferred Out: | No |
| Pages Reviewed: | 1018 | | |
| Pages Granted: | 618 | | |
| Pages Not Relevant: | 3 | | |
| Comment: | | | |

| | | |
|---|---|---|
| Disposition: | | Release Date: |
| Pages Reviewed: | | Method of Delivery: |
| Pages Granted: | | Other Reasons for Denial: |
| Pages Not Relevant: | | Method of Access: |
| Version : | | |

Sections:

AccessPro Case Management:
AccessPro Redaction:  RCW 42.56.070(1), FERPA, RCW 42.56.250(4), RCW 42.56.050, RCW 42.56.230(3)*, RCW 42.56.230(5), RCW 42.56.230(3), RCW 42.56.250(2)