**joe@joethomas.org**

| | |
|---|---|
| **From:** | Jayne L. Freeman <JFreeman@kbmlawyers.com> |
| **Sent:** | Friday, May 18, 2018 5:56 PM |
| **To:** | joe@joethomas.org |
| **Cc:** | Derek C. Chen; LaHoma Walker |
| **Subject:** | Dalessio v. UW- supplemental initial disclosures |
| **Attachments:** | Defendants supplement initial disclosures to plaintiff.pdf |

Joe: attached please find Defendants' Supplemental Initial Disclosures.

As I indicated previously, the facts and information haven't changed, and you have already been provided all identified documents UW 000001-UW003004, which have always contained the information referenced in this pleading and was also previously provided in response to Plaintiff's discovery requests.

However, I have attempted to add as much information as possible in one place in an attempt to address various discovery questions you have raised in the past.

Have a good weekend.

*Jayne L. Freeman*
**KBM** KEATING, BUCKLIN & McCORMACK

*801 Second Avenue, Suite 1210*
*Seattle, WA 98104*
*Office: (206)623-8861*
*FAX: (206)223-9423*
*jfreeman@kbmlawyers.com*

**www.kbmlawyers.com**
***(Please note our new address)***

1