## joe@joethomas.org

| | |
|---|---|
| **From:** | joe@joethomas.org |
| **Sent:** | Wednesday, August 8, 2018 9:27 AM |
| **To:** | 'Jayne L. Freeman' |
| **Cc:** | 'Derek C. Chen'; 'LaHoma Walker'; 'JULIE' |
| **Subject:** | RE: Dalessio v. University of WA, Case No. 2:17-cv-00642-MJP |

Dear Jayne:

This supplemental discovery sent on August 06, 2018 is simply unacceptable.

First, there is no identifier for me to know what is supplemented and is not supplemented. As Ms. Dalessio's pro bono attorney, it is a waste of my time to determine what you are supplementing. It is your duty in order to inform me what you are supplementing, since these are your responses.

Additionally, attached to the email with the supplemental discovery on August 06, 2018 there is an "Administrative Policy Statement" concerning the release of documents. This document does not appear to be identified in discovery. The document is titled 374474 and that document title does not appear anywhere in the text of the supplemental discovery. It is unclear if this document is produced in response to a particular interrogatory, to a request for production of documents, or if it is just something not requested that you wanted to share. There needs to be context with the documents that you provide.

Please respond at your earliest convenience so that we may continue with discovery as expeditiously as possible.

Very truly yours,

Joe

Joseph Thomas
Law Office of Joseph Thomas PLLC
14625 SE. 176th ST., Apt. # N101
Renton, Washington 98058
Phone: (206) 390-8848
Website: http://JoeThomas.org

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying it or disclosing its contents to others. Thank you.

---

**From:** LaHoma Walker <LWalker@kbmlawyers.com>
**Sent:** Monday, August 6, 2018 3:42 PM
**To:** joe@joethomas.org
**Cc:** Jayne L. Freeman <JFreeman@kbmlawyers.com>; Derek C. Chen <DChen@kbmlawyers.com>
**Subject:** Dalessio v. University of WA, Case No. 2:17-cv-00642-MJP

Good afternoon.

Attached please find Defendants' Objections and First Supplemental Responses Thereto Plaintiff's First Set of Discovery Requests and responsive documents, a copy of which has also been sent to you via First Class U.S. mail.

Thank you.

**_LaHoma Walker_**
Legal Assistant to
Derek C. Chen
Jayne L. Freeman
Kimberly J. Waldbaum
Michael C. Walter
Keating Bucklin & McCormack, Inc., P.S.
801 2nd Avenue, Suite 1210
Seattle, Washington 98104
Office 206.623.8861
Fax    206.223.9423
lwalker@kbmlawyers.com

www.kbmlawyers.com



This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited.  If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.  *Thank* you.