The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>                    Plaintiff,<br><br>  v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; PERRY TAPPER, Public Records Compliance Officer, in his personal capacity; ANDREW PALMER, Compliance Analyst, in his personal capacity; JOHN or JANES DOES 1-12, in his or her personal capacity,<br><br>                    Defendants. | No. 2:17-cv-00642-MJP<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL INITIAL DISCLOSURES AND GRANTING DEFENDANTS' REQUEST FOR A PROTECTIVE ORDER TO STAY PLAINTIFF'S SECOND DISCOVERY REQUESTS |

This matter having come before the Court on *Plaintiff's Motion to Compel Initial Disclosures and Defendants Request for a Protective Order to Stay Plaintiff's Second Discovery Requests*, and the Court having considered the Motion and argument, and the following pleadings:

    1.    *Plaintiff's Motion to Compel Initial Disclosures*;

    2.    *Declaration of Joe Thomas and exhibits thereto*;

    3.    *Defendants' Opposition to Plaintiff's Motion to Compel and Defendant's Request for a Protective Order to Stay Plaintiff's Pending Second Set of Discovery*

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL INITIAL DISCLOSURES AND GRANTING DEFENDANTS' REQUEST FOR A PROTECTIVE ORDER TO STAY PLAINTIFF'S SECOND DISCOVERY REQUESTS - 1
2:17-cv-00642-MJP
1010-00051/385973.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

*Requests*;

4. *Declaration of Jayne Freeman and attached exhibits;*

5. _____;

6. _____. and

7. _____.

And this Court finding itself fully informed, hereby **DENIES** Plaintiff's Motion to Compel Initial Disclosures.  This Court also **GRANTS** Defendants' Request for a Protective Order to Stay Plaintiff's Pending Second Set of Discovery.

DONE IN OPEN COURT THIS \_\_\_\_ DAY OF _____, 2018.

_____
The Honorable Marsha J. Pechman

Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
    Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL INITIAL DISCLOSURES AND GRANTING DEFENDANTS' REQUEST FOR A PROTECTIVE ORDER TO STAY PLAINTIFF'S SECOND DISCOVERY REQUESTS - 2
2:17-cv-00642-MJP
1010-00051/385973.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423