**EXHIBIT H**

**Jayne L. Freeman**

**From:** LaHoma Walker
**Sent:** Monday, August 6, 2018 3:42 PM
**To:** joe@joethomas.org
**Cc:** Jayne L. Freeman; Derek C. Chen
**Subject:** Dalessio v. University of WA, Case No. 2:17-cv-00642-MJP
**Attachments:** 374473.PDF; 374474.pdf

Good afternoon.

Attached please find Defendants' Objections and First Supplemental Responses Thereto Plaintiff's First Set of Discovery Requests and responsive documents, a copy of which has also been sent to you via First Class U.S. mail.

Thank you.

*LaHoma Walker*
Legal Assistant to
Derek C. Chen
Jayne L. Freeman
Kimberly J. Waldbaum
Michael C. Walter
Keating Bucklin & McCormack, Inc., P.S.
801 2nd Avenue, Suite 1210
Seattle, Washington 98104
Office 206.623.8861
Fax   206.223.9423
lwalker@kbmlawyers.com

www.kbmlawyers.com



KEATING, BUCKLIN & McCORMACK

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. *Thank* you.

## Jayne L. Freeman

| | |
|---|---|
| **From:** | Tia Uy |
| **Sent:** | Friday, July 6, 2018 4:01 PM |
| **To:** | joe@joethomas.org |
| **Cc:** | Jayne L. Freeman; Derek C. Chen; LaHoma Walker |
| **Subject:** | Dalessio v. UW |
| **Attachments:** | Def Responses to Pltf First Discovery.pdf |

Dear Counsel:

Please find attached Plaintiff's First Set of Discovery Requests; and Defendants' Objections and Responses Thereto in the above matter – our responsive documents are linked here: https://www.dropbox.com/sh/██████████████████████████████2a?dl=0 . You will also receive a separate email directly from DropBox containing a link to the documents as well. You should not have any issue retrieving the files; however, please note that the link will expire by end of next week 7/13 and you will no longer have access, so please be sure to download documents for your records.

Thank you,

*Tia Uy*
Legal Assistant

Keating Bucklin & McCormack, Inc., P.S.
801 2nd Avenue, Suite 1210
Seattle, Washington 98104
Office 206.623.8861
Fax    206.223.9423
tuy@kbmlawyers.com

www.kbmlawyers.com

**KBM**
KEATING, BUCKLIN • McCORMACK

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.

**Jayne L. Freeman**

| | |
|---|---|
| **From:** | Tia Uy |
| **Sent:** | Friday, August 31, 2018 3:51 PM |
| **To:** | joe@joethomas.org |
| **Cc:** | Jayne L. Freeman; Derek C. Chen; LaHoma Walker |
| **Subject:** | Dalessio v. University of Washington |
| **Attachments:** | Defs' RESPONSES to PL's 1st Rogs & RFP.PDF; Defs' 1st Supp RESPONSES to PL's 1st Rogs & RFP.PDF; Defs' Privilege Log - PL's 1st Rogs & RFP.PDF |

Dear Counsel:

Please find attached in the above matter, as follows:

- Plaintiff's First Set of Discovery Requests; and Defendants' Objections and Responses Thereto;
- Plaintiff's Fist Set of Discovery Requests; and Defendants' Objections and First Supplemental Responses Thereto; and
- Defendants' Privilege Log re: Defendant UW's Responses to Plaintiff's First Interrogatories and Requests for Production.

Pursuant to our e-service agreement, no hard copy will follow unless requested.

Have a wonderful weekend.

Thank you,

*Tia Uy*
Legal Assistant

Keating Bucklin & McCormack, Inc., P.S.
801 2nd Avenue, Suite 1210
Seattle, Washington 98104
Office 206.623.8861
Fax    206.223.9423
tuy@kbmlawyers.com

www.kbmlawyers.com



KEATING, BUCKLIN + McCORMACK

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.