**EXHIBIT I**

Case 2:17-cv-00642-MJP   Document 113-9   Filed 10/15/18   Page 1 of 2

# Jayne L. Freeman

| | |
|---|---|
| **From:** | LaHoma Walker |
| **Sent:** | Monday, July 30, 2018 4:43 PM |
| **To:** | joe@joethomas.org |
| **Cc:** | Jayne L. Freeman; Derek C. Chen |
| **Subject:** | Dalessio v. University of WA, Case No. 2:17-cv-00642-MJP |
| **Attachments:** | 373515.PDF; Palmer approval.pdf; PMT corrected.pdf; RCW 28B.20.250 and 28B.20.253.pdf; Swenson_Saunders_Tapper approval.pdf; Board of Regents Governance, Standing Orders Chapter 5.pdf; Executive Orders No. 19.pdf |

Good afternoon.

Attached please find Defendants' Second Supplemental Initial Disclosures and Bates numbered documents UW004452-UW004461.

Thank you.

*LaHoma Walker*
Legal Assistant to
Derek C. Chen
Jayne L. Freeman
Kimberly J. Waldbaum
Michael C. Walter
Keating Bucklin & McCormack, Inc., P.S.
801 2nd Avenue, Suite 1210
Seattle, Washington 98104
Office 206.623.8861
Fax    206.223.9423
lwalker@kbmlawyers.com

www.kbmlawyers.com

**KBM**
KEATING, BUCKLIN + McCORMACK

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. *Thank* you.