The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF WASHINGTON, ET. AL.<br><br>　　　　　Defendant. | No. 2:17-cv-00642-MJP<br><br>DECLARATION OF JOSEPH THOMAS CONTESTING ALLEGATIONS MADE IN JAYNE FREEMAN'S DECLARATION AND IN DEFENDANTS' REQUEST FOR A PROTECTIVE ORDER<br><br>**Note on Motion Calendar October 26, 2018** |

I, Joseph Thomas, declare as follows:

1. I am the court-appointed pro bono counsel for Plaintiff Julie Dalessio in this above entitled lawsuit. I make this declaration based upon my own personal knowledge, upon facts which are admissible in evidence. I am competent to testify to the matters set forth in this declaration.

**Notice of Unavailability**

2. I filed a Notice of Unavailability with this Court on September 17, 2018. *See* Dkt. 105.

Declaration
Case 2:17-cv-00642

1

Law Office of Joseph Thomas
14625 SE 176th St., Apt. N101
Renton, Washington
Phone (206)390-8848

3. On September 17, 2018, defense counsels Jayne Freeman, Derek Chen and myself had a telephonic discovery conference.

4. In that telephonic discovery conference, Ms. Freeman stated that she suggested Defendants would file a motion for summary judgment in the near future.  I became concerned because I would be out of the country for a couple of weeks, as identified in the Joint Status Report.  Dkt. 69 at 12.  I did not know about the logistics of such things as an internet connection to the place where I was going on top of the familial obligations.  Thus, I was uncomfortable, to say the least, about Defendants suggesting that they would file a motion for summary judgment in my absence.  I told Ms. Freeman that I had long-established plans that I would be out of the country for this trip.  During the conversation, I even referenced to Ms. Freeman the Joint Status Report in Document 69 as evidence about my candor to Defendants and the Court about this trip for at least six months.

5. Ms. Freeman told me, point blank, that unavailability in the Joint Status Report was only for the Court's trial planning purposes and it posed no obligation upon Defendants when to file or not to file a motion for summary judgment.  Ms. Freeman advised me to file a Notice of Unavailability with the Court so that a motion for summary judgment would not be filed while in my absence.  In fact, in the Notice of Unavailability it states that Ms. Freeman and Mr. Chen told me to file a Notice of Unavailability because the Joint Status Report was inadequate.  Dkt. 105.

6. My intention with filing the Notice of Unavailability was to formally file a document in court, like Ms. Freeman advised, and to confirm my unavailability for planning such things as a motion for summary judgment.

7. I never intended the Notice of Unavailability to encompass all matters regarding this case.  I told Ms. Freeman during the telephonic conference on September 17, 2018 that I would try to check my email, but I was unsure if I would have internet access or not.  Ms. Freeman knew that she could contact me about matters that did not require my immediate attention and I would try my best to reply during my unavailability, and if

1   not, I would reply when I returned.

2   8. Defendants understood my unavailability was not meant to be all-encompassing
3       because Defendants made a new request to this Court for a protective order from
4       discovery during my absence. *See* Dkts. 111 and 112.

5   **Ms. Freeman's Exhibit J – Dkt. 113-10**

6   9. Defendants argue in Document 111 filed with Court that I served additional discovery
7       requests based upon my unavailability. This argument in Document 111 relies solely
8       upon Ms. Freeman's Declaration in Document 113 filed with this Court.

9   10. Ms. Freeman testifies under penalty of perjury in Document 113 the documents in
10       Exhibit J [Dkt. 113-10] are a true and correct copy of a conversation between Ms.
11       Freeman and myself where I served a second set of discovery requests "after
12       specifically requesting Defendants not file a motion for summary judgment" that Ms.
13       Freeman alleges she told me that Defendants "intended to file."

14  11. The words summary judgement appears only twice in Exhibit J [Dkt. 113-10] once on
15       page six (6) and once again on page eight (8).

16  12. On page six (6) of Exhibit J to Ms. Freeman's Declaration [Dkt. 113-10 at 6] summary
17       judgment is mentioned once by me. The first time I mention summary judgment is in
18       the paragraph talking about request for production number 7 (Plaintiff's first set of
19       discovery requests). Here I tell Ms. Freeman that anticipated documents contained in
20       request for production number 7 would be needed for Plaintiff to defend against a
21       motion for summary judgment.

22  13. On page eight (8) of Exhibit J to Ms. Freeman's Declaration [Dkt. 113-10 at 6]
23       summary judgment is mentioned once by me. The first time I mention summary
24       judgment is in the paragraph talking about request for production number 7 (Plaintiff's
25       first set of discovery requests). Here I tell Ms. Freeman that anticipated documents
26       contained in request for production number 7 would be needed for Plaintiff to defend
27       against a motion for summary judgment.

28  14. At no point in Exhibit J to Ms. Freeman's Declaration [Dkt. 113-10] did I request

defendants not to file a motion for summary judgment.

DATED this 22nd day of October 2018, at Renton, Washington.

          ___/s/ Joseph Thomas_____
          Joseph Thomas
          Attorney for Plaintiff  WSBA # 49532

**Certificate of Service**

I hereby certify that on 22 of October 2018, I filed the foregoing with the Clerk of the Court through the CM/ECF system which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Electronic Email Notice List.

          ___/s/ Joseph Thomas_____
          Joseph Thomas, WSBA 49532
          14625 SE 176th St., Apt. N101
          Renton, WA 98058
          (206) 390-8848