The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>       Plaintiff,<br><br>  v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; PERRY TAPPER, Public Records Compliance Officer, in his personal capacity; ANDREW PALMER, Compliance Analyst, in his personal capacity; JOHN or JANES DOES 1-12, in his or her personal capacity,<br><br>       Defendants. | No. 2:17-cv-00642-MJP<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER REGARDING PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS TO DEFENDANTS |

  This matter having come before the Court on *Defendants' Motion For A Protective Order Regarding Plaintiff's Second Set of Discovery Requests to Defendants*, and the Court having considered the Motion and argument, and the following pleadings:

  1. *Defendant's Motion For A Protective Order Regarding Plaintiff's Second Set of Discovery Requests to Defendants*;

  2. *Declaration of Derek Chen and exhibits thereto*;

  3. *Plaintiff's Opposition to Defendant's Motion For A Protective Order Regarding Plaintiff's Second Set of Discovery Requests to Defendants*;

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR A PROTECTIVE ORDER REGARDING
PLAINTIFF'S SECOND SET OF DISCOVERY
REQUESTS TO DEFENDANTS - 1
2:17-cv-00642-MJP
1010-00051/388312.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

4. *Defendant's Reply to Plaintiff's Opposition to Defendant's Motion For A Protective Order Regarding Plaintiff's Second Set of Discovery Requests to Defendants*;

5. _____; and

6. _____

And this Court finding itself fully informed, hereby **GRANTS** Defendants' Motion *A Protective Order Regarding Plaintiff's Second Set of Discovery Requests to Defendants* and **ORDERS** Plaintiffs' Second Set of Discovery Requests to Defendants (and any additional discovery issued in this case) stayed until the Court issues an order regarding Defendants' Motion for Summary Judgment, with the exception of any discovery ordered by the Court pursuant to a FRCP 56(d) motion. If any claims remain after the Court's order on Defendants' Motion for Summary Judgment, the parties shall work together to determine what outstanding discovery requests are still necessary, if any.

DONE IN OPEN COURT THIS \_\_\_\_ DAY OF _____, 2018.

_____
The Honorable Marsha J. Pechman

Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
    Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER REGARDING PLAINTIFF'S SECOND SET OF DISCOVERY REQUESTS TO DEFENDANTS - 2
2:17-cv-00642-MJP
1010-00051/388312.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423