The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; PERRY TAPPER, Public Records Compliance Officer, in his personal capacity; ANDREW PALMER, Compliance Analyst, in his personal capacity; JOHN or JANES DOES 1-12, in his or her personal capacity,<br><br>　　　　　　　Defendants. | No. 2:17-cv-00642-MJP<br><br>DECLARATION OF DEREK C. CHEN IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER<br><br>**NOTE ON MOTION CALENDER:**<br>November 2, 2018 |

I, Derek C. Chen, declare as follows:

1.　I am one of the attorneys representing the Defendant in this lawsuit.  I make this declaration based upon my own personal knowledge, upon facts which are admissible in evidence.  I am competent to testify to the matters set forth in this declaration.

2.　On October 23, 2018, I emailed Plaintiff's counsel Joseph Thomas to request a stay of Plaintiff's Second Set of Discovery Requests, or, in the alternative, a meet and confer conference regarding his discovery requests. *Exh. B.*  Mr. Thomas responded the next day, stating he had no availability for the entire week.  I offered two full days of availability to Mr. Thomas.

DECLARATION OF DEREK C. CHEN - 1
2:17-cv-00642-MJP
1010-00051/388309.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

3. The following exhibits are cited or relied upon in Defendants' Motion for a Protective Order:

    A. Attached as **Exhibit A** is a true and correct copy of "Plaintiff's Second Set of Discovery Requests" to Defendants in this case.

    B. Attached as **Exhibit B** is a true and correct copy of email correspondence between myself and Plaintiff's counsel Joseph Thomas regarding my request to meet and confer on this issue.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 25th day of October, 2018, at Seattle, Washington.

                                                      */s/ Derek C. Chen*
                                                      Derek C. Chen, WSBA #49723

DECLARATION OF DEREK C. CHEN - 2
2:17-cv-00642-MJP
1010-00051/388309.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Mr. Joseph Thomas
14625 SE 176th Street, Apt. N-101
Renton, WA 98058-8994
Telephone: (206) 390-8848
Email: joe@joethomas.org

DATED: October 25, 2018

*/s/ Derek C. Chen*
Derek C. Chen, WSBA #49723
Special Assistant Attorney General for Defendant

801 Second Avenue, Suite 1210
Seattle, WA 98104-1518
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: dchen@kbmlawyers.com

DECLARATION OF DEREK C. CHEN - 3
2:17-cv-00642-MJP
1010-00051/388309.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423