**EXHIBIT B**

# Derek C. Chen

| | |
|---|---|
| **From:** | joe@joethomas.org |
| **Sent:** | Wednesday, October 24, 2018 10:27 AM |
| **To:** | Derek C. Chen |
| **Cc:** | Jayne L. Freeman; LaHoma Walker; 'JULIE' |
| **Subject:** | RE: UW/Dalessio - Request to Stay Plaintiff's Second Set of Discovery Requests |

Hello Derek,

First, to answer your question, Ms. Dalessio does not agree to any stay of discovery.

I am not available for discovery conference this week. I have a very busy week this week. I have limited availability next week, October 29-31. Please give me a couple dates and times that work for you and I will tell you what is best for me. Additionally, during our discovery conference, I would like to talk about Defendants producing the second set of discovery because it appears the second set of discovery is due on or about October 29, 2018.

I think it is incumbent upon me to identify that we have had previous conversations that Ms. Dalessio argues that much of her discovery is aimed at gathering evidence of material facts that will be at issue in summary judgment. It would be more expeditious for Defendants to give Ms. Dalessio all of the discovery necessary for summary judgment rather than for Defendants to file for summary judgment and have it postponed because there are essential facts unavailable to the nonmovant. *See* Rule 56(d).

My client sincerely hopes that we can work together and come to a mutual agreement. Please let me know what you think.

Very truly yours,

Joe

Joseph Thomas
Law Office of Joseph Thomas PLLC
14625 SE. 176th ST., Apt. # N101
Renton, Washington 98058
Phone: (206) 390-8848
Website: http://JoeThomas.org

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying it or disclosing its contents to others. Thank you.

---

**From:** Derek C. Chen <DChen@kbmlawyers.com>
**Sent:** Tuesday, October 23, 2018 4:00 PM
**To:** joe@joethomas.org
**Cc:** Jayne L. Freeman <JFreeman@kbmlawyers.com>; LaHoma Walker <LWalker@kbmlawyers.com>
**Subject:** UW/Dalessio - Request to Stay Plaintiff's Second Set of Discovery Requests

Joe,

1

On September 28, 2018, during your self-stated period of unavailability, you served a Second Set of Discovery Requests on Defendants in the Dalessio case.  As agreed, we did not file our Motion for Summary Judgment during your absence even after learning you had internet access and were able to serve motions and discovery.  I am writing to request a similar professional courtesy and formally request a stay of your Second Set of Discovery Requests to Defendants until after our summary judgment motion is filed and resolved.  We will be filing the motion this Thursday.  If there is limited discovery that you believe you need to respond to our MSJ, you can address that in a CR 56(f) motion.  As discussed on our call before you left in September, we believe this is the most efficient and cost-effective way for both parties and the Court to handle any remaining discovery.

If you are not willing to agree to a stay, please let us know your availability either tomorrow or Thursday for a discovery conference regarding this issue.  If we cannot reach agreement, Defendants will note up another Motion for a Protective Order.

Thank you and I hope you had a great trip.

Sincerely,

Derek

*Derek C. Chen*

**KBM** KEATING, BUCKLIN & McCORMACK

*801 2nd Avenue, Suite 1210*
*Seattle, WA 98104*
*Office: (206)623-8861*
*FAX: (206)223-9423*
dchen@kbmlawyers.com
**Personal Bio**

**www.kbmlawyers.com**


This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited.  If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.  Thank you.