The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>                Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; PERRY TAPPER, Public Records Compliance Officer, in his personal capacity; ANDREW PALMER, Compliance Analyst, in his personal capacity; JOHN or JANES DOES 1-12, in his or her personal capacity,<br><br>                Defendants. | No. 2:17-cv-00642-MJP<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

This matter having come before the Court on *Defendant's Motion For Summary Judgment*, and the Court having considered the Motion and argument, and the following pleadings:

    1.    *Defendants' Motion For Summary Judgment*;

    2.    *Documents already on file with this Court, including*:

           a.    *Dkt. 82, Plaintiff's Amended Complaint*

           b.    *Dkts. 30, 32-34, Declaration of Alison Swenson and exhibits thereto*;

           c.    *Dkt. 29, Declaration of Andrew Palmer and exhibits thereto*;

    3.    *Declaration of Perry Tapper*;

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 1
2:17-cv-00642-MJP
1010-00051/387777.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

4. *Declaration of Eliza Saunders and exhibits thereto*;

5. *Plaintiff's Opposition to Defendants' Motion For Summary Judgment*;

6. *Defendants' Reply to Plaintiff's Opposition to Defendant's Motion For Summary Judgment*;

7. _____; and

8. _____; and

9. _____.

And this Court finding itself fully informed, hereby **GRANTS** Defendants' Motion for Summary Judgment and **ORDERS** all claims against all Defendants dismissed WITH PREJUDICE.

DONE IN OPEN COURT THIS \_\_\_\_ DAY OF _____, 2018.

_____
The Honorable Marsha J. Pechman

Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
   Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT - 2
2:17-cv-00642-MJP
1010-00051/387777.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423