**EXHIBIT B**

Alison D. Swenson

| | |
|---|---|
| **From:** | Public Records <pubrec@uw.edu> |
| **Sent:** | Wednesday, September 16, 2015 11:35 AM |
| **To:** | MINDY KORNBERG; Cheryl Manekia; Cynthia L. Dold |
| **Cc:** | Paola M. Quinones; Jeanne A. Miele |
| **Subject:** | RE: New Public Records Request: PR-2015-00570 (Betz) |
| **Attachments:** | Betz request.pdf |

My apologies. Request attached here. Thank you.

**From:** Public Records [mailto:pubrec@uw.edu]
**Sent:** Wednesday, September 16, 2015 11:34 AM
**To:** 'mindyk@u.washington.edu'; Cheryl Manekia; Cynthia L. Dold
**Cc:** Paola M. Quinones; Jeanne A. Miele
**Subject:** New Public Records Request: PR-2015-00570 (Betz)

*****Immediate attention required: This is a time-sensitive request for assistance from the Office of Public Records and Open Public Meetings. Please respond by September 30, 2015.*****

Dear Mindy Kornberg, Cheryl Manekia, Cynthia Dold:

Attached to this email is a new public records request. You are being asked to help the University respond promptly to this request by taking the following steps:

1. Immediately identify all locations, within your area of responsibility, for any record that may be responsive to this request, including any records held by others within your school, college, unit, division or department. Attached is a list of factors that must be considered when identifying records responsive to this request.

2. Immediately preserve potentially responsive records from destruction or alteration.

3. After you collect the responsive records, send electronic or hard copies of them to the Office of Public Records and Open Public Meetings, University of Washington, Box 354997. It is critical that the copies you send are single-sided and unstapled, and that you include a copy of this letter with your submission.

4. Please call the staff at the Office of Public Records and Open Public Meetings at 543-9180 with any questions or concerns you may have about this request.

The following individuals at their respective departments have been contacted regarding this public records request:

- If the request seeks a potentially large volume of records, you should work closely with the Office of Public Records and Open Public Meetings to determine a prompt timeframe for collection of records. The Office of Public Records and Open Public Meetings may explore with the requestor clarifying, narrowing, or prioritizing the request. You should not contact the requestor directly.

- Certain records may be found in more than one UW location. You should not assume that someone else is going to provide records that you also have in your control.

- The consequences of not responding promptly or completely to a request are very serious. The University could be sued and could face costly fines and legal costs for not complying fully with the requirements of the public records law.

UW002002