The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>      Plaintiff,<br><br> v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; PERRY TAPPER, Public Records Compliance Officer, in his personal capacity; ANDREW PALMER, Compliance Analyst, in his personal capacity; JOHN or JANES DOES 1-12, in his or her personal capacity,<br><br>      Defendants. | No. 2:17-cv-00642-MJP<br><br>DEFENDANTS' NOTICE OF MOTION RENOTED RE: DEFENDANTS' MOTION FOR A PROTECTIVE ORDER REGARDING PLAINTIFF'S SECOND SET OF DISCOVERY<br><br>**RE-NOTED: November 9, 2018** |

Pursuant to Western District Local Court Rule 7(l), Defendants respectfully request the Court re-note *Defendants' Motion for a Protective Order Regarding Plaintiff's Second Set of Discovery* [Dkt. 117], currently noted for November 2, 2018, to **November 9, 2018**.

DATED:  October 31, 2018

      KEATING, BUCKLIN & McCORMACK, INC., P.S.

      By:  */s/ Jayne L. Freeman*
      Jayne L. Freeman, WSBA #24318
      Special Assistant Attorney General for Defendant

DEFENDANTS' NOTICE OF MOTION RENOTED RE: DEFENDANTS' MOTION FOR A PROTECTIVE ORDER REGARDING PLAINTIFF'S SECOND SET OF DISCOVERY - 1
2:17-cv-00642-MJP
1010-00051/389290.docx

Keating, Bucklin & McCormack, Inc., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

801 Second Avenue, Suite 1210
Seattle, WA  98104-1518
Phone: (206) 623-8861
Fax:     (206) 223-9423
Email: jfreeman@kbmlawyers.com

RE-NOTED: NOVEMBER 9, 2018 - 2
2:17-cv-00642-MJP
1010-00051/389290.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Mr. Joseph Thomas
14625 SE 176th Street, Apt. N-101
Renton, WA 98058-8994
Telephone:  (206) 390-8848
Email:  joe@joethomas.org

DATED:  October 31, 2018

*/s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant
801 Second Avenue, Suite 1210
Seattle, WA  98104-1518
Phone: (206) 623-8861
Fax:   (206) 223-9423
Email: jfreeman@kbmlawyers.com

RE-NOTED: NOVEMBER 9, 2018 - 3
2:17-cv-00642-MJP
1010-00051/389290.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423