The Honorable Marsha J. Pechman

1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9           WESTERN DISTRICT OF WASHINGTON

10

11   JULIE DALESSIO, an individual,                    No.  2:17-cv-00642-MJP

12                    Plaintiff,                       STIPULATED MOTION TO EXTEND
                                                       DISCOVERY DEADLINES
13            v.

14   UNIVERSITY OF WASHINGTON, a
     Washington Public Corporation; Eliza
15   Saunders, Director of the Office of Public
     Records, in her personal and official
16   capacity; Alison Swenson, Compliance
     Analyst, in her personal capacity; Perry          **NOTE ON MOTION CALENDAR**
17   Tapper, Public Records Compliance
     Officer, in his personal capacity; Andrew         **November 02, 2018**
18   Palmer, Compliance Analyst, in his
     personal capacity; John or Jane Does 1-12,
19   in his or her personal capacity,

20                    Defendants.

21

22

23        Both parties move this Court to extend the discovery deadlines, as they have become

24   impracticable to meet.

25        The deadline for filing all motions related to discovery is November 07, 2018.  Dkt. 96.

26   Defendants amended their answer to the complaint last on September 21, 2018 adding two new

27   affirmative defenses of discretionary immunity and good faith immunity.  Dkt. 107.

28   Stipulated Motion Extending Discovery                1        Law Office of Joseph Thomas
     Case 2:17-cv-00642                                            14625 SE 176th St., Apt. N101
                                                                   Renton, Washington
                                                                   Phone (206)390-8848

Plaintiff's motion to compel initial disclosures [Dkt. 108] is noted for hearing October 26, 2018 and Defendants' pending motion for summary judgment is noted for hearing November 16, 2018. Dkt. 119.

Due to the current posture of this case with multiple pending motions, including a dispositive motion filed by Defendants, the discovery deadlines have become impracticable to meet. Both parties ask this Court to extend the deadline for all motions related to discovery from November 07, 2018 to January 07, 2019. Both parties ask this Court to extend the deadline for completing discovery from December 07, 2018 to February 07, 2019.

Respectfully submitted this November 02, 2018,

LAW OFFICE OF JOSEPH THOMAS, PLLC

By: */s/ Joseph Thomas*
Joseph Thomas, WSBA #49532
Attorney for Plaintiff

14625 SE 176th St., Apt. N101
Renton, WA 98058
Phone: (206) 390-8848
Email: joe@joethomas.org

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant

801 Second Avenue, Suite 1210
Seattle, WA 98104-1518
Phone: (206) 623-8861
Fax: (206) 223-9423
Email: jfreeman@kbmlawyers.com

1

**Certificate of Service**

2          I hereby certify that on 02 of November, 2018, I filed the foregoing with the Clerk of the

3   Court through the CM/ECF system which will automatically send electronic mail notification of

4   such filing to the CM/ECF registered participants as identified on the Electronic Email Notice

5   List.

6                                                    ___/s/ Joseph Thomas_____
                                                     Joseph Thomas, WSBA 49532
7                                                    14625 SE 176th St., Apt. N101
                                                     Renton, WA 98058
8                                                    (206) 390-8848

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28