**joe@joethomas.org**

| | |
|---|---|
| **From:** | Derek C. Chen <DChen@kbmlawyers.com> |
| **Sent:** | Wednesday, October 31, 2018 5:14 PM |
| **To:** | joe@joethomas.org |
| **Cc:** | Jayne L. Freeman; LaHoma Walker |
| **Subject:** | Follow up from Discovery Conference |

Joe,

I just wanted to quickly touch base about the documents we discussed in our discovery conference today (those responsive to RFPs 16-23.)  The documents we discussed are being assembled and I anticipate we will be able to get them to you this week.  I'll let you know if it is going to be longer.

Sincerely,

Derek

*Derek C. Chen*

**KBM** KEATING, BUCKLIN & McCORMACK

*801 2nd Avenue, Suite 1210*
*Seattle, WA 98104*
*Office: (206)623-8861*
*FAX: (206)223-9423*
*dchen@kbmlawyers.com*
**Personal Bio**

**www.kbmlawyers.com**


This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited.  If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.  Thank you.