The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JULIE DALESSIO, an individual,

                    Plaintiff,

    v.

UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; PERRY TAPPER, Public Records Compliance Officer, in his personal capacity; ANDREW PALMER, Compliance Analyst, in his personal capacity; JOHN or JANES DOES 1-12, in his or her personal capacity,

                    Defendants.

No. 2:17-cv-00642-MJP

DEFENDANTS' NOTICE TO WITHDRAW PENDING MOTION FOR PROTECTIVE ORDER [DKT. 117]

NOTED FOR HEARING: FRIDAY, NOVEMBER 9, 2018

**[CLERK'S ACTION REQUIRED]**

Pursuant to Western District Local Court Rule 7(l), Defendants respectfully request the Court withdraw its pending motion, *Defendants' Motion for a Protective Order Regarding Plaintiff's Second Set of Discovery* [Dkt. 117], currently re-noted for November 9, 2018 [Dkt. 122].

Defendants notified Plaintiff of their intent to strike the Motion prior to Plaintiff's filing a Response [Dkt. 124] and supporting declaration [Dkt. 125] on November 6, 2018. The deadline for filing a response to the Motion would not have been until November 7, 2018 pursuant to court rules.

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

DATED:  November 6, 2018

KEATING, BUCKLIN & McCORMACK, INC., P.S.


By:  /s/ Jayne L. Freeman
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant

801 Second Avenue, Suite 1210
Seattle, WA  98104-1518
Phone: (206) 623-8861
Fax:     (206) 223-9423
Email: jfreeman@kbmlawyers.com

DEFENDANTS' NOTICE TO WITHDRAW PENDING
MOTION FOR PROTECTIVE ORDER [DKT. 117] - 2
2:17-cv-00642-MJP
1010-00051/390865.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Mr. Joseph Thomas
14625 SE 176th Street, Apt. N-101
Renton, WA 98058-8994
Telephone:  (206) 390-8848
Email:  joe@joethomas.org

DATED:  November 6, 2018

/s/ Jayne L. Freeman
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant
801 Second Avenue, Suite 1210
Seattle, WA  98104-1518
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jfreeman@kbmlawyers.com

DEFENDANTS' NOTICE TO WITHDRAW PENDING
MOTION FOR PROTECTIVE ORDER [DKT. 117] - 3
2:17-cv-00642-MJP

1010-00051/390865.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423