The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; Eliza Saunders, Director of the Office of Public Records, in her personal and official capacity; Alison Swenson, Compliance Analyst, in her personal capacity; Perry Tapper, Public Records Compliance Officer, in his personal capacity; Andrew Palmer, Compliance Analyst, in his personal capacity; John or Jane Does 1-12, in his or her personal capacity,<br><br>Defendant. | No. 2:17-cv-00642-MJP<br><br>ORDER GRANTING EXTENSION OF DISCOVERY DEADLINE<br><br><br><br>**NOTE ON MOTION CALENDAR**<br><br>**November 02, 2018** |

This Cause is before the Court upon the stipulated motion to extend discovery deadlines. This Court after having carefully considered the stipulated motion and is otherwise fully advised orders the following:

## I. ORDER

Accordingly, it is **ORDERED** the stipulated motion to extend discover deadlines is **granted**. The deadline for all motions related to discovery is January 07, 2019. The deadline for discovery to be completed on February 07, 2019.

**DONE AND ORDERED** in open court in Seattle, Washington, this _6th__ day of November, 2018.

*Marsha J. Pechman*
The Honorable Marsha J. Pechman
United States Senior District Court Judge