**Job Title:**    **Compliance Analyst, Public Records and Open Public Meetings**
Department:    Office of Public Records and Open Public Meetings
Reports to:    Director, Office of Public Records and Open Public Meetings
Status:    Professional Staff Grade, 7, Title 1798-7

<u>**Purpose:**</u> This position is key to assuring compliance to government transparency laws, mitigating risk and assuring quality of complinace work performed by internal and external staff.  The positions analyzes public records requests, identifies which areas of the Univeristy hold data and information responsive to public record requests, audits collections processes to assure all data and informaiton have been records provided. The position initially determines all legal deadlines, sometimes in conjuntion with other analysts or public records officers.  Assures requestors are notified of all legally required compliance updates. Determines what compliance documentation is needed.  Creates documentation and assures it is provided to appropriate workfiles and to parties of interest.  The analyst performs analytical and administrative task to assure compliance with all state and federal access and transparency laws.  The position may oversee and audit similar processes performed on the University's behalf.

<u>**Position Summary**</u>
1.  Creates and maintains complex records systems controlling paper and electronic data and information submitted in response to public records requests.
2.  Reviews requests and determines which departments, faculty and staff may hold responsive information and data.  Works with University staff to assure all records are identified and collected in compliance with the public records law.
3.  Oversees all aspects of a caseload of public records requests.  Assures the University's response to individual public records requests complies with all state and federal access and transparency laws. Scope includes managing all legal dates, researching legal issues, analyzing data and information and performing administrative tasks associated with this compliance function.  Identifies legal, financial and brand risks bringing them to the attention of management. The analyst will assist with the caseloads of other staff upon request.
4.  Must have ability to review  all types of information and data including primary scientific research data, information held by the University but considered proprietary by the University's business partners, patient information, student information, attorney–client privileged information, investigation records from UWPD,  records from University Complaint Investigation and Resolution Office, HR , Washington National Primate Center data and information,  records from the Institutional Animal Care Committee (IACUC) and the Institutional Bio-Safety Committee, among others.  Must be comfortable working with information considered confidential or personal for business purposes, and computer systems security records.  May be assigned to review other types of information as necessary.
5.  Must be able to communicate with discretion and tact with all levels of University staff as well as outside clients.  These clients include the general public, opposing attorneys, news media and advocacy groups.
6.  Under the direction of compliance officers or other analysts established legal dates, communicates them to departments and assures departments comply with dates

UW004167

7. Create, edit and send legally required compliance correspondence to internal and external audiences.
8. Audits all legal dates and assures they are met.
9. Under the direction of compliance officers and in conjunction with other analysts arranges and manages all aspects of compliance project team meetings and other necessary meetings.
10. Other duties as assigned.

## Professional Requirements

Position requires excellent judgment and analytical skills. Must be able to identify issues that should be brought to the attention of office's management before taking independent action. Must be able to work with high volumes under strict legal deadlines. Demonstrates discretion and tact while working with highly sensitive and confidential materials. Needs excellent writing skills and must have excellent attention to detail. Requires proficiency in MSWord, Excel Outlook, and Access.

Must be able to lift 40 lbs. Work hours for this position are Monday-Friday, 8 a.m. - 5 p.m. A flexible schedule is not available for this position. Neither is telecommuting an option for this position. There may be occasional overtime, weekend or evening work required. Limited amount of travel may be required.

## Qualifications:

Bachelor's degree required in any area in which analytical thinking and excellent writing skills are required. 6 months to 1 year of experience in an office setting is required. 5-6 years of experience in the field of Washington State Public Records compliance or in discovery review may substitute for the educational experience.

Those with backgrounds in freedom of information, public relations, records management or library sciences, public policy, or the law may find this position of special interest

Desired:
Experience in a legal office working with exemption inventories and redactions desired. Database management and computers systems administration experience desired. Knowledge of regulations polices and laws pertaining to public records and open public meetings helpful.

# COMPLIANCE ANALYST, PUBLIC RECORDS & OPEN MEETINGS

| | |
|---|---|
| Req #: | 99522 |
| Department: | PUBLIC RECORDS |
| Appointing Department Web Address: | http://www.washington.edu/publicrecords/ |
| Job Location: | Seattle Campus |
| Job Location Detail: | 4311 11th Ave. NE, Suite 360, Roosevelt Commons |
| Posting Date: | 09/24/2013 |
| Closing Info: | Open Until Filled |
| Salary: | Salary and benefits are competitive. Salary is commensurate with qualifications and experience. |

4. The University of Washington (UW) is proud to be one of the nation's premier educational and research institutions. Our people are the most important asset in our pursuit of achieving excellence in education, research, and community service. Our staff not only enjoy outstanding benefits and professional growth opportunities, but also an environment noted for diversity, community involvement, intellectual excitement, artistic pursuits, and natural beauty.

The Office of Public Records and Open Public Meetings exists to assist the University of Washington in achieving compliance with the Open Public Meetings Act and Public Disclosure Laws. Our goals are to:

• Coordinate the release of documents, requested under the Public Disclosure Laws and concerning the operations of the University, to the general public in accordance with the Public Disclosure Laws and the rules and policies of the University
• Inform administrators of their responsibilities and legal obligations under the Public Disclosure Laws.
• Follow as case law is established concerning public disclosure so that the policies of the University reflect legislative law as well as case law.
• Assist the University's policy making bodies with compliance of the Open Public Meetings

UW004169

Act.
• Report to the Code Reviser's Office, Olympia, WA, on behalf of the University in matters concerning compliance with the Open Public Meetings Act.

We have an outstanding opportunity for a **Compliance Analyst, Public Records and Open Public Meetings** to support the Director and the Compliance Officers in their efforts to assure the University of Washington complies with the public records law and the open public meetings acts of Washington State. The Compliance Analyst creates and maintains complex records systems; performs analytical and administrative task to assure compliance with all state and federal access and transparency laws; creates and produces various compliance and statistical reports and may act as the office's main technical support.

Creates and maintains complex records systems controlling paper and electronic data and information submitted in response to public records requests. This may include scanning, conversion and uploading paper and electronic records into the system and assuring them for quality. It may also include the selection of software and outside technical vendors. May act as office's liaison with such vendors.

 Reviews requests and determines which departments, faculty and staff may hold responsive information and data. Works with University staff to assure all records are identified and collected in compliance with the public records law.

Oversees all aspects of a caseload of public records requests. Assures the University's response to individual public records requests complies with all state and federal access and transparency laws. Scope includes managing all legal dates, researching legal issues, analyzing data and information and performing administrative tasks associated with this compliance function. Identifies legal, financial and brand risks bringing them to the attention of management. The analyst will assist with the caseloads of other staff upon request.

Particular to this position is an in-depth understanding of the office's specialized suite of FOI/EDiscovery softwares.  Approximately 33% of the position's time will be spent performing statistical and data analysis, necessary to assure the office's efficiency and to its mission of compliance to both the public records and the open public meetings act.

Must have ability to review all types of information and data including primary scientific research data, information held by the University but considered proprietary by the University's business partners, patient information, student information, attorney–client privileged information, investigation records from UWPD, records from University Complaint Investigation and Resolution Office, HR , Washington National Primate Center data and information, records from the Institutional Animal Care Committee (IACUC) and the Institutional Bio-Safety Committee, among others. Must be comfortable working with information considered confidential or personal for business purposes, and computer systems security records. May be assigned to review other types of information as necessary.

Must be able to communicate with discretion and tact with all levels of University staff as well as outside clients. These clients include the general public, opposing attorneys, news media and advocacy groups.

Create, edit and send correspondence to internal and external audiences.

Works with office colleagues to assure requirements of open public meeting notices are met. Sends out call for annual meeting notification to all University of Washington campuses

UW004170

and units. This may include editing mailing lists, creating mass emails and sending mass emails. Will file regular and special meeting notices as required by law.

 May supervise other staff as requested.

Other duties as assigned.

**REQUIREMENTS:**

• Bachelor's degree in any area in which analytical thinking and excellent writing skills are required. Those with a background in public relations, records management, library and information sciences, public policy or the law may find this position of special interest.
• And three years of experience in  areas such as public relations, records management or information and library sciences, public policy, freedom of information or law. An equivalent combination of education and experience may substitute for the stated requirements
• Excellent judgment and analytical skills. Must be able to identify issues that should be brought to the attention of office's management before taking independent action.
• Must be able to work with high volumes under strict legal deadlines.
• Demonstrates discretion and tact while working with highly sensitive and confidential materials.
• Excellent writing skills.
• Excellent attention to detail.
• Proficiency in MSWord, Excel Outlook, and Access.

*Equivalent education/experience will substitute for all minimum qualifications except when there are legal requirements, such as a license/certification/registration.*

**DESIRED:**

• Experience in a legal office working with exemption inventories and redactions desired.
• Database management and computers systems administration experience desired.
• Knowledge of regulations polices and laws pertaining to public records and open public meetings helpful.

Condition of Employment:

• Must be able to lift/move 40 lbs.
• Work hours for this position are Monday-Friday, 8 a.m. - 5 p.m. A flexible schedule is not available for this position; neither is telecommuting an option for this position.
• There may be occasional overtime, weekend or evening work required.
• Limited amount of travel may be required.

***Appointment to this position is contingent upon obtaining satisfactory results from a criminal background check.***

As a UW employee, you will enjoy generous benefits and work/life programs. For a complete description of our benefits for this position, please visit our website, click here.

Application Process:

Part of the application process for this position includes completing an **online cover letter assessment** as well as the Employment Eligibility Assessment to obtain additional information that will be used in the evaluation process. The assessment(s) will appear on your screen for you to complete as soon as you select "Apply to this Position" on this job announcement. Once you begin the assessment, it must be completed at that time. If you select to take it later, it will appear on your "My Jobs" page to take when you are ready. **Please note that your application will not be reviewed, and you will not be considered for this position until the assessment is complete.**

 The University of Washington is a leader in environmental stewardship & sustainability, and committed to becoming climate neutral.

The University of Washington is an equal opportunity, affirmative action employer. To request disability accommodation in the application process, contact the Disability Services Office at 206-543-6450 / 206-543-6452 (tty) or dso@uw.edu.

Apply for this job

Clery Act/Campus Security Information - UW Seattle - UW Bothell - UW Tacoma

- 
- 
- 
- 
- 
- 

UW004172

University of Washington | Human Resources | Compensation Office

# PROFESSIONAL STAFF POSITION DESCRIPTION FORM

For instructions on completing this form in MS Word see: http://www.washington.edu/admin/hr/forms/instructions.html

Please provide the following information for the position to be reviewed or recruited for.  It is important that all sections be completed.  The boxes will expand as necessary to accommodate all information. Instructions for completing this form are at: http://www.uw.edu/admin/hr/forms/comp/prostaff/reviews/positiondescript-instr.pdf

| POSITION IDENTIFIERS | | |
|---|---|---|
| Proposed Payroll Title (not working title):<br>Director | Home Department:<br>Office of Public Records and Open Public Meetings | Major Organization:<br>Extrnal Affairs |
| Manager's Name:<br>Norman G. Arkans | Manager's Payroll Title:<br>Associate Vice President, Media Relations and Communications | Creation/Revision Date:<br>12/19/2012 |

| CURRENT EMPLOYEE INFORMATION (ENTER "VACANT" IF A RECRUITMENT) | | |
|---|---|---|
| Employee Name:<br>Eliza A. Saunders | Employee ID Number (EID):<br>867-003-738 | Current Payroll Title (not working title):<br>Officer |

## POSITION PURPOSE, COMPLEXITIES, DIMENSIONS, AND IMPACT TO THE UNIVERSITY

**Position Purpose:**

The position is the University's Public Records Officer, required by statute RCW 42.56.580(1) to oversee the University's compliance with the Public Records Act and to coordinate the University's responses to requests made under the act. This position is the University's chief architect of compliance for that act and for the notification structures required under RCW 42.30, the Open Public Meetings Act.  Thus it is the chief transparency officer for the University of Washington, a multi-billion dollar international institution.    This position is the institutional authority who manages associated legal, financial risk  and risk to the University's brand (LF& B risks) through the compliance program.

**Position Complexities:**

This position is the statutorily required, institutional authority that makes final decisions about the release or the withholding of all data and information held, created or used by the University of Washington.

Upon request of the public, complex and sensitive information and data are reviewed evaluated, withheld or released by staff under the director's supervision.  This includes patient information, student information, attorney-client privileged information, unpublished research, raw research data, policy drafts and position papers, C4C licensing agreements, research contracts, grant agreements, purchasing and sales contracts, coaching contracts,  police investigations, scholarly misconduct investigations, University Complaint Investigations and Resolution Office (UCIRO) investigations, human resource investigations and performance reviews of the highest level faculty and executives, to name a very few types of records.

On a daily basis, the position reviews risk situations and makes decisions which are legally binding to the University. The position does so while assuring that the University complies with the Public Records Act and other state and federal laws such as the Health Insurance Portability and Accountability Act (HIPAA), the Family Educational Rights and Privacy Act (FERPA), federal and state anti-terrorism laws, human subjects and research statutes.

It is imperative to the University's fiscal and legal health, and to the health of the University's image, that this position be able to resolve and reconcile competing needs and policies, desires and conflicts between the parent institution's executives, the institution's medical and research executives, its separate 501(c3)s,  contractors, vendors,  technology licensees, the media and legal communities, unions, and social, political, and animal rights advocacy groups. This is an extremely difficult mandate requiring excellent judgment, understanding of the University's business needs, and a thorough understanding of legal compliance requirements.

**Position Dimensions and Impact to the University:**

The extremely challenging decisions made by this position directly impact the University's major revenue-generating entities and division.  Because of financial pressure, the legislature asks public institutions of higher learning to be entrepreneurial.  In response, entrepreneurial programs like UW Medicine and C4C, are becoming a larger more complex part of the University's business model.  Entrepreneurial enterprises are traditionally private entities and therefore not subject to transparency laws.  Yet the University's entrepreneurial enterprises are considered public. This

seems an intractable tension. It is a tension that must be resolved. One that requires the office's director find a way to assure the University complies with the public records law, and with other state and federal statutes, while still supporting the University's revenue generating models.

The ability to create a viable structure to resolve these tensions and to do so with limited resources is very difficult. Building the relationships to do so may take years.  Without the structure and trust built into these relationships the University would not be able to appropriately comply with these laws-thus creating legal, financial and brand (LF & B) risk. Managing this is a major focus of the director's work.


State-wide risks associated with non-compliance to the public records act rise daily.  The need to properly manage these risks increases as well.  Throughout Washington, government institutions which have inadequately managed public records and open public meetings compliance and enforcement structures, are being ordered by the courts to pay, sometimes budget-breaking fines and fees (these are discussed in the comments section).  It is fair to say the risk of being fined $500,000.00 for a single infraction of the Public Records law is not uncommon.


Mitigating  these risks and reducing their impact to the University requires that the incumbent have a breadth and depth of expertise in all legal aspects and best practices of  transparency laws, public records and open public meetings, HIPAA, FERPA, privacy law, human subjects regulations, and federal anti-terrorism rules and laws, to name a few. It is unlikely that anyone else in the state and few if any, in the nation have the level of expertise to readily oversee this type of compliance and risk program for a multi-billion dollar international research institution.  The incumbent is considered an international expert in transparency, access to and privacy of data and information held by large research universities.  She works with the US Department of State and foreign governments on transparency compliance and enforcement issues.

| POSITION RESPONSIBILITIES |
|---|

Duties & Responsibilities: (Identify the percent time spent on each major duty, listed in decreasing order of importance. The total job duties must equal 100% regardless of position's % FTE. )

Lead Responsibilities:

30%  Is the institutional authority for the Public Records Act.  Analyzes systemic transparency risk; modifies and corrects as appropriate.  The director assures compliance with the Public Records Act and the notification requirements of the Open Public Meetings Act. Formulates or advises on various University policies.  Approves and authorizes transparency compliance actions of different schools, colleges, campuses, divisions and entities.  These are legally binding decisions that can result in fines and adverse publicity.


15%   Manages competing needs of large revenue generating entities such as UW Medicine or departments such as C4C and the Washington National Primate Research Center, while assuring they and the University comply with the Public Records Laws.


7% Makes decisions regarding application of legal advice and offers transparency guidance regarding lawsuits involving the University to deans and executives of the University.


5% Acts as project manager for ad hoc teams of deans and University executives responding to public records requests at the incumbent's direction. Authorizes risk-decisions for individual public records requests, including those involving lawsuits and those having an impact on University-wide or specific (i.e. human subjects) programs.  These are generally the most complex and have the greatest impact.


3% Advises institutional committees and committees of the University's separate

 501(c3)s about notification compliance to the Open Public Meetings Act.  Oversees institution–wide training for the Public Records and Open Public Meetings Act.


5% As the institutional official works with freedom of information organizations, compliance organizations and with

University of Washington | Human Resources
Revised: 05/25/11

Page 2 of 7

Compensation Office – Campus Box 359487
Phone: 206-543-9404   Fax: 206-616-2372
Email: ocpsp@uw.edu

**UW004174**

professional government ethics groups.   Represents University as guest expert on transparency.  This is requested by the US Department of State, by the foreign government or transparency non-governmental organization (NGOs).

Supervisory Responsibilities:

20% Works with the office's compliance officers guiding them through the decision making process. Authorizing risk-decisions for individual public records requests, including those involving lawsuits and those having an impact on University-wide or specific programs (i.e. human subjects, UW Medicine, C4C, and the Washington National Primate Research Center).  These are generally the most complex and pose the greatest risk.

5% Works with the office's compliance analysts assigning them special projects.  Works with other office staff as necessary.

10% Performs fiscal and administrative tasks including making all personnel hiring, evaluation and termination decisions.  Manages four budgets including those for revenue.  Finalizes fiscal forecasts.

## POSITION QUALIFICATIONS

Required qualification – Minimum education this position requires

☐ Associate Degree in _____.

☐ Bachelor's Degree in _____.

☒ Master's Degree in  any field in which analytical thinking, research and excellent writing skills are essential.

☐ Professional Degree (specify required degree)  _____.

☐ Doctoral Degree in _____.

☐ Professional Certification or License (specify required certification or license) _____.

Can equivalent experience substitute for degree requirement?  ☐Yes   ☒No

Required qualification – Minimum work experience (number of years and type of experience):

☐ One year or less          ☐ Two to three years          ☐ Four to five years          ☐ Six to eight years    ☒ Nine or more years

Specify the type of experience required:

Incumbent should have 9-10 years of experience in the field of governmental ethics at the policy and enforcement level.  Part of this time should have been spent in public relations and should include working with the news media – this is essential. Background should either reflect an increasing level of authority or be as head architect of compliance enforcement and risk management in this area.  A minimum of five years in the freedom of information field, with an increasing level of authority, must be demonstrated to be able to protect the University from the risks associated with non-compliance to transparency laws, HIPAA, FERPA, human subjects and federal anti-terrorism statutes and rules. Understanding discovery practices and experience working with litigation is necessary as well. The ability to mitigate or to turn outside adversarial relationships with the University into supportive ones is essential.

Desired – Education, work experience: Describe education and/or work experience beyond the minimums that would be 'desirable' but not required to satisfactorily perform the position's duties and responsibilities.

Education suitable to this position would include a Master's degree in public relations, library and information sciences, records management or those with a JD who do not wish to follow the traditional practice of law.

University of Washington | Human Resources          Page 3 of 7          Compensation Office – Campus Box 359487
Revised: 05/25/11                                                                        Phone: 206-543-9404   Fax: 206-616-2372
                                                                                               Email: ocpsp@uw.edu
                                                                                               UW004175

| WORKING ENVIRONMENTAL CONDITIONS |
|---|

This is a highly complex and sensitive environment.  The focus  of the work is to reconcile and resolve competing needs and policies, desires and conflicts between the parent institution's executives, the institution's medical and research executives, its separate 501(c3)s, outside affiliates, contractors, technology licensees, medical and legal communities while ensuring the University complies with federal and state laws.

Against this background are the legal deadlines for responding to public records requests.  The officers, under the director's supervision must by statute, determine deadlines associated with answering public records requests.  If deemed inappropriate or if the deadlines are missed the courts can and do penalize agencies with very high fines which are awarded to public records requestors.  Although the officers are legally required to create the deadline, only the court can decide if the deadlines the officers create are timely and legal.

Managing these deadlines is complex, fraught with risk and is extremely stressful.   Managing a system to determine deadlines and creating the parameters in which the officers may set deadlines is part of the compliance architecture designed and monitored by the director.

Adding to this complex environment is the increasing support for transparency and release of records. This increase is supported by the media and by open government advocacy groups, whose influence continues to grow.  Transparency laws historically have received growing support from the Attorney General of Washington State.  The vast majority of public records and open public meetings court cases in Washington State are lost by government agencies.

| OTHER COMMENTS |
|---|

1.  According to a February 2011 report by King TV News, fines under the Public Record Act have cost state agencies nearly $5,000,000.00 in a recent 5 year period.  A number of fines for individual public records requests exceeded $500,000.00.  The King TV report does not appear to include fees paid to opposing attorneys that are usually awarded by the courts. Nor does it include out of court settlements.  From discussions with others in the transparency community there appear to be a goodly number of out of court settlements.  King TV's number does not include the salaries of agency staff or of AAGs and SAAGs assigned to litigate these lawsuits.  King's report did not include fines paid by local cities and county under the Public Records Act.  While no survey of these fines could be identified, one city, Mesa, Washington,   considered filing bankruptcy or un-incorporating itself in the face of losing a single public records lawsuit.  The fine was over $250,000.00 for not responding in a timely manner.

2. Washington State's Public Records Law requires a named public records officer to oversee the institution's compliance with the act and to coordinate responses to requests made under the act.   In a benchmark survey, only a few of the University's peer institutions' state public records laws required a named official to coordinate the institution's responses to public records requests.  None of those surveyed required an institutional official to oversee compliance. Washington State requires both. Thus the University of Washington's Public Records Officer position is of a higher level than similar positions at our peers' institutions.  Salaries for positions required only to coordinate responses to public records requests, at peer institutions were found to be 125K-140K. But again they did not contain the required higher level compliance component.

| CONTACTS/INTERACTIONS |
|---|

Identify this **position's significant person-to-person work relationships or contacts** (e.g., contact with the President, not the President's secretary).  Briefly describe the purpose of the contact, AND indicate the frequency of the contact.

| Position will have direct contact with: (check all that apply): | Purpose of each contact checked: | Frequency of contact: |
|---|---|---|
| Institutional Officers:<br>☒ Regents<br>☐ President<br>☒ Executive Vice President & Provost | To discuss individual public records requests or lawsuits.  Advises about compliance issues associated with Public Records and Open Public Meeting Acts. Discusses avenues to resolve competing issues of University entities, deans or executives while assuring compliance to the Public Records Act or the notification provisions of the Open Public Meetings Act. | ☐ Daily to Weekly<br>☐ Weekly to Monthly<br>☒ Less than Monthly<br>☐ None |
| Major Leaders<br>☒ Vice Presidents | To discuss individual public records requests or | ☒ Daily to Weekly<br>☐ Weekly to Monthly |

| | | |
|---|---|---|
| ☒ Vice Provosts<br>☒ Deans<br>☒ Heads of Major Org. Departments<br>☒ Medical Center Exec Dir./COO | lawsuits.  Advises about compliance issues associated with Public Records and Open Public Meeting Acts. Discusses avenues to resolve competing issues of University entities, deans or executives while assuring compliance to the Public Records Act or the notification provisions of the Open Public Meetings Act. | ☐ Less than Monthly<br>☐ None |
| Other Employees<br>☒ Department Chair<br>☒ Faculty<br>☒ Other Staff Members<br>☐ Student Employees | To discuss individual public records requests or lawsuits.  Advises about compliance issues associated with Public Records and Open Public Meeting Acts. Discusses avenues to resolve competing issues of University entities, deans or executives while assuring compliance to the Public Records Act or the notification provisions of the Open Public Meetings Act. | ☒ Daily to Weekly<br>☐ Weekly to Monthly<br>☐ Less than Monthly<br>☐ None |
| Students:<br>☐ Teaching<br>☐ Counseling<br>☒ Other | Train various student groups such as the ASUW Executive Board or the staff of the Daily regarding the Public Records Act and the Open Public Meetings Acts | ☐ Daily to Weekly<br>☐ Weekly to Monthly<br>☒ Less than Monthly<br>☐ None |
| ☒ Patients<br>☒ Customers | To discuss and resolve concerns they have about the University's compliance with the Public Records Act and the notification provisions of the Open Public Meetings Acts or the office's compliance role, or the performance of individual office staff. | ☐ Daily to Weekly<br>☐ Weekly to Monthly<br>☒ Less than Monthly<br>☐ None |
| ☒ Outside Institutions / Organizations<br>☐ Other (please specify): | As University's representative works with the Council on Governmental Ethics Laws ( COGEL).  Inernationally is COGEL is considered the pre-eminent organization forgovernment ethics policy development and enforcement officials.   Former COGEL secretary, currently Co-Chair of Freedom of Information Program. | ☒ Daily to Weekly<br>☐ Weekly to Monthly<br>☐ Less than Monthly<br>☐ None |
| ☒ Vendors<br>☒ Suppliers | Works with individual companies who do not wish the University to release what they consider to be their proprietary records in response to a public records request. Often doing so puts the UW in breach of contract.  However contracts cannot over-ride a requirement to release records under the Public Records Act.  Director works with companies to retain their support of the University without incurring a breach of contract suit. | ☐ Daily to Weekly<br>☐ Weekly to Monthly<br>☒ Less than Monthly<br>☐ None |
| ☒ General Public | To discuss and resolve concerns they have about the University's compliance with the Public Records Act and the notification provisions of the Open Public Meetings Acts or the office's compliance role, or the performance of individual office staff. | ☐ Daily to Weekly<br>☐ Weekly to Monthly<br>☒ Less than Monthly<br>☐ None |
| ☒ Others (specify):<br>AAG & Special AAG<br><br><br>Advocacy Groups | Work on a daily basis with AAG or SAAG.  Require legal advice from  or giving advice to AAG regarding University policy and practices regarding Public Records and Open Public Meetings.  Work with AAG and SAAG on legal cases involving the University.  Work to assure that records released in public records requests are the same as those collectd by AAG/SAAG in discovery.<br><br>Works with unions, social, political and animal rights advocacy groups regarding their concerns about the University's compliance to either the Open Public Meetings Act or the Public Records Act. | ☒ Daily to Weekly<br>☐ Weekly to Monthly<br>☒ Less than Monthly<br>☐ None |

University of Washington | Human Resources
Revised: 05/25/11

Page 5 of 7

Compensation Office – Campus Box 359487
Phone: 206-543-9404    Fax: 206-616-2372
Email: ocpsp@uw.edu

UW004177

University of Washington | Human Resources          Page 6 of 7          Compensation Office – Campus Box 359487
Revised: 05/25/11                                                                                  Phone: 206-543-9404   Fax: 206-616-2372
                                                                                                                              Email: ocpsp@uw.edu

**UW004178**

| ORGANIZATION CHART | |
|---|---|
| **THIS POSITION** | |
| Proposed payroll title for this position: Director | |
| **MANAGERS** | |
| Position's manager: name: Norman G. Arkans | Payroll Title: Associate Vice-President, Media Relations |
| Manager's manager name: Randy Hogins | Payroll Title: Vice- President,  External Affairs |

| OTHER POSITIONS REPORTING TO THIS POSITION'S MANAGER | |
|---|---|
| Name: Wayne Roth | Payroll Title: Director , 1112 |
| Name: Robert Roseth | Payroll Title: Director, 1111 |
| Name: Harry Haywood | Payroll Title: Director, 1111 |
| Name: | Payroll Title: |

| SUBORDINATES | | | | |
|---|---|---|---|---|
| **A.** | | | **B.** | **C.** |
| Employees Directly Supervised by This Position | | | Headcount of Positions Reporting to Column A Position. | Total FTE of Positions Reported in Column B. |
| Name: | Payroll Title: | Position % FTE | | |
| Perry Tapper | Public Information Specialist, Gr. 8 | 100.00  % | 1 | 100.00 |
| Barbara Lechtanski | Compliance Analysts | 100.00  % | 1 | 100.00 |
| Christopher Chou | Public Information Specialist, Gr. 5 | 100.00  % | 1 | 100.00 |
| Madolyne Lawson | Program Coordinator | 100.00  % | 1 | 100.00 |
| | | % | | |
| | | % | | |
| | | % | | |
| | | % | | |
| | **Total %** | **Total** | **Total** | |
| | 333800.00  % | 4 | 400.00 | |

University of Washington | Human Resources   Page 7 of 7   Compensation Office – Campus Box 359487
Revised: 05/25/11   Phone: 206-543-9404   Fax: 206-616-2372
Email: ocpsp@uw.edu

UW004179

Public Records Compliance Officer Position Description March 3, 2014

Public Records Compliance Officers support the University's compliance architecture under the authority of the Director of Public Records and Open Public Meetings.  These positions perform or oversee essential and complex roles associated with a large complex caseload of public records requests.  Officers also perform duties associated with the notification provisions of the Open Public Meetings Act.

Under the guidance of the director, officers manage or perform the compliance review of data and information responsive to public records requests, and are responsible for assuring all legal deadlines are met.  To complete this work successfully, officers oversee the work of compliance analysts, ad hoc teams of University administrators and other staff.  Officers must have a strong ability to independently interpret and apply laws, case law and University policy.  To assure compliance, officers must have broad knowledge in the following areas:  Washington State Public Records law and related case law, federal legislation including the Health Insurance Portability and Accountability Act (HIPAA), the Family Educational Rights and Privacy Act (FERPA), human subjects regulations, state and federal anti-terrorism laws and regulations, as well as Washington State's Preservations and Destruction of Public Records laws and regulations. Additionally, officers should possess broad knowledge about academic research institutions, the University's policies and business practices, as well as its complex organizational structures.

Thriving in a team atmosphere is required yet each officer must exhibit excellent independent judgment, the ability to work independently and the keen ability to discern situations that should be brought to the director's attention or to identify decisions that should be remanded to the director.  Successful officers must have excellent writing skills and are responsible for drafting correspondence to requestors or for approving similar correspondence drafted by the office staff. The officers' interpersonal skills are also important as they serve as points of contact for members of the public requesting disclosure of public records as well as being the liaison between departments holding the desired records and the requestor. In this role, excellent judgment is needed to assist the director's efforts to resolve the competing needs of various University entities, while assuring compliance with various state and federal laws.  All these qualities are particularly critical for supervising the quality standards of the office's output as a whole.

As part of their responsibilities, officers advise the director about policy and current public records case law and legislation.  Each officer may oversee or participate in one of more of the following:  university–wide training for public records and open public meetings, the office's suite of technology packages and hardware, the design and maintenance of reference materials, and the office's student or temporary workers.  Other duties may be assigned as well.

The position requires a Master's degree in a field using advanced analytical thinking, research and writing skills or a JD, held by those who do not wish to follow the traditional practice of law.  It also requires 6-8 years of experience reflecting growing responsibilities in fields such as compliance enforcement, risk management, records management or archiving, public relations or the law.   6-10 years of freedom of information enforcement experience or similar experience may be substituted for the advanced degree and for some of the required experience.

UW004180