# WAC 478-276-060

## Public records officer.

The university's public records officer is the director of the public records office. The contact information for the public records officer is set forth under WAC **478-276-140**.

[Statutory Authority: RCW **28B.20.130** and chapter **42.56** RCW. WSR 13-05-073, § 478-276-060, filed 2/19/13, effective 3/22/13. Statutory Authority: RCW **28B.20.130**. WSR 07-03-069, § 478-276-060, filed 1/17/07, effective 2/17/07. Statutory Authority: RCW **28B.20.130**, 2005 c 274, and Executive Order 97-02. WSR 06-17-131, § 478-276-060, filed 8/22/06, effective 9/22/06. Statutory Authority: RCW **28B.20.130** and Executive Order 97-02. WSR 06-13-021, § 478-276-060, filed 6/13/06, effective 7/14/06. Statutory Authority: RCW **28B.20.130**, **42.17.260**, **42.17.290**, **42.17.300** and chapter **34.05** RCW. WSR 01-11-136, § 478-276-060, filed 5/23/01, effective 6/23/01; WSR 97-14-004, § 478-276-060, filed 6/19/97, effective 7/20/97. Statutory Authority: RCW **28B.20.130**. WSR 91-10-031, § 478-276-060, filed 4/24/91, effective 5/25/91. Statutory Authority: RCW **28B.20.130**(1). WSR 81-20-049 (Order 81-2), § 478-276-060, filed 10/2/81; Order 73-5, § 478-276-060, filed 5/29/73.]