UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO,<br><br>               Plaintiff,<br><br>  v.<br><br>UNIVERSITY OF WASHINGTON, et al.,<br><br>               Defendants. | CASE NO. C17-642 MJP<br><br>ORDER ON PLAINTIFF'S MOTION TO COMPEL INITIAL DISCLOSURES |

The above-entitled Court, having received and reviewed:

1. Plaintiff's Rule 37(a)(3)(A) Motion to Compel Initial Disclosures (Dkt. No. 108),

2. Defendants' Response to Plaintiff's Rule 37(a)(3)(A) Motion to Compel Initial Disclosures (Dkt. No. 111),

3. Plaintiff's Reply to Rule 37(a)(3)(A) Motion to Compel Initial Disclosures (Dkt. No. 114),

all attached declarations and exhibits, and relevant portions of the record, rules as follows:

IT IS ORDERED that the motion is PARTIALLY GRANTED and PARTIALLY DENIED, as follows:

Plaintiff's request for contact information for the following individuals:

- Shari Sprung
- Mindy Kornberg
- Lori Oliver
- Cynthia Dodd

is GRANTED. Defendants must produce the requested contact information for these persons unless Plaintiff's counsel represents them personally.

Plaintiff's request for identification and production of documents regarding the University of Washington's policies and procedures concerning the Public Records Act is DENIED. Any documents Defendants intend to introduce as part of their defense have already been produced.

Plaintiff's request for identification and production of documents regarding the job description and training of Ms. Saunders, Ms. Swenson, Mr. Tapper, Mr. Palmer and John/Jane Does 1-12 is DENIED. Any documents Defendants intend to introduce as part of their defense have already been produced.

Plaintiff's request for production of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment or indemnify or reimburse for payments made to satisfy judgment is DENIED. Defendant University of Washington is a self-insured state agency, which relieves the organization of any need to produce further information concerning external insurance agreements.

1    IT IS FURTHER ORDERED that Defendants' request for a Protective Order staying pending discovery is DENIED. The issue has been insufficiently briefed for the Court to rule upon.

IT IS FURTHER ORDERED that both sides will bear their own costs in briefing this motion.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 28, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge