The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; PERRY TAPPER, Public Records Compliance Officer, in his personal capacity; ANDREW PALMER, Compliance Analyst, in his personal capacity; JOHN or JANES DOES 1-12, in his or her personal capacity,<br><br>   Defendants. | No. 2:17-cv-00642-MJP<br><br>NOTICE OF UNAVAILABILITY |

Please take notice that, counsel for Defendants UNIVERSITY OF WASHINGTON, ELIZA SAUNDERS, ALISON SWENSON, PERRY TAPPER, and ANDREW PALMER will be unavailable to respond to motions, depositions, or other formal action from December 31, 2018 through January 4, 2019.  Counsel for Defendants UNIVERSITY OF WASHINGTON, ELIZA SAUNDERS, ALISON SWENSON, PERRY TAPPER, and ANDREW PALMER requests that no formal action in the above-referenced case be noted between the listed dates or for one week immediately thereafter so as to preclude adequate preparation.

   ///

NOTICE OF UNAVAILABILITY - 1
2:17-cv-00642-MJP
1010-00051/399648.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

DATED: December 5, 2018

        KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant

801 Second Avenue, Suite 1210
Seattle, WA 98104-1518
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jfreeman@kbmlawyers.com

NOTICE OF UNAVAILABILITY - 2
2:17-cv-00642-MJP
1010-00051/399648.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:   (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Mr. Joseph Thomas
14625 SE 176th Street, Apt. N-101
Renton, WA 98058-8994
Telephone:  (206) 390-8848
Email:  joe@joethomas.org

DATED:  December 5, 2018

/s/ Jayne L. Freeman
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant
801 Second Avenue, Suite 1210
Seattle, WA  98104-1518
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jfreeman@kbmlawyers.com

NOTICE OF UNAVAILABILITY - 3
2:17-cv-00642-MJP
1010-00051/399648.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423