The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JULIE DALESSIO, an individual,

               Plaintiff,

v.

UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; PERRY TAPPER, Public Records Compliance Officer, in his personal capacity; ANDREW PALMER, Compliance Analyst, in his personal capacity; JOHN or JANES DOES 1-12, in his or her personal capacity,

               Defendants.

No. 2:17-cv-00642-MJP

DEFENDANT PERRY TAPPER'S RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS

## **PRELIMINARY OBJECTIONS.**

Defendant Tapper objects to Plaintiff's preambulary language and "instructions" in that they attempt to impose obligations beyond those found in the civil rules. Defendant will provide responses pursuant to Fe. R.Civ.P. 16, 33, and 34. Furthermore, Mr. Tapper's responses to these requests was already provided to Plaintiff's counsel in discovery responses served on July 6 and August 6, 2018.

///

///

DEFENDANT PERRY TAPPER'S RESPONSES TO
PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS - 1
2:17-cv-00642-MJP
1010-00051/370472.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

# INTERROGATORIES

1. Please fully identify all persons, personnel, representatives, businesses and agencies who have examined, copied, or had access to employee records and documents pertaining to Plaintiff. In answering this Interrogatory, please include the person's job title, placement, and responsibilities in the organization. Include identification of persons who had access to Plaintiff's records as a part of their day-to-day job, and identification of the present locations and custodians of these records. The scope applies to locations and custodians both before and after the requests at issue in this lawsuit. Identify the records accessed by each of the persons, personnel, representatives, businesses and agencies.

- In identifying the documents contained in the PR 2016-00760, Defendants should refer to the file names and page numbers that have been filed in the court records, under seal, as Dkt. 38.
- In identifying the documents contained in the PR 2015-00570, Defendants should refer to the page numbers used in a specific docket filed with this Court.

This interrogatory is addressed separately to and should be answered separately by:

A. University of Washington:

B. Eliza Saunders:

C. Perry Tapper:

D. Alison Swenson:

E. Andrew Palmer:

**RESPONSE: OBJECTION**. This request is unduly burdensome, overbroad, not proportional to the needs of the case, not reasonably calculated to lead to the discovery of admissible evidence, vague ("employee records and documents") and irrelevant to the claims in Plaintiff's Amended Complaint.

DEFENDANT PERRY TAPPER'S RESPONSES TO
PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS - 2
2:17-cv-00642-MJP
1010-00051/370472.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

Without waiving the foregoing objection, Plaintiff's "employee records and documents" begin in 1987 when she was first hired by the University of Washington. She left her employment with the University in 2003, fourteen years before she filed this lawsuit. During that time period, there may be any number of persons who may have "had access to" some records somehow related to Plaintiff, including Human Resources employees and Plaintiff's supervisors.

Additionally, this request has no limit as to the years Plaintiff is seeking this information for, and in fact explicitly requests the same information for new individuals who may have access to these records at any point during litigation and discovery in this lawsuit. It would be extremely burdensome to provide this information for any person who may have accessed any information for any reason.

Further, PR 16-00760 alone is 1,142 pages, and it is undisputed that the documents released in response to this request were only produced to Plaintiff herself, not to any third parties outside the University. It is not proportional to the needs of the case (especially given Plaintiff's remaining claims based on allegations of "invasion of privacy") to determine who may have had access to each page at some point in time over the past thirty years as part of routine business practices, including when the page may not have been part of a particular "file".

Plaintiff's Dkt. No. 38 was filed with the court via computer disk, and lists each separate document as a separate .pdf as opposed to one combined document. For purposes of discovery and litigation management, the University has combined .pdfs regarding the various requests and Bates-stamped them with a numbering system UW00001-UW00XXX. Plaintiff has been provided these Bates-stamped documents and corresponding information about the documents. The references herein will be to those numbered documents.

Without waiving said objections, I do not have personal knowledge of this information, and would obtain it from reviewing University documents already provided to

DEFENDANT PERRY TAPPER'S RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS - 3
2:17-cv-00642-MJP
1010-00051/370472.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

Plaintiff. It is my understanding that OPR Compliance Analyst Alison Swenson accessed records transmitted to the OPR as responsive to PR-2015-570 in the course of her job duties processing this request, and that Compliance Analyst Andrew Palmer accessed records transmitted to the OPR as responsive to PR-2016-760 in the course of his job duties responsive to this request.

2.   Please fully identify communications, for any and all current and former employees of the University of Washington and University of Washington Medicine, any form, with any person (excluding your attorneys), regarding the matters alleged in Plaintiff's Complaint, state: (a) The identity of the person(s) with whom such communications were made; (b) What was said to the person(s) identified in subsection (a); and (c) The date and form (written or oral) of each such communications.

This interrogatory is addressed separately to and should be answered separately by:

A.   University of Washington

B.   Eliza Saunders

C.   Perry Tapper

D.   Alison Swenson

E.   Andrew Palmer

**RESPONSE:  OBJECTION**.  Defendants object to this interrogatory to the extent it calls for privileged Attorney-Client communications, Work Product, or University Claim Services claim files and databases that are confidential under state law, RCW 4.92.210(2) and (6) and RCW 43.19.781(3) which protects claim management, evaluation, and negotiation, is vague ("matters alleged in Plaintiff's Complaint") and overbroad.  Plaintiff's request for "all communications" in any form by any current and former employees regarding "the matters alleged in Plaintiff's Complaint" is far outside the bounds of what is proportional to the needs of this case and extremely overbroad and unduly burdensome.

DEFENDANT PERRY TAPPER'S RESPONSES TO
PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS - 4
2:17-cv-00642-MJP
1010-00051/370472.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

In addition to Plaintiff's broad allegations, including a breach of contract claim that refers back to a separation agreement executed when she left her employment in 2003, Plaintiff's Complaint includes discussion of other current or former employees at the University of Washington regarding whom she has made public records requests since after she filed her lawsuit in 2017, none of whom have any relation to Plaintiff's claims based on release of her records prior to those dates. Without waiving said objections, *see*, Defendants' response to Interrogatory Number 1, and the documents and descriptions provided in Defendant's Supplemental Initial Disclosures, sent to Plaintiff on May 18, 2018.

Without waiving the foregoing objection, I had a telephone call from Ms. Dalessio on or about May 20, 2016 after documents responsive to PRA-2016-00760 had been produced to Ms. Dalessio. I did not make keep notes of the conversation as it was not associated with an open request. Typically, each Compliance Analyst is responsible for his or her own case file, including making exemptions and/or redactions, and production of documents to requestors. I routinely speak with Compliance Analysts in the Office of Public Records and Open Meetings regarding questions or issues that may come up regarding a Public Records Request or response. I believe I spoke with Alison Swenson regarding one of Ms. Dalessio's requests and it is possible I reviewed a document if we discussed it, but do I not recall the exact subject matter or discussion.

3.  Please identify all person or persons who made redactions, and which pages those persons or persons redacted for request PR 2015-00570.

This interrogatory is addressed separately to and should be answered separately by:

A.  University of Washington:

B.  Eliza Saunders:

C.  Perry Tapper:

D.  Alison Swenson:

E.  Andrew Palmer:

DEFENDANT PERRY TAPPER'S RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS - 5
2:17-cv-00642-MJP
1010-00051/370472.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

**RESPONSE: OBJECTION**.  The documents speak for themselves.

Without waiving the foregoing objection, it is my understanding Compliance Analyst Alison Swenson made all redactions to PR 2015-00570 that are identified on the PR-2015-00570.

4. Please identify with specificity the location of each of the documents produced in PR 2015-00570 and PR 2016-00760.  The specificity of the location should include: the department, the building, whether the location was secure (if so, how was it secure).

This interrogatory is addressed separately to and should be answered separately by:

A. University of Washington:

B. Eliza Saunders:

C. Perry Tapper:

D. Alison Swenson:

E. Andrew Palmer:

**RESPONSE: OBJECTION**.  This request is unduly burdensome; overbroad; not proportional to the needs of the case; not reasonably calculated to lead to the discovery of admissible evidence; irrelevant.  Without waiving said objections, *see*, Defendant's Supplemental Initial Disclosures, sent to Plaintiff on May 18, 2018 for citations to documents and descriptions of who located and/or found the documents and where they were located when collected for transmittal to the Office of Public Records.

Without waiving the foregoing objection, I do not have personal knowledge of this information; I would have to review and research the same documents produced by the University to Plaintiff to see the email trail of who transmitted documents to the OPR. I do not have personal knowledge of the security of various buildings other than the Office of Public Records and Open Meetings, which is located behind doors that remain locked at all times. OPR staff including analysts Alison Swenson and Andrew Palmer had access to the

DEFENDANT PERRY TAPPER'S RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS - 6
2:17-cv-00642-MJP
1010-00051/370472.docx

**Keating, Bucklin & McCormack, Inc., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

records associated with the various public records requests they were responsible for processing. Once copies of records are received by the OPR, they are maintained electronically on a computer system in the office that is password protected and accessible only by OPR staff.

5. Please identify any and all persons who had access to each of the locations identified in Interrogatory number four (4). This should include current and former employees, current and former contract workers, members of the public, or students of the University of Washington or University of Washington Medicine.

This interrogatory is addressed separately to and should be answered separately by:

A. University of Washington

B. Eliza Saunders

C. Perry Tapper

D. Alison Swenson

E. Andrew Palmer

**RESPONSE:** **OBJECTION**. This request is unduly burdensome, overbroad, not proportional to the needs of the case, not reasonably calculated to lead to the discovery of admissible evidence, and vague ("locations"). However, the physical location requested in Interrogatory Number 4 was a "department" or "building." Even if this was narrowed to simply the room the file was kept in, it would still be inordinately disproportionate to the needs of the case to have Defendants somehow track down each person who may have "had access to" each of the locations at any point in in the past 15-30 years.

Without waiving the foregoing objection, OPR staff including analysts Alison Swenson (PR-2015-00570) and Andrew Palmer (PR 201616-00760) had access to the records associated with the various public records requests they were responsible for processing. Once copies of records are received by the OPR, they are maintained electronically on a computer system in the office that is password protected and accessible

DEFENDANT PERRY TAPPER'S RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS - 7
2:17-cv-00642-MJP
1010-00051/370472.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

only by OPR staff.

6. Please fully identify the person or persons who redacted the document and stamped the document with the statutory exemptions, in Dkt. 30-2, page 131. To help identify the document in question, it is on a "Children's Hospital & Medical Center" letterhead. The document is written by Rhoda L. Ashley, PHD.

This interrogatory is addressed separately to and should be answered separately by:

A. University of Washington

B. Eliza Saunders

C. Perry Tapper

D. Alison Swenson

E. Andrew Palmer

**RESPONSE**:

I do not have personal knowledge of this; however, it is my understanding Alison Swenson was the Compliance Analyst who processed PR-2015-00570 and she made the redactions to these documents.

Answers and Responses dated: October 4, 2018

I, Perry Tapper, am a Defendant in the above-named lawsuit. I have reviewed DEFENDANT PERRY TAPPER'S RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS, and I declare under the penalty of perjury under the laws of the state of Washington that they are true and correct to the best of my knowledge and belief.

_____
Perry Tapper

///

///

///

DEFENDANT PERRY TAPPER'S RESPONSES TO
PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS - 8
2:17-cv-00642-MJP
1010-00051/Defendant Perry Tapper Responses to Plaintiff's First Set of

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

Responses submitted and certified in compliance with FRCP 26(g).

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: /s/ Jayne L. Freeman
   Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendants

801 Second Avenue, Suite 1210
Seattle, WA  98104-1518
Telephone:  (206) 623-8861
Fax:  (206) 223-9423

Email:  jfreeman@kbmlawyers.com

DEFENDANT PERRY TAPPER'S RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS - 9
2:17-cv-00642-MJP
1010-00051/370472.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# DECLARATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on October 4, 2018, a true and correct copy of the foregoing DEFENDANT PERRY TAPPER'S RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS was served upon the parties listed below via the method indicated:

**Attorneys for Plaintiff**

Mr. Joseph Thomas
14625 SE 176th Street, Apt. N-101
Renton, WA 98058-8994
Telephone: (206) 390-8848
Email: joe@joethomas.org

[**X**] E-mail [**X**] United States Mail

DATED this 4th day of October, 2018, at Seattle, Washington.

*/s/ LaHoma Walker*
LaHoma Walker, Legal Assistant

DEFENDANT PERRY TAPPER'S RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS - 10
2:17-cv-00642-MJP
1010-00051/370472.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423