Interim Public Records Program Manager
UW Medicine Legal and Business Affairs
1959 NE Pacific St., C-315 | Box 356340 | Seattle, WA 98195
206.221.1742 | cheryls7@uw.edu

The above email may contain patient identifiable or confidential information. Because email is not secure, please be aware of associated risks of email transmission. If you are communicating with a UW Medicine Provider or Researcher via email, your acceptance of the risk and agreement to the conditions for email communications is implied. (See http://www.uwmedicine.org/about/compliance/email-risk.)

The information is intended for the individual named above. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please notify the sender by reply email, and then destroy all copies of the message and any attachments. See our Notice of Privacy Practices at http://www.uwmedicine.org/about/privacy.

**From:** Andrew Palmer [mailto:palmera@uw.edu]
**Sent:** Wednesday, November 16, 2016 2:06 PM
**To:** CHERYL L. STERNBERG <cheryls7@uw.edu>
**Subject:** PRR 2016-00745, ▇▇▇▇

Hi Cheryl,

You were looking for some additional information on ▇▇▇▇▇▇▇, right?

From OPUS…

[redacted content]

Thx!

**Andrew Palmer**
Compliance Analyst
Office of Public Records and Open Public Meetings
Roosevelt Commons  Box 354997
4311 11th Ave NE, Suite 360  Seattle, WA 98105
206.543.9180  /  fax 206.616.6294
palmera@uw.edu  /  www.washington.edu/publicrecords
logo

**From:** CHERYL L. STERNBERG [mailto:cheryls7@uw.edu]
**Sent:** Tuesday, November 15, 2016 3:01 PM
**To:** Andrew Palmer <palmera@uw.edu>

UW002047

**Subject:** Please Call

Hi Andrew,

I need to discuss a few PR requests with you.  I understand you're out of the office this afternoon, but if you could please give me a call as soon as you get a chance, I would appreciate it.  Usually any time after 10 AM is good.

Thanks,

**Cheryl Sternberg**
Interim Public Records Program Manager
UW Medicine Legal and Business Affairs
1959 NE Pacific St., C-315 | Box 356340 | Seattle, WA 98195
206.221.1742 | cheryls7@uw.edu

The above email may contain patient identifiable or confidential information. Because email is not secure, please be aware of associated risks of email transmission. If you are communicating with a UW Medicine Provider or Researcher via email, your acceptance of the risk and agreement to the conditions for email communications is implied. (See http://www.uwmedicine.org/about/compliance/email-risk.)

The information is intended for the individual named above. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please notify the sender by reply email, and then destroy all copies of the message and any attachments. See our Notice of Privacy Practices at http://www.uwmedicine.org/about/privacy.

| | |
|---|---|
| **From:** | Karen Holloway |
| **To:** | Lauren Fischer |
| **Subject:** | Re: Time Sensitive Public Records Request: PR-2016-00760 |
| **Date:** | Thursday, December 01, 2016 4:49:04 PM |

Please contact Tamara Schmautz, Virology Division Administrator, Lab Medicine. Julie Dalessio was in the Virology division and any records regarding employment reference responses subsequent to her departure from Lab Medicine would need to come from the Division. Tamara can let you know if Rhoda Morrow has such records.

**Tamara Schmautz**

206 667-7833

Box 358080

- Virology Division Administrator, Laboratory Medicine
- 1100 Fairview Avenue N, E5-110

tschmaut@uw.edu, tschmaut@fredhutch.org

Lauren, I will request the department personnel file from archives, have it scanned and forward to you.

thanks,

Karen
----
Karen Holloway
Associate Administrator
Department of Laboratory Medicine
UW Medicine
HMC, Pat Steel Bldg, 5th Floor
Box 359743
(206) 744-9786 (Voice mail)
(206) 744-9621 (FAX)

**From:** Lauren Fischer
**Sent:** Thursday, Dec 1, 2016 at 8:29:14 AM PST
**To:** KAREN L. HOLLOWAY
**Subject:** Time Sensitive Public Records Request: PR-2016-00760

**\*\*\*\*\*Immediate attention required: This is a time-sensitive request for assistance from the Office of Public Records and Open Public Meetings. Please respond to me no later than <u>THURSDAY, DECEMBER 15, 2016</u> with either your records or a notification that you do not have any responsive records. \*\*\*\*\***

Dear Ms. Holloway:

I am contacting you because UW Medicine has received a public records request (PR-2016-00760) for which I believe you or someone in your department may have

responsive records. I have attached a pdf of the request. **Please review the request and provide any responsive records in electronic format.**

All records will be reviewed to ensure permissible exemptions are brought to the attention of the UW Office of Public Records. General information pertaining to the UW Public Records process is included at the bottom of this email.

Rather than forwarding this request to others, please let me know directly if there is anyone additional you believe may have responsive records so we can discuss the best way to coordinate gathering the records. If you need additional time to search your records, please let me know that as well. Otherwise, you can feel free to direct any questions about this request for records to me. My contact information is included below. Your efforts to complete the required due diligence process is appreciated, and I look forward to assisting you in any way to fulfill this request for public records.

Thank you!

**Lauren Fischer**
Senior Program Manager
**Legal and Business Affairs, UW Medicine**
1959 NE Pacific St. | Box 356340 | Seattle, WA 98195
206.221.1894 | dunnuck@uw.edu

The above email may contain patient identifiable or confidential information. Because email is not secure, please be aware of associated risks of email transmission. If you are communicating with a UW Medicine Provider or Researcher via email, your acceptance of the risk and agreement to the conditions for email communications is implied. (See http://www.uwmedicine.org/about/compliance/email-risk.)

The information is intended for the individual named above. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please notify the sender by reply email, and then destroy all copies of the message and any attachments. See our Notice of Privacy Practices at http://www.uwmedicine.org/about/privacy.

<2016-00760, Dalessio.pdf>