The Honorable Marsh J. Pechman

UNITED STATES DISTRICT COURT OF WASHINGTON
AT WESTERN DISTRICT SEATTLE

JULIE DALESSIO, an individual,

        Plaintiff,

v.

UNIVERSITY OF WASHINGTON, et. al.

        Defendants.

No. 2:17-cv-00642 MJP

DEFENDANTS' PRIVILEGE LOG RE: DEFENDANT UW'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION

COME NOW DEFENDANTS, by and through counsel of record Special Assistant Attorney General Jayne L. Freeman and identify the following documents not produced in response to Plaintiff's first discovery requests pursuant to the following objections:

| | No. of Pages | Date | Parties | Description | Privilege/ Objection |
|---|---|---|---|---|---|
| 1 | 20 pp | 1-23-17 | Kelly Harmon, AAG | Legal Research | Attorney/client & Work Product |
| 2 | 2 pp | 10-17-16 | Gabriel Lungstom, Office Asst., AG; Rob Kosin, AAG; Michelle Doiron, AAG | Emails re call from Dalessio, Julie | Attorney/client |
| | | 10-18-16 | Rob Kosin, AAG; Eliza Saunders; Nancy Garland, AAG | | |

DEFENDANTS' PRIVILEGE LOG
2:17-cv-00642 TSZ
1010-00051/378230

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

| # | | Date | Author/Recipient | Description | Privilege |
|---|---|---|---|---|---|
| 3 | | 1-11-17 1-13-17 | Shari Spung, Risk Management/claims Rob Kosin, AAG Kelly Harmon, AAG | Email string re: Dalessio | Attorney/client Claims investigation privilege, RCW 4.92.210(2) |
| 4 | 3 pp | 4-13-17 | Kelly Harmon, AAG Michelle Doiron, AAG | Email re: Dalessio (and containing above email string) | Attorney/client Work Product |
| 5 | 3 pp | 2-2-17 | Kelly Harmon, AAG | Notes re: phone call with Shari Spung re: legal advice | Attorney/client Work Product |
| 6 | | 1-23-17 | Kelly Harmon, AAG | Legal research | Attorney work product |
| 7 | 4 pp | 2003 | Jeff Davis, former AAG | Unsigned copies of 2003 separation agreement & stipulation & order of dismissal of Personnel Appeals Board | Attorney work product |
| 8 | 2 pp | undated | Shari Spung, Risk Management/claims | Notes to file re PRA analysis | Claims investigation privilege, RCW 4.92.210(2) |
| 9 | 21 pp | 11-10-16- 4-10-17 | Shari Spung, Risk Management/Claims | Notes re: Dalessio | Claims investigation privilege, RCW 4.92.210(2) Attorney/client |
| 10 | 4 pp | undated | Shari Spung, Risk Management/claims | Copies of tort claim & lawsuit with risk management/claims investigation notes | Claims investigation privilege, RCW 4.92.210(2) |
| 11 | 1p | 2/14- 2/15/17 | Shari Spung, Risk Management/claims Andrew Palmer, OPR | Email strings re: Dalessio records request PR-2016-00760 and 10-21-16 tort claim by Dalessio | Claims investigation privilege, RCW 4.92.210(2) |

DEFENDANTS' PRIVILEGE LOG
2:17-cv-00642 TSZ
1010-00051/378230

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

| | | | | | |
|---|---|---|---|---|---|
| 12 | 1 pp | 10-21-16 | Thalita Baccarin, former Program Coordinator, Claim Services (on behalf of Shari Spung, Risk Management Claims) Kathleen Burns | Email strings re: Dalessio records request PR-2016-00760 and 10-21-16 tort claim by Dalessio | Claims investigation privilege, RCW4.92.210(2) |
| 13 | 2 pp | 11/10/16-4/10/17 | Shari Spung, Risk Management/claims | Risk Management/Claims notes | Claims investigation privilege, RCW 4.92.210(2) |
| 14 | 4 pp | 10/31/16 | Karin Nyrop, AAG Shari Spung, Risk Management/claims | Email re tort claim | Attorney/client Claims investigation privilege, RCW 4.92.210(2) |
| 15 | 5 pp | 10/31-11/1/16 | Shari Spung, Risk Management/claims Elizabeth Cherry, Risk Management/Claims | Email re tort claim source of funds | Claims investigation privilege, RCW 4.92.210(2) |
| 16 | 2 pp | 10/25/16 | Claims Departmental Account Shari Spung, Risk Management/claims | Notice of claim closure | Claims investigation privilege, RCW 4.92.210(2) |
| 17 | 4 pp | 11/29/16 | Shari Spung, RM/claims Eliza Saunders Perry Tapper Alison Swenson Nancy Garland, AAG Rob Kosin, AAG Norm Arkans, former Public Information Officer | Exec notification re new tort claim-confidential claims communication | Claims investigation privilege, RCW 4.92.210(2) Attorney/client |
| 18 | 4 pp | 11-29-16 | Shari Spung, Risk Management/claims Kathleen Burns | New claim notification-confidential claims communication | Claims investigation privilege, RCW 4.92.210(2) Attorney/client |
| 19 | 2 pp | 11-29-16 12/11/16 12/4/16 | Shari Spung, Risk Management/claims | Note to RM file re response from claimant | Claims investigation privilege, RCW 4.92.210(2) Attorney/client |

DEFENDANTS' PRIVILEGE LOG
2:17-cv-00642 TSZ
1010-00051/378230

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

| | | | | | |
|---|---|---|---|---|---|
| 20 | 1 pp | 4/3/17 | Shari Spung, Risk Management/claims<br>Deb Austin, former RM<br>Casey Leichter<br>Karin Nyrop, AAG<br>Nancy Garland, AAG<br>Aileen Huang,<br>Elizabeht Dahl<br>Lansing Jones<br>Michelle Doiron, AAG<br>Mary Taylor<br>Margaret Graves Esteve | New Lawsuit: Julie Dalessio v. UW | Claims investigation privilege, RCW 4.92.210(2) |
| 21 | 8 pp | 12/2/16 | Shari Spung, Risk Management/claims<br>Alison Swenson, OPR | Emails re AAG attorney/client email and claimant contact | Claims investigation privilege, RCW 4.92.210(2)<br>Attorney/client |
| 22 | 7 pp | 12/5/16 | Shari Spung, Risk Management/claims<br>Alison Swenson, OPR | Dalessio- confidential claims communication | Claims investigation privilege, RCW 4.92.210(2) |
| 23 | 7 pp | 12/5/16 | Shari Spung, Risk Management/claims<br>Norm Arkans, OPR | Dalessio- confidential claims communication | Claims investigation privilege, RCW 4.92.210(2) |
| 24 | 7 pp | 12/5/16 | Shari Spung, Risk Management/claims<br>Eliza Saunders, OPR | Dalessio- confidential claims communication | Claims investigation privilege, RCW |
| 25 | 7 pp | 12/5/16 | Shari Spung, Risk Management/claims<br>Perry Tapper, OPR | Dalessio- confidential claims communication | Claims investigation privilege, RCW 4.92.210(2) |

The foregoing objections were asserted in good faith pursuant to FRCP 26 and 33.

DEFENDANTS' PRIVILEGE LOG
2:17-cv-00642 TSZ
1010-00051/378230

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

DATED: August 31, 2018

KEATING, BUCKLIN & McCORMACK, INC., P.S.


By: */s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendants

800 Fifth Avenue, Suite 4141
Seattle, WA  98104-3175
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jfreeman@kbmlawyers.com

DEFENDANTS' PRIVILEGE LOG
2:17-cv-00642 TSZ
1010-00051/378230

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# DECLARATION OF SERVICE

I declare that on August 31, 2018, I caused a true and correct copy of the foregoing document to be served on the party listed below *via email*.

**Attorney for Plaintiff**
Mr. Joseph Thomas
14625 S.E. 176th St., Apt. N-101
Renton, WA 98058-8994
(206)390-8848
joe@joethomas.org

DATED: August 31, 2018

*/s/ Tia Uy*
Tia Uy, Legal Assistant

DEFENDANTS' PRIVILEGE LOG
2:17-cv-00642 TSZ
1010-00051/378230

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

SUPPLEMENTAL RESPONSE:

The documents identified in the foregoing privilege log are responsive to Interrogatory No. 2.

DATED: October 4, 2018

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: /s/ Jayne L. Freeman
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant

801 Second Avenue, Suite 1210
Seattle, WA 98104-1518
Phone: (206) 623-8861
Fax:   (206) 223-9423
Email: jfreeman@kbmlawyers.com

2:17-cv-00642-MJP

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2018, I caused a true and correct copy of the foregoing document to be served on the party listed below *via email*:

**Attorneys for Plaintiff**

Mr. Joseph Thomas
14625 SE 176th Street, Apt. N-101
Renton, WA 98058-8994
Telephone:  (206) 390-8848
Email:  joe@joethomas.org

DATED:  October 4, 2018

　　　　　　　　　　　　　　　　　　*/s/ LaHoma Walker*
　　　　　　　　　　　　　　　　　　LaHoma Walker, Legal Assistant

2:17-cv-00642-MJP

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423