The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE DALESSIO, an individual, | No. 2:17-cv-00642-MJP |
| Plaintiff, | |
| v. | DECLARATION OF JOSEPH THOMAS IN SUPPORT OF DISCOVERY CONFERENCE |
| UNIVERSITY OF WASHINGTON, ET. AL. | |
| Defendant. | **Note on Motion Calendar December 28, 2018** |

I, Joseph Thomas, declare as follows:

1. I am the court-appointed pro bono counsel for Plaintiff Julie Dalessio in this above entitled lawsuit. I make this declaration based upon my own personal knowledge, upon facts which are admissible in evidence. I am competent to testify to the matters set forth in this declaration.

2. On September 17, 2018 I had a discovery telephonic conference with Jayne Freeman and Derek Chen, Defendants' attorneys.

3. Attached as **Exhibit A** is a true and correct copy of an email chain between Joseph Thomas, Jayne Freeman and Derek Chen from September 13-18, 2018.

Declaration
Case 2:17-cv-00642

1

Law Office of Joseph Thomas
14625 SE 176th St., Apt. N101
Renton, Washington
Phone (206)390-8848

DATED this 12 day of December 2018, at Renton, Washington.

       ___/s/ Joseph Thomas_____
Joseph Thomas
Attorney for Plaintiff  WSBA # 49532

**Certificate of Service**

I hereby certify that on 12 of December 2018, I filed the foregoing with the Clerk of the Court through the CM/ECF system which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Electronic Email Notice List.

       ___/s/ Joseph Thomas_____
Joseph Thomas, WSBA 49532
14625 SE 176th St., Apt. N101
Renton, WA 98058
(206) 390-8848

2