The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>      Plaintiff,<br><br> v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; PERRY TAPPER, Public Records Compliance Officer, in his personal capacity; ANDREW PALMER, Compliance Analyst, in his personal capacity; JOHN or JANES DOES 1-12, in his or her personal capacity,<br><br>      Defendants. | No. 2:17-cv-00642-MJP<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER TO STAY DISCOVERY |

   This matter having come before the Court on *Defendant's Motion for a Protective Order to Stay Discovery*, and the Court having considered the Motion and argument, and the following pleadings:

   1. *Defendant's Motion for a Protective Order Regarding Plaintiff's First and Second Sets of Discovery Requests*; and

   2. *Declaration of Derek C. Chen in Support of Defendants' Motion for a Protective Order*, and exhibits thereto; and

   3. *Pleadings and Declarations in the Court file*; and

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER TO STAY DISCOVERY - 1
2:17-cv-00642-MJP

1010-00051/402764.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

4. _____ ; and

5. _____ ; and

6. _____ .

And this Court finding itself fully informed, hereby **GRANTS** Defendants' Motion for a Protective Order and **ORDERS** all pending and new discovery and discovery motions stayed until the Court issues its ruling on Defendants' pending Motion for Summary Judgment (*Dkt. 119*).

DONE IN OPEN COURT THIS ____ DAY OF _____, 2018.

_____
The Honorable Marsha J. Pechman

Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
      Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR A PROTECTIVE ORDER TO STAY
DISCOVERY - 2
2:17-cv-00642-MJP
1010-00051/402764.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423