1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JULIE DALESSIO, an individual,

                Plaintiff,

    v.

UNIVERSITY OF WASHINGTON, a
Washington Public Corporation; ELIZA
SAUNDERS, Director of the Office of
Public Records, in her personal and official
capacity; ALISON SWENSON, Compliance
Analyst, in her personal capacity; PERRY
TAPPER, Public Records Compliance
Officer, in his personal capacity; ANDREW
PALMER, Compliance Analyst, in his
personal capacity; JOHN or JANES DOES
1-12, in his or her personal capacity,

                Defendants.

No. 2:17-cv-00642-MJP

DECLARATION OF DEREK C. CHEN
IN SUPPORT OF DEFENDANTS'
MOTION FOR A PROTECTIVE
ORDER

**NOTED FOR HEARING: FRIDAY,
DECEMBER 28, 2018**

I, Derek C. Chen, declare as follows:

1.     I am one of the attorneys representing the Defendants in this lawsuit.  I make this declaration based upon my own personal knowledge, upon facts which are admissible in evidence.  I am competent to testify to the matters set forth in this declaration.

2.     Counsel for Defendants, Jayne Freeman and Derek Chen, had extensive discussions with Plaintiff's counsel, Joe Thomas, via telephonic conferences and email (reflected in part in **Exhibit B** to this declaration) regarding what discovery Plaintiff's counsel believed he needed to oppose Defendants' Motion for Summary Judgment seeking dismissal of all claims.  In one of the final conferences, Plaintiff's counsel finally stated he

DECLARATION OF DEREK C. CHEN - 1
2:17-cv-00642-MJP

1010-00051/402535.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

needed responses to RFPs 16-23 from Plaintiff's Second Set of Discovery Requests.  Each of those requests, not served on Defendants until September 28, 2018, simply asked Defendants to re-produce copies of thousands of documents the University had already produced directly to Ms. Dalessio in response to her PRA requests for unrelated documents about non-parties.  Mr. Thomas conceded that his client had all of these records in her possession but indicated that he had been unable to obtain copies of the documents from his client over the nine months he had been representing her.  Despite objecting to these requests, and particularly to the relevance of the requests, Defense counsel provided that information to Plaintiff's counsel prior to the date his opposition brief was due.  In anticipation of additional motions to compel, counsel for Defendants took these steps and delayed filing their Motion for Summary Judgment to make sure there would not be any objections based on lack of evidence—and there were not any and still are not.

3.      Upon reviewing Bates range UW3005-4154, which is approximately 1,150 pages produced electronically in .pdf format, the documents pertaining to each individual lawsuit are kept together and appear to be in alphabetical order.  I was able to find the documents Plaintiff referenced in her motion to compel, *Dkt. 136*, in under ten minutes without an electronic search.

4.      As Plaintiff stated in her motion to compel (*Dkt. 136*), the parties have had several telephonic conferences regarding both of Plaintiff's sets of discovery, including, but not limited to, August 23, 2018, September 17, 2018, and October 31, 2018.  *See also*, **Exhibit A** where Plaintiff's counsel states he will not agree to stay discovery.

5.      The following exhibits are cited or relied upon in Defendants Motion for a Protective Order:

A.      Attached as **Exhibit A** is a true and correct copy of email correspondence between myself, Joe Thomas, and attorney Jayne Freeman.

B.      Attached as **Exhibit B** is a true and correct copy of email correspondence between myself, Joe Thomas, and attorney Jayne Freeman.

DECLARATION OF DEREK C. CHEN - 2
2:17-cv-00642-MJP
1010-00051/402535.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

1
2
3
4

Defendants have redacted Plaintiff's address out of an extreme abundance of caution given Plaintiff's prior attempts to bring Defendants into this lawsuit. If the Court wishes for Defendants to file an unredacted copy, Defendants will do so immediately.

5

6
7

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

8
9

DATED this 20th day of December, 2018, at Seattle, Washington.

10

11

/s/ Derek C. Chen
Derek C. Chen, WSBA #49723

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

DECLARATION OF DEREK C. CHEN - 3
2:17-cv-00642-MJP
1010-00051/402535.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on December 20, 2018, I electronically filed the foregoing with

3    the Clerk of the Court using the CM/ECF system which will send notification of such filing

4    to the following:

5

6    **Attorneys for Plaintiff**

7    Mr. Joseph Thomas
     14625 SE 176th Street, Apt. N-101
8    Renton, WA 98058-8994
     Telephone:  (206) 390-8848
9    Email:  joe@joethomas.org

10

11   DATED:  December 20, 2018

12

13
                                                    /s/ Jayne L. Freeman
14                                                  Jayne L. Freeman, WSBA #24318
                                                    Special Assistant Attorney General for
15                                                  Defendant
                                                    801 Second Avenue, Suite 1210
16                                                  Seattle, WA  98104-1518
                                                    Phone: (206) 623-8861
17                                                  Fax:    (206) 223-9423
                                                    Email: jfreeman@kbmlawyers.com
18

19

20

21

22

23

24

25

26

27

DECLARATION OF DEREK C. CHEN - 4
2:17-cv-00642-MJP

1010-00051/402535.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423