**EXHIBIT B**

# Derek C. Chen

| | |
|---|---|
| **From:** | Jayne L. Freeman |
| **Sent:** | Thursday, November 8, 2018 11:53 AM |
| **To:** | joe@joethomas.org; LaHoma Walker |
| **Cc:** | Derek C. Chen |
| **Subject:** | RE: Dalessio v. University of WA, Case No. 2:17-cv-00642-MJP |

Joe: we have been getting documents Bates'-stamped and over to you as soon as we are receiving them from the University. We thought we would have the rest by yesterday, but learned the UW staff-member handling the request was out ill. We are hoping to have them over to you today if we receive them. We did not guarantee we would be able to get you all of the documents by last Friday, but stated we anticipated we would be able to—we did provide a substantial amount of these documents to you Friday afternoon and Monday morning.  We are still collecting the documents and will have them to you as soon as possible.  We still do not agree any of these documents are necessary for your opposition to our summary judgment motion, but we are providing them as a courtesy to you, especially considering your client has had these documents since they were originally produced, some of which date back to 2017.  There is no basis to re-note the summary judgment motion just to allow additional time to receive documents you have access to through your client.

Additionally, assuming "supporting documents" refers to the emails that were sent to the different departments to request responsive documents, we did not agree to produce those as that would take a significant amount of time not proportional to the needs of this case.  We explicitly agreed to produce copies of the documents Ms. Dalessio *has already received* because you stated you had not been able to get them from your client despite knowing about our summary judgment motion for months, and we have also produced related Case Summary Reports documenting administration of the PRA requests/responses.

I am also confused about your reference to "RFP 20" as "incomplete". RFP 20 requests the following:

*20. Please produce all documents that were used to collect, documents collected, and documents produced to the requestor for Public Records Act request PR 2017-00803.*

PR-2017-00803 lists that request as follows (UW4983):

> a copy of PR-2016-00745
> please send me a copy of PR 2016-00745 on a disc.
> thanks
> julie dalessio

We produced to you in response to RFP 20 a copy of the Summary Report (UW004983-UW004984) and the documents that OPR produced to your client in response to this request, which was the document UW4985—a copy of the PRA request submitted by Jennifer Devine on November 2, 2016 that was PR-2017-00745. These were the documents produced in response to Ms. Dalessio's PRA-2017-00803, and these are the same documents produced to you in discovery. There were no more documents produced in response to PR-2017-00803. The Request Summary Report reflects that 1 page was received, granted, and produced in response to PR-2017-803, not 700 pages, so I'm not sure where that number comes from.

We are trying to work with you as we too do not wish to burden the Court with unnecessary motions, but please do not mistake our willingness to provide documents already in your possession as any kind of concession.  If

you feel you need those documents in order to effectively oppose Defendants' motion, you can file the appropriate FRCP 56(d) motion.  It is difficult to see how that would be the case.

Thank you.


*Jayne L. Freeman*

**KBM** KEATING, BUCKLIN & McCORMACK

*801 Second Avenue, Suite 1210*
*Seattle, WA 98104*
*Office: (206)623-8861*
*FAX: (206)223-9423*
*jfreeman@kbmlawyers.com*

**www.kbmlawyers.com**
**(Please note our new address)**

---

**From:** joe@joethomas.org <joe@joethomas.org>
**Sent:** Thursday, November 8, 2018 11:22 AM
**To:** LaHoma Walker <LWalker@kbmlawyers.com>
**Cc:** Jayne L. Freeman <JFreeman@kbmlawyers.com>; Derek C. Chen <DChen@kbmlawyers.com>; 'JULIE' <juliedalessio@msn.com>
**Subject:** RE: Dalessio v. University of WA, Case No. 2:17-cv-00642-MJP

Good morning Jayne and Derek,

This is the second time I am writing to you about this subject. We are still missing 16-18 of the requests for production out of Plaintiff's second set of discovery requests.  Derek said Defendants would produce the all the documents by Friday to requests for production 16-23.  When will we receive the outstanding 16-18 requests for production, as promised?  Time is of the essence because we are working on our response to summary judgment as we speak that is due in a couple of days.

Also, the documents Defendants produced in response to request for production 20 is incomplete.  There is no copy of "PR 2016-745."  The only document attached was the request letter.  None of the responsive documents to the Public Records Act request were produced.  This is approximately 700 documents being withheld from discovery.  This is a large omission.

Lastly, none of the supporting documents have been produced for any of the requests for production 16-23.  Each of the requests for production ask for the supporting documents that were used in gathering the records.  None of these supporting of these supporting documents were produced.

Will Defendants agree to re-note summary judgement?  Derek stated that we would have the documents on November 02, 2018.  It is now almost a week later from the promised deadline.  This is prejudicial to my client because we cannot adequately review the documents and write our response to Defendants motion for summary judgment before it is due next week.  Re-noting Defendants motion for summary judgment would give Defendants time to produce the outstanding documents to requests for production 16-23 and give Ms. Dalessio adequate time to respond to summary judgment.  We are trying to work with you to avoid unnecessary motion practice.  Please let me know as soon as possible what you decide.  Time is of the essence.

Very truly yours,

Joe

Joseph Thomas
Law Office of Joseph Thomas PLLC
14625 SE. 176th ST., Apt. # N101
Renton, Washington 98058
Phone: (206) 390-8848
Website: http://JoeThomas.org

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying it or disclosing its contents to others. Thank you.

---

**From:** joe@joethomas.org <joe@joethomas.org>
**Sent:** Wednesday, November 7, 2018 12:29 PM
**To:** 'LaHoma Walker' <LWalker@kbmlawyers.com>
**Cc:** 'Jayne L. Freeman' <JFreeman@kbmlawyers.com>; 'Derek C. Chen' <DChen@kbmlawyers.com>; 'JULIE' <juliedalessio@msn.com>
**Subject:** RE: Dalessio v. University of WA, Case No. 2:17-cv-00642-MJP

Jayne and Derek,

We are still missing 16-18 of the requests for production out of Plaintiff's second set of discovery requests.  Derek said Defendants would produce the all the documents by Friday to requests for production 16-23.  When will we receive the outstanding 16-18 requests for production, as promised?  Time is of the essence because we are working on our response to summary judgment as we speak that is due in a couple of days.

Very truly yours,

Joe

Joseph Thomas
Law Office of Joseph Thomas PLLC
14625 SE. 176th ST., Apt. # N101
Renton, Washington 98058
Phone: (206) 390-8848
Website: http://JoeThomas.org

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying it or disclosing its contents to others. Thank you.

---

**From:** LaHoma Walker <LWalker@kbmlawyers.com>
**Sent:** Monday, November 5, 2018 12:30 PM
**To:** joe@joethomas.org
**Cc:** Jayne L. Freeman <JFreeman@kbmlawyers.com>; Derek C. Chen <DChen@kbmlawyers.com>
**Subject:** Dalessio v. University of WA, Case No. 2:17-cv-00642-MJP

Good afternoon.

Following is a link to documents responsive to RFP 21:

3

    18-00253 (Dalessio, Stage 1) UW006609-UW007161
    18-00253 (Dalessio, Stage 2) UW007162- UW007903

https://www.dropbox.com/sh/f7o1yk0rckb9y1x/AACEDwZSrswq7otqQePI4-CEa?dl=0

Thank you and all the best,

*LaHoma Walker*
Legal Assistant to
Derek C. Chen
Jayne L. Freeman
Kimberly J. Waldbaum
Michael C. Walter
Keating Bucklin & McCormack, Inc., P.S.
801 2nd Avenue, Suite 1210
Seattle, Washington 98104
Office 206.623.8861
Fax    206.223.9423

lwalker@kbmlawyers.com

www.kbmlawyers.com

**KBM**
KEATING, BUCKLIN & McCORMACK

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited.  If you receive this message in error, or are not the named recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.  *Thank* you.