The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE DALESSIO, an individual, | No. 2:17-cv-00642-MJP |
| Plaintiff, | NOTICE OF UNAVAILABILITY |
| v. | |
| UNIVERSITY OF WASHINGTON, | |
| Defendant. | |

Please take notice that counsel for Plaintiff Julie Dalessio will be unavailable the following dates:

- January 21 – February 07, 2019 (foreign travel)

Plaintiff's counsel, Mr. Thomas, will be unavailable to respond to motions, depositions, or other formal action during this timeframe.

Notice of Unavailability
Case 2:17-cv-00642

1

Law Office of Joseph Thomas
14625 SE 176th St., Apt. N101
Renton, Washington
Phone (206)390-8848

Respectfully submitted this 20th day of December 2018

Law Office of Joseph Thomas

   /s/ Joseph Thomas
Joseph Thomas, WSBA 49532

**Certificate of Service**

I hereby certify that on 20th of December 2018, I filed the foregoing with the Clerk of the Court through the CM/ECF system which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Electronic Email Notice List.

   /s/ Joseph Thomas
Joseph Thomas, WSBA 49532
14625 SE 176th St., Apt. N101
Renton, WA 98058
(206) 390-8848