The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; PERRY TAPPER, Public Records Compliance Officer, in his personal capacity; ANDREW PALMER, Compliance Analyst, in his personal capacity; JOHN or JANES DOES 1-12, in his or her personal capacity,<br><br>    Defendants. | No. 2:17-cv-00642-MJP<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS |

  This matter having come before the Court on *Plaintiff's Motion to Compel Responses to Plaintiff's First Set of Discovery Requests*, and the Court having considered the Motion and argument, and the following pleadings:

  1. *Plaintiff's Motion to Compel Responses to Plaintiff's First Set of Discovery Requests* and exhibits thereto; and

  2. *Declaration of Joseph Thomas*; and

  3. *Defendants' Opposition to Plaintiff's Motion to Compel Responses to Plaintiff's First Set of Discovery Requests;* and

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS - 1
2:17-cv-00642-MJP
1010-00051/402455

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

    4.    *Declaration of Jayne L. Freeman* and attached exhibits; and

    5.    _____; and

    6.    _____; and

    7.    _____.

And this Court finding itself fully informed, hereby **DENIES** Plaintiff's Motion to Compel Responses to Plaintiff's First Set of Discovery Requests and **DENIES** Plaintiff's request for attorney fees and costs.

DONE IN OPEN COURT THIS ____ DAY OF _____, 2018.

_____
The Honorable Marsha J. Pechman

Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
    Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS - 2
2:17-cv-00642-MJP
1010-00051/402455

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423