The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>                  Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; PERRY TAPPER, Public Records Compliance Officer, in his personal capacity; ANDREW PALMER, Compliance Analyst, in his personal capacity; JOHN or JANES DOES 1-12, in his or her personal capacity,<br><br>                  Defendants. | No. 2:17-cv-00642-MJP<br><br>SUPPLEMENTAL DECLARATION OF DEREK C. CHEN IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER |

I, Derek C. Chen, declare as follows:

1. I am one of the attorneys representing the Defendant in this lawsuit. I make this declaration based upon my own personal knowledge, upon facts which are admissible in evidence. I am competent to testify to the matters set forth in this declaration.

2. The following exhibits are cited or relied upon in Defendants Reply Brief in support of Defendants' Motion for a Protective Order:

    A.    Attached as **Exhibit A** is a true and correct copy of an email string between Plaintiff's counsel Joe Thomas and myself regarding re-noting this motion and Plaintiff's Motion to Compel Responses to Plaintiff's First Set of Discovery

DECLARATION OF DEREK C. CHEN - 1
2:17-cv-00642-MJP
1010-00051/404161.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

Requests, including the 12:01 PM email Mr. Thomas omitted from *Dkt. 144-1*. Both copies of the email string omit an unrelated email string regarding supplemental initial disclosures that was originally attached to the bottom.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 28th day of December, 2018, at Seattle, Washington.

*/s/ Derek C. Chen*
Derek C. Chen, WSBA #49723

DECLARATION OF DEREK C. CHEN - 2
2:17-cv-00642-MJP
1010-00051/404161.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Mr. Joseph Thomas
14625 SE 176th Street, Apt. N-101
Renton, WA 98058-8994
Telephone: (206) 390-8848
Email: joe@joethomas.org

DATED: December 28, 2018

/s/ Derek C. Chen
Derek C. Chen, WSBA #49723
Special Assistant Attorney General for Defendant

801 Second Avenue, Suite 1210
Seattle, WA 98104-1518
Phone: (206) 623-8861
Fax: (206) 223-9423
Email: dchen@kbmlawyers.com

DECLARATION OF DEREK C. CHEN - 3
2:17-cv-00642-MJP
1010-00051/404161.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423