The Honorable Marsha J. Pechman

1
2
3
4
5
6
7

8           UNITED STATES DISTRICT COURT

9          WESTERN DISTRICT OF WASHINGTON

10

11  JULIE DALESSIO, an individual,                No.  2:17-cv-00642-MJP

12                   Plaintiff,                   PLAINTIFF'S MOTION TO EXTEND
                                                 DISCOVERY DEADLINES
13           v.

14  UNIVERSITY OF WASHINGTON, a
    Washington Public Corporation; Eliza
15  Saunders, Director of the Office of Public
    Records, in her personal and official
16  capacity; Alison Swenson, Compliance
    Analyst, in her personal capacity; Perry     **Note on Motion Calendar January 18, 2019**
17  Tapper, Public Records Compliance
    Officer, in his personal capacity; Andrew
18  Palmer, Compliance Analyst, in his
    personal capacity; John or Jane Does 1-12,
19  in his or her personal capacity,

20                   Defendant.

21
22
23
24
25
26
27
28  Motion to Extend Discovery Deadline                1          Law Office of Joseph Thomas
    Case 2:17-cv-00642                                            14625 SE 176th St., Apt. N101
                                                                  Renton, Washington
                                                                  Phone (206)390-8848

Ms. Dalessio requests this Court to extend the discovery deadlines in this lawsuit.

**I.      Argument**

1.   Good cause exists to extend the discovery deadline

Plaintiff has only recently received the court ordered initial disclosures from Defendants on December 21, 2018.  There has not been enough time for Plaintiff to act upon the court ordered initial disclosures.

The deadline for filing all motions related to discovery is January 07, 2019.  Dkt. 129. The deadline for discovery to be completed on February 07, 2019. Dkt. 129.  Defendants submitted the court ordered initial disclosures on December 21, 2018.  There is an outstanding motion to compel Plaintiff's first set of discovery requests that has yet to be ruled upon by this Court.  Dkt. 136.   There is an outstanding motion for a protective order from Plaintiff's first and second set of discovery requests that has yet to be ruled upon by this Court.  Dkt. 138.  And there is also Defendants' pending motion for summary judgment. Dkt. 119.

"Defendants are simply attempting to have their dispositive motion heard and are completely willing to respond to any discovery requests the Court believes are necessary for Plaintiff to respond to the almost purely legal arguments set for in Defendants' Motion for Summary Judgment."  Dkt. 143-1 at 4.

For the sake of judicial economy and to avoid any unnecessary motion practice, it is necessary for this Court to extend the discovery deadlines to allow time for this Court to rule on the pending discovery motions, summary judgment motion, and to permit Plaintiff an opportunity to perform discovery on the court ordered initial disclosures.  Since Defendants stated multiples in legal filings to this Court that they would respond to discovery requests at summary judgment, then Defendants will need additional time to produce the outstanding discovery.

Respectfully submitted this 07 day of January 2019.

Law Office of Joseph Thomas

___/s/ Joseph Thomas_____
Joseph Thomas, WSBA 49532

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Certificate of Service**

I hereby certify that on 07 of January 2019, I filed the foregoing with the Clerk of the Court through the CM/ECF system which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Electronic Email Notice List.

                                                   ____/s/ Joseph Thomas_____

                                                  Joseph Thomas, WSBA 49532

                                                  14625 SE 176th St., Apt. N101

                                                  Renton, WA 98058

                                                    (206) 390-8848