The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; PERRY TAPPER, Public Records Compliance Officer, in his personal capacity; ANDREW PALMER, Compliance Analyst, in his personal capacity; JOHN or JANES DOES 1-12, in his or her personal capacity,<br><br>　　　　　　　　Defendants. | No. 2:17-cv-00642-MJP<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINES<br><br>**NOTE ON MOTION CALENDAR:**<br>January 18, 2019 |

This matter having come before the Court on *Plaintiff's Motion to Extend Discovery Deadlines* and the Court having considered the Motion and argument, and the following pleadings:

　　1.　*Plaintiff's Motion to Extend Discovery Deadlines*;

　　2.　*Defendant's Opposition to Plaintiff's Motion to Extend Discovery Deadlines*;

　　3.　_____;

　　4.　_____; and

　　5.　_____.

[PROPOSED] ORDER DENYING PLAINTIFF'S
MOTION TO EXTEND DISCOVERY DEADLINES - 1
2:17-cv-00642-MJP

1010-00051/406422.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

And this Court finding itself fully informed, hereby **DENIES** Plaintiff's Motion to Extend Discovery Deadlines.

DONE IN OPEN COURT THIS ____ DAY OF _____, 2019.

                                              The Honorable Marsha J. Pechman

Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
    Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant

[PROPOSED] ORDER DENYING PLAINTIFF'S
MOTION TO EXTEND DISCOVERY DEADLINES - 2
2:17-cv-00642-MJP
1010-00051/406422.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423