UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO,<br><br>                Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF WASHINGTON, et al.,<br><br>                Defendants. | CASE NO. C17-642 MJP<br><br>ORDER ON PENDING DISCOVERY MOTIONS |

The Court enters the following order with respect to these pending motions regarding discovery in the above-entitled matter:

1. Plaintiff's Rule 37(a)(3)(B) Motion to Compel Plaintiff's First Set of Discovery Requests (Dkt. No. 136),

2. Defendant's Motion for a Protective Order Regarding Plaintiff's First and Second Set of Discovery Requests (Dkt. No. 138), and

3. Plaintiff's Motion to Continue Discovery Deadlines (Dkt. No. 150).

1     IT IS ORDERED that the parties are directed to meet and confer regarding the above-
2 cited motions and any other pending discovery matters, with the goal of making a good faith
3 effort to eliminate any requests that have been rendered moot by the Court's summary judgment
4 order.  (*See* Dkt. No. 153.)
5     IT IS FURTHER ORDERED that, should discovery issues still remain following the
6 meet and confer, the parties are to submit any remaining disputes to the Court using the LCR 37
7 unified pleading format.  The Court will then evaluate if further discovery and/or protective
8 orders are necessary, and what time line will be implemented to insure compliance with the case
9 schedule and any court orders.

12    The clerk is ordered to provide copies of this order to all counsel.
13    Dated February 11, 2019.

_____

Marsha J. Pechman
United States Senior District Judge

ORDER ON PENDING DISCOVERY MOTIONS - 2