The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIE DALESSIO, an individual,

                Plaintiff,

    v.

UNIVERSITY OF WASHINGTON, a
Washington Public Corporation; ELIZA
SAUNDERS, Director of the Office of
Public Records, in her personal and official
capacity; ALISON SWENSON, Compliance
Analyst, in her personal capacity; PERRY
TAPPER, Public Records Compliance
Officer, in his personal capacity; ANDREW
PALMER, Compliance Analyst, in his
personal capacity; JOHN or JANES DOES
1-12, in his or her personal capacity,

                Defendants.

No. 2:17-cv-00642-MJP

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION FOR
RECONSIDERATION AND/OR
CLARIFICATION OF PARTIAL
DENIAL OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT IN
DKT. 153

**Noted for Hearing: Monday,
February 25, 2019**

This matter having come before the Court on *Defendant's Motion For Reconsideration and/or Clarification of Partial Denial of Defendants' Motion for Summary Judgment*, and the Court having considered the Motion and argument, and the following pleadings:

    1.    Defendant's Motion for Reconsideration and/or Clarification of Partial Denial of Defendants' Motion for Summary Judgment;

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR RECONSIDERATION AND/OR
CLARIFICATION OF PARTIAL DENIAL OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
IN DKT. 153 - 1
2:17-cv-00642-MJP

**KEATING, BUCKLIN & McCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

2.       Plaintiff's Response to Defendants' Motion for Reconsideration and/ or Clarification (if any);

3.       Defendants' Reply brief (if any);

4.       Pleadings in the court file;

And this Court finding itself fully informed, hereby **GRANTS** Defendants' Motion for reconsideration and/or clarification of partial denial of defendants' motion for summary judgment in Dkt. 153 and **ORDERS** the following claims be dismissed as a matter of law with prejudice:

[ ]       All claims and causes of action in Plaintiff's Amended Complaint against all Defendants;

OR

The Court **ORDERS** the following claims be dismissed as a matter of law with prejudice in addition to those dismissed by the court's order in Dkt. 153:

[ ]       All claims against Defendant Andrew Palmer;

[ ]       All claims against Defendant Perry Tapper;

[ ]       All claims against Defendant Eliza Saunders;

[ ]       All claims against Defendant Alison Swenson;

[ ]       All State Law claims against all Defendants;

_____

_____

_____

_____.

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR RECONSIDERATION AND/OR
CLARIFICATION OF PARTIAL DENIAL OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
IN DKT. 153 - 2
2:17-cv-00642-MJP

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

1  DONE IN OPEN COURT THIS _____ DAY OF _____, 2019.

2

3                                            _____
                                             The Honorable Marsha J. Pechman
4

5

6  Presented by:

7  KEATING BUCKLIN & MCCORMACK, INC., P.S.

8

9  By: */s/ Jayne L. Freeman*_____
10        Jayne L. Freeman, WSBA #24318
      Special Assistant Attorney General for Defendant
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  [PROPOSED] ORDER GRANTING DEFENDANT'S
    MOTION FOR RECONSIDERATION AND/OR
    CLARIFICATION OF PARTIAL DENIAL OF
    DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
    IN DKT. 153 - 3
    2:17-cv-00642-MJP

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423