# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, | CASE NO. C17-642 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNIVERSITY OF WASHINGTON, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court is in receipt of Defendants' Motion for Reconsideration. (Dkt. No. 155.) Plaintiff is directed to file a response, not to exceed six (6) pages of substantive briefing, by no later than **Monday, March 11, 2019.**

The clerk is ordered to provide copies of this order to all counsel.

MINUTE ORDER - 1

Filed February 27, 2019.

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk