The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>                          Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; PERRY TAPPER, Public Records Compliance Officer, in his personal capacity; ANDREW PALMER, Compliance Analyst, in his personal capacity; JOHN or JANES DOES 1-12, in his or her personal capacity,<br><br>                          Defendants. | No. 2:17-cv-00642-MJP<br><br>JOINT STIPULATED MOTION TO EXTEND TRIAL DATE<br><br>Noted: March 7, 2018 |

       Pursuant to LCR 7(d)(1) and LCR 10(g), the parties jointly move this Court to extend the trial deadline. This Court has currently requested a response from Plaintiff to Defendants' Motion for Reconsideration (*Dkt 155*) of the Court's Order on Defendants' Motion for Summary Judgment (*Dkt. 153*). This response is due March 11, 2019.

       Both parties remain unclear about which defendants are still part of the lawsuit and therefore Plaintiff is unable to determine if additional discovery is necessary. Further, the Court's order seems to indicate Plaintiff's remaining claims were not dismissed due to a procedural defect which Defendants intend to remedy through a second motion for summary judgment if the Motion for Reconsideration is denied. Defendants will reserve filing the

JOINT STIPULATED MOTION TO EXTEND
TRIAL DATE - 1
2:17-cv-00642-MJP

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

second Motion for Summary Judgment until the Court has had the opportunity to rule on the Motion for Reconsideration. Plaintiff reserves the right to object to any additional dispositive motions and Defendants reserve the right to seek relief from the Court to file additional dispositive motions if necessary.

The court also recently directed the parties to confer about the status of three pending discovery motions, Dkt. Nos. 136, 138, and 150. Dkt. 154. Counsel for the parties did confer on February 25, 2019, but agreed that it was difficult to definitively determine the scope of potentially material outstanding discovery matters in light of uncertainty about the scope and impact of the court's summary judgment ruling in Dkt. 153. In the meantime, pre-trial deadlines are fast approaching.

In light of these uncertainties, both parties request the Court adjust several deadlines, including the trial date:

|  | **Current Deadline** | **Requested Deadline** |
| --- | --- | --- |
| All motions related to discovery | January 7, 2019 | April 1, 2019 (Limited to the Joint Discovery Motion ordered by the Court in *Dkt. 154*, if necessary, to clarify remaining issues in Dkt. Nos. 136, 138, 150.) |
| Motions in limine | April 1, 2019 | TBD based on Court's trial availability |
| Agreed pretrial order | April 24, 2019 | TBD based on Court's trial availability |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | April 24, 2019 | TBD based on Court's trial availability |
| Pretrial conference | April 26, 2019 at 2:30 PM | TBD based on Court's trial availability |
| TRIAL DATE | May 6, 2019 | TBD based on Court's trial availability |

The trial date is currently set for May 6, 2019, and motions in limine are due April 1, 2019. *Dkt. 96.* This schedule would require the parties to begin briefing pre-trial documents almost immediately, likely resulting in a significant waste of resources if the Court intends to dismiss the suit in full once Defendants address the perceived defect. Both parties wish to

JOINT STIPULATED MOTION TO EXTEND
TRIAL DATE - 2
2:17-cv-00642-MJP

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

avoid expensive and time-consuming pre-trial litigation and certainly a trial if the case will ultimately be dismissed on purely legal grounds.

        Therefore, the parties respectfully request an order extending the trial date to a date after August 1, 2019, to permit the Court to rule on the motion for reconsideration, which should clarify its order as to the remaining defendants and claims. This will also permit additional discovery (if necessary).

        DATED: March 7, 2019

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant

801 Second Avenue, Suite 1210
Seattle, WA 98104
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jfreeman@kbmlawyers.com

LAW OFFICE OF JOSEPH THOMAS

By: */s/ Joseph Thomas (per email authorization)*
Joseph Thomas, WSBA #49532
14625 SE 176th Street, Apt. N-101
Renton, WA 98058-8994
Telephone: (206) 390-8848
Email: joe@joethomas.org

JOINT STIPULATED MOTION TO EXTEND
TRIAL DATE - 3
2:17-cv-00642-MJP

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX:   (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Mr. Joseph Thomas
14625 SE 176th Street, Apt. N-101
Renton, WA 98058-8994
Telephone:  (206) 390-8848
Email:  joe@joethomas.org

DATED:  March 7, 2019

                                                */s/ Jayne L. Freeman*
                                                Jayne L. Freeman, WSBA #24318
                                                Special Assistant Attorney General for Defendant
                                                801 Second Avenue, Suite 1210
                                                Seattle, WA  98104
                                                Phone: (206) 623-8861
                                                Fax:    (206) 223-9423
                                                Email: jfreeman@kbmlawyers.com

JOINT STIPULATED MOTION TO EXTEND TRIAL DATE - 4
2:17-cv-00642-MJP

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423