The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>                Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; PERRY TAPPER, Public Records Compliance Officer, in his personal capacity; ANDREW PALMER, Compliance Analyst, in his personal capacity; JOHN or JANES DOES 1-12, in his or her personal capacity,<br><br>                Defendants. | No. 2:17-cv-00642-MJP<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND TRIAL DATE |

This matter having come before the Court on the parties' *Joint Stipulated Motion to Extend Trial Date* and the Court having considered the Motion and argument, and the following pleadings:

1.   *Joint Stipulated Motion to Extend Trial Date.*

2.   _____.

And this Court finding itself fully informed, hereby **GRANTS** the parties' Joint Stipulated Motion to Extend Trial Date and **ORDERS** the following deadlines be changed:

[PROPOSED] ORDER GRANTING JOINT STIPULATED
MOTION TO EXTEND TRIAL DATE - 1
2:17-cv-00642-MJP

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| All motions related to discovery | January 7, 2019 | April 1, 2019 (Limited to the Joint Discovery Motion ordered by the Court in *Dkt. 154*, if necessary, to clarify remaining issues in Dkt. Nos. 136, 138, 150.) |
| Motions in limine | April 1, 2019 | |
| Agreed pretrial order | April 24, 2019 | |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | April 24, 2019 | |
| Pretrial conference | April 26, 2019 at 2:30 PM | |
| TRIAL DATE | May 6, 2019 | |

DONE IN OPEN COURT THIS ____ DAY OF _____, 2019.

_____
The Honorable Marsha J. Pechman

Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
    Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant

LAW OFFICE OF JOSEPH THOMAS

By: */s/ Joseph Thomas (per email authorization)*
    Joseph Thomas, WSBA #49532
Attorney for Plaitiff

[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND TRIAL DATE - 2
2:17-cv-00642-MJP

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423