The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>                Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; PERRY TAPPER, Public Records Compliance Officer, in his personal capacity; ANDREW PALMER, Compliance Analyst, in his personal capacity; JOHN or JANES DOES 1-12, in his or her personal capacity,<br><br>                Defendants. | No. 2:17-cv-00642-MJP<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' SAUNDERS, SWENSON, TAPPER, AND PALMER'S SECOND MOTION FOR SUMMARY JUDGMENT<br><br>**Noted for Hearing:**<br>**Friday, April 19, 2019**<br>**(per court order, Dkt. 160)** |

This matter having come before the Court on *Defendants' Saunders, Swenson, Tapper, and Palmer's Second Motion for Summary Judgment*, and the Court having considered the Motion and argument, and the following pleadings:

1. *Defendants' Second Motion for Summary Judgment*;

2. *Filings and Pleadings Already in the Record*;

3. *Plaintiff's Opposition, if any*;

4. *Defendant's Reply to Plaintiff's Opposition, if any*;

5. _____

6. _____

[PROPOSED] ORDER GRANTING DEFENDANTS' SAUNDERS, SWENSON, TAPPER, AND PALMER'S SECOND MOTION FOR SUMMARY JUDGMENT - 1
2:17-cv-00642-MJP

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

7. _____

And this Court finding itself fully informed, hereby **GRANTS** Defendants' Second Motion for Summary Judgment and **ORDERS** all remaining claims are **DISMISSED WITH PREJUDICE.**

_____.

DONE IN OPEN COURT THIS \_\_\_\_\_ DAY OF _____, 2019.

_____
The Honorable Marsha J. Pechman

Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
    Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant

[PROPOSED] ORDER GRANTING DEFENDANTS' SAUNDERS, SWENSON, TAPPER, AND PALMER'S SECOND MOTION FOR SUMMARY JUDGMENT - 2
2:17-cv-00642-MJP

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423