# Request Summary Report
## PR-2017-00359 / LO - Employee

| | | | |
|---|---|---|---|
| Track: | Default | Date on Request: | 2017-04-17 |
| Perfected: | 2017-04-17 | Date Initially Received: | 2017-04-17 |
| Due: | 2018-07-03 | Requester File Ref. #: | |
| Completed: | 2018-06-05 | Jacket Number: | |
| Officer Assigned: | O'Shea, Lynn | Request Transferred In: | No |
| Decision Maker: | O'Shea, Lynn | Response Time: | 285 |
| Deadline: | 295 | | |

**Summary:** all records related to the following employees: Edward Fontelar, Mark Megale, Deborah Conley-Staerk, Walter Robina, Yordanos Bitsuamlak, Grace Kwanyah, Vivian Pacleb, Tammara Vermes, Carmen O'Toole, and Michael Mitzel

**Request Text:** the following persons were employed by the university of washington: Edward Fontelar, Mark Megale, Deborah Conley-Staerk, Walter Robina, Yordanos Bitsuamlak, Grace Kwanyah, Vivian Pacleb, Tammara Vermes, Carmen O'Toole, and Michael Mitzel.

i am requesting all records maintained by the university of washington relating or pertaining to the above named persons. my contact information and mailing address are below. i would like the records to be produced on a cd.

thank you in advance for your assistance. have a nice day.

## EXTENSIONS

| Extension Type | Extension Days | Extension Date |
|---|---|---|
| Extension 1 | 40 | 2017-05-15 |
| Extension 2 | 56 | 2017-07-12 |
| Extension 3 | 40 | 2017-09-29 |
| Extension 4 | 20 | 2017-11-29 |
| Extension 5 | 29 | 2017-12-28 |
| Extension 6 | 30 | 2018-02-09 |
| Extension 7 | 30 | 2018-03-26 |
| Extension 8 | 30 | 2018-05-07 |

## EXEMPTIONS

| Exemption Type | Number Of Times | Statutes Applied |
|---|---|---|
| HIPAA | 289 | |
| RCW 42.56.050 | 1015 | |
| RCW 42.56.070(1) | 333 | |
| RCW 42.56.210 | 279 | |
| RCW 42.56.230(1) | 279 | |
| RCW 42.56.230(3)* | 1014 | |
| RCW 42.56.230(3)*** | 168 | |
| RCW 42.56.230(5) | 100 | |
| RCW 42.56.250(1) | 114 | |
| RCW 42.56.250(2) | 142 | |
| RCW 42.56.250(4) | 300 | |

# Request Summary Report
## PR-2017-00359 / LO - Employee

| | |
|---|---|
| RCW 42.56.420(4) | 3 |
| RCW 5.60.060(2)(a) | 43 |
| RCW 70.02.020(1) | 280 |

## FEES

| Date | Transaction Type | Fee Type | Unit Cost | Quantity | Charge | Payment |
|---|---|---|---|---|---|---|
| 2017-06-09 | Actual | _Disks w jewel case | $0.36 | 1.00 | $0.36 | |
| | Currency: | USD$ | | | | |
| | Details: | STAGE 1 | | | | |
| 2017-06-09 | Actual | _Packaging | $0.29 | 1.00 | $0.29 | |
| | Currency: | USD$ | | | | |
| | Details: | STAGE 1 | | | | |
| 2017-06-09 | Actual | _US Postage - Disc | $1.93 | 1.00 | $1.93 | |
| | Currency: | USD$ | | | | |
| | Details: | STAGE 1 | | | | |
| 2017-08-10 | Actual | _Disks w jewel case | $0.36 | 1.00 | $0.36 | |
| | Currency: | USD$ | | | | |
| | Details: | STAGE 2 | | | | |
| 2017-08-10 | Actual | _Packaging | $0.29 | 1.00 | $0.29 | |
| | Currency: | USD$ | | | | |
| | Details: | STAGE 2 | | | | |
| 2017-08-10 | Actual | _US Postage - Disc | $1.93 | 1.00 | $1.93 | |
| | Currency: | USD$ | | | | |
| | Details: | STAGE 2 | | | | |
| 2017-08-18 | Payment Received | _US Postage - Disc | | 0.00 | $0.00 | $1.93 |
| | Currency: | USD$ | | | | |
| 2018-01-19 | Actual | _Disks w jewel case | $0.36 | 1.00 | $0.36 | |
| | Currency: | USD$ | | | | |
| | Details: | STAGE 3 | | | | |
| 2018-01-19 | Actual | _Packaging | $0.29 | 1.00 | $0.29 | |
| | Currency: | USD$ | | | | |
| | Details: | STAGE 3 | | | | |
| 2018-01-19 | Actual | _US Postage - Disc | $3.00 | 1.00 | $3.00 | |
| | Currency: | USD$ | | | | |
| | Details: | STAGE 3 | | | | |
| 2018-03-05 | Actual | _Disks w jewel case | $0.36 | 1.00 | $0.36 | |
| | Currency: | USD$ | | | | |
| | Details: | STAGE 4 | | | | |
| 2018-03-05 | Actual | _Packaging | $0.29 | 1.00 | $0.29 | |
| | Currency: | USD$ | | | | |
| | Details: | STAGE 4 | | | | |
| 2018-03-05 | Actual | _US Postage - Disc | $3.00 | 1.00 | $3.00 | |
| | Currency: | USD$ | | | | |
| | Details: | STAGE 4 | | | | |
| 2018-03-22 | Payment Received | _Disks w jewel case | | 0.00 | $0.00 | $0.36 |
| | Currency: | USD$ | | | | |
| 2018-03-22 | Payment Received | _Packaging | | 0.00 | $0.00 | $0.29 |
| | Currency: | USD$ | | | | |
| 2018-03-22 | Payment Received | _US Postage - Disc | | 0.00 | $0.00 | $3.00 |
| | Currency: | USD$ | | | | |

# Request Summary Report
## PR-2017-00359 / LO - Employee

Balance Due: $0.00

## ACTIVITY

| Action | Contact | Created | Due | Completed | On Hold | Elapsed |
|---|---|---|---|---|---|---|
| Case Closed - Redactions/Exemptions | Requester | 2018-06-05 | | 2018-06-05 | No | 0 |
| Comments: | | | | | | |
| AddlExtensionReminder | Requester | 2018-05-07 | 2018-06-19 | 2018-06-05 | No | 20 |
| Comments: | closed, not sent. | | | | | |
| AddlExtensionReminder | Requester | 2018-03-26 | 2018-05-07 | 2018-05-07 | No | 30 |
| Comments: | | | | | | |
| Staged Release - Redactions | Requester | 2018-03-05 | | 2018-03-05 | No | 0 |
| Comments: | STAGE 4 | | | | | |
| Invoice Sent | Requester | 2018-03-05 | 2018-03-26 | 2018-03-22 | No | 13 |
| Comments: | stage 4 invoice | | | | | |
| AddlExtensionReminder | Requester | 2018-02-09 | 2018-03-26 | 2018-03-26 | No | 30 |
| Comments: | | | | | | |
| Staged Release - Redactions | Requester | 2018-01-19 | | 2018-01-19 | No | 0 |
| Comments: | STAGE 3 | | | | | |
| Invoice Sent | Requester | 2018-01-19 | 2018-02-09 | 2018-01-26 | No | 5 |
| Comments: | Stage 3 invoice | | | | | |
| AddlExtensionReminder | Requester | 2017-12-28 | 2018-02-09 | 2018-02-09 | No | 29 |
| Comments: | | | | | | |
| AddlExtensionReminder | Requester | 2017-11-29 | 2017-12-28 | 2017-12-28 | No | 20 |
| Comments: | Completed by CP while LO out of office. | | | | | |
| AddlExtensionReminder | Requester | 2017-09-29 | 2017-11-29 | 2017-11-29 | No | 40 |
| Comments: | | | | | | |
| ConsultExternal | Office of the Attorney General - GARLAND, Nancy | 2017-08-22 | 2017-12-08 | 2017-12-08 | No | 74 |
| Comments: | Per TE asked Nancy re: PHI-laden records on 8/22. PC w/Nancy on 8/28, some records may be exempt under ADA; Nancy will do more research and follow up. >> As of 10/20, Nancy still researching. >> Initial conclusions/memo on 11/27 (see attached). Perry has further questions on 11/27, is extending deadline for advice from Nancy to 12/8. >> On 12.8 Nancy sent email. Waiting for decision from Eliza. >> Per Eliza, Tisa, and Perry, re-review remaining records w/regards to ADA. Numerous questions/documents. | | | | | |
| Staged Release - Redactions | Requester | 2017-08-10 | | 2017-08-10 | No | 0 |
| Comments: | STAGE 2 | | | | | |
| Invoice Sent | Requester | 2017-08-10 | 2017-08-31 | 2017-08-18 | No | 6 |
| Comments: | STAGE 2 | | | | | |
| Note to File | Office of Public Records - O'SHEA, Lynn | 2017-08-10 | | 2017-08-10 | No | 0 |
| Comments: | Per Meg, health info not exempt unless highly offensive, regardless of whether patient treated at UWMed entity. | | | | | |
| AddlExtensionReminder | Requester | 2017-07-12 | 2017-09-29 | 2017-09-29 | No | 56 |
| Comments: | ext per EAS, need to receive advice form AG on ADA question. | | | | | |
| PartialResponse | UW Medicine - FISCHER, Lauren | 2017-06-15 | | 2017-06-15 | No | 0 |
| Comments: | UWM 6-A, 6-B, 7, & 8 via OneDrive from Amy Robles | | | | | |

# Request Summary Report
## PR-2017-00359 / LO - Employee

| Type | Assigned | Date | Due | Completed | Overdue | Days |
|---|---|---|---|---|---|---|
| Note to File | Office of Public Records - O'SHEA, Lynn | 2017-06-15 | | 2017-06-15 | No | 0 |
| Comments: | LIT HOLD LITIGATION HOLD | | | | | |
| Staged Release - Redactions | Requester | 2017-06-09 | | 2017-06-09 | No | 0 |
| Comments: | STAGE 1 | | | | | |
| Invoice Sent | Requester | 2017-06-09 | 2017-06-30 | 2017-06-13 | No | 2 |
| Comments: | | | | | | |
| PartialResponse | UW Medicine - FISCHER, Lauren | 2017-06-08 | | 2017-06-08 | No | 0 |
| Comments: | UWM 4 & UWM 5 | | | | | |
| PartialResponse | UW Medicine - FISCHER, Lauren | 2017-05-26 | | 2017-05-26 | No | 0 |
| Comments: | third install, via OneDrive from Amy | | | | | |
| PartialResponse | UW Medicine - FISCHER, Lauren | 2017-05-24 | | 2017-05-24 | No | 0 |
| Comments: | second install, via OneDrive from Amy | | | | | |
| AddlExtensionReminder | Requester | 2017-05-15 | 2017-07-12 | 2017-07-12 | No | 40 |
| Comments: | | | | | | |
| PartialResponse | Human Resources, Administration - ALICESUN, Ebonie | 2017-05-08 | | 2017-05-08 | No | 0 |
| Comments: | HR sent partial response | | | | | |
| PartialResponse | UW Medicine - FISCHER, Lauren | 2017-05-03 | | 2017-05-03 | No | 0 |
| Comments: | On 5.3 UWM shared install 1 | | | | | |
| Search Extension | Human Resources, Administration - ALICESUN, Ebonie | 2017-05-02 | 2017-05-19 | 2017-06-05 | No | 23 |
| Comments: | On 5.2 HR needs ext to May 16 >> On 5.5 HR needs ext to May 19 | | | | | |
| Search Extension | UW Medicine - FISCHER, Lauren | 2017-05-02 | 2017-06-16 | 2017-06-20 | No | 34 |
| Comments: | ext needed per PC w/Amy Robles | | | | | |
| PartialResponse | Human Resources, Administration - ALICESUN, Ebonie | 2017-05-01 | | 2017-05-01 | No | 0 |
| Comments: | On 5.1 HR sent more records | | | | | |
| Search Extension | Payroll, UW - MANEKIA, Cheryl | 2017-04-28 | 2017-05-05 | 2017-05-04 | No | 4 |
| Comments: | Payroll needs until May 5 | | | | | |
| PartialResponse | Payroll, UW - MANEKIA, Cheryl | 2017-04-27 | | 2017-04-27 | No | 0 |
| Comments: | On 4.27 Payroll sent first record | | | | | |
| PartialResponse | Human Resources, Administration - ALICESUN, Ebonie | 2017-04-26 | | 2017-04-26 | No | 0 |
| Comments: | On 4.26 HR sent first install | | | | | |
| Note to File | Compliance and Risk Services - SPUNG, Shari | 2017-04-25 | | 2017-04-25 | No | 0 |
| Comments: | Shari Spung wants copy of records | | | | | |
| Extension Reminder | Requester | 2017-04-24 | 2017-05-15 | 2017-05-15 | No | 15 |
| Comments: | | | | | | |
| Clarification Requester | Requester | 2017-04-24 | 2017-05-08 | 2017-04-28 | No | 4 |
| Comments: | clarification email re 3 requests >> On 4.26 requester replied repeating request language. >> LO replied to say thank you only. Per MGM, will search for normal employment records. | | | | | |
| Note to File | Compliance and Risk Services - SPUNG, Shari | 2017-04-18 | | 2017-04-18 | No | 0 |
| Comments: | Notified Shari Spung. Per Shari, sent copies of 3 requests to SAAG working on case, Jayne Freeman @ jfreeman@kbmlawyers.com. | | | | | |
| SearchRecords | Human Resources, Upper Campus - KORNBERG, Mindy | 2017-04-18 | 2017-05-02 | 2017-06-05 | No | 33 |
| Comments: | Final installment on 6/5 via CD with records for another request also. >> Emails & attachments in HR 6.5 were provided out of order. | | | | | |

# Request Summary Report
## PR-2017-00359 / LO - Employee

| | | | | | | |
|---|---|---|---|---|---|---|
| SearchRecords | UW Medicine - OLIVER, Lori | 2017-04-18 | 2017-05-02 | 2017-06-20 | No | 44 |
| Comments: | On 6/20 Amy sent UWM 9 & UWM 10 (FINAL). | | | | | |
| SearchRecords | Payroll, UW - MANEKIA, Cheryl | 2017-04-18 | 2017-05-02 | 2017-05-04 | No | 12 |
| Comments: | On 5.4 Payroll sent recs | | | | | |
| SearchRecords | UW Bothell - YEIGH, Wolf | 2017-04-18 | 2017-05-02 | 2017-06-15 | No | 41 |
| Comments: | Therese Grant confirmed she will answer for Bothell Therese corrected employee position >> On 6.15 Therese confirmed recs are complete in OneDrive | | | | | |
| ACKLetter | Requester | 2017-04-17 | 2017-04-24 | 2017-04-24 | No | 5 |
| Comments: | NEED CLARIFICATION | | | | | |

## CLOSING

| | | | |
|---|---|---|---|
| Date Completed: | 2018-06-05 | Method of Access: | Copies given |
| Decision Communicated: | 2018-06-05 | Method of Delivery: | Regular Mail |
| Request Disposition: | Partial Grant | Other Reasons for Denial: | Not Applicable |
| Pages Received: | 6305 | Request Transferred Out: | No |
| Pages Reviewed: | 6305 | | |
| Pages Granted: | 4810 | | |
| Pages Not Relevant: | 271 | | |
| Comment: | | | |

| | | | |
|---|---|---|---|
| Disposition: | Partial Grant | Release Date: | 2017-06-09 |
| Pages Reviewed: | 1233 | Method of Delivery: | Regular Mail |
| Pages Granted: | 1233 | Other Reasons for Denial: | Not Applicable |
| Pages Not Relevant: | 0 | Method of Access: | Copies given |
| Version : | First | | |

| | | | |
|---|---|---|---|
| Disposition: | Partial Grant | Release Date: | 2017-08-10 |
| Pages Reviewed: | 1204 | Method of Delivery: | Regular Mail |
| Pages Granted: | 1204 | Other Reasons for Denial: | Not Applicable |
| Pages Not Relevant: | 1 | Method of Access: | Copies given |
| Version : | Second | | |

| | | | |
|---|---|---|---|
| Disposition: | Partial Grant | Release Date: | 2018-01-19 |
| Pages Reviewed: | 1604 | Method of Delivery: | Regular Mail |
| Pages Granted: | 1604 | Other Reasons for Denial: | Not Applicable |
| Pages Not Relevant: | 14 | Method of Access: | Copies given |
| Version : | Third | | |

| | | | |
|---|---|---|---|
| Disposition: | Partial Grant | Release Date: | 2018-03-05 |
| Pages Reviewed: | 702 | Method of Delivery: | Regular Mail |
| Pages Granted: | 702 | Other Reasons for Denial: | Not Applicable |
| Pages Not Relevant: | 0 | Method of Access: | Copies given |
| Version : | Fourth | | |

| | | | |
|---|---|---|---|
| Disposition: | Partial Grant | Release Date: | 2018-06-05 |
| Pages Reviewed: | 68 | Method of Delivery: | Emailed |
| Pages Granted: | 68 | Other Reasons for Denial: | Not Applicable |
| Pages Not Relevant: | 0 | Method of Access: | Copies given |
| Version : | Final | | |

UW004199

# Request Summary Report
## PR-2017-00359 / LO - Employee

Sections:

AccessPro Case Management:
AccessPro Redaction: RCW 42.56.250(2), HIPAA, RCW 42.56.250(4), RCW 42.56.230(5), RCW 70.02.020(1), RCW 42.56.230(3)***, RCW 42.56.420(4), RCW 42.56.230(3)*, RCW 42.56.070(1), RCW 42.56.250(1), RCW 5.60.060(2)(a), RCW 42.56.210, RCW 42.56.230(1), RCW 42.56.050