The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JULIE DALESSIO, an individual,

                  Plaintiff,

    v.

UNIVERSITY OF WASHINGTON, a
Washington Public Corporation; ELIZA
SAUNDERS, Director of the Office of
Public Records, in her personal and official
capacity; ALISON SWENSON, Compliance
Analyst, in her personal capacity; PERRY
TAPPER, Public Records Compliance
Officer, in his personal capacity; ANDREW
PALMER, Compliance Analyst, in his
personal capacity; JOHN or JANES DOES
1-12, in his or her personal capacity,

                  Defendants.

No. 2:17-cv-00642-MJP

DEFENDANTS' RESPONSE TO
PLAINTIFF'S OBJECTION TO NEW
EVIDENCE IN DEFENDANTS' REPLY
TO SECOND MOTION FOR
SUMMARY JUDGMENT

**Noted For Hearing:
Friday, April 19, 2019**

       Defendants make this limited response to Plaintiff's "Objection to New Evidence in Defendants' Reply to Second Motion for Summary Judgment" to correct the record. Plaintiff's objections are misplaced and appear to be made solely to manufacture potential appellate issues where none exist.

       Defendants' motion was very clear that these documents were included to show Defendants requested and non-Defendant University staff located and transmitted only personnel and department records related to Ms. Dalessio's prior *employment* with the University, **not** any type of "patient" file (to the extent she may even have any patient files at a healthcare facility related to the University of Washington—these Defendants would

DEFENDANTS' RESPONSE TO PLAINTIFF'S
OBJECTION TO NEW EVIDENCE IN DEFENDANTS'
REPLY TO SECOND MOTION FOR SUMMARY
JUDGMENT - 1
2:17-cv-00642-MJP
1010-00051

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

1  not know) *Dkt. 163* at p. 8:16-19.   This evidence was submitted in direct rebuttal to

2  Plaintiff's argument (or implied suggestion) in her summary judgment opposition brief that

3  any files or documents produced might have been derived from some type of personal

4  "patient" records related to medical treatment as opposed to Ms. Dalessio's employment.

5      Plaintiff's position that a moving party may never attach supporting evidence on

6  reply to rebut arguments made by the Plaintiff in response to motion would defeat the

7  purpose of permitting a reply brief.   Further, Plaintiff's argument is illogical.   The parties

8  have never disputed Defendants were acting within the scope of their duties.   In fact,

9  Plaintiff has openly asserted it in order to even bring a 42 U.S.C. § 1983 claim. *Naffe v.*

10 *Frey*, 789 F.3d 1030, 1035–36 (9th Cir. 2015).  Plaintiff's confusing argument has no merit.

11 Defendants' evidence (*Dkt. 164-1*) does not introduce any new arguments.

12      To the extent Plaintiff insinuates these documents were not "produced" before, that

13 is false.   Plaintiff has had these records since late-2017.   They were reproduced to her

14 and/or her attorney multiple times and outlined in detail again in Eliza Saunders' discovery

15 responses in August of 2018. *Dkt. 164-1*, at p. 9.   Both Plaintiff and Defendants have

16 previously filed portions of this exhibit previously and documents identifying the

17 transmittal emails with citations.  See *Dkts. 136-1, 113* at p. 9, *113-12, 108*-3.

18      DATED:  April 30, 2019

19

20      KEATING, BUCKLIN & McCORMACK, INC., P.S.

21

22      By: */s/ Jayne L. Freeman*

23      Jayne L. Freeman, WSBA #24318
       Special Assistant Attorney General for Defendant

24      801 Second Avenue, Suite 1210
       Seattle, WA  98104

25      Phone: (206) 623-8861
       Fax:    (206) 223-9423

26      Email: jfreeman@kbmlawyers.com

27
DEFENDANTS' RESPONSE TO PLAINTIFF'S
OBJECTION TO NEW EVIDENCE IN DEFENDANTS'
REPLY TO SECOND MOTION FOR SUMMARY
JUDGMENT - 2
2:17-cv-00642-MJP
1010-00051

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorney for Plaintiff**

Mr. Joseph Thomas
14625 SE 176th Street, Apt. N-101
Renton, WA 98058-8994
Telephone: (206) 390-8848
Email: joe@joethomas.org

DATED: April 30, 2019

_/s/ Tia Uy_
Tia Uy, Legal Assistant

DEFENDANTS' RESPONSE TO PLAINTIFF'S
OBJECTION TO NEW EVIDENCE IN DEFENDANTS'
REPLY TO SECOND MOTION FOR SUMMARY
JUDGMENT - 3
2:17-cv-00642-MJP
1010-00051

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423