Form D

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

JULIE DALESSIO, Plaintiff                                  Case No: 2:17−cv−00642−MJP

v.                                                         )

UNIVERSITY OF WASHINGTON, Defendant
                                                           )

                                                           )

NOTIFICATION OF REQUEST FOR VIDEO RECORDING

The parties in this case are hereby notified that a request has been made to video record the following
proceeding in this case under the Judicial Conference Committee on Court Administration and Case
Management Guidelines for the Cameras Pilot Project in the District Courts for the Ninth Circuit (see
www.wawd.uscourts.gov/courtservices/camerasindex.htm).

   Description of Proceeding: motion

   Date and time of scheduled proceeding: 6/5/2019 at 2:00 pm

To object to video recording of this proceeding, complete the attached form, PARTY OBJECTION TO
REQUEST FOR VIDEO RECORDING, and return it to the court before June 3, 2019.

   May 31, 2019                                    /s/ Rhonda Miller
   Date                                            Deputy Clerk

Form E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

JULIE DALESSIO, Plaintiff                         Case No: 2:17–cv–00642–MJP

v.                                                          )

UNIVERSITY OF WASHINGTON, Defendant

                                                            )

                                                            )

PARTY OBJECTION TO REQUEST FOR VIDEO RECORDING

A request has been made for the following proceeding to be video recorded, under the Judicial Conference Committee on Court Administration and Case Management Guidelines for the Cameras Pilot Project in the District Courts for the Ninth Circuit (available at www.wawd.uscourts.gov/courtservices/camerasindex.htm).

Description of Proceeding: motion

Date of scheduled proceeding: 6/5/2019

Check the appropriate boxe(s) below and on the next page to indicate whether you object to the recording of some or all of this proceeding:

[  ] I object to the recording of some, but not all, of this entire proceeding.

⬧ Explain the specific parts of the proceeding for which you do not consent to recording, and your reasons:

Part of Proceeding                    Reason Not to Video Record

_____             _____

_____             _____

_____             _____

[  ] I object to the recording of the following witnesses:

⬧ Name the specific witnesses for whom you do not consent to recording, and explain your reasons:

Witness Name                          Reason Not to Video Record

_____             _____

_____             _____

_____             _____

[  ] I object to the recording of any of this proceeding.

⬧ Explain your reasons:

_____

_____

_____

I submit and sign this form on behalf of the party I represent and the witnesses I may call.

Signature: _____

Name (please print): _____

Position (e.g., attorney of record): _____

Date: _____

After completing this form, please e–mail it to: rhonda_miller@wawd.uscourts.gov.

**Do NOT file this form electronically with the Court.**