The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; Eliza Saunders, Director of the Office of Public Records, in her personal and official capacity; Alison Swenson, Compliance Analyst, in her personal capacity; Perry Tapper, Public Records Compliance Officer, in his personal capacity; Andrew Palmer, Compliance Analyst, in his personal capacity; John or Jane Does 1-12, in his or her personal capacity,<br><br>Defendants. | No. 2:17-cv-00642-MJP<br><br>DECLARATION OF TERRILYN HEGGINS IN SUPPORT OF PLAINTIFF'S MOTION TO FILE RECORDS UNDER SEAL<br><br>**Note on Motion Calendar June 14, 2019**<br><br>**ORAL ARGUMENT REQUESTED** |

I, Terrilyn Heggins, declare as follows:

1. I make this declaration based upon my own personal knowledge, upon facts which are admissible in evidence.

2. I am competent to testify to the matters set forth in this declaration.

3. On April 2, 2019, I purchased a money order in the amount of $4.15. A true and correct copy of the receipt is filed as attachment-1.

Declaration
Case 2:17-cv-00642

1

Law Office of Joseph Thomas
5991 Rainier Ave. South, # B
Seattle, Washington 98118
Phone (206)390-8848

4. On April 3, 2019, I enclosed in an envelope the money order, payable to the University of Washington Office of Public Records, along with a letter specifying that "This is payment for production of **PR-2019-00035**." A true and correct copy of the enclosed letter is filed as attachment-2.

5. On April 3, 2019, I mailed the envelope to University of Washington Office of Public Records. A true and correct copy of the receipt is filed as attachment-3.

6. On April 10, 2019, I received a first-class delivery to my home address in Federal Way, Washington, from the University of Washington Office of Public Records and Open Public Meetings. A true and correct copy of the envelope is filed as attachment-4.

DATED this 3rd day of June 2019, at Seattle, Washington.

_Terrilyn Heggins_