March 30, 2019

To: Director of Public Records

University of Washington

Office of Public Records

4311 11th Ave NE #360

Seattle, WA 98105

From:
publicrecords newsmedia


Enclosed find a money order payable to the Office of Public Records for $4.15.

This is payment for production of
**PR-2019-00035**


Please mail the completed CDs to:

**PublicRecords NewsMedia
attn: Terrilyn**

**1066 S. 320th St. Apt. C105**

**Federal Way, WA 98003**