```
========================================
              FEDERAL WAY
           32829 PACIFIC HWY S
              FEDERAL WAY
                  WA
               98003-9998
               5404910184
 04/03/2019    (800)275-8777   3:27 PM
========================================
========================================
 Product              Sale       Final
 Description          Qty        Price

 PM 1-Day              1         $7.35
 Window FR Env
     (Domestic)
     (SEATTLE, WA  98105)
     (Flat Rate)
     (Expected Delivery Date)
     (Thursday 04/04/2019)
     (USPS Tracking #)
     (9505 5162 0177 9093 5506 43)
 Insurance             1         $0.00
     (Up to $50.00 included)
 PM 1-Day              1         $7.35
 Window FR Env
     (Domestic)
     (OLYMPIA, WA  98504)
     (Flat Rate)
     (Expected Delivery Date)
     (Thursday 04/04/2019)
     (USPS Tracking #)
     (9505 5162 0177 9093 5506 50)
 Insurance             1         $0.00
     (Up to $50.00 included)

 Total                          $14.70

 Cash                           $20.00
 Change                         ($5.30)

 Includes up to $50 insurance

 Text your tracking number to 28777
 (2USPS) to get the latest status.
 Standard Message and Data rates may
 apply. You may also visit www.usps.com
 USPS Tracking or call 1-800-222-1811.


 In a hurry? Self-service kiosks offer
 quick and easy check-out. Any Retail
 Associate can show you how.

 Save this receipt as evidence of
 insurance. For information on filing
 an insurance claim go to
 https://www.usps.com/help/claims.htm
```