# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO,<br><br>               Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF WASHINGTON, et al.,<br><br>               Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C17-642 MJP |

\_\_    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx    **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Summary judgment having been granted in favor of Defendants on all claims remaining in the case, this matter is hereby DISMISSED with prejudice.

Dated June 7, 2019.

                                          William M. McCool<br>
                                          Clerk of Court

                                          s/ Paula McNabb<br>
                                          Deputy Clerk