The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; Eliza Saunders, Director of the Office of Public Records, in her personal and official capacity; Alison Swenson, Compliance Analyst, in her personal capacity; Perry Tapper, Public Records Compliance Officer, in his personal capacity; Andrew Palmer, Compliance Analyst, in his personal capacity; John or Jane Does 1-12, in his or her personal capacity,<br><br>Defendant. | No.  2:17-cv-00642-MJP<br><br>NOTICE OF THE END OF PRO BONO REPRESENTATION |

**TO: CLERK OF THE COURT**

**AND TO: EACH OF THE ABOVE-NAMED PARTIES AND THEIR COUNSEL**

Pursuant to Rule 4(a) of the rules governing the pro bono attorney panel, the undersigned's representation of Plaintiff as pro bono attorney ended with the final judgment that was entered in Dkt. 177, on June 07, 2019.

Notice of the End of Pro Bono Representation  
Case 2:17-cv-00642

1

Law Office of Joseph Thomas  
5991 Rainier Ave. South #B  
Seattle, Washington 98118  
Phone (206)390-8848

Respectfully submitted this 12 day of June 2019.

Law Office of Joseph Thomas

\_\_\_/s/ Joseph Thomas_____
Joseph Thomas, WSBA 49532

**Certificate of Service**

I hereby certify that on 12 June 2019, I filed the foregoing with the Clerk of the Court through the CM/ECF system which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Electronic Email Notice List.

\_\_\_/s/ Joseph Thomas\_\_\_\_\_
Joseph Thomas, WSBA 49532
5991 Rainier Ave. South #B
Seattle, WA 98118
(206) 390-8848