The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; Eliza Saunders, Director of the Office of Public Records, in her personal and official capacity; Alison Swenson, Compliance Analyst, in her personal capacity; Perry Tapper, Public Records Compliance Officer, in his personal capacity; Andrew Palmer, Compliance Analyst, in his personal capacity; John or Jane Does 1-12, in his or her personal capacity,<br><br>Defendant. | No. 2:17-cv-00642-MJP<br><br>Declaration of Julie Dalessio re: PLAINTIFF'S MOTION FOR RECONSIDERATION of Order Dkt. 178 Mooting Plaintiff's Motion to Seal Dkt. 172<br><br>**Noted for Hearing: Wednesday, June 13, 2019** |

Declaration Motion for Reconsideration          1
Case 2:17-cv-00642

**I.** I, Julie Dalessio, declare as follows:

1. I am the Plaintiff in this above entitled action. I make this declaration based upon my own personal knowledge, upon facts which are admissible in evidence. I am competent to testify to the matters set forth in this declaration.

2. I am included as a carbon copy ("CC") in every email that my attorney Mr. Thomas sent to opposing counsels Ms. Freeman and Mr. Chen.

3. Attached is a copy of an email chain of communications between Mr. Thomas and Ms. Freeman and Mr. Chen, documenting efforts to reach agreement on the need to file the documents under seal, and to minimize the amount of material filed under seal. (highlighting added)

4. Defendants objected to filing a joint motion and therefore Mr. Thomas was unable to introduce the new evidence prior to the hearing on June 5.

5. I intend to file a request for reconsideration of this Court's orders granting summary judgment and dismissal.

Respectfully submitted this 13th day of June 2019.

               Plaintiff *pro* se

               Julie Dalessio

               ___/s/ julie dalessio_____

**Certificate of Service**

I hereby certify that on 13th of June 2019, I filed the foregoing with the Clerk of the Court through the CM/ECF system which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Electronic Email Notice List.

               ___/s/ julie dalessio_____