# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| JULIE DALESSIO, | CASE NO. C17-642 MJP |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNIVERSITY OF WASHINGTON, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Having reviewed Plaintiff's Motion for Reconsideration of Order Mooting Plaintiff's Motion to Seal (Dkt. No. 181), requesting that the Court maintain the documents filed with Plaintiff's Motion to Seal (Dkt. No. 172) under seal pending the filing of a motion for reconsideration of the Court's Order dismissing Plaintiff's case, the Court rules as follows:

1    IT IS ORDERED that the motion is GRANTED; the documents filed with Plaintiff's
2  Motion to Seal (Dkt. No. 172) may remain under seal pending the filing of motion for
3  reconsideration of the order dismissing Plaintiff's case in its entirety.

5    The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.
6    Filed June 18, 2019.

<pre>
                                    William M. McCool
                                    Clerk of Court

                                     s/Paula McNabb
                                    Deputy Clerk
</pre>