# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, | CASE NO. C17-642 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNIVERSITY OF WASHINGTON, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

The Court is in receipt of Plaintiff's Motion for Reconsideration. Dkt. No. 184. The Court calls for a response from Defendants. The response shall not exceed 12 pages and must be filed no later than **July 3, 2019**. No reply brief from Plaintiff is authorized without further order of the Court.

1 | The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.

Filed June 21, 2019.

                          <u>William M. McCool           </u>
                          Clerk of Court

                          <u> s/Paula McNabb           </u>
                          Deputy Clerk