The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIE DALESSIO, an individual,

    Plaintiff,

v.

UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; PERRY TAPPER, Public Records Compliance Officer, in his personal capacity; ANDREW PALMER, Compliance Analyst, in his personal capacity; JOHN or JANES DOES 1-12, in his or her personal capacity,

    Defendants.

No. 2:17-cv-00642-MJP

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

**NOTE ON MOTION CALENDAR: June 21, 2019**

This matter having come before the Court on *Plaintiff's Motion for Reconsideration of Orders Dkt. 160, 176, 177* summary judgment and dismissal and Motion to Amend Complaint and the Court having considered the Motion and argument, and the following pleadings:

1.   *Plaintiff's Motion for Reconsideration of Orders Dkt. 160, 176, 177* summary judgment and dismissal and Motion to Amend Complaint;

2.   *Defendants' Opposition to Plaintiff's Motion*;

3.   *Declaration of Jayne Freeman in Support of Defendants' Opposition and*

[PROPOSED] ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION - 1
2:17-cv-00642-MJP
1010-00051/439069

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

*attached exhibits*;

4.

5.

6.

And this Court finding itself fully informed, hereby **DENIES** *Plaintiff's Motion for Reconsideration of Orders Dkt. 160, 176, 177* summary judgment and dismissal and Motion to Amend Complaint.

DONE IN OPEN COURT THIS _____ DAY OF _____ 2019.

_____
The Honorable Marsha J. Pechman

Presented by:

KEATING BUCKLIN & MCCORMACK, INC., P.S.

By: */s/ Jayne L. Freeman*
    Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant

[PROPOSED] ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION - 2
2:17-cv-00642-MJP
1010-00051/439069

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423