The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; PERRY TAPPER, Public Records Compliance Officer, in his personal capacity; ANDREW PALMER, Compliance Analyst, in his personal capacity; JOHN or JANES DOES 1-12, in his or her personal capacity,<br><br>　　　　　Defendants. | No. 2:17-cv-00642-MJP<br><br>DECLARATION OF JAYNE L. FREEMAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION AND MOTION TO AMEND COMPLAINT |

I, Jayne L. Freeman, declare as follows:

1.　I am appointed as Special Assistant Attorney General to represent Defendants in this lawsuit. I make this declaration based upon my own personal knowledge, upon facts which are admissible in evidence. I am competent to testify to the matters set forth in this declaration.

2.　The following exhibits are cited or relied upon in Defendants' Opposition to Plaintiff's Motion for Reconsideration and Motion to Amend Complaint:

DECLARATION OF JAYNE L. FREEMAN - 1
2:17-cv-00642-MJP
1010-00051/439070

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

A. Attached as **Exhibit A** is a true and correct copy of email correspondence between Plaintiff's former counsel Joseph Thomas and counsel for Defendants.

B. Attached as **Exhibit B** is a true and correct copy of portions of Plaintiff's Initial Disclosures.

C. Attached as **Exhibit C** is a true and correct copy of the public records request to the University of Washington identified for tracking purposes as PR 2019-00035.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 3rd day of July 2019, at Seattle, Washington.

*/s/ Jayne L. Freeman*
Jayne L. Freeman, WSBA #24318

DECLARATION OF JAYNE L. FREEMAN - 2
2:17-cv-00642-MJP
1010-00051/439070

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Plaintiff Pro Se**
Ms. Julie Dalessio
1110 29th Avenue
Seattle, WA  98122
Phone:  (206) 324-2590
Email:  juliedalessio@msn.com                **Courtesy copy also sent by e-mail.**

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A.

DATED:  July 3, 2019

/s/ Jayne L. Freeman
Jayne L. Freeman, WSBA #24318
Special Assistant Attorney General for Defendant
801 Second Avenue, Suite 1210
Seattle, WA  98104
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: jfreeman@kbmlawyers.com

DECLARATION OF JAYNE L. FREEMAN - 3
2:17-cv-00642-MJP
1010-00051/439070

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423