# EXHIBIT B

The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE DALESSIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON,<br><br>Defendant. | No. 2:17-cv-00642-MJP<br><br>INITIAL DISCLOSURES |

In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Julie Dalessio, respectfully makes her mandatory disclosures as follows:

**A. Witnesses**

The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

Initial Disclosure
Case 2:17-cv-00642

1

Law Office of Joseph Thomas
14625 SE 176th St., Apt. N101
Renton, Washington
Phone (206)390-8848

(nn). Emily Militoni
1172 Burnt Sky Ave.
Las Vegas, NV  89183
(808) 225-3385
Daughter of Ms. Dalessio.  She was visiting in Seattle when Mr. Betz tried to use the public records in court he received from the UW concerning Ms. Dalessio.  Ms. Militoni has seen first-hand the emotional toll, physical effects and the degradation of Ms. Dalessio's quality of life after the release of her private and confidential information.

(oo). Terrilyn Heggins
1066 S. 320th St. Apt. C105
Federal Way, WA  98003
(206) 294-0609
Ms. Heggins is a close family friend who witnessed when Mr. Betz tried to use the public records in court he received from the UW concerning Ms. Dalessio.  Ms. Militoni has seen first-hand the emotional toll, physical effects and the degradation of Ms. Dalessio's quality of life after the release of her private and confidential information.

(pp). Diana Gay
2424 S. Irving St.
Seattle, WA 98144
(206) 658-7712
Ms. Gay is a close family friend who witnessed when Mr. Betz tried to use the public records in court he received from the UW concerning Ms. Dalessio.  Ms. Militoni has seen first-hand the emotional toll, physical effects and the degradation of Ms. Dalessio's quality of life after the release of her private and confidential information.

(qq). Paul Swan
113 Hobble Creek Canyon
Springville, UT  84663
(801) 362-8826
Mr. Swan is the brother of Ms. Dalessio.  He was visiting in Seattle when Mr. Betz tried to use the public records in court he received from the UW concerning Ms. Dalessio.  Ms. Militoni has seen first-hand the emotional toll, physical effects and the degradation of Ms. Dalessio's quality of life after the release of her private and confidential information.

**B. Documents**

A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment information.

- PACER Quarterly Invoice - $22.20.

Respectfully submitted this 17th day of May, 2018

                                            Law Office of Joseph Thomas

                                            ___/s/ Joseph Thomas_____
                                            Joseph Thomas, WSBA 49532

## Certificate of Service

I hereby certify that on 17th of May, 2018, I serving this document through electronic mail to Ms. Jayne Freeman and Mr. Derek Chen who represents the named Defendants in this lawsuit.

                                            ___/s/ Joseph Thomas_____
                                            Joseph Thomas, WSBA 49532
                                            14625 SE 176th St., Apt. N101
                                            Renton, WA 98058
                                            (206) 390-8848