# EXHIBIT C

# PUBLIC RECORDS OFFICE

| | |
|---|---|
| **From:** | publicrecords newsmedia <publicrecordsnewsmedia@gmail.com> |
| **Sent:** | Sunday, January 20, 2019 4:48 PM |
| **To:** | PUBLIC RECORDS OFFICE |
| **Subject:** | Public Records Request |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

*Dear University of Washington Public Records Officer,*

*I am writing to make a request for public records, pursuant to RCW 42.56, otherwise known as the Public Records Act. None of the documents will be used for commercial purposes.*

*I am requesting:*

*1.  An electronic copy of the records responsive to UW Public Records Act Request # PR-2018-00056.*

*2.  An electronic copy of any documents containing information related to the search for responsive documents.*

*3.  An electronic copy of any documents containing information regarding the withholding of responsive documents.*

*4.  An electronic copy of any documents containing information regarding the production of responsive documents.*

*Please contact me if you need clarification.*

*Thank you,*

*PublicRecordsNewsMedia*