# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Western District of Washington at Seattle

U.S. District Court case number: 2:17-cv-00642-MJP

Date case was first filed in U.S. District Court: April 24, 2017

Date of judgment or order you are appealing: 7·9·2019 DKT 188

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Julie Dalessio

Is this a cross-appeal? ○ Yes  ● No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ● No

If Yes, what is the prior appeal case number?

Your mailing address:

1110 29th Ave

City: Seattle   State: WA   Zip Code: 98122

Prisoner Inmate or A Number (if applicable):

Signature: [signed]   Date: 8-4-19

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                          Rev. 12/01/2018