FILED

DEC 2 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JULIE DALESSIO,<br><br>   Plaintiff-Appellant,<br><br> v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; ANDREW PALMER; PERRY TAPPER; JANE DOES, 1-12, in her personal capacity; JOHN DOES, 1-12, in his personal capacity,<br><br>   Defendants-Appellees. | No. 19-35675<br><br>D.C. No. 2:17-cv-00642-MJP<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

  Appellant Julie Dalessio filed a motion (Docket Entry No. 7) to file under seal a document that was not filed in the district court. To the extent appellant wishes to file an addendum to the opening brief, the request is denied. Appellant is reminded that appellants proceeding without counsel need not file excerpts of

record; the district court record is available for review by the court.  *See* 9th Cir. 30-1.2.

Appellant's motion (Docket Entry No. 7) to file under seal is denied without prejudice to renewal, in compliance with Ninth Circuit Rule 27-13.  A motion to seal must "explain the specific reasons for this relief and describe the potential for irreparable injury in the absence of such relief."  Additionally, "the motion shall request the least restrictive scope of sealing and be limited in scope to only the specific documents or portion of documents that merit sealing, for example, propose redaction of a single paragraph" or portion of a document.  9th Cir. R. 27-13(e).

Appellant may file a renewed motion to seal, which is due within 30 days after the date of this order, and which must specifically address why any material included in the renewed motion to seal must be maintained under seal and whether redaction of the material would be feasible.  The Clerk shall maintain under seal the motion to seal until the expiration of the 30 day period, and until resolution of a renewed motion, if one is timely filed.  If no renewed motion is filed, appellant may request that the court strike the motion to seal; otherwise, the Clerk shall publicly file the document at Docket Entry No. 7.

Appellant's motion (Docket Entry No. 8) to file an oversized opening brief of approximately 49,913 words is denied. The Clerk shall strike the proposed opening brief submitted at Docket Entry No. 9. Within 30 days after the date of this order, appellant Dalessio shall file an opening brief not to exceed 14,000 words. *See* 9th Cir. R. 32-1(a).

The answering brief is due January 31, 2020. The optional reply brief is due within 21 days after service of the answering brief.