FILED

JAN 13 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JULIE DALESSIO,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; ANDREW PALMER; PERRY TAPPER; JANE DOES, 1-12, in her personal capacity; JOHN DOES, 1-12, in his personal capacity,<br><br>    Defendants-Appellees. | No.   19-35675<br><br>D.C. No. 2:17-cv-00642-MJP<br>Western District of Washington, Seattle<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

    Appellant Julie Dalessio's motion (Docket Entry No. 11) to strike her motion to seal a document is granted. The Clerk shall strike Docket Entry No. 7.

    Appellant's renewed motion (Docket Entry No. 12) to seal a portion of her opening brief is granted. Appellant's opposed motion (Docket Entry No. 14) to

file a supplemental brief is denied. The Clerk shall strike the proposed supplemental brief at Docket Entry No. 13.

The Clerk shall file under seal the opening brief (Docket Entry No. 12-2 & 12-3), and shall file publicly the motion to seal (Docket Entry No. 12-1).

Within 21 days after the date of this order, appellant Delassio shall submit for public filing a redacted version of the opening brief, omitting or redacting footnote 2 at page 40 of the opening brief and footnote 3 at page 51 of the opening brief. The public redacted opening brief should not be renumbered or repaginated, and the existing citations in the brief should not be altered.

The existing briefing schedule shall continue in effect.