FILED

UNITED STATES COURT OF APPEALS

FEB 25 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JULIE DALESSIO,<br><br>　　　　　Plaintiff-Appellant,<br><br>　v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; ELIZA SAUNDERS, Director of the Office of Public Records, in her personal and official capacity; ALISON SWENSON, Compliance Analyst, in her personal capacity; ANDREW PALMER; PERRY TAPPER; JANE DOES, 1-12, in her personal capacity; JOHN DOES, 1-12, in his personal capacity,<br><br>　　　　　Defendants-Appellees. | No.　19-35675<br><br>D.C. No. 2:17-cv-00642-MJP<br>Western District of Washington, Seattle<br><br>ORDER |

Before:  Peter L. Shaw, Appellate Commissioner.

　　　Appellees filed a notice of intent to unseal Volumes 5 and 6 of the

supplemental excerpts of record (Docket Entry No. 24).  In response, appellant

Julie Dalessio filed an opposed motion to maintain the documents under seal.

Subject to reconsideration by the panel assigned to decide the merits of this appeal,

Dalessio's motion to maintain under seal the documents in Volumes 5 and 6 of the supplemental excerpts of record (Docket Entry No. 26) is granted.

Appellant Delassio's motion to strike appellees' answering brief and excerpts of record and the request for sanctions (Docket Entry No. 27), appellees' response (Docket Entry No. 29), and appellant's reply (Docket Entry No. 31) are referred to the panel that will decide the merits of this appeal.

The Clerk shall file under seal Volumes 5 and 6 of the supplemental excerpts of record (Docket Entry Nos. 24-2, 24-3), and shall file publicly the answering brief (Docket Entry No. 25), and Volumes 1-4 of the supplemental excerpts of record (Docket Entry No. 23).

The existing briefing schedule shall continue in effect.

gml/Appellate Commissioner                         2                         19-35675