FILED

OCT 30 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JULIE DALESSIO,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>UNIVERSITY OF WASHINGTON, a Washington Public Corporation; et al.,<br><br>　　　　Defendants-Appellees. | No.　19-35675<br><br>D.C. No. 2:17-cv-00642-MJP<br>Western District of Washington, Seattle<br><br>ORDER |

Before: THOMAS, Chief Judge, and HAWKINS and McKEOWN, Circuit Judges.

　　　The panel votes to deny the petition for rehearing.

　　　The full court has been advised of the petition for rehearing and rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

　　　The petition for panel rehearing and the petition for rehearing en banc are denied.